## Exhibit A

### (Schedule of Bank Accounts)

| Bank Name | Last 4 Digits | Debtor | Balance |
|---|---|---|---|
| First National Bank of Alaska | 9216 | Corvus Airlines, Inc. | $980,164.01 |
| | 9126 | Corvus Airlines, Inc. | $3,964.76 |
| | 5870 | Corvus Airlines, Inc. | $0.00 |
| | 1044 | Hageland Aviation Services, Inc. | $0.00 |
| | 6513 | Corvus Airlines, Inc. | $64,462.33 |
| | 2343 | Corvus Airlines, Inc. | $7,091.16 |
| | 3002 | Corvus Airlines, Inc. | $0.00 |
| | 6133 | HoTH, Inc. | $0.00 |
| | 9213 | Hageland Aviation Services, Inc. | $137.10 |
| | 2457 | Hageland Aviation Services, Inc. | $0.00 |
| | 7297 | JJM, Inc. | $0.00 |
| | 8213 | Ravn Air Group, Inc. | $0.00 |
| | 9617 | Peninsula Aviation Services, Inc. | $0.00 |
| Wells Fargo | 4725 | HoTH, Inc. | $52,284.21 |
| | 3665 | HoTH, Inc. | $6,267.41 |
| US Bank | 7782 | Corvus Airlines, Inc. | $25,778.58 |
| | 2945 | Peninsula Aviation Services, Inc. | $0.79 |