# Exhibit A

**(Contract Rejection Schedule)**

| Lessor and Address | Identifying Information | Subject |
|---|---|---|
| Blackbird, LLC<br>c/o Bob Hajdukovich<br>229 Iditarod Avenue<br>Fairbanks, AK 99701 | N750RV | Cessna Grand Caravan<br>S/N C208B-5194<br>Registration: N750RV |
| JAH2015AN680PA, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive<br>Miami, FL 33133<br><br>Connor & Winters, LLP<br>Attn: Kevin H. Good<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201 | N680PA | Saab 2000<br>S/N 2000-020<br>Registration: N680PA |
| JAH2015AN681PA, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive<br>Miami, FL 33133<br><br>Connor & Winters, LLP<br>Attn: Kevin H. Good<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201 | N681PA | Saab 2000<br>S/N 2000-027<br>Registration: N681PA |
| JAH2015AN682PA, LLC<br>c/o JAH2 US Aircraft Holdings, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive<br>Miami, FL 33133<br><br>Connor & Winters, LLP<br>Attn: Kevin H. Good<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201 | N682PA | Saab 2000<br>S/N 2000-030<br>Registration: N682PA |
| JAH2-CAE510132, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive, Suite 1130<br>Miami, FL 33133 | CAE510132 | Lease For Engine<br>Rolls-Royce model AE2100A<br>S/N: CAE510132 |
| JAH32000-009, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive, Suite 1130<br>Miami, FL 33133 | CAE510134 | Lease For Engine<br>Rolls-Royce model AE2100<br>S/N: CAE510134 |
| N755RV, LLC<br>c/o Bob Hajdukovich<br>229 Iditarod Avenue<br>Fairbanks, AK 99701 | N755RV | Cessna Grand Caravan<br>S/N C208B-5299<br>Registration: N755RV |

| | | |
|---|---|---|
| Pratt & Whitney Canada Corp<br>1000 Marie-Victorin,<br>Longueuil, Quebec, Canada J4G 1A1 | PC2011+GG | Lease for Engine<br>Model: PT6A-114A<br>S/N: PC2011+GG |
| Wells Fargo Trust Company, N.A.,<br>not in its individual capacity, but solely as Owner Trustee<br>under the Trust Agreement (N686PA)<br>Attn: Corporate Trust Services<br>299 S. Main St., 5th Floor<br>Salt Lake City, UT 84111<br><br>c/o JAH2 US Aircraft Holdings, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive<br>Miami, FL 33133<br><br>Connor & Winters, LLP<br>Attn: Kevin H. Good<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201 | N686PA | Saab 2000<br>S/N 2000-017<br>Registration: N686PA |
| Wells Fargo Trust Company, N.A.,<br>not in its individual capacity, but solely as Owner Trustee<br>under the Trust Agreement (N687PA)<br>Attn: Corporate Trust Services<br>299 S. Main St., 5th Floor<br>Salt Lake City, UT 84111<br><br>JAH2 US Aircraft Holdings, LLC<br>Attn: Stuart Klaskin<br>2601 S. Bayshore Drive<br>Miami, FL 33133<br><br>Connor & Winters, LLP<br>Attn: Kevin H. Good<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201 | N687PA | Saab 2000<br>S/N 2000-021<br>Registration: N687PA |
| UMB Bank, N.A.,<br>not in its individual capacity, but solely as Owner Trustee<br>under the Trust Agreement (N687PA)<br>Attn: Corporate Trust Utah<br>6550 S. Millrock Drive, Suite 150<br>Salt Lake City, UT 84121<br><br>MG Alaska Leasing Limited<br>Attn: Raymond Eyre<br>6th Floor, South Bank House<br>Dublin 4<br>Ireland<br><br>Montrose Global, LLP<br>Attn: Nick Brice<br>1-2 Jacob's Well Mews<br>London W1U 3D5 England | N462PA | Saab 2000<br>S/N 2000-461<br>Registration: N687PA |

11

146484.01600/123083528v.2

| | | |
|---|---|---|
| Wells Fargo Bank Northwest, N.A., not in its individual capacity, but solely as Trustee under the Trust Agreement<br>Attn: Corporate Trust Department<br>299 S. Main St., 12th Floor<br>Salt Lake City, UT 84111<br><br>Avmax Aircraft Leasing<br>2055 Pegasus Road NE<br>Calgary, Alberta<br>T2E 7G5 Canada | N886EA | Bombardier DHC-8-103<br>S/N 215<br>Registration: N886EA |
| Rolls-Royce Corporation<br>450 South Meridian St.<br>Mail Code: MC-NB-03<br>Indianapolis, IN 46225-1103 | DEG 12672 | Supply and Service of Engines and Parts for Saab 2000 engines |