## Exhibit C

**(Budget)**

**Ravn Air Group, Inc.**
**DIP Cash Flow Forecast**

| Actual/Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date | 4/6/20 | 4/11/20 | 4/18/20 | 4/25/20 | 5/2/20 | 5/9/20 | 5/16/20 | 5/23/20 | 5/30/20 | 6/6/20 | 6/13/20 | 4/6/20 |
| End Date | 4/10/20 | 4/17/20 | 4/24/20 | 5/1/20 | 5/8/20 | 5/15/20 | 5/22/20 | 5/29/20 | 6/5/20 | 6/12/20 | 6/19/20 | 6/19/20 |
| **Total Cash Receipts** | $ 930,000 | $ 1,080,000 | $ 1,125,000 | $ 280,000 | $ 295,000 | $ 260,000 | $ 155,000 | $ 120,000 | $ 305,000 | $ 115,000 | $ 10,000 | $ 4,675,000 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Payroll and benefits | $ (6,520,000) | $ - | $ (165,000) | $ - | $ (170,000) | $ - | $ (190,000) | $ - | $ (170,000) | $ - | $ (545,000) | $ (7,760,000) |
| Rent | (110,000) | - | - | (130,000) | - | - | - | - | (120,000) | - | - | (360,000) |
| Utilities | - | (50,000) | - | - | - | (50,000) | - | - | - | (50,000) | - | (150,000) |
| Excise Tax | - | - | - | - | - | - | - | - | - | - | (320,000) | (320,000) |
| Insurance | - | - | (1,500,000) | (200,000) | - | - | - | - | (200,000) | - | - | (1,900,000) |
| Ordinary Course Professionals | - | (10,000) | - | (10,000) | - | - | - | - | (10,000) | - | - | (30,000) |
| Other - Contingency | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (825,000) |
| **Total Operating Disbursements** | $ (6,705,000) | $ (135,000) | $ (1,740,000) | $ (415,000) | $ (245,000) | $ (125,000) | $ (265,000) | $ (75,000) | $ (575,000) | $ (125,000) | $ (940,000) | $ (11,345,000) |
| **Operating Cash Flow** | $ (5,775,000) | 945,000 | $ (615,000) | $ (135,000) | $ 50,000 | $ 135,000 | $ (110,000) | $ 45,000 | $ (270,000) | $ (10,000) | $ (930,000) | $ (6,670,000) |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| Interest & fees | $ (560,000) | $ - | $ - | $ (51,000) | $ - | $ - | $ - | $ - | $ (101,000) | $ - | $ (71,000) | (783,000) |
| Professional fees | (355,000) | - | - | (60,000) | (315,000) | - | - | - | (1,015,000) | (315,000) | (2,990,000) | (5,050,000) |
| U.S. Trustee fees | - | - | - | - | - | - | - | - | - | - | (250,000) | (250,000) |
| **Total Non-Operating Disbursements** | $ (915,000) | $ - | $ - | $ (111,000) | $ (315,000) | $ - | $ - | $ - | $ (1,116,000) | $ (315,000) | $ (3,311,000) | $ (6,083,000) |
| **Net Cash Flow** | $ (6,690,000) | $ 945,000 | $ (615,000) | $ (246,000) | $ (265,000) | $ 135,000 | $ (110,000) | $ 45,000 | $ (1,386,000) | $ (325,000) | $ (4,241,000) | $ (12,753,000) |
| **Cash Position:** | | | | | | | | | | | | |
| Beginning Cash Balance - Book | $ 1,090,000 | $ 400,000 | $ 1,345,000 | $ 730,000 | $ 484,000 | $ 219,000 | $ 6,354,000 | $ 6,244,000 | $ 6,289,000 | $ 4,903,000 | $ 4,578,000 | $ 1,090,000 |
| Plus Receipts | 930,000 | 1,080,000 | 1,125,000 | 280,000 | 295,000 | 260,000 | 155,000 | 120,000 | 305,000 | 115,000 | 10,000 | 4,675,000 |
| Less Disbursements | (7,620,000) | (135,000) | (1,740,000) | (526,000) | (560,000) | (125,000) | (265,000) | (75,000) | (1,691,000) | (440,000) | (4,251,000) | (17,428,000) |
| DIP facility draws / (repayments) | 6,000,000 | - | - | - | - | 6,000,000 | - | - | - | - | - | 12,000,000 |
| **Ending Cash Balance - Book** | $ 400,000 | $ 1,345,000 | $ 730,000 | $ 484,000 | $ 219,000 | $ 6,354,000 | $ 6,244,000 | $ 6,289,000 | $ 4,903,000 | $ 4,578,000 | $ 337,000 | $ 337,000 |