## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*, | Case No. 20-10755 (BLS) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF CHAPTER 11 FILING AND OF FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on April 5, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the Clerk of the United States Bankruptcy Court for the District of Delaware voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), as set forth below:

1. Voluntary Chapter 11 Petitions:

   A. Ravn Air Group, Inc. (Case No. 20-10755)
   B. Ravn Air Group Holdings, Inc. (Case No. 20-10756)
   C. JJM, Inc. (Case No. 20-10757)
   D. HoTH, Inc. (Case No. 20-10758)
   E. Corvus Airlines, Inc. (Case No. 20-10759)
   F. Frontier Flying Service, Inc. (Case No. 20-10760)
   G. Hageland Aviation Services, Inc. (Case No. 20-10761)
   H. Peninsula Aviation Services, Inc. (Case No. 20-10762)

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the following applications and motions (the "First Day Motions and Papers"):

2. Motion of the Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Dkt. No. 3; 04/05/2020]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

146484.01600/123083648v.1

3. Debtors' Application for Appointment of Stretto as Claims and Noticing Agent [Dkt. No. 4; 04/05/2020]

4. Declaration of John Mannion in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 5; 04/05/2020]

5. Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 6; 04/05/2020]

6. Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 7; 04/05/2020]

7. Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 8; 04/05/2020]

8. Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations [Dkt. No. 9; 04/05/2020]

9. Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 10; 04/05/2020]

10. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 13; 04/06/2020]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions and Papers may be downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov, or the Debtors' bankruptcy website at www.cases.stretto.com/ravnair.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents through the Bankruptcy Court's website.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing (the "First Day Telephonic Hearing") will be scheduled for the above-captioned chapter 11 cases.  The Bankruptcy

146484.01600/123083648v.1

Court will consider the First Day Motions and Papers at the First Day Telephonic Hearing. Further notice regarding the date, time, and location of the First Day Telephonic Hearing will be served once scheduled by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions and Papers may be made at the First Day Telephonic Hearing.

| | |
|---|---|
| Wilmington, Delaware<br>Date: April 6, 2020 | **BLANK ROME LLP**<br><br>*/s/ Victoria Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>       tarr@blankrome.com<br>       jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice* pending)<br>Jane Kim (*pro hac vice* pending)<br>Thomas B. Rupp (*pro hac vice* pending)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>       jkim@kbkllp.com<br>       trupp@kbkllp.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |