# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., et al., | Case No. 20-10755 (BLS) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BNP Paribas ("BNP") hereby appears in the above-captioned cases through its counsel, Winston & Strawn LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **WINSTON & STRAWN LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| David Neier, Esq. | William P. Bowden, Esq. |
| 200 Park Avenue | Gregory A. Taylor, Esq. |
| New York, NY 10166-4193 | 500 Delaware Avenue, 8th Floor |
| Tel: (212) 294-6700 | P.O. Box 1150 |
| Fax: (212) 294-4700 | Wilmington, DE 19899-1150 |
| Email: dneier@winston.com | Tel: (302) 654-1888 |
| | Fax: (302) 654-2067 |
| | Email: wbowden@ashbygeddes.com |
| | Email: gtaylor@ashbygeddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

{01552362;v1 }

petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that BNP intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which BNP is or may be entitled under agreements in law or in equity.

Dated:  April 6, 2020

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden, Esq. (DE #2553)
Gregory A. Taylor, Esq. (DE #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
Tel:  (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashbygeddes.com
Email: gtaylor@ashbygeddes.com

-and-

**WINSTON & STRAWN LLP**
David Neier, Esq.
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: dneier@winston.com

*Counsel to BNP Paribas*