IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Joint Administration Requested)<br><br>**Re: Dkt. Nos. 7, 8, 9, 10** |

**NOTICE OF FILING OF REVISED ORDERS
WITH RESPECT TO CERTAIN FIRST DAY MOTIONS**

    **PLEASE TAKE NOTICE** that the form of Proposed Interim Utilities Order, which was attached as Exhibit B to the *Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers* [D.I. 7], has been revised to reflect certain comments from the Office of the United States Trustee. The revised Proposed Interim Utilities Order is attached hereto as **Exhibit A** and the related redline is attached hereto as **Exhibit B**.

    **PLEASE TAKE FURTHER NOTICE** that the form of Proposed Interim Taxes Order, which was attached as Exhibit A to the *Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes* [D.I. 8], has been revised to reflect certain comments from the Office of the United States Trustee. The revised Proposed Interim Taxes Order is attached hereto as **Exhibit C** and the related redline is attached hereto as **Exhibit D**.

    **PLEASE TAKE FURTHER NOTICE** that the form of Proposed Interim Insurance Order, which was attached as Exhibit D to the *Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations* [D.I. 9], has been revised to reflect certain comments from the Office of the United States Trustee. The revised Proposed Interim Insurance Order is attached hereto as **Exhibit E** and the related redline is attached hereto as **Exhibit F**.

    **PLEASE TAKE FURTHER NOTICE** that the form of Proposed Employee Wage Order, which was attached as Exhibit A to the *Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items* [D.I. 10], has been revised to reflect certain comments from the Office of the United States Trustee. The revised Proposed Employee Wage Order is attached hereto as **Exhibit G** and the related redline is attached hereto as **Exhibit H**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to make further revisions to these proposed orders prior to, at, or following the First Day Hearing which is scheduled to be held on **April 7, 2020 at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Brendan L. Shannon, Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware.

Dated: April 7, 2020
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (No. 5183)
Stanley B. Tarr (No. 5535)
Jose F. Bibiloni (No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
tarr@blankrome.com
jbibiloni@blankrome.com

and

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice* pending)
Jane Kim (*pro hac vice* pending)
Thomas B. Rupp (*pro hac vice* pending)
650 California Street, Suite 1900
San Francisco, California 94108
Tel: (415) 496-6723
Fax: (650) 636-9251
Email: tkeller@kbkllp.com
      jkim@kbkllp.com
      trupp@kbkllp.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*