**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered Requested) |

NOTICE OF *AMENDED*[2] AGENDA OF *TELEPHONIC* HEARING ON FIRST DAY MOTIONS SCHEDULED FOR APRIL 7, 2020 AT 10:30 A.M. (EDT) IN COURTROOM #1[3]

**VOLUNTARY PETITIONS:**

1. Voluntary Chapter 11 Petitions[4]:

    A. Ravn Air Group, Inc. (Case No. 20-10755)
    B. Ravn Air Group Holdings, Inc. (Case No. 20-10756)
    C. JJM, Inc. (Case No. 20-10757)
    D. HoTH, Inc. (Case No. 20-10758)
    E. Corvus Airlines, Inc. (Case No. 20-10759)
    F. Frontier Flying Service, Inc. (Case No. 20-10760)
    G. Hageland Aviation Services, Inc. (Case No. 20-10761)
    H. Peninsula Aviation Services, Inc. (Case No. 20-10762)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] **Amended items appear in bold.**

[3] Any party participating must do so telephonically and must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

[4] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

**INFORMATIONAL DECLARATIONS:**

2.  Declaration of John Mannion in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 5; 04/05/2020]

    Related Documents:

    A.  **Supplemental Declaration of John Mannion in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 36; 04/07/2020] (the "Supplemental First Day Declaration")**

**FIRST DAY MOTIONS AND APPLICATIONS:**

3.  Motion of the Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Dkt. No. 3; 04/05/2020]

    Objections/Responses Received:    None as of the filing of this Agenda.

    Related Documents:    None.

    Status:  The hearing on this matter will go forward.

4.  Debtors' Application for Appointment of Stretto as Claims and Noticing Agent [Dkt. No. 4; 04/05/2020]

    Objections/Responses Received:    Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A.  **Supplemental Declaration of Sheryl Betance in Support of Debtors' Application for Appointment of Stretto as Claims and Noticing Agent [Dkt. No. 28; 04/06/2020]**

    Status:  The hearing on this matter will go forward.  **The Debtors believe that the filing of the Supplemental Declaration of Sheryl Betance has addressed the informal concerns of the Office of the United States Trustee with respect to the Debtors' Application for Appointment of Stretto.**

5.  Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 6; 04/05/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee and counsel for Airlines Clearing House, Inc.

    Related Documents:

    A.    **The Debtors' Supplement to their Cash Management Motion (I) Authorizing the Debtors to Honor Interline and Clearinghouse Agreements and Prepetition Obligations Related Thereto and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [Dkt. No. 35; 04/07/2020]**

    Status:  The hearing on this matter will go forward.  **The Debtors believe they have addressed the concerns of the Office of the United States Trustee and counsel for Airlines Clearing House, Inc. by filing the Supplement to their Cash Management Motion, the Supplemental First Day Declaration and the revised proposed interim cash management order.**

6.    Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 7; 04/05/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A.    **Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020]**

    Status:  The hearing on this matter will go forward.  **The Debtors believe they have addressed the concerns of the Office of the United States Trustee, except that one additional revision will be added to the proposed interim utilities order following the hearing on this matter.**

7.    Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 8; 04/05/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A.    **Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020]** *(See 6.A)*

Status: The hearing on this matter will go forward. **The Debtors believe they have addressed the concerns of the Office of the United States Trustee by the revisions to the proposed interim taxes order.**

8. Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations [Dkt. No. 9; 04/05/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A. **Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020]** *(See 6.A)*

    Status: The hearing on this matter will go forward. **The Debtors believe they have addressed the concerns of the Office of the United States Trustee by the revisions to the proposed interim insurance order.**

9. Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 10; 04/05/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee.

    Related Documents:

    A. **Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020]** *(See 6.A)*

    Status: The hearing on this matter will go forward. **The Debtors believe they have addressed the concerns of the Office of the United States Trustee by the revisions to the proposed interim employee wage order and the disclosures made in the Supplemental First Day Declaration.**

10. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 13; 04/06/2020]

    Objections/Responses Received:   Informal comments received from the Office of the United States Trustee **and counsel for Airlines Clearing House, Inc**.

Related Documents:

**A.    Notice of Filing of Revised Budget and Interim Order with Respect to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 31; 04/06/2020]**

Status:  The hearing on this matter will go forward. **The Debtors believe that the revised Proposed Interim DIP Financing Order has addressed substantially all of the informal concerns of the Office of the United States Trustee with respect to the DIP Financing Motion and that they will be able to address the concerns of Airlines Clearing House, Inc. at the hearing on this matter.**

Wilmington, Delaware
Date:  April 7, 2020

**BLANK ROME LLP**

By: */s/ Victoria Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
          tarr@blankrome.com
          jbibiloni@blankrome.com

    -and-

**KELLER BENVENUTTI KIM LLP**

Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California St., Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (415) 636-9251
Email: tkeller@kbkllp.com
          jkim@kbkllp.com
          trupp@kbkllp.com
*Proposed Co-Counsel to the Debtors and Debtors in Possession*