# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR, INC. *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 67** |

## NOTICE OF WITHDRAWAL OF THE MOTION [AND ORDER] FOR ADMISSION PRO HAC VICE OF YAN TEYTELMAN

PLEASE TAKE NOTICE that North Slope Borough, by and through its undersigned counsel, hereby withdraws its *Motion [and Order] for Admission Pro Hac Vice* of Yan Teytelman [Docket No. 67] filed on April 10, 2020.

Dated: April 11, 2020
       Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:  jphitchings@duanemorris.com

*Counsel to North Slope Borough*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.