

d/b/a Everts Air Alaska, d/b/a/ Everts Air Cargo • P.O. Box 61680, Fairbanks, AK 99706-1680 • (907) 450-2345, fax: (907) 450-2320 • www.evertsair.com

To:   The Honorable, Judge Shannon,
      United States Federal Bankruptcy Court
      District of Delaware
      824 Market ST N
      3rd Floor
      Wilmington, DE 19801                                April 8, 2020

Tatonduk Outfitters Limited, an Alaska corporation, would like to express our strong desire to the Court, to acquire, through purchase or lease, the following real properties and or buildings owned or leased by the various companies of the Ravn Air Group Inc (Section (a) below), currently held in Chapter 11 by the US Bankruptcy Court over seen by the Honorable, Judge Shannon.

Tatonduk Outfitters Limited, d/b/a Everts Air Cargo, and d/b/a Everts Air Alaska, would like to purchase or at a minimum lease the following real properties currently in the Ravn Air Group of companies and located in the following cities:

1. Bethel, Alaska
2. Fairbanks, Alaska
3. Galena, Alaska
4. Anchorage, Alaska
5. Deadhorse, Alaska
6. Barrow, Alaska
7. King Salmon, Alaska

I look forward to discussing this with the Court.

Best Regards,

Robert W. Everts
President/CEO
Tatonduk Outfitters Limited
d/b/a Everts Air Cargo, and d/b/a Everts Air Alaska



d/b/a Everts Air Alaska, d/b/a/ Everts Air Cargo • P.O. Box 61680, Fairbanks, AK 99706-1680 • (907) 450-2345, fax: (907) 450-2320 • www.evertsair.com

## (a) Bankruptcy Court Cases

| Case # | Chapter | Case | Date Filed | Judge |
|---|---|---|---|---|
| 20-10755-BLS | 11 | Ravn Air Group, Inc. | 04/05/2020 | Shannon |
| 20-10756-BLS | 11 | Ravn Air Group Holdings, LLC | 04/05/2020 | Shannon |
| 20-10757-BLS | 11 | JJM, Inc. | 04/05/2020 | Shannon |
| 20-10758-BLS | 11 | HoTH, Inc. | 04/05/2020 | Shannon |
| 20-10759-BLS | 11 | Corvus Airlines, Inc. | 04/05/2020 | Shannon |
| 20-10760-BLS | 11 | Frontier Flying Service, Inc. | 04/05/2020 | Shannon |
| 20-10761-BLS | 11 | Hageland Aviation Services, Inc. | 04/05/2020 | Shannon |
| 20-10762-BLS | 11 | Peninsula Aviation Services, Inc. | 04/05/2020 | Shannon |