**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Ravn Air Group, Inc.          Chapter __11__

                                     Case No. __20__-__10755__ (__BLS__)

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent __City of Unalaska, Alaska__ in this action: I am admitted to practice law in __(court(s))__

__State of Alaska, District of Alaska, Ninth Circuit__

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Charles A. Cacciola

Agency/Organization
Name:      Boyd, Chandler, Falconer & Munson, LLP
Address:   911 W. 8th Avenue, STE 302
           Anchorage, AK 99516
Phone:     (907) 272-8401
Email:     ccacciola@bcfaklaw.com

Local Form 105A