# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |

## COMBINED LIST OF EQUITY SECURITY HOLDERS
## PURSUANT TO FED. R. BANKR. P. 1007(a)(3)

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Ravn Air Group, Inc. and certain of its affiliates, who are debtors and debtors in possession in the above-captioned jointly-administered cases (each a "Debtor" and collectively, "Debtors"), hereby state as follows:

| Debtor | Equity Holder | % Interest |
|---|---|---|
| Ravn Air Group, Inc. | Ravn Air Group Holdings, LLC<br>110 East 59th Street, 27th Floor<br>New York, NY 10022 | 100% |
| Ravn Air Group Holdings, LLC | JFL-RAG Partners, LLC<br>110 East 59th Street, 27th Floor<br>New York, NY 10022 | 100% |
| JJM, Inc. | Ravn Air Group, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |
| HoTH, Inc. | Ravn Air Group, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |
| Peninsula Aviation Services, Inc. | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

| Debtor | Equity Holder | % Interest |
|---|---|---|
| Hageland Aviation Services, Inc. | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |
| Frontier Flying Service, Inc. | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |
| Corvus Airlines, Inc. | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name __Ravn Air Group, Inc. et al._____

United States Bankruptcy Court for the: _____   District of __Delaware__
(State)

Case number (*If known*): __20-10755 (BLS)__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   COMBINED LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/15/2020__          ✗ */s/ John Mannion*_____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                John Mannion
                                Printed name

                                Chief Financial Officer
                                Position or relationship to debtor

---

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**