**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Ravn Air Group, Inc., *et al.* | : | Case No. 20-10755 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Crowley Fuels, LLC.**, Attn: Courtney A. McCormick, 201 Artic Slope Avenue, Anchorage, AK, 99518, Phone: 904-727-2629; Fax: 206-332-8329; E-mail: Courtney.mccormick@crowley.com

2. **STS Repair and Modification, LLC**, Attn: Michael C. Sommers, 2000 NE Jensen Beach Blvd., Jensen Beach, FL, 34957, Phone: 772-323-0375 ext. 8834; E-mail: mike.sommers@stsaviationgroup.com

3. **Petro Star Inc.,** Attn: Ryan Muspratt, CFO & Angela Speight, COO, 3900 C Street, Suite 802, Anchorage, AK, 99503, Phone: 907-602-4213; E-mail: rmuspratt@petrostar.com

4. **Frosty Fuels, LLC,** Attn: George Pollock, 4000 Old Seward Highway, Anchorage, AK, 99503, Phone: 907-562-5444; E-mail: gpollock@aleutenterprise.com

5. **Airport Enterprises, LLC**, Attn: J. Peter Gross, P.O. Box 7276, Kalispell, MT, 59904, Phone: 406-270-0910, E-mail: airportenterprises@gmail.com


                    ANDREW R. VARA
                    United States Trustee, Region 3


                    /s/ *Timothy Fox* for
                    T. PATRICK TINKER
                    ASSISTANT UNITED STATES TRUSTEE

DATED: April 20, 2020

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Victoria Guilfoyle, Esq., Phone: 302-425-6400; Fax: 302-425-6464