IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-10755 (BLS) |
| RAVN AIR GROUP, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re:  D.I. Nos. 7, 34, 45** |

---

**RESERVATION OF RIGHTS OF GCI COMMUNICATION CORP. TO MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO THE DEBTORS' UTILITY PROVIDERS**

---

GCI Communication Corp. ("GCI"), by its attorneys, Connolly Gallagher LLP and Sherman & Howard L.L.C., files this reservation of rights in response to the *Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers* [Docket No. 7] (the "Utilities Motion").  In support, GCI states as follows:

1.    On April 5, 2020 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code.

2.    The Debtors operate their business as debtors-in-possession.

3.    GCI is a telecommunications company based in Anchorage, Alaska.  GCI provides the Debtors with telecommunication utility services, such as phone, internet, cable television, and data center, as well as other professional services.  GCI files this reservation of rights with respect to the amount of Adequate Assurance Deposit[1] provided in the Utilities Motion.

---

[1] Capitalized terms not defined in this Reservation of Rights have the meaning given to them in the Utilities Motion.

4.      In the month immediately preceding the Petition Date, GCI provided $70,442.21 worth in Utility Services to the Debtors.  Prior to the Petition Date, GCI provided an average of over $70,000 in Utility Services per month.

5.      The Utilities Motion proposes an Adequate Assurance Deposit of $70,000 for all Utility Companies.

6.      Utility Services provided by GCI were not considered in the calculation of the $70,000 Adequate Assurance Deposit, and GCI was not included in Exhibit A to the Utilities Motion, which attempted to name every company that provides Utility Services to Debtors.

7.      On April 7, 2020, the Debtors filed a revised order for the Utilities Motion, but did not change the amount of the Adequate Assurance Deposit in the revised order.  [Docket No. 34-1].

8.      After noticing this omission, the undersigned contacted Debtors' counsel to notify them of this oversight, and Debtors' counsel agreed to increase the Adequate Assurance Deposit by $35,000, recognizing Debtors' pre-petition average usage level.

9.      Debtors have yet to filed a revised order increasing the Adequate Assurance Deposit to $105,000, to reflect Utility Services provided by GCI.

10.     Therefore, GCI reserves all rights with regards to the Utilities Motion and the Adequate Assurance Deposit.

WHEREFORE, GCI requests that any final order approving the Utilities Motion require the Debtors to increase the Adequate Assurance Deposit to reflect the Utility Services provided by GCI, and for such additional relief in favor of GCI as the Court deems proper.

Dated:  April 22, 2020                    CONNOLLY GALLAGHER LLP

                                          /s/ Jeffrey C. Wisler
                                          Jeffrey C. Wisler, Esq. (DE Bar No. 2795)
                                          Kelly M. Conlan (DE Bar No. 4786)
                                          1201 N. Market Street, 20th Floor
                                          Wilmington, DE 19801
                                          Phone:  (302) 757-7300
                                          Fax:  (302) 658-0380
                                          E-mail:  jwisler@connollygallagher.com

                                          and

                                          SHERMAN & HOWARD L.L.C.
                                          Peter A. Cal, Esq., (admission pro hac vice pending)
                                          Stephen Robin, Esq. (admission pro hac vice pending)
                                          633 Seventeenth Street, Suite 3000
                                          Denver, CO  80202
                                          Phone:  (303) 297-2900
                                          Fax: (303) 298-0940
                                          E-mail: pcal@shermanhoward.com
                                                      srobin@shermanhoward.com

                                          **Attorneys for Creditor GCI Communication Corp.**

#05528584

Active/51612570.3