IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. et al.,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: April 29, 2020 at 11:00 a.m. (ET) |
| | Re: Dkt. No. 5, 13, 36, 49, 100 |

**SUPPLEMENTAL DECLARATION OF JOHN MANNION IN SUPPORT OF
MOTION FOR DEBTOR IN POSSESSION FINANCING**

I, John Mannion, do hereby declare as follows:

1. I am Chief Financial Officer of Ravn Air Group, Inc. ("Ravn Air Group"), a corporation organized under the laws of Delaware. I serve in a similar capacity for the other above-captioned debtors (collectively with Ravn Air Group, "Ravn," the "Company," or the "Debtors") in these cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). I am generally familiar with the day-to-day operations of the Debtors and their affairs, books, and records.

2. On April 5, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is: 4700 Old International Airport Road, Anchorage, AK 99502.

3. This declaration is submitted as a supplement to the *Declaration of John Mannion in Support of First Day Motions* filed on the Petition Date and the *Supplemental Declaration of John Mannion in Support of First Day Motions* filed on April 7, 2020 [Dkt. No. 36] (the "First Day Declarations") and filed in support of the Debtors' requests for various types of "first day" relief and, in particular, in support of the Debtors' motion for an order approving debtor in possession financing and related relief (the "DIP Motion") [Dkt. No. 13].

4. The Debtors' operational downsizing was determined without direction from the Prepetition Secured Parties but was, instead, a response to the circumstances set forth more fully in the First Day Declaration.

5. The downsizing occurred as follows:

    a. The Debtors laid off their first group of employees on March 23, 2020, when 134 employees were issued notices, and the Debtors reduced scheduled flying by approximately thirty percent.

    b. On March 27, 2020, the Debtors issued temporary layoff notices to 167 employees, and the Debtors reduced scheduled flying by approximately fifty percent.

    c. On April 5, 2020, immediately before the Chapter 11 Cases were commenced, the Debtors grounded all aircraft, stopped all operations, and reduced staffing to approximately 39 employees.

6. Had the Debtors not made the reductions in force and other operational changes described above, its operating expenses would have continued to run at a rate in excess of $3 million per week. Their operating receipts would have been a small fraction of that sum.

7. The Debtors initially contacted the Prepetition Secured Parties to discuss the possibility of a shutdown and the need for emergency financing the week of March 22, 2020. In connection with their discussions, the Debtors obtained a preliminary valuation of the Debtors' assets

pursuant to which they determined that the value of those assets collectively was substantially less than the amount of their obligations to the Prepetition Secured Parties. The Debtors are informed and believe that the Prepetition Secured Parties share this understanding.

8. The Debtors have appointed and empowered a Special Restructuring Committee that exercises plenary power over the Debtors' decisions in these Chapter 11 Cases. Two of the three members of the Special Restructuring Committee are independent directors who have extensive experience in distressed investing and transactions. The third is the Debtors' Chief Executive Officer.

9. The Special Restructuring Committee explored, and continues to explore, alternative transactions. Its members have been in direct communications with representatives of the United States Treasury and have advocated for CARES Act funding to support an alternative to the currently-proposed plan. The information available to the Special Restructuring Committee on the status of the Debtors' CARES Applications is that the funding requested will not be granted in the amounts requested or in amounts that would have supported alternatives previously under consideration by the Special Restructuring Committee.

10. The Special Restructuring Committee continues to explore alternative transactions, including alternative transactions that would not pay the Prepetition Secured Parties in full.

11. In the meantime, the Debtors have continued to work to reduce expenses and limit the impact of their downsizing by, among other things, subletting their facilities and ground service equipment to be used by other airline operators in remote areas and working with Alaska's boroughs and municipalities to assure essential services to their communities.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Anchorage, Alaska on April 26, 2020.

_____
John Mannion