**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 29, 2020 at 11:00 a.m. (ET)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC*
HEARING ON APRIL 29, 2020 AT 11:00 A.M. (ET) IN COURTROOM #1[2][3]**

**MATTERS WITH CERTIFICATE OF NO OBJECTION OR
CERTIFICATION OF COUNSEL**

1. Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 6; 04/05/2020]

   Objection/Response Deadline:   April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee"))

   Objections/Responses Received:

   A.   Informal comments from counsel to the DIP Agent.

   Related Documents:

   B.   The Debtors' Supplement to their Cash Management Motion (I) Authorizing the Debtors to Honor Interline and Clearinghouse Agreements and Prepetition

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

        Obligations Related Thereto and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [Dkt. No. 35; 04/07/2020]

    C.    Interim Order (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 44; Entered 04/07/2020]

    D.    Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 50; 04/08/2020]

    E.    Certification of Counsel Regarding Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers [Dkt. No. 104; 04/27/2020]

    <u>Status</u>:    A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

2.    Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 7; 04/05/2020]

    <u>Objection/Response Deadline</u>:    April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

    <u>Objections/Responses Received</u>:

    A.    Reservation of Rights of GCI Communication Corp. to Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 89; 04/22/2020]

    <u>Related Documents</u>:

    B.    Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020]

    C.    Interim Order Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 45; Entered 04/07/2020]

    D.    Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance

        Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 51; 04/08/2020]

    E.    Certification of Counsel Regarding Motion of the Debtors for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers [Dkt. No. 105; 04/27/2020]

    <u>Status</u>:    A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

3.    Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 8; 04/05/2020]

    <u>Objection/Response Deadline</u>:    April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

    <u>Objections/Responses Received</u>:    None.

    <u>Related Documents</u>:

    A.    Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020] *(See 2.B)*

    B.    Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 46; Entered 04/07/2020]

    C.    Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 52; 04/08/2020]

    D.    Certificate of No Objection Regarding Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [Dkt. No. 106; 04/27/2020]

    <u>Status</u>:    A certificate of no objection has been filed. The proposed final order may be entered without further notice or hearing.

4.    Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations [Dkt. No. 9; 04/05/2020]

    <u>Objection/Response Deadline</u>:    April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

    <u>Objections/Responses Received</u>:

    A.    Informal comments received from counsel to Starr Insurance Companies.

Related Documents:

B.   Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020] *(See 2.B)*

C.   Interim Order Granting Motion for an Order Authorizing the Debtors to Pay the Prepetition Insurance Obligations [Dkt. No. 47; Entered 04/07/2020]

D.   Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations [Dkt. No. 53; 04/08/2020]

E.   Certification of Counsel Regarding Motion of the Debtors for Interim and Final Orders Authorizing the Payment of Prepetition Insurance Obligations [Dkt. No. 107; 04/27/2020]

Status:   A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

5.   Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 10; 04/05/2020]

Objection/Response Deadline:   April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

Objections/Responses Received:   None.

Related Documents:

A.   Notice of Filing of Revised Orders with Respect to Certain First Day Motions [Dkt. No. 34; 04/07/2020] *(See 2.B)*

B.   Interim Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 48; Entered 04/07/2020]

C.   Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 54; 04/08/2020]

D.   Certificate of No Objection Regarding Motion of the Debtors for an Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items [Dkt. No. 108; 04/27/2020]

Status:   A certificate of no objection has been filed. The proposed final order may be entered without further notice or hearing.

**MATTERS GOING FORWARD:**

6. First Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 11; 04/05/2020]

    Objection/Response Deadline:    April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

    Objections/Responses Received:

    A.  Objection of Jetstream Aviation Capital, LLC to Debtors' First Omnibus Motion of for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contract Effective *Nunc Pro Tunc* as of the Petition Date Relief [Dkt. No. 92; 04/22/2020]

    B.  Declaration of Stuart Klaskin in Support of Jetstream Aviation Capital LLC's Objection to Debtors' First Omnibus Motion for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts [Dkt. No. 93; 04/22/2020]

    C.  Informal comments from UMB Bank.

    Related Documents:

    D.  Notice of Filing of Revised Contract Rejection Schedule [Dkt. No. 27; 04/06/2020]

    E.  Notice of Hearing Regarding First Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 56; 04/08/2020]

    F.  Debtors' Reply in Support of First Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 102; 04/26/2020]

    G.  [Proposed] Order Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 102-1; 04/26/2020]

    Status:  The hearing on this matter will go forward.

7.  Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting

Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 13; 04/06/2020]

<u>Objection/Response Deadline</u>:    April 22, 2020 at 4:00 p.m. (ET) (extended to April 24, 2020 at 4:00 p.m. (ET) for the Committee).

<u>Objections/Responses Received</u>:

A.   Limited Objection of GCI Communication Corp. to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 88; 04/22/2020]

B.   Limited Objection of PenAir Realty Holdings, LLC to Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 90; 04/22/2020]

C.   Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Seeking Authority to Obtain Debtor in Possession Financing and Related Relief [Dkt. No. 98; 04/24/2020]

D.   Response of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Seeking Authority to Obtain Debtor in Possession Financing [Dkt. No. 103; 04/27/2020]

E.   Informal comments from counsel to Airlines Clearinghouse, Inc.

F.   Informal comments from the United States Department of Justice.

G.   Informal comments from counsel to Saab Defense and Security USA LLC.

<u>Related Documents</u>:

H.   Notice of Filing of Revised Budget and Interim Order with Respect to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured

        Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 31; 04/06/2020]

I.      Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 49; Entered 04/07/2020]

J.      Notice of (A) Entry of Interim Order and (B) Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 55; 04/08/2020]

K.     Debtors' Omnibus Reply in Support of the Debtors Motion for Entry of a Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief [Dkt. No. 100; 04/26/2020]

L.      [Proposed] Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, and Bankruptcy Rules 2002, 4001, and 6004 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, and (IV) Granting Related Relief [Dkt. No. 100-1; 04/26/2020]

M.    Supplemental Declaration of John Mannion in Support of Motion for Debtor in Possession Financing [Dkt. No. 101; 04/26/2020]

Status: The hearing on this matter will go forward.

## STATUS CONFERENCE

Status:    The Debtors intend to present a status update on their chapter 11 plan, disclosure statement, and solicitation procedures motion, as well as timing issues related thereto.

| | |
|---|---|
| Wilmington, Delaware<br>Date: April 27, 2020 | **BLANK ROME LLP**<br><br>By: */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>        tarr@blankrome.com<br>        jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>        jkim@kbkllp.com<br>        trupp@kbkllp.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |