## Exhibit A

**(Contract Rejection Schedule)**

| Lessor and Address | Identifying Information | Subject |
|---|---|---|
| PenAir Realty Holdings, LLC<br>Attn: Daniel P. Seybert, Managing Member<br>P.O. Box 221483<br>Anchorage, Alaska 99522<br><br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Sean M. Beach<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Facsimile: (302) 571-1253<br>Email: sbeach@ycst.com<br><br>Dawson Law Group, LLC<br>Attn: Wayne G. Dawson<br>P.O. Box 244965<br>Anchorage, Alaska 99524<br>Facsimile: (907) 277-3991<br>Email: wdawson@dawsonlaw-ak.com | Block 27, Lot 5C AIA<br>and<br>Block 27, Lot 5B AIA | Two leases dated January 1, 2019, for hangar facilities and office space located at Anchorage International Airport in Anchorage, Alaska |

11