# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR CORVUS AIRLINES, INC. (CASE NO. 20-10759)

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

**GENERAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On April 5, 2020 (the "Petition Date"), Ravn Air Group, Inc. ("Ravn") and its seven affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), commenced cases under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated under case number 20-10755 (BLS) for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## OVERVIEW OF GENERAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"). These General Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements (the "General Notes") relate to each of the Debtors' Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These General Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The General Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. The General Notes are presented for each individual Debtor, however, each provision contained in the General Notes may not apply to all Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these chapter 11 cases.

**The Schedules, Statements, and General Notes should not be relied upon by any person for information relating to the current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, by the Debtors with the assistance of their advisors. Financial information for the period between January 1, 2019 and April 5, 2020, is presented on an unaudited basis. While management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Moreover, the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the chapter 11 cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of

action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.


**Ravn Air Group: Schedules and Statements Global Notes**


1. <u>Net Book Value of Assets.</u> It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 31, 2020. Furthermore, assets that have fully depreciated or were expensed for accounting purposes may not appear in these Schedules and Statements as they have no net book value.

2. <u>Basis of Presentation.</u> For financial reporting purposes, the Debtors prepare consolidated financial statements that are audited annually. Unlike the consolidated financial statements, these Schedules and Statements reflect the separate assets and liabilities of each individual Debtor. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP").

3. <u>Amendment.</u> Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

4. <u>Recharacterization.</u> The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. <u>Confidentiality.</u> In certain instances in the Schedules and Statements, the Debtors have deemed it necessary and appropriate to redact from the public record addresses of individuals because of concerns for the privacy of, or otherwise to preserve the confidentiality of, personally identifiable information.

6. <u>Summary of Significant Reporting Policies.</u> The Debtors use a consolidated cash management system through which the Debtors collect substantially all receipts and pay liabilities and expenses. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system. A description of the Debtors' prepetition cash management system is in the Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash

Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers dated April 5, 2020 [Docket No. 6].

7. Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

8. Valuation. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as March 31, 2020. Certain other assets are listed at undetermined amounts, as the net book values may differ materially from fair market values or the amounts ultimately realized. In addition, certain depreciable assets with a net book value of zero may be included for completeness. The Debtors do not intend to amend these Schedules and Statements to reflect actual values.

9. Inventories. Consumable and expendable parts and maintenance supplies related to flight equipment are scheduled as machinery, equipment and vehicles. Spare parts and supplies are recorded as inventory when purchased and charged to expense as used. A fleet retirement reserve for spare parts expected to be on hand at the date the aircraft are retired from service is provided over the remaining estimated useful life of the related aircraft equipment. An allowance for spare parts currently identified as obsolete or excess is also provided. Additionally, all inventories and plant and equipment are presented without consideration of any statutory or consensual liens.

10. Property and Equipment. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Such leases are in the Schedules and Statements, subject to the reservation of rights set forth in paragraph 11 herein.

11. Leases. The Debtors have not included in the Schedules and Statements the future obligations of any leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

12. Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

13. Taxes. Claims listed on the Debtors' Schedule E include claims owing to various taxing authorities to which the Debtors may potentially be liable. However, certain of such claims may

be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E. Therefore, the Debtors have listed estimated claim amounts, where possible, or alternatively listed such claims as undetermined in amount and marked the claims as unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve their right to dispute or challenge whether such claims are entitled to priority.

14. <u>Future Aircraft and Aircraft Engine Purchases.</u> To the extent applicable, the Debtors have not included in the Schedules and Statements any future purchase commitments or the related amounts to be paid in connection with the purchase of aircraft or aircraft engines.

15. <u>Employee Claims.</u> The Bankruptcy Court entered first day orders granting the authority, but not the obligation, to the Debtors to pay certain prepetition employee wages, salaries, severance, benefits and other obligations in the ordinary course. Accordingly, only employee related claims for prepetition amounts due that have not been paid as of the time that the Schedules and Statements were prepared by the Debtors, including employee-related claims for items not authorized to be paid by order of the Bankruptcy Court, have been included in the Schedules and Statements.

16. <u>Clearinghouse Agreements.</u> The Bankruptcy Court entered first day orders granting the authority, but not the obligation, to the Debtors to make certain payments of prepetition obligations relating to certain clearinghouse agreements. Accordingly, related liabilities that have been paid or otherwise satisfied as of the Petition Date have been excluded from Schedule F, although the agreements may be listed on Schedule G.

17. <u>Other Claims Paid Pursuant to Court Orders.</u> Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims. Accordingly, these liabilities may have been or may be satisfied in accordance with those orders, and therefore may not be listed in the Schedules and Statements.

18. <u>Insiders.</u> The Debtors have included all payments and awards made to executive officers and the members of the board of directors during the twelve months preceding the Petition Date. Included in the value reflected are cash payments to or for the benefit of the insider (inclusive of payroll, bonus and other employee benefits paid in cash). Persons have been included in the Statements for informational purposes only, and the listing of an individual as an insider is not intended to be and should not be construed as a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are reserved. Further the Debtors do not take any position concerning (a) the person's influence over the control of the Debtors, (b) the person's management responsibilities and functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including federal securities law, or any theories of liability or for any other purpose.

19. <u>Excluded Assets and Liabilities.</u> The Debtors may have excluded from the Schedules certain of the following items, which may be included in their GAAP financial statements: intercompany

receivables, investments in subsidiaries, certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, air traffic liabilities, certain other assets, and deferred revenues and gains. Other non-material assets and liabilities may also have been excluded. The Debtors have reflected intercompany balances as of March 31, 2020 on Schedules B and F for the relevant debtor.

20. <u>Intercompany Claims.</u> Claims among the Debtor and its affiliated Debtors, as reflected in the applicable entities' balance sheet accounts (each an "<u>Intercompany Receivable</u>" or "<u>Intercompany Payable</u>" and, collectively, the "<u>Intercompany Claims</u>"), are reported on Schedules B and F, as applicable. The Intercompany Claims primarily result from: provision of management services, operating expenses, aircraft and equipment leasing, and, as a result of the Debtors' cash management practices, one Debtor satisfying the obligations of another Debtor.

21. <u>Litigation.</u> Certain litigation actions reflected as claims against one Debtor may relate to any of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of the Debtor that is party to the action. In addition, the Debtors have excluded details relating to federal and state agency discrimination charges, labor arbitration and grievance claims, and government investigations and civil penalty actions. Discrimination charges have been excluded to protect the privacy interests of the charging parties and because the majority of such claims generally will not result in actual litigation. Labor arbitration and grievance claims are omitted to protect the privacy interests of the grieving party. Government investigations and notices civil penalty actions were excluded due to confidentiality and privacy concerns or because the majority of such claims are for *de minimis* amounts, have been promptly remediated or will not ultimately give rise to a civil penalty.

22. <u>Claim Description.</u> Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim or amount is not "contingent," unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on these Schedules on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to, but are not required to, amend their Schedules and Statements as necessary and appropriate, including modifying claims descriptions and designations.

23. <u>Debt Representatives.</u> Claims relating to the repayment of principal, interest and other fees and expenses under agreements governing any syndicated credit facility or debt security issued by or for the benefit of the Debtors pursuant to an indenture where the identities of the lenders or other parties in interest are not known with certainty are scheduled listing the administrative agent under the applicable credit facility or the indenture trustee on behalf of the lenders or other parties in interest.

24. <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." To the extent the Debtors are able to ascertain or estimate all or a portion of the claim amounts, they may have listed the known or estimated claim amount

and marked the claims as unliquidated, pending final resolution of outstanding issues necessary to determine the total claim amount with certainty.

25. Liabilities. The Debtors have sought to allocate liabilities between prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve their right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

26. Guarantees and Other Second Liability Claims. The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guarantees have been identified, they have been included in the relevant Schedules F and H for the affected Debtor or Debtors. Guarantees have generally been included in Schedules of the guarantor Debtor as "contingent" unless otherwise specified. Certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to, but are not required to, amend the Schedules if additional Guarantees are identified.

27. Intellectual Property Rights. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

28. Totals. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "undetermined" or "unliquidated." To the extent that there are undetermined or unliquidated amounts, the actual totals may be materially different from the listed totals.

29. Self-Insured. The Debtors are self-insured for medical, dental, and vision plans. To the extent such plans are administered, the administrators of the plans have been listed on Schedule G.

**Specific Disclosures with Respect to the Debtors' Schedules**

30. Schedule A/B – Bank Balances. Bank account balances are as of the March 31, 2020. Details with respect to the Debtors' cash management system and bank accounts are provided in the Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers dated April 5, 2020 [Docket No. 6].

31. Schedule D: Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such claims is unknown. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The amounts listed in Schedule D for loans related to aircraft purchases are principal amounts due as of the Petition Date. In certain instances, both prepetition and postpetition interest, as well as scheduled principal payments, has been paid to creditors since the Petition Date. Further payments of interest and principal are expected to be made pursuant to elections made by the Debtors, or stipulations entered into by the Debtors and certain aircraft financiers or related parties, pursuant to section 1110 of the Bankruptcy Code.

32. Schedule E: Creditors Holding Priority Claims. Listing a claim on Schedule E as priority does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. The Bankruptcy Court entered a number of first day orders granting authority to pay certain prepetition priority claims. Accordingly, only claims against Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Schedule E. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

The Debtors have included total amounts for air traffic liabilities on Schedule E. Due to consumer privacy laws, these amounts have not been allocated to specific customers. The Debtors reserve

their right to, but believe they are not required to, amend the Schedules to reflect those allocations to individual customers at a later date.

33. <u>Schedule F: Creditors Holding Unsecured Non-Priority Claims.</u> Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be, in certain cases, unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule F. Schedule F may contain information regarding potential, pending and closed litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The inclusion of any litigation in these Schedules and Statements does not constitute an admission by any Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. The Debtors have generally excluded internal grievance claims to protect the privacy interests of the grieving party and because the majority of such claims generally will not result in actual litigation. In addition, certain litigation or claims covered by insurance policies maintained by the Debtors may be excluded from Schedule F. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances. The Bankruptcy Court entered first day orders granting authority to the Debtors to pay certain prepetition obligations in the ordinary course of business. Accordingly, only claims against the Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Schedule F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

34. <u>Schedule G: Executory Contracts and Unexpired Leases.</u> The businesses of the Debtors are complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements or leases identified on Schedule G: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been

terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain of these contracts or leases may have been modified, amended or supplemented by various documents, instruments or agreements that may not be listed, but are nonetheless incorporated by this reference. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Schedule G generally does not include stand-alone equipment purchase orders. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

35. <u>Schedule H: Co-Debtors.</u> In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statements, they have not been set forth individually on Schedule H. Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or are no longer enforceable. Thus, the Debtors reserve their right to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable. Schedule H is furnished for informational purposes only to apprise parties in interest of co-debtor relationships of the Debtors as of the Petition Date and is derived from documents in the possession of the Debtors. It is not an admission or recognition that any co-debtor liability exists or existed.

**Specific Disclosures with Respect to the Debtors' Statements**

36. <u>Question 3: Payments or Transfers within 90 Days of the Petition Date.</u> This includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date. The Debtors have excluded, without limitation, payroll and related taxes, insider payments disclosed in Question 4, and intercompany transfers. Additionally, these payments are based on the Debtors' book transactions.

37. <u>Question : Payments or Transfers to Insiders within 1 Year of the Petition Date.</u> Corvus Airlines, Inc.made payments to BlackBird, LLC for the lease of an aircraft. BlackBird, LLC is an entity owned or controlled by Robert Hajdukovich, a Director of the Ravn Air Group, Inc.

38. <u>Question 6: Setoffs.</u> The Debtors routinely incur setoffs from third parties during the ordinary course of business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers), pricing discrepancies, and other disputes between the Debtors and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry. In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 6 of the Statements. The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

39. <u>Question 23: Other Transfers.</u> The Debtors have excluded any de minimis asset sales made in the ordinary course of business.

40. <u>Question 26(d): Financial Statements.</u> In the regular course of business, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, aircraft lessors and other various interested parties. In light of the number of recipients and the possibility that such information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed specific individuals or entities.

41. <u>Question 28: Parties in Control.</u> Certain of the Debtors' employees have the title director and are not listed here. Each such director reports to an executive within the company.

**Fill in this information to identify the case:**

Debtor name: **Corvus Airlines, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **20-10759**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:** $6,999,678.30
    Copy line 88 from Schedule A/B

1b. **Total personal property:** $376,915,174.93
    Copy line 91A from Schedule A/B

1c. **Total of all property:** $383,914,853.23
    Copy line 92 from Schedule A/B

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)  $92,257,994.74
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:** $9,781,375.93
    Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. **Total amount of claims of nonpriority amount of unsecured claims:** $394,444,606.49
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

**4. Total Liabilities**  $496,483,977.16
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | First National Bank of Alaska | Repurchase Agreement Account | 9216 | $1,922,701.39 |
| 3.2 | First National Bank of Alaska | Credit Card Account | 9126 | $0.00 |
| 3.3 | First National Bank of Alaska | Payroll Account | 5870 | $0.00 |
| 3.4 | First National Bank of Alaska | Deposit Account | 6513 | $45,794.72 |
| 3.5 | First National Bank of Alaska | Debit Card Account | 2343 | $26,697.90 |
| 3.6 | First National Bank of Alaska | Checking Account | 3002 | $0.00 |
| 3.7 | US Bank | Clearing House Account | 7782 | $275,827.58 |
| 3.8 | Wells Fargo | Deposit Account | 4725 | $50,922.9 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $2,321,944.49 |
|---|---|

**Part 2:**    **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | ARC Deposit | $100,000.00 |
|---|---|---|
| 7.2 | Deposits on Aircraft | $528,582.94 |
| 7.3 | Other Deposits | $1,448,297.91 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Prepaid Insurance | $536,689.25 |
|---|---|---|
| 8.2 | Prepaid Marketing & Public Relations Expenses | $82,885.87 |
| 8.3 | Prepaid Other | $408,071.28 |
| 8.4 | Prepaid Workers Compensation Insurance | $668,389.99 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | $3,772,917.24 |
|---|---|

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $8,163,813.54 | − | $240,728.69 | = ........ ➜ | $7,923,084.85 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $0.00 | − | $0.00 | = ........ ➜ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $7,923,084.85 |
|---|

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:                            % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | $ | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | $ | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | $ | | $0.00 |

**22. Other inventory or supplies**

Debtor  Corvus Airlines, Inc.
        Name                                    Case number *(if known)* 20-10759

22.1 _____    _____    $ _____    _____    $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    $0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____ $    Valuation method _____    Current value _____ $

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | $ _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | $ _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | $ _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | $ _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | $ _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☑ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value     _____ $    Valuation method     _____    Current value     _____ $

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   CHAIRS - PAX TERMINAL | $481.43 | Net Book Value | $481.43 |
| 39.2   Furniture | $9,846.07 | Net Book Value | $9,846.07 |
| 39.3   Furniture as Specified | $4,187.33 | Net Book Value | $4,187.33 |
| 39.4   Furniture Installation - Arctic Office Supply | $5,144.34 | Net Book Value | $5,144.34 |
| **40. Office fixtures** | | | |
| 40.1   Flooring, FWA Upgrade | $41,980.77 | Net Book Value | $41,980.77 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   See Schedule 41 Attachment | $676,736.49 | Net Book Value | $676,736.49 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | $ | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$738,376.43

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>See Schedule 47 Attachment | $955,155.19 | Net Book Value | $955,155.19 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>See Schedule 49 Attachment | $16,616,238.61 | Net Book Value | $16,616,238.61 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>See Schedule 50 Attachment | $5,573,322.02 | Net Book Value | $5,573,322.02 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$23,144,715.82

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Corvus Airlines, Inc.
_____
Name

Case number *(if known)* 20-10759

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    See Schedule 55 Attachment | | $6,999,678.30 | Net Book Value | $6,999,678.30 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $6,999,678.30 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | $ | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | $ | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | $ | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1    Customer List | Undetermined | None | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |

| 64.1 | Intangible Assets | $13,862,099.32 | None | Undetermined |

**65. Goodwill**

| 65.1 | | $ | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | | $ | | $ = ➔ | $0.00 |
| | | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | | Tax year | $0.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | | $0.00 |

Nature of Claim

Amount requested   $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | | $0.00 |
|---|---|---|

Nature of Claim

Amount requested    $

**76. Trusts, equitable or future interests in property**

| 76.1 | | $0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | Intercompany Due from Ravn Air Group | $2,076,241.75 |
|---|---|---|
| 77.2 | Intercompany Due from HoTH | $335,698,577.74 |
| 77.3 | Intercompany Due from Frontier Flying | $1,239,316.61 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$339,014,136.10

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $2,321,944.49 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $3,772,917.24 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $7,923,084.85 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $738,376.43 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $23,144,715.82 | |
| **88. Real property.** Copy line 56, Part 9. | → | $6,999,678.30 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $339,014,136.10 | |
| **91. Total.** Add lines 80 through 90 for each column    91a. | $376,915,174.93 | 91b.    $6,999,678.30 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $383,914,853.23 |

**SCHEDULE AB 41 ATTACHMENT**

Office Equipment

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 41.1 | 36-1/8-42Wx17-1/2-18D | $6,178.67 | Net Book Value | $6,178.67 |
| 41.2 | AIRS | $20,000.00 | Net Book Value | $20,000.00 |
| 41.3 | Alkym Inventory Software | $451,267.00 | Net Book Value | $451,267.00 |
| 41.4 | Apple IPADS | $7,647.28 | Net Book Value | $7,647.28 |
| 41.5 | Approach Cred 30Wx18D | $3,872.80 | Net Book Value | $3,872.80 |
| 41.6 | Computers - Server | $3,094.20 | Net Book Value | $3,094.20 |
| 41.7 | Computers - Server  ACS #AF-171441 | $10,000.00 | Net Book Value | $10,000.00 |
| 41.8 | Container -HDQ | $193.90 | Net Book Value | $193.90 |
| 41.9 | Copier/Fax/Printer/Scanner | $327.02 | Net Book Value | $327.02 |
| 41.10 | FLIGHT LOGGER DEVELOPMENT | $0.00 | Net Book Value | $0.00 |
| 41.11 | Implementation Fee | $22,916.67 | Net Book Value | $22,916.67 |
| 41.12 | Lyric Task Synchro Work Mesh | $3,804.86 | Net Book Value | $3,804.86 |
| 41.13 | Miscellaneous IT Software, Supplies | $99,825.09 | Net Book Value | $99,825.09 |
| 41.14 | Noction IRP 2 GBPS License | $0.00 | Net Book Value | $0.00 |
| 41.15 | Office Equipment | $3,195.75 | Net Book Value | $3,195.75 |
| 41.16 | Office Equipment | $2,003.75 | Net Book Value | $2,003.75 |
| 41.17 | Office Equipment | $3,222.35 | Net Book Value | $3,222.35 |
| 41.18 | Panel, NON-RCWY, 72x30.5 Gray | $1,421.00 | Net Book Value | $1,421.00 |
| 41.19 | Planitas Install | $5,937.50 | Net Book Value | $5,937.50 |
| 41.20 | Planitas Install | $29,362.50 | Net Book Value | $29,362.50 |
| 41.21 | Printer/Scanner/Copier 1703-100-01 | $396.37 | Net Book Value | $396.37 |
| 41.22 | Reefer Container -HDQ | $193.90 | Net Book Value | $193.90 |
| 41.23 | SiberLogicTrans Workbench | $0.00 | Net Book Value | $0.00 |
| 41.24 | X-Ray Imaging System | $1,875.87 | Net Book Value | $1,875.87 |
| | TOTAL: | $676,736.49 | TOTAL: | $676,736.49 |

**SCHEDULE 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 47.1 | 1 TON CARGO VAN | $19,627.27 | Net Book Value | $19,627.27 |
| 47.2 | 2007 FORD E350 VAN | $6,850.00 | Net Book Value | $6,850.00 |
| 47.3 | 2010 FORD E-350 VAN, 12 PASSENGER, WHITE 1FBSS3BL4ADA22285 | $8,800.00 | Net Book Value | $8,800.00 |
| 47.4 | 2015 DODGE DURANGO GRAY #1C4RDJAG0FC851381 | $10,000.00 | Net Book Value | $10,000.00 |
| 47.5 | 2015 DODGE DURANGO RED 1C4RDJAG1FC885796 | $10,800.00 | Net Book Value | $10,800.00 |
| 47.6 | 2016 FORD EXPLORER, SILVER VIN# 1FM5K8F87GGC48402 | $17,384.80 | Net Book Value | $17,384.80 |
| 47.7 | 63 STATION DISPLAY PANEL-LT-4525-009 | $904.65 | Net Book Value | $904.65 |
| 47.8 | AIRCRAFT GROUND POWER UNIT- 308129 | $2,185.32 | Net Book Value | $2,185.32 |
| 47.9 | AIRCRAFT GROUND POWER UNIT- 308131 | $2,185.32 | Net Book Value | $2,185.32 |
| 47.10 | AIRCRAFT GROUND POWER UNIT-308130 | $2,114.82 | Net Book Value | $2,114.82 |
| 47.11 | ALKOTA MD3 | $10,266.67 | Net Book Value | $10,266.67 |
| 47.12 | BAGGAGE TOWING TRACTOR | $19,886.67 | Net Book Value | $19,886.67 |
| 47.13 | BASKET LIGHTING | $132,500.00 | Net Book Value | $132,500.00 |
| 47.14 | BELT LOADER, TUG 660 | $28,183.33 | Net Book Value | $28,183.33 |
| 47.15 | CAP SHIPPING OF GSE | $15,903.28 | Net Book Value | $15,903.28 |
| 47.16 | CARGO GSE TO MCG | $19,997.34 | Net Book Value | $19,997.34 |
| 47.17 | CARGO STARTUP CHARGES | $20,925.29 | Net Book Value | $20,925.29 |
| 47.18 | CARGO TO DLG | $22,712.57 | Net Book Value | $22,712.57 |
| 47.19 | COLD WEATHER KIT, JETGO UNITS  600-MTI-RJ | $69,227.07 | Net Book Value | $69,227.07 |
| 47.20 | COLD WEATHER KIT, JETGO UNITS 600-MTI-RJ | $35,033.18 | Net Book Value | $35,033.18 |
| 47.21 | DE-ICE TOWER | $35,983.33 | Net Book Value | $35,983.33 |
| 47.22 | DE-ICE TOWER AKN | $35,983.33 | Net Book Value | $35,983.33 |
| 47.23 | DEICER PARTS AND LABOR | $22,666.82 | Net Book Value | $22,666.82 |
| 47.24 | DEICER TRUCK, 2013 PERMIER HC29050 | $2,218.36 | Net Book Value | $2,218.36 |
| 47.25 | DEICER TRUCK, 2013 PERMIER HC29050 1288406 | $2,218.36 | Net Book Value | $2,218.36 |
| 47.26 | DEICER TRUCK, 2013 PREMIER HC29050 | $2,218.36 | Net Book Value | $2,218.36 |
| 47.27 | DODGE RAM PROMASTER VAN 2500 - 2014WHITE 3C6TRVCG2EE116833 | $1,890.09 | Net Book Value | $1,890.09 |
| 47.28 | EAGLE TT8D ALL WHEEL DRIVE AIRCRAFT TUG | $22,229.80 | Net Book Value | $22,229.80 |
| 47.29 | FLAGRO FVO-400 HEATER | $9,180.00 | Net Book Value | $9,180.00 |
| 47.30 | FOR SUPER DUTY F-350 SRW | $27,420.17 | Net Book Value | $27,420.17 |
| 47.31 | FORKLIFT, 2012  MAXIMAL FL25T-MWA3 | $992.77 | Net Book Value | $992.77 |
| 47.32 | FORKLIFT, 2013 CAT 2ET4000 YELLOW FN447781 | $0.00 | Net Book Value | $0.00 |
| 47.33 | FORKLIFT, 2013 MAXIMAL FB35 1235B1805 | $1,619.90 | Net Book Value | $1,619.90 |
| 47.34 | GPU, JETGO 550 MTI-RJ | $1,530.41 | Net Book Value | $1,530.41 |
| 47.35 | GPU, JETGO 550 MTI-RJ 2 | $1,629.22 | Net Book Value | $1,629.22 |
| 47.36 | GPU, JETGO 550MTI-RJ 3 | $1,530.41 | Net Book Value | $1,530.41 |
| 47.37 | HEATER 2Q& TENT | $7,560.00 | Net Book Value | $7,560.00 |
| 47.38 | HEATER FVO-400 | $3,770.00 | Net Book Value | $3,770.00 |
| 47.39 | HEATER FVO-400 | $3,770.00 | Net Book Value | $3,770.00 |
| 47.40 | JETGO A/C GRND POWER UNIT 0203 | $1,934.43 | Net Book Value | $1,934.43 |
| 47.41 | JETGO GROUND POWER UNIT | $2,258.21 | Net Book Value | $2,258.21 |
| 47.42 | KUBOTA RTVX900WH S/N #15226 & #15219 | $10,584.80 | Net Book Value | $10,584.80 |
| 47.43 | LIFT CHARGER | $2,846.42 | Net Book Value | $2,846.42 |
| 47.44 | LYNDEN CHARTER PRICE | $63,745.69 | Net Book Value | $63,745.69 |
| 47.45 | MA-50 TUG | $8,216.67 | Net Book Value | $8,216.67 |
| 47.46 | MOVEMENT OF DE-ICE TOWERS | $2,714.05 | Net Book Value | $2,714.05 |
| 47.47 | PREMIER 500GAL TOWABLE DEICER HC29050 | $17,292.70 | Net Book Value | $17,292.70 |
| 47.48 | PREMIER HOT SHOT DEICERS | $42,645.83 | Net Book Value | $42,645.83 |
| 47.49 | SCALE INSTALLATION | $5,359.95 | Net Book Value | $5,359.95 |
| 47.50 | SCISSOR LIFT- 24'X26' | $1,090.68 | Net Book Value | $1,090.68 |
| 47.51 | SPEED CONTROL AMPS | $87.05 | Net Book Value | $87.05 |
| 47.52 | START PAC MODEL LI2800QC | $3,117.67 | Net Book Value | $3,117.67 |
| 47.53 | T660 BELT LOADER #41005 | $25,350.00 | Net Book Value | $25,350.00 |
| 47.54 | TOYOTA FORKLIFT S/N:83250 | $19,208.42 | Net Book Value | $19,208.42 |
| 47.55 | TOYOTA FORKLIFT SN#90902 | $21,983.75 | Net Book Value | $21,983.75 |
| 47.56 | TOYOTA FORKLIFT SN#90906 | $21,983.75 | Net Book Value | $21,983.75 |
| 47.57 | TRACTOR, AC TOW DIESEL 8000# DBP AWD | $1,997.79 | Net Book Value | $1,997.79 |
| 47.58 | TRANSPORTATION COSTS OF PENAIR GSE TO ANC | $32,835.78 | Net Book Value | $32,835.78 |
| 47.59 | TRUCK, 2002 INTERNATIONAL FUEL TRUCK 1HTSCABN32H520151 | $4,473.37 | Net Book Value | $4,473.37 |
| 47.60 | TUG MA50 W/CAB | $25,529.30 | Net Book Value | $25,529.30 |
| | **TOTAL:** | **$955,155.19** | **TOTAL:** | **$955,155.19** |

**SCHEDULE 49 ATTACHMENT**

Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1 | 67-D (2 UNITS) | $0.00 | Net Book Value | $0.00 |
| 49.2 | AIR CYCLE MACHINE | $0.00 | Net Book Value | $0.00 |
| 49.3 | AVIATION SOLUTIONS | $0.00 | Net Book Value | $0.00 |
| 49.4 | CABIN PRESS CONTR | $0.00 | Net Book Value | $0.00 |
| 49.5 | 071-01500-0101 RADAR RT | $2,194.79 | Net Book Value | $2,194.79 |
| 49.6 | 071-01550-0101 RADAR PT | $1,965.10 | Net Book Value | $1,965.10 |
| 49.7 | 071-1282-71 CONTROL | $1,203.13 | Net Book Value | $1,203.13 |
| 49.8 | 1900 FUEL CAP | $4,842.10 | Net Book Value | $4,842.10 |
| 49.9 | 1900D BRAKE DE-ICE KIT | $9,135.15 | Net Book Value | $9,135.15 |
| 49.10 | 2100-1020-02 | $1,453.13 | Net Book Value | $1,453.13 |
| 49.11 | 332D-11T VERTICAL GYRO | $95,756.09 | Net Book Value | $95,756.09 |
| 49.12 | 339F-12 DME IND 28V LTS BLK | $3,379.49 | Net Book Value | $3,379.49 |
| 49.13 | 4066010-913 TCAS 2 COMPUTER | $5,614.58 | Net Book Value | $5,614.58 |
| 49.14 | 5" FPCDU BLK STD RES | $34,379.46 | Net Book Value | $34,379.46 |
| 49.15 | 5" FPCUD BLK HI RES SCREEN | $1,037.21 | Net Book Value | $1,037.21 |
| 49.16 | 5" FPCUD BLK JI RES SCN | $1,037.21 | Net Book Value | $1,037.21 |
| 49.17 | 5" FPCUD BLK VIDEO/GRAPHIC HI RES SCREEN | $1,051.13 | Net Book Value | $1,051.13 |
| 49.18 | 5" FPCUD BLK VIDEO/GRAPHIC HI RES SCREEN | $1,051.13 | Net Book Value | $1,051.13 |
| 49.19 | 5082-1-2 PA APMLIFIER | $128.13 | Net Book Value | $128.13 |
| 49.20 | 5260-1-1UNIT-AUDIO REMOTE ELE | $447.92 | Net Book Value | $447.92 |
| 49.21 | 5261 AUDIO SELECTOR PANEL | $13,826.73 | Net Book Value | $13,826.73 |
| 49.22 | 5261-1 CONTROL AUDIO PANEL | $468.75 | Net Book Value | $468.75 |
| 49.23 | 5283-1-1 HANDSET BLACK | $473.96 | Net Book Value | $473.96 |
| 49.24 | 5283-1-1 HANDSET BLACK #2 | $473.96 | Net Book Value | $473.96 |
| 49.25 | 5427-116-80-10 INDICATOR-DEICE | $479.17 | Net Book Value | $479.17 |
| 49.26 | 60-3844-3LB PWR SUPPL EMERG EX | $4,265.63 | Net Book Value | $4,265.63 |
| 49.27 | 622-6521-001 CONTROL, NAV, CTL | $447.92 | Net Book Value | $447.92 |
| 49.28 | 643004-2 TB 44 BATTERY SN C18-1 | $25,458.33 | Net Book Value | $25,458.33 |
| 49.29 | 7 - COWLING ASSY LOWER NACELLE | $14,583.33 | Net Book Value | $14,583.33 |
| 49.30 | 731840 UNIT STANDBY POWER MODE | $1,791.67 | Net Book Value | $1,791.67 |
| 49.31 | 782701-5 HUB, PROPELLER - AIRC | $44,722.22 | Net Book Value | $44,722.22 |
| 49.32 | 782701-5 HUB, PROPELLER - AIRC #2 | $45,286.46 | Net Book Value | $45,286.46 |
| 49.33 | 782701-5 HUB, PROPELLER AIRC | $36,948.78 | Net Book Value | $36,948.78 |
| 49.34 | A/C PANEL S/N #153 | $370.83 | Net Book Value | $370.83 |
| 49.35 | A44700-006-3PMA ACTUATOR ASSEMBLY | $10,421.88 | Net Book Value | $10,421.88 |
| 49.36 | AC GENERATOR # 92002 D8 | $7,795.46 | Net Book Value | $7,795.46 |
| 49.37 | AC GENERATOR CONTROL S/N #384 | $1,766.41 | Net Book Value | $1,766.41 |
| 49.38 | AC GENERATOR S#92034,  D8 | $7,647.70 | Net Book Value | $7,647.70 |
| 49.39 | AC MOTOR PUMP | $479.17 | Net Book Value | $479.17 |
| 49.40 | AC POWER UNIT S/N #06860081 | $875.00 | Net Book Value | $875.00 |
| 49.41 | AC-801 AHRS CONTROLLER | $3,851.17 | Net Book Value | $3,851.17 |
| 49.42 | ACCELEROMETER | $3,665.52 | Net Book Value | $3,665.52 |
| 49.43 | ACCELEROMETER | $27,852.83 | Net Book Value | $27,852.83 |
| 49.44 | ACCUMULATOR, 1900C & D | $1,330.89 | Net Book Value | $1,330.89 |
| 49.45 | ACCUMULATOR, BRAKE | $969.31 | Net Book Value | $969.31 |
| 49.46 | ACCUMULATOR, BRAKE | $5,433.61 | Net Book Value | $5,433.61 |
| 49.47 | ACQUISITION UNIT, FLIGHT DATA | $8,284.51 | Net Book Value | $8,284.51 |
| 49.48 | ACT ASSY-REAR &CENTRE S/N #LI-0481 | $2,851.41 | Net Book Value | $2,851.41 |
| 49.49 | ACTUATOR | $1,022.60 | Net Book Value | $1,022.60 |
| 49.50 | ACTUATOR | $15,333.33 | Net Book Value | $15,333.33 |
| 49.51 | ACTUATOR 790180-3 | $30,666.67 | Net Book Value | $30,666.67 |
| 49.52 | ACTUATOR ASSEMBLY A4400-009-3PMA | $8,049.47 | Net Book Value | $8,049.47 |
| 49.53 | ACTUATOR ASSEMBLY A44700-009-3PMA | $7,500.64 | Net Book Value | $7,500.64 |
| 49.54 | ACTUATOR ASSEMBLY S/N #M1349-6 | $10,182.29 | Net Book Value | $10,182.29 |
| 49.55 | ACTUATOR ASSEMBLY S/N #M1350-16 | $10,182.29 | Net Book Value | $10,182.29 |
| 49.56 | ACTUATOR ASSY | $991.71 | Net Book Value | $991.71 |
| 49.57 | ACTUATOR ASSY DHC8-Q300ANA | $10,793.61 | Net Book Value | $10,793.61 |
| 49.58 | ACTUATOR ASSY S/N# M1351-13 | $9,583.33 | Net Book Value | $9,583.33 |
| 49.59 | ACTUATOR ASSY, DRAG STRUT | $28,055.20 | Net Book Value | $28,055.20 |
| 49.60 | ACTUATOR ASSY, FWD MLG DOOR | $6,322.86 | Net Book Value | $6,322.86 |
| 49.61 | ACTUATOR ASSY, ICE VANE | $15,419.34 | Net Book Value | $15,419.34 |
| 49.62 | ACTUATOR ASSY, NLG | $9,505.87 | Net Book Value | $9,505.87 |

**SCHEDULE 49 ATTACHMENT**

Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.63 | ACTUATOR ASSY, NLG DOOR | $5,041.01 | Net Book Value | $5,041.01 |
| 49.64 | ACTUATOR ASSY, RUDDER | $13,263.57 | Net Book Value | $13,263.57 |
| 49.65 | ACTUATOR ASSY, RUDDER TRIM TAB | $994.71 | Net Book Value | $994.71 |
| 49.66 | ACTUATOR ASSY, VARIABLE PITCH S/N #854 | $23,750.00 | Net Book Value | $23,750.00 |
| 49.67 | ACTUATOR HYDRAULIC MLG | $639.38 | Net Book Value | $639.38 |
| 49.68 | ACTUATOR PN:790180-3 | $16,098.94 | Net Book Value | $16,098.94 |
| 49.69 | ACTUATOR PN:790180-3 11/28 | $19,833.33 | Net Book Value | $19,833.33 |
| 49.70 | ACTUATOR PROP S/N # 900110 | $15,364.58 | Net Book Value | $15,364.58 |
| 49.71 | ACTUATOR SPOILER | $3,818.10 | Net Book Value | $3,818.10 |
| 49.72 | ACTUATOR STEERING S/N #08MDT0787 | $3,500.00 | Net Book Value | $3,500.00 |
| 49.73 | ACTUATOR, AILERON TRIM TAB | $937.59 | Net Book Value | $937.59 |
| 49.74 | ACTUATOR, AUXILIARY | $7,855.04 | Net Book Value | $7,855.04 |
| 49.75 | ACTUATOR, HYD | $1,361.36 | Net Book Value | $1,361.36 |
| 49.76 | ACTUATOR, HYD | $6,815.43 | Net Book Value | $6,815.43 |
| 49.77 | ACTUATOR, HYDRAULIC | $2,955.72 | Net Book Value | $2,955.72 |
| 49.78 | ACTUATOR, HYDRAULIC MLG | $2,912.83 | Net Book Value | $2,912.83 |
| 49.79 | ACTUATOR, HYDRAULIC MLG | $4,808.54 | Net Book Value | $4,808.54 |
| 49.80 | ACTUATOR, HYRAULIC MAIN LANDING GEAR | $2,946.11 | Net Book Value | $2,946.11 |
| 49.81 | ACTUATOR, LINEAR | $2,881.72 | Net Book Value | $2,881.72 |
| 49.82 | ACTUATOR, LINEAR | $4,714.53 | Net Book Value | $4,714.53 |
| 49.83 | ACTUATOR, LINEAR | $10,010.40 | Net Book Value | $10,010.40 |
| 49.84 | ACTUATOR, MLG DOOR | $3,203.20 | Net Book Value | $3,203.20 |
| 49.85 | ACTUATOR, MLG RETRACTION | $5,732.76 | Net Book Value | $5,732.76 |
| 49.86 | ACTUATOR, MLG RETRACTION | $8,287.34 | Net Book Value | $8,287.34 |
| 49.87 | ACTUATOR, MLG UPLOCK | $10,405.04 | Net Book Value | $10,405.04 |
| 49.88 | ACTUATOR, MLG UPLOCK | $11,522.26 | Net Book Value | $11,522.26 |
| 49.89 | ACTUATOR, NLG RETRACT | $18,480.15 | Net Book Value | $18,480.15 |
| 49.90 | ACTUATOR, ROTARY | $1,662.66 | Net Book Value | $1,662.66 |
| 49.91 | ACTUATOR, ROTARY | $6,925.61 | Net Book Value | $6,925.61 |
| 49.92 | ACTUATOR, ROTARY | $7,356.25 | Net Book Value | $7,356.25 |
| 49.93 | ACTUATOR, SHORT STROKE | $21,519.99 | Net Book Value | $21,519.99 |
| 49.94 | ACTUATOR, SPOILER | $15,699.09 | Net Book Value | $15,699.09 |
| 49.95 | ACTUATOR, STABILIZER | $20,987.83 | Net Book Value | $20,987.83 |
| 49.96 | ACTUATOR, STEERING | $27,157.87 | Net Book Value | $27,157.87 |
| 49.97 | ACTUATOR-LINEAR | $6,487.50 | Net Book Value | $6,487.50 |
| 49.98 | ADAPTER ASSY, FUEL FILLER | $218.07 | Net Book Value | $218.07 |
| 49.99 | ADAPTER ASSY, FUEL FILLER | $834.89 | Net Book Value | $834.89 |
| 49.100 | ADAPTER, L/H AUX TANK | $598.41 | Net Book Value | $598.41 |
| 49.101 | ADAPTER, PCU | $13,112.35 | Net Book Value | $13,112.35 |
| 49.102 | ADAPTER, R/H AUX TANK | $2,126.00 | Net Book Value | $2,126.00 |
| 49.103 | ADAS PROCESSOR | $6,006.24 | Net Book Value | $6,006.24 |
| 49.104 | ADF CONTROL | $1,654.89 | Net Book Value | $1,654.89 |
| 49.105 | ADF CONTROL | $3,014.23 | Net Book Value | $3,014.23 |
| 49.106 | ADF CONTROL HEAD | $2,876.55 | Net Book Value | $2,876.55 |
| 49.107 | ADF CONTROL HEAD | $5,753.11 | Net Book Value | $5,753.11 |
| 49.108 | ADF CONTROL, 614L-8 | $908.87 | Net Book Value | $908.87 |
| 49.109 | ADF RECIEVER, 51Y-4 | $4,490.14 | Net Book Value | $4,490.14 |
| 49.110 | ADSB METAL INNOVATIONS DECEMBER 2019 | $357,210.93 | Net Book Value | $357,210.93 |
| 49.111 | ADVANCED REPLACEMENT | $1,145.83 | Net Book Value | $1,145.83 |
| 49.112 | ADVANCED REPLACEMENT #2 | $1,158.85 | Net Book Value | $1,158.85 |
| 49.113 | ADVISORY DISPLAY (ID-802) DASH-8 | $9,327.42 | Net Book Value | $9,327.42 |
| 49.114 | AED'S FOR SAAB 2000 | $9,059.46 | Net Book Value | $9,059.46 |
| 49.115 | AFIRS 220 | $1,857.99 | Net Book Value | $1,857.99 |
| 49.116 | AFIRS 220 501-0001-1 | $23,437.50 | Net Book Value | $23,437.50 |
| 49.117 | AIR CYCLE MACHINE | $0.00 | Net Book Value | $0.00 |
| 49.118 | AIR CYCLE MACHINE 2 | $0.00 | Net Book Value | $0.00 |
| 49.119 | AIR CYCLE MACHINE PN:782790-18 | $14,086.58 | Net Book Value | $14,086.58 |
| 49.120 | AIRCRAFT - GENERAL | $202.80 | Net Book Value | $202.80 |
| 49.121 | AIRCRAFT - GENERAL | $27,893.63 | Net Book Value | $27,893.63 |
| 49.122 | AIRCRAFT - GENERAL | $28,423.21 | Net Book Value | $28,423.21 |
| 49.123 | AIRCRAFT - GENERAL | $52,992.19 | Net Book Value | $52,992.19 |
| 49.124 | AL-801 ALTITUDE PRESELECT | $40,143.63 | Net Book Value | $40,143.63 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.125 | ALT CO PILOT | $0.00 | Net Book Value | $0.00 |
| 49.126 | ALT KEA346 | $0.00 | Net Book Value | $0.00 |
| 49.127 | ALT PRE SELECT - AL 801 S/N #84090163 | $1,129.32 | Net Book Value | $1,129.32 |
| 49.128 | ALT PRE SELECT - AL 801 | $640.63 | Net Book Value | $640.63 |
| 49.129 | ALT-55B RAD ALT R/T | $4,954.64 | Net Book Value | $4,954.64 |
| 49.130 | ALTIMETER | $3,448.70 | Net Book Value | $3,448.70 |
| 49.131 | ALTIMETER RADIO - RT 300 | $718.75 | Net Book Value | $718.75 |
| 49.132 | ALTIMETER, RT300 RADIO | $68,163.42 | Net Book Value | $68,163.42 |
| 49.133 | ALTIMETER, STANDBY | $32,406.39 | Net Book Value | $32,406.39 |
| 49.134 | ALTIMETER-ENCODING | $5,883.63 | Net Book Value | $5,883.63 |
| 49.135 | ALTITUDE HEADING | $7,031.25 | Net Book Value | $7,031.25 |
| 49.136 | AMMETER / VOLT | $2,141.46 | Net Book Value | $2,141.46 |
| 49.137 | AMMETER, DUAL PROP | $2,213.30 | Net Book Value | $2,213.30 |
| 49.138 | AMP, PASSENGER AURL | $849.05 | Net Book Value | $849.05 |
| 49.139 | AMPLIFIER | $234.38 | Net Book Value | $234.38 |
| 49.140 | AMPLIFIER PA | $2,291.67 | Net Book Value | $2,291.67 |
| 49.141 | AMPLIFIER, AUDIO 1900C/D | $11,249.87 | Net Book Value | $11,249.87 |
| 49.142 | AMPLIFIER, PASSENGER | $236.98 | Net Book Value | $236.98 |
| 49.143 | AMPLIFIER, SMOKE DET. CONTROL | $2,370.71 | Net Book Value | $2,370.71 |
| 49.144 | ANGLE, COWL UPPER AFT | $312.76 | Net Book Value | $312.76 |
| 49.145 | ANGLE, RUDDER | $69.56 | Net Book Value | $69.56 |
| 49.146 | ANNUNCIATOR ASSY, WARNING | $377.66 | Net Book Value | $377.66 |
| 49.147 | ANNUNCIATOR PANEL, AUTO PILOT | $6,721.34 | Net Book Value | $6,721.34 |
| 49.148 | ANT-81A TCAS ANTENNA | $6,721.36 | Net Book Value | $6,721.36 |
| 49.149 | ANTENNA LOOP/SENSE | $3,122.11 | Net Book Value | $3,122.11 |
| 49.150 | ANTENNA VHF | $1,145.75 | Net Book Value | $1,145.75 |
| 49.151 | ANTENNA, TCAS | $8,399.65 | Net Book Value | $8,399.65 |
| 49.152 | ANTENNA-60B (ADF) S/N #1785 | $442.71 | Net Book Value | $442.71 |
| 49.153 | ARM ASSY | $1,555.51 | Net Book Value | $1,555.51 |
| 49.154 | ARM ASSY, L/H PEDAL | $1,802.36 | Net Book Value | $1,802.36 |
| 49.155 | ARM ASSY, THRUST | $352.16 | Net Book Value | $352.16 |
| 49.156 | ARM ASSY, W/S WIPER L/H | $1,056.02 | Net Book Value | $1,056.02 |
| 49.157 | ARM TRAILING NLG S/N #13ALT260229 | $24,173.44 | Net Book Value | $24,173.44 |
| 49.158 | ARM TRAILING NLG S/N #14ALT260230 | $19,607.34 | Net Book Value | $19,607.34 |
| 49.159 | ARM, R/H RUDDER PEDAL ASSY | $1,782.38 | Net Book Value | $1,782.38 |
| 49.160 | ARMATURE, -8 STARTER GEN | $3,035.82 | Net Book Value | $3,035.82 |
| 49.161 | ARMREST, PILOT SEAT R/H AMI | $1,079.93 | Net Book Value | $1,079.93 |
| 49.162 | ART-2100 WX RADAR A/R/T | $59,054.46 | Net Book Value | $59,054.46 |
| 49.163 | ASSY, ANNUNCIATOR BOX | $3,816.75 | Net Book Value | $3,816.75 |
| 49.164 | ASSY, BLOWER | $4,164.02 | Net Book Value | $4,164.02 |
| 49.165 | ASSY, BRUSH BLOCK | $2,774.85 | Net Book Value | $2,774.85 |
| 49.166 | ASSY, CENTER ARM | $864.17 | Net Book Value | $864.17 |
| 49.167 | ASSY, IDLER | $262.11 | Net Book Value | $262.11 |
| 49.168 | ASSY, VENT BLOWER | $4,745.27 | Net Book Value | $4,745.27 |
| 49.169 | ASSY, WINDSHIELD CONVERTER R/H | $1,506.69 | Net Book Value | $1,506.69 |
| 49.170 | ATTITUDE & HEADING REF UNIT D8 | $4,651.85 | Net Book Value | $4,651.85 |
| 49.171 | ATTITUDE & HEADING REFERENCE UNIT | $4,608.98 | Net Book Value | $4,608.98 |
| 49.172 | ATTITUDE HEADING REFERENCE UNIT | $9,418.28 | Net Book Value | $9,418.28 |
| 49.173 | ATTITUDE REFERENCE HEADING SYSTEM | $10,406.25 | Net Book Value | $10,406.25 |
| 49.174 | AUDIO CONTROL PANEL | $2,734.38 | Net Book Value | $2,734.38 |
| 49.175 | AUDIO PANEL | $458.33 | Net Book Value | $458.33 |
| 49.176 | AUDIO PANEL S/N #443 | $2,317.71 | Net Book Value | $2,317.71 |
| 49.177 | AUDIO REMOTE | $468.75 | Net Book Value | $468.75 |
| 49.178 | AUDIO REMOTE | $484.38 | Net Book Value | $484.38 |
| 49.179 | AVMAX SCS22984 | $3,457.03 | Net Book Value | $3,457.03 |
| 49.180 | AXLE | $3,535.05 | Net Book Value | $3,535.05 |
| 49.181 | BA-141 BARO ALTITUDE IND | $33,573.02 | Net Book Value | $33,573.02 |
| 49.182 | BAGGAGE BAY, UPPER R/H | $1,801.51 | Net Book Value | $1,801.51 |
| 49.183 | BARON GROUP | $0.00 | Net Book Value | $0.00 |
| 49.184 | BARRIER BULKHEAD | $16,627.08 | Net Book Value | $16,627.08 |
| 49.185 | BATTERY PACK, EMERGENCY LIGHTS | $1,754.53 | Net Book Value | $1,754.53 |
| 49.186 | BATTERY PACK, EMERGENCY LIGHTS | $11,783.61 | Net Book Value | $11,783.61 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.187 | BATTERY POWER SUPPLY | $22,640.35 | Net Book Value | $22,640.35 |
| 49.188 | BATTERY, -8 40 AMP | $3,370.26 | Net Book Value | $3,370.26 |
| 49.189 | BATTERY, -8 40 AMP | $19,357.42 | Net Book Value | $19,357.42 |
| 49.190 | BATTERY, CONCORDE | $23,410.67 | Net Book Value | $23,410.67 |
| 49.191 | BEACON | $6,455.23 | Net Book Value | $6,455.23 |
| 49.192 | BEACON, OSCILATING | $5,372.94 | Net Book Value | $5,372.94 |
| 49.193 | BEACON, OSCILLATING | $4,241.92 | Net Book Value | $4,241.92 |
| 49.194 | BEACON, OSCILLATING | $5,372.94 | Net Book Value | $5,372.94 |
| 49.195 | BEACON, ROTATING | $1,957.06 | Net Book Value | $1,957.06 |
| 49.196 | BEAM & TRACK ASSY | $2,200.47 | Net Book Value | $2,200.47 |
| 49.197 | BELLCRANK ASSY | $1,037.00 | Net Book Value | $1,037.00 |
| 49.198 | BELLCRANK ASSY.  WEU ORDER -10 | $2,378.34 | Net Book Value | $2,378.34 |
| 49.199 | BELLCRANK L/H | $1,513.15 | Net Book Value | $1,513.15 |
| 49.200 | BIN ASSY, STOWAGE | $94.34 | Net Book Value | $94.34 |
| 49.201 | BLADE & PIN ASSY ,PROPELLER SN#2015120171 | $39,187.50 | Net Book Value | $39,187.50 |
| 49.202 | BLADE & PIN ASSY ,PROPELLER SN#2015120172 | $39,187.50 | Net Book Value | $39,187.50 |
| 49.203 | BLADE & PIN ASSY S/N #2017070011 | $32,906.25 | Net Book Value | $32,906.25 |
| 49.204 | BLADE & PIN ASSY S/N# 2017090010 | $30,875.00 | Net Book Value | $30,875.00 |
| 49.205 | BLADE & PIN ASSY S/N# 2017090011 | $30,875.00 | Net Book Value | $30,875.00 |
| 49.206 | BLADE & PIN ASSY S/N# 858173 | $17,369.16 | Net Book Value | $17,369.16 |
| 49.207 | BLADE & PIN ASSY, PROPELLER | $27,756.01 | Net Book Value | $27,756.01 |
| 49.208 | BLADE & PIN ASSY, PROPELLER | $27,756.01 | Net Book Value | $27,756.01 |
| 49.209 | BLADE & PIN ASSY, PROPELLER 2014060202 | $26,966.10 | Net Book Value | $26,966.10 |
| 49.210 | BLADE & PIN ASSY, PROPELLER PN:SFA13U1P0 | $25,475.12 | Net Book Value | $25,475.12 |
| 49.211 | BLADE & PIN ASSY, PROPELLER S/N #2017020011 | $29,312.50 | Net Book Value | $29,312.50 |
| 49.212 | BLADE & PIN ASSY, PROPELLER S/N #2017050010 | $29,312.50 | Net Book Value | $29,312.50 |
| 49.213 | BLADE & PIN ASSY, PROPELLER SFA13U1P0A | $25,090.63 | Net Book Value | $25,090.63 |
| 49.214 | BLADE & PIN ASSY, PROPELLER SFA13U1P0A 2 | $26,966.10 | Net Book Value | $26,966.10 |
| 49.215 | BLADE & PIN ASSY, PROPELLER SFA13U1P0A 3 | $26,966.10 | Net Book Value | $26,966.10 |
| 49.216 | BLADE & PIN ASSY, PROPELLER SFA13U1P0A 4 | $26,966.10 | Net Book Value | $26,966.10 |
| 49.217 | BLADE & PIN ASSY, PROPELLER SFA13U1P0A-2 | $25,090.63 | Net Book Value | $25,090.63 |
| 49.218 | BLADE & PIN ASSY, PROPELLER SN#2016070010 | $40,478.56 | Net Book Value | $40,478.56 |
| 49.219 | BLADE AND PIN ASSEMBLY S/N #2017080011 | $38,062.50 | Net Book Value | $38,062.50 |
| 49.220 | BLADE AND PIN ASSEMBLY S/N #2018030012 | $38,062.50 | Net Book Value | $38,062.50 |
| 49.221 | BLADE AND PIN ASSY PO 1054882 | $33,687.50 | Net Book Value | $33,687.50 |
| 49.222 | BLADE AND PIN, PROPLLER | $31,864.58 | Net Book Value | $31,864.58 |
| 49.223 | BLADE ASSEMBLY PROP | $3,299.08 | Net Book Value | $3,299.08 |
| 49.224 | BLADE ASSY | $26,940.09 | Net Book Value | $26,940.09 |
| 49.225 | BLADE ASSY PROP | $31,712.50 | Net Book Value | $31,712.50 |
| 49.226 | BLADE ASSY PROP | $31,712.50 | Net Book Value | $31,712.50 |
| 49.227 | BLADE ASSY PROP DASH 8 | $26,940.09 | Net Book Value | $26,940.09 |
| 49.228 | BLADE ASSY, PROPELLER | $26,940.09 | Net Book Value | $26,940.09 |
| 49.229 | BLADE ASSY, PROPELLER | $26,940.09 | Net Book Value | $26,940.09 |
| 49.230 | BLADE ASSY, PROPLLER | $26,940.09 | Net Book Value | $26,940.09 |
| 49.231 | BLADE ASSY-PROP-2013090002 | $26,332.02 | Net Book Value | $26,332.02 |
| 49.232 | BLADE PROP S # 2011050053 | $35,400.00 | Net Book Value | $35,400.00 |
| 49.233 | BLADE PROP S # 2014090235 | $41,152.50 | Net Book Value | $41,152.50 |
| 49.234 | BLADE PROP S # 2014090236 | $40,562.50 | Net Book Value | $40,562.50 |
| 49.235 | BLADE&ASSY SN: 2017030011 | $29,750.00 | Net Book Value | $29,750.00 |
| 49.236 | BLADE, PROPS S/N #2015050128, 2011050045, 2011090002 | $9,500.00 | Net Book Value | $9,500.00 |
| 49.237 | BLADQ ASSY, PROP-2013060040 | $26,332.02 | Net Book Value | $26,332.02 |
| 49.238 | BLEED AIR LINE | $1,131.95 | Net Book Value | $1,131.95 |
| 49.239 | BLEED AIR PRECOOLER THRU VALVE | $8,313.90 | Net Book Value | $8,313.90 |
| 49.240 | BLOWER ASSY | $928.24 | Net Book Value | $928.24 |
| 49.241 | BLOWER ASSY, 1900C & D VENT | $6,509.46 | Net Book Value | $6,509.46 |
| 49.242 | BOARD, PC LOGIC | $2,101.39 | Net Book Value | $2,101.39 |
| 49.243 | BOARD, PRINTED CIRCUIT | $799.79 | Net Book Value | $799.79 |
| 49.244 | BOND ASSY, DOOR ASSY BYPASS | $927.32 | Net Book Value | $927.32 |
| 49.245 | BOND ASSY, PLENUM PANEL COWL | $2,450.00 | Net Book Value | $2,450.00 |
| 49.246 | BOND ASSY, STEP INSTALLATION | $2,487.85 | Net Book Value | $2,487.85 |
| 49.247 | BONDED ASSY, DOOR | $1,194.57 | Net Book Value | $1,194.57 |
| 49.248 | BOOT, DE-ICE L/H WING OUTBOARD | $2,102.81 | Net Book Value | $2,102.81 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.249 | BOOT, DE-ICE L/H WING OUTBOARD | $2,561.45 | Net Book Value | $2,561.45 |
| 49.250 | BOOT, DEICER CNTR WING RH | $1,213.30 | Net Book Value | $1,213.30 |
| 49.251 | BOOT, HORIZONTAL STAB LH | $100.62 | Net Book Value | $100.62 |
| 49.252 | BOOT, HORZ STAB L/H  FAST | $1,482.45 | Net Book Value | $1,482.45 |
| 49.253 | BOOT, INB R/H WING | $1,356.26 | Net Book Value | $1,356.26 |
| 49.254 | BOOT, INLET -8 | $979.39 | Net Book Value | $979.39 |
| 49.255 | BOOT, RH HORIZONTAL | $1,482.45 | Net Book Value | $1,482.45 |
| 49.256 | BOOT, RH STABILON  DEICE FAST | $1,591.65 | Net Book Value | $1,591.65 |
| 49.257 | BOOT, TAILLET L/H FAST BOOT | $369.03 | Net Book Value | $369.03 |
| 49.258 | BOTTLE ASSY, O2 / REG | $10,234.08 | Net Book Value | $10,234.08 |
| 49.259 | BOTTLE ASSY, O2/REG | $3,282.44 | Net Book Value | $3,282.44 |
| 49.260 | BOTTLE ASSY, O2/REG 2 | $4,939.45 | Net Book Value | $4,939.45 |
| 49.261 | BOTTLE, OXYGEN | $2,824.32 | Net Book Value | $2,824.32 |
| 49.262 | BOTTLE, OXYGEN | $10,658.09 | Net Book Value | $10,658.09 |
| 49.263 | BRACKET | $200.00 | Net Book Value | $200.00 |
| 49.264 | BRACKET, BRUSH BLOCK | $755.60 | Net Book Value | $755.60 |
| 49.265 | BRACKET, FENDER INSTL NACELLE | $1,278.92 | Net Book Value | $1,278.92 |
| 49.266 | BRACKET, MAGNETIC PICKUP | $612.96 | Net Book Value | $612.96 |
| 49.267 | BRACKET, NOSE WHEEL ALIGNMENT | $3,969.85 | Net Book Value | $3,969.85 |
| 49.268 | BRAKE ASSY | $131,107.56 | Net Book Value | $131,107.56 |
| 49.269 | BRAKE ASSY HD | $0.00 | Net Book Value | $0.00 |
| 49.270 | BRAKE,1900D CLEVELAND | $3,377.44 | Net Book Value | $3,377.44 |
| 49.271 | BRAKE: OHC, EXCH, ASSEMBLY | $3,499.89 | Net Book Value | $3,499.89 |
| 49.272 | BRAKE: OHC, EXCH, ASSEMBLY 2 | $3,499.89 | Net Book Value | $3,499.89 |
| 49.273 | BRAKE: OHC, EXCH, ASSEMBLY 3 | $3,499.89 | Net Book Value | $3,499.89 |
| 49.274 | BRAKE: OHC, EXCH, ASSEMBLY 4 | $3,499.89 | Net Book Value | $3,499.89 |
| 49.275 | BRAKE: OHC, EXCH, ASSEMBLY 5 | $3,590.80 | Net Book Value | $3,590.80 |
| 49.276 | BRAKE: OHC, EXCH, ASSEMBLY 6 | $3,590.80 | Net Book Value | $3,590.80 |
| 49.277 | BROTHERS AVIATION | $11,400.00 | Net Book Value | $11,400.00 |
| 49.278 | BRT/DIM TEST UNITS | $1,443.75 | Net Book Value | $1,443.75 |
| 49.279 | BRUSH BLOCK, DE-ICE | $3,699.80 | Net Book Value | $3,699.80 |
| 49.280 | BULKHEAD, PROP SPINNER | $67,975.61 | Net Book Value | $67,975.61 |
| 49.281 | BUS BAR, ELECTRICAL POWER | $59.52 | Net Book Value | $59.52 |
| 49.282 | BUS BAR, ELECTRICAL POWER | $805.69 | Net Book Value | $805.69 |
| 49.283 | C CK DEPOSIT - JOANNA | $0.00 | Net Book Value | $0.00 |
| 49.284 | C406-2 ELT | $13,874.25 | Net Book Value | $13,874.25 |
| 49.285 | CABIN PRESSURE INDICATOR | $3,045.83 | Net Book Value | $3,045.83 |
| 49.286 | CAGE ASSY | $872.52 | Net Book Value | $872.52 |
| 49.287 | CALIBRATION | $2,220.31 | Net Book Value | $2,220.31 |
| 49.288 | CAP | $2,139.95 | Net Book Value | $2,139.95 |
| 49.289 | CARTRIDGE, FUEL BOOST PUMP MTR | $3,976.92 | Net Book Value | $3,976.92 |
| 49.290 | CASE, EMER LTS BATTERY PACK | $24,264.92 | Net Book Value | $24,264.92 |
| 49.291 | CC JANUARY | $24.48 | Net Book Value | $24.48 |
| 49.292 | CCU-65 COMPUTER CTL UNIT | $7,708.45 | Net Book Value | $7,708.45 |
| 49.293 | CIRCUIT BREAKER, AC HYD PUMP | $4,540.00 | Net Book Value | $4,540.00 |
| 49.294 | CIRCUIT BREAKER, AUTO FX AUX | $3,681.54 | Net Book Value | $3,681.54 |
| 49.295 | CIRCUIT BREAKER, REMOTE CONT. | $874.77 | Net Book Value | $874.77 |
| 49.296 | CLOCK, MECHANICAL | $1,787.59 | Net Book Value | $1,787.59 |
| 49.297 | CLYINDER MLG, SUB ASSY | $13,112.88 | Net Book Value | $13,112.88 |
| 49.298 | COLLAR, ANGLE NACELLE | $1,237.50 | Net Book Value | $1,237.50 |
| 49.299 | COMPASS, MAGNETIC STANDBY | $974.21 | Net Book Value | $974.21 |
| 49.300 | COMPUTER AIR DATA | $20,380.21 | Net Book Value | $20,380.21 |
| 49.301 | COMPUTER BILLING PER EXCHANGE | $1,385.42 | Net Book Value | $1,385.42 |
| 49.302 | COMPUTER, DIGITAL AIR | $19,010.42 | Net Book Value | $19,010.42 |
| 49.303 | COMPUTER, DIGITAL AIR  S/N #85111269 | $30,104.17 | Net Book Value | $30,104.17 |
| 49.304 | COMPUTER, DIGITAL AIR DATA S/N #97047602 | $2,377.97 | Net Book Value | $2,377.97 |
| 49.305 | COMPUTER, FLIGHT GUIDANCE | $29,041.77 | Net Book Value | $29,041.77 |
| 49.306 | COMPUTER, LIFT | $24,521.70 | Net Book Value | $24,521.70 |
| 49.307 | CONDENSER/MIXER ASSY | $1,326.47 | Net Book Value | $1,326.47 |
| 49.308 | CONDITIONER, TORQUE | $295.31 | Net Book Value | $295.31 |
| 49.309 | CONDITIONER, TORQUE | $458.33 | Net Book Value | $458.33 |
| 49.310 | CONDITIONER, TORQUE S/N #739 | $458.33 | Net Book Value | $458.33 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.311 | CONDITIONER, TORQUE SIGNAL | $5,135.19 | Net Book Value | $5,135.19 |
| 49.312 | CONDITIONER, TORQUE SIGNAL | $40,256.44 | Net Book Value | $40,256.44 |
| 49.313 | CONFIGURATION MODULE ASSY S/N #CFGM-20223 | $1,944.08 | Net Book Value | $1,944.08 |
| 49.314 | CONTACTOR, HEAVY DUTY | $6,654.11 | Net Book Value | $6,654.11 |
| 49.315 | CONTAINER, HOT LIQUID | $21,577.48 | Net Book Value | $21,577.48 |
| 49.316 | CONTROL AUDIO PANEL | $458.33 | Net Book Value | $458.33 |
| 49.317 | CONTROL AUDIO PANEL S/N #351 | $463.54 | Net Book Value | $463.54 |
| 49.318 | CONTROL AUDIO PANEL S/N #529 | $427.08 | Net Book Value | $427.08 |
| 49.319 | CONTROL AUDIO PANEL S/N #602 | $569.53 | Net Book Value | $569.53 |
| 49.320 | CONTROL BOX ASSY, ELECT TRIM | $1,117.96 | Net Book Value | $1,117.96 |
| 49.321 | CONTROL BOX, EMERGENCY LIGHT | $3,715.94 | Net Book Value | $3,715.94 |
| 49.322 | CONTROL BOX, F/A | $30,029.90 | Net Book Value | $30,029.90 |
| 49.323 | CONTROL HEAD-VHF COMM S/N #2904 | $126.56 | Net Book Value | $126.56 |
| 49.324 | CONTROL PANEL | $4,939.45 | Net Book Value | $4,939.45 |
| 49.325 | CONTROL PANEL CVR S/N #86639 | $864.58 | Net Book Value | $864.58 |
| 49.326 | CONTROL UNIT | $2,383.43 | Net Book Value | $2,383.43 |
| 49.327 | CONTROL UNIT, A. C. GENERATOR | $20,670.95 | Net Book Value | $20,670.95 |
| 49.328 | CONTROL UNIT, A. C. GENERATOR | $59,224.44 | Net Book Value | $59,224.44 |
| 49.329 | CONTROL UNIT, APU WARNING | $17,173.17 | Net Book Value | $17,173.17 |
| 49.330 | CONTROL UNIT, DC GENERATOR | $13,106.58 | Net Book Value | $13,106.58 |
| 49.331 | CONTROL UNIT, DC GENERATOR #2 | $3,456.68 | Net Book Value | $3,456.68 |
| 49.332 | CONTROL UNIT, ELECTRONIC ENG. | $12,653.99 | Net Book Value | $12,653.99 |
| 49.333 | CONTROL UNIT, NLG STEER ELEC | $13,858.81 | Net Book Value | $13,858.81 |
| 49.334 | CONTROL UNIT, PROP | $30,534.00 | Net Book Value | $30,534.00 |
| 49.335 | CONTROL VHF-COMM | $1,323.44 | Net Book Value | $1,323.44 |
| 49.336 | CONTROL, W/S TEMP | $4,200.73 | Net Book Value | $4,200.73 |
| 49.337 | CONTROLLER ALT PRESELECT | $427.08 | Net Book Value | $427.08 |
| 49.338 | CONTROLLER ASSY, REMOTE | $11,003.76 | Net Book Value | $11,003.76 |
| 49.339 | CONTROLLER, CABIN TEMP | $70,145.70 | Net Book Value | $70,145.70 |
| 49.340 | CONTROLLER, PULSELITE | $2,909.37 | Net Book Value | $2,909.37 |
| 49.341 | CONVERTER, ASSY L/H | $1,430.95 | Net Book Value | $1,430.95 |
| 49.342 | CONVERTER, W/W - R/H | $14,806.11 | Net Book Value | $14,806.11 |
| 49.343 | CONVERTER, WINDSHIELD WIPER | $4,263.24 | Net Book Value | $4,263.24 |
| 49.344 | COOLER OIL | $916.67 | Net Book Value | $916.67 |
| 49.345 | COOLER, OIL | $15,646.39 | Net Book Value | $15,646.39 |
| 49.346 | COOLER, OIL -8 | $42,031.50 | Net Book Value | $42,031.50 |
| 49.347 | CO-PILOT SEAT | $9,273.54 | Net Book Value | $9,273.54 |
| 49.348 | CORE CHARGE/BER CORE CHARGE | $1,937.50 | Net Book Value | $1,937.50 |
| 49.349 | COUPLING, PT | $4,947.31 | Net Book Value | $4,947.31 |
| 49.350 | COURSE DEVIATION INDICATOR | $604.92 | Net Book Value | $604.92 |
| 49.351 | COURSE SELECT IND, 331H3G | $2,776.46 | Net Book Value | $2,776.46 |
| 49.352 | COURSE SELECT IND, 331H-3G | $2,322.49 | Net Book Value | $2,322.49 |
| 49.353 | COURSE SELECT IND, 331IH-3G | $9,289.96 | Net Book Value | $9,289.96 |
| 49.354 | COVER | $299.97 | Net Book Value | $299.97 |
| 49.355 | COVER | $2,217.17 | Net Book Value | $2,217.17 |
| 49.356 | COVER ASSY | $453.36 | Net Book Value | $453.36 |
| 49.357 | COVER ASSY | $503.55 | Net Book Value | $503.55 |
| 49.358 | COVER, AIRSTAIR DOOR | $676.93 | Net Book Value | $676.93 |
| 49.359 | COWLING ASSY, NACELLE D8 | $5,313.41 | Net Book Value | $5,313.41 |
| 49.360 | COWLING ASSY, NACELLE DHC-8 | $18,322.13 | Net Book Value | $18,322.13 |
| 49.361 | COWLING ASSY, NACELLE DHC-8 | $70,021.09 | Net Book Value | $70,021.09 |
| 49.362 | CT DISK BLADES (14) | $1,665.97 | Net Book Value | $1,665.97 |
| 49.363 | CTL-22 COM CTL 5V LTS NVOL GRY | $38,095.52 | Net Book Value | $38,095.52 |
| 49.364 | CTL-22C COM CTL 5V LT NVOL GRY | $29,877.28 | Net Book Value | $29,877.28 |
| 49.365 | CTL-22G COM CTL 5V LED NO VOL | $8,791.49 | Net Book Value | $8,791.49 |
| 49.366 | CTL-32 NAV CTL 5V LTS NVOL GRY | $30,192.37 | Net Book Value | $30,192.37 |
| 49.367 | CTL-42 DME CTL 5V LTS BLK | $2,283.72 | Net Book Value | $2,283.72 |
| 49.368 | CTL-62 ADF CTL 5V LTS NVOL GRY | $46,870.89 | Net Book Value | $46,870.89 |
| 49.369 | CTL-92 2XPR CTL 5V LTS GRY "S" | $1,594.16 | Net Book Value | $1,594.16 |
| 49.370 | CTL-92T TCAS CTL 5VLTS GRY OFF | $2,877.85 | Net Book Value | $2,877.85 |
| 49.371 | CVR MICROPHONE S/N #4310 | $1,476.56 | Net Book Value | $1,476.56 |
| 49.372 | CYLINDER MLG S/N #12AALT100255 | $42,996.88 | Net Book Value | $42,996.88 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

|  | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.373 | CYLINDER, 1900C OXYGEN | $393.22 | Net Book Value | $393.22 |
| 49.374 | CYLINDER, 1900D O2/REG | $444.62 | Net Book Value | $444.62 |
| 49.375 | CYLINDER, 1900D O2/REG | $1,918.84 | Net Book Value | $1,918.84 |
| 49.376 | CYLINDER, OXYGEN | $2,850.39 | Net Book Value | $2,850.39 |
| 49.377 | D-8 WHEEL HALF 300-620-3 | $5,568.24 | Net Book Value | $5,568.24 |
| 49.378 | D-8 WHEEL HALF 300-620-3 | $5,568.24 | Net Book Value | $5,568.24 |
| 49.379 | D-8 WHEEL HALF 300-620-3 | $5,568.24 | Net Book Value | $5,568.24 |
| 49.380 | DAC UNS WAAS , KIT PO 1052889 | $59,473.75 | Net Book Value | $59,473.75 |
| 49.381 | DAMPER ASSY, 1900 C & D | $18,957.48 | Net Book Value | $18,957.48 |
| 49.382 | DAMPNER, RUDDER ASY | $31,686.22 | Net Book Value | $31,686.22 |
| 49.383 | DATA ACQUISITION UNIT | $6,211.75 | Net Book Value | $6,211.75 |
| 49.384 | DC GENERATOR CONTROL UNIT DHC-8 | $5,276.25 | Net Book Value | $5,276.25 |
| 49.385 | DC GENERATOR CONTROL UNIT X 8 | $38,441.25 | Net Book Value | $38,441.25 |
| 49.386 | DC GENERATOR UNIT CONTROL | $5,276.25 | Net Book Value | $5,276.25 |
| 49.387 | DC TO DC CONVERTER | $990.12 | Net Book Value | $990.12 |
| 49.388 | DEC 2018 C-CHECK ADJUSTMENT | $345,567.94 | Net Book Value | $345,567.94 |
| 49.389 | DEICE BOOT, LH CENT SEC | $890.32 | Net Book Value | $890.32 |
| 49.390 | DE-ICE BOOT, LH STABILON (FB) | $1,562.74 | Net Book Value | $1,562.74 |
| 49.391 | DEICE BOOT, LH WING OUTBOARD | $256.80 | Net Book Value | $256.80 |
| 49.392 | DEICE BOOT, RH CENT SEC | $890.32 | Net Book Value | $890.32 |
| 49.393 | DEICE BOOT-CENTER SECTION, LH | $394.01 | Net Book Value | $394.01 |
| 49.394 | DEICE BOOT-HORIZONTAL, RH | $435.56 | Net Book Value | $435.56 |
| 49.395 | DEICE BOOT-TAIL LET, RH | $352.02 | Net Book Value | $352.02 |
| 49.396 | DEICE BOOT-WING, LH, INBOARD | $211.54 | Net Book Value | $211.54 |
| 49.397 | DEICE BOOT-WING, LH, OUTBOARD | $987.25 | Net Book Value | $987.25 |
| 49.398 | DEICE BOOT-WING, RH INBOARD | $217.89 | Net Book Value | $217.89 |
| 49.399 | DEICE BOOT-WING, RH OUTBOARD | $856.01 | Net Book Value | $856.01 |
| 49.400 | DETECTOR ASSY, SELF-CLOSE CHIP | $1,219.54 | Net Book Value | $1,219.54 |
| 49.401 | DETECTOR, BAGGAGE COMP SMOKE | $6,272.25 | Net Book Value | $6,272.25 |
| 49.402 | DETECTOR, BAGGAGE COMP SMOKE | $15,588.54 | Net Book Value | $15,588.54 |
| 49.403 | DETECTOR, SMOKE -8 | $14,268.50 | Net Book Value | $14,268.50 |
| 49.404 | DETECTOR, SMOKE-LAV | $3,547.21 | Net Book Value | $3,547.21 |
| 49.405 | DEVICE ASSY-FAN MOTOR S/N #AWP705 | $458.33 | Net Book Value | $458.33 |
| 49.406 | DGS-65 DIRECTIONAL GYRO | $62,025.65 | Net Book Value | $62,025.65 |
| 49.407 | DH8 06/20/07 PUMP MOTOR, HYD | $0.00 | Net Book Value | $0.00 |
| 49.408 | DH8 BLADE ASSEMBLY, PROP | $0.00 | Net Book Value | $0.00 |
| 49.409 | DH8 COMPUTER AIR DATA | $0.00 | Net Book Value | $0.00 |
| 49.410 | DH8 DISPLAY EFIS | $0.00 | Net Book Value | $0.00 |
| 49.411 | DH8 DOOR BALLISTIC | $0.00 | Net Book Value | $0.00 |
| 49.412 | DH8 GENERATOR AC | $0.00 | Net Book Value | $0.00 |
| 49.413 | DH8 HAMILTON SOUNDSTRAND | $0.00 | Net Book Value | $0.00 |
| 49.414 | DH8 HUB ASSY | $0.00 | Net Book Value | $0.00 |
| 49.415 | DH8 IVSI | $0.00 | Net Book Value | $0.00 |
| 49.416 | DH8 REGULATOR DUAL LEVEL PRESSURE | $0.00 | Net Book Value | $0.00 |
| 49.417 | DH8 SHROUD EXHAUST L/H | $0.00 | Net Book Value | $0.00 |
| 49.418 | DH8 STRUT ASSEMBLY NLG SHOCK | $0.00 | Net Book Value | $0.00 |
| 49.419 | DH8A-LED-901 | $13,492.01 | Net Book Value | $13,492.01 |
| 49.420 | DH8A-LED-901 POST DHC-8-100 | $6,673.67 | Net Book Value | $6,673.67 |
| 49.421 | DH8-LED-901 POST 1990 DHC-8-100 | $6,742.11 | Net Book Value | $6,742.11 |
| 49.422 | DHC-8 WHEEL HALF INBOARD MAIN | $8,294.57 | Net Book Value | $8,294.57 |
| 49.423 | DIGITAL ADC | $614.72 | Net Book Value | $614.72 |
| 49.424 | DIGITAL ADC S/N #85061114 | $630.28 | Net Book Value | $630.28 |
| 49.425 | DIRECTIONAL GYRO, C-14A | $8,731.52 | Net Book Value | $8,731.52 |
| 49.426 | DISPLAY, ADVISORY (ID-802) | $35,605.21 | Net Book Value | $35,605.21 |
| 49.427 | DK120-90 90 DAY LOCATOR BEACON | $600.76 | Net Book Value | $600.76 |
| 49.428 | DME TRANSCIEVER KDM-706A | $932.81 | Net Book Value | $932.81 |
| 49.429 | DME-42 DME RT 1 CHANNEL | $10,565.76 | Net Book Value | $10,565.76 |
| 49.430 | DME-42 DME RT 1-3 CHANNEL | $22,876.49 | Net Book Value | $22,876.49 |
| 49.431 | DME-442 DME R/T | $9,256.76 | Net Book Value | $9,256.76 |
| 49.432 | DOOR ASSY | $31,110.13 | Net Book Value | $31,110.13 |
| 49.433 | DOOR ASSY , REFUEL | $3,446.32 | Net Book Value | $3,446.32 |
| 49.434 | DOOR ASSY, VERT TAIL ACCESS | $88,439.14 | Net Book Value | $88,439.14 |

**SCHEDULE 49 ATTACHMENT**

Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.435 | DOOR ASSY, MLG L/H AFT | $973.63 | Net Book Value | $973.63 |
| 49.436 | DOOR ASY, NLG STRUT LH | $1,872.37 | Net Book Value | $1,872.37 |
| 49.437 | DOOR, MLG FWD | $7,047.02 | Net Book Value | $7,047.02 |
| 49.438 | DOOR, NLG | $1,137.82 | Net Book Value | $1,137.82 |
| 49.439 | DOOR, R/H NLG | $1,290.49 | Net Book Value | $1,290.49 |
| 49.440 | DPU-84 DISPLAY CTL UNIT | $27,732.96 | Net Book Value | $27,732.96 |
| 49.441 | DRAF STRUT ASSY NLG | $11,470.53 | Net Book Value | $11,470.53 |
| 49.442 | DRAG BRAKE S/N #0200 | $1,505.00 | Net Book Value | $1,505.00 |
| 49.443 | DRAG BRAKE S/N #0477 | $1,505.00 | Net Book Value | $1,505.00 |
| 49.444 | DRAG LEG ASSY | $18,578.49 | Net Book Value | $18,578.49 |
| 49.445 | DRAG STRUT ACTUATOR S/N #SAM005-98 | $257.16 | Net Book Value | $257.16 |
| 49.446 | DRAG STRUT ACTUATOR S/N #SAM005-98 | $1,456.34 | Net Book Value | $1,456.34 |
| 49.447 | DRAG, NOSE LEG ASSY 1900D | $1,965.33 | Net Book Value | $1,965.33 |
| 49.448 | DRAIN MANIFOLD, LEFT | $1,031.33 | Net Book Value | $1,031.33 |
| 49.449 | DRAIN MANIFOLD, RIGHT | $1,703.51 | Net Book Value | $1,703.51 |
| 49.450 | DRUM ASSY | $229.17 | Net Book Value | $229.17 |
| 49.451 | DRUM ASSY, AFT BAG DOOR | $4,868.17 | Net Book Value | $4,868.17 |
| 49.452 | DRUM ASSY, CABLE | $718.44 | Net Book Value | $718.44 |
| 49.453 | DSP-84 DISPLAY CONTROL UNIT | $7,005.54 | Net Book Value | $7,005.54 |
| 49.454 | DUAL HEAT EXCHANGER  778683-2 | $6,402.99 | Net Book Value | $6,402.99 |
| 49.455 | DUCT ASSY | $1,534.28 | Net Book Value | $1,534.28 |
| 49.456 | DUCT ASSY, PNEUMATIC | $757.44 | Net Book Value | $757.44 |
| 49.457 | DUCT ASSY. | $499.25 | Net Book Value | $499.25 |
| 49.458 | DUCT, APU | $1,100.13 | Net Book Value | $1,100.13 |
| 49.459 | DV-910 IVSI TCAS IND BLK 41P | $16,901.84 | Net Book Value | $16,901.84 |
| 49.460 | DV-910 IVSI TCAS IND GRY 41P | $53,240.62 | Net Book Value | $53,240.62 |
| 49.461 | EDIS KIT 8MK4456-001 | $7,111.34 | Net Book Value | $7,111.34 |
| 49.462 | EFI-890R GRAY DISPLAY W/X-VID | $81,316.96 | Net Book Value | $81,316.96 |
| 49.463 | ELEVATOR ASSY, RH | $4,335.54 | Net Book Value | $4,335.54 |
| 49.464 | ELT: 3 FREQUENCY, SURVIVAL | $2,092.23 | Net Book Value | $2,092.23 |
| 49.465 | ELT: 3 FREQUENCY, SURVIVAL P/N #S1823502-05 | $2,208.30 | Net Book Value | $2,208.30 |
| 49.466 | EMERG EXIT POWER SUPPLY | $2,227.60 | Net Book Value | $2,227.60 |
| 49.467 | EMERGENCY PWR SUPPLY BATTERY | $1,564.93 | Net Book Value | $1,564.93 |
| 49.468 | ENGINE EXHAUST ADAPTOR RING | $6,881.61 | Net Book Value | $6,881.61 |
| 49.469 | ENGINE FIRE BOTTLE | $8,763.66 | Net Book Value | $8,763.66 |
| 49.470 | EXCHANGER, HEAT | $19,418.47 | Net Book Value | $19,418.47 |
| 49.471 | EXCHANGER, HEAT | $39,283.44 | Net Book Value | $39,283.44 |
| 49.472 | EXHAUST STACK, REAR | $1,618.88 | Net Book Value | $1,618.88 |
| 49.473 | EXIT, NO SMOK, LAV SIGN | $2,049.23 | Net Book Value | $2,049.23 |
| 49.474 | EXSHANGER- DUAL HEAT  PN: 778683-2 | $6,402.99 | Net Book Value | $6,402.99 |
| 49.475 | FAIRING ASSY, MLG LEADING | $1,545.71 | Net Book Value | $1,545.71 |
| 49.476 | FAN, RECIRCULATING | $69,853.72 | Net Book Value | $69,853.72 |
| 49.477 | FCP-65 FLIGHT CONTROL PANEL | $24,752.98 | Net Book Value | $24,752.98 |
| 49.478 | FDR TEST EQUIPMENT | $11,645.19 | Net Book Value | $11,645.19 |
| 49.479 | FDR, SOLID STATE | $310.56 | Net Book Value | $310.56 |
| 49.480 | FINDINGS FOR 25K INSPECTION | $23,487.17 | Net Book Value | $23,487.17 |
| 49.481 | FINGERNAIL AND SHROUD ASSY | $33,333.33 | Net Book Value | $33,333.33 |
| 49.482 | FIREWALL ASSY, ENG | $4,351.96 | Net Book Value | $4,351.96 |
| 49.483 | FITTING, TRANSDUCER | $892.98 | Net Book Value | $892.98 |
| 49.484 | FLAP ACT, 90° DRIVE INBD L/H | $3,054.58 | Net Book Value | $3,054.58 |
| 49.485 | FLAP ACT, 90° DRIVE INBD R/H | $546.78 | Net Book Value | $546.78 |
| 49.486 | FLAP ACT, 90° DRIVE OTBD L/H | $2,646.38 | Net Book Value | $2,646.38 |
| 49.487 | FLAP ACT, 90° DRIVE OTBD R/H | $1,171.59 | Net Book Value | $1,171.59 |
| 49.488 | FLAP ACTUATOR 8SC0121 | $8,531.25 | Net Book Value | $8,531.25 |
| 49.489 | FLAP ASSY, LH OUTBOARD | $5,324.90 | Net Book Value | $5,324.90 |
| 49.490 | FLAP ASSY, R/H O/B | $4,700.08 | Net Book Value | $4,700.08 |
| 49.491 | FLAP FLEX SHAFT | $700.11 | Net Book Value | $700.11 |
| 49.492 | FLAP FLEX SHAFT | $1,442.01 | Net Book Value | $1,442.01 |
| 49.493 | FLAP FLEX SHAFT | $1,888.38 | Net Book Value | $1,888.38 |
| 49.494 | FLAP INDICATOR | $2,822.96 | Net Book Value | $2,822.96 |
| 49.495 | FLAP TRACK,  L/H #2 | $2,267.01 | Net Book Value | $2,267.01 |
| 49.496 | FLAP, L/H I/B | $12,736.97 | Net Book Value | $12,736.97 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.497 | FLAP, L/H1/B | $0.00 | Net Book Value | $0.00 |
| 49.498 | FLAPTRACK, LH #3 | $5,214.40 | Net Book Value | $5,214.40 |
| 49.499 | FLIGHT AEROSPACE LTD | $1,365.45 | Net Book Value | $1,365.45 |
| 49.500 | FLIGHT COMPUTER 88011103 | $4,841.23 | Net Book Value | $4,841.23 |
| 49.501 | FLIGHT CONTROL COMPUTER | $25,379.75 | Net Book Value | $25,379.75 |
| 49.502 | FLIGHT DATA ACQUISITION S/N #20077 | $5,573.95 | Net Book Value | $5,573.95 |
| 49.503 | FLIGHT DATA ACQUISITION S/N #20221 | $1,328.91 | Net Book Value | $1,328.91 |
| 49.504 | FLIGHT DATA RECORDER | $4,296.88 | Net Book Value | $4,296.88 |
| 49.505 | FLIGHT DATA RECORDER | $44,349.20 | Net Book Value | $44,349.20 |
| 49.506 | FLIGHT GUIDANCE COMPUTER | $1,125.00 | Net Book Value | $1,125.00 |
| 49.507 | FLIGHT GUIDANCE COMPUTER #2 | $2,109.38 | Net Book Value | $2,109.38 |
| 49.508 | FLOOR ASSY, FLOOR INSTL CABIN | $0.36 | Net Book Value | $0.36 |
| 49.509 | FLOOR BOARD, CENTER | $1,684.97 | Net Book Value | $1,684.97 |
| 49.510 | FLOOR BOARD, L/H FWD | $933.87 | Net Book Value | $933.87 |
| 49.511 | FLOORBOARD ASSY, AFT | $347.71 | Net Book Value | $347.71 |
| 49.512 | FLOORBOARD ASSY, R/H | $758.91 | Net Book Value | $758.91 |
| 49.513 | FLOORBOARD ASSY. | $2,099.88 | Net Book Value | $2,099.88 |
| 49.514 | FLOW DIVIDER, FUEL | $26,141.21 | Net Book Value | $26,141.21 |
| 49.515 | FLT SPOILER LIFT/DUMP VALVE | $2,843.75 | Net Book Value | $2,843.75 |
| 49.516 | FLYHYT AFIRS INSTALL KIT PO 1052888 | $15,312.50 | Net Book Value | $15,312.50 |
| 49.517 | FRAME MLG TRK OTBD LH/INBD RH NACELLE LL | $5,755.96 | Net Book Value | $5,755.96 |
| 49.518 | FRAME MLG TRK OTBD LH/INBD RH NACELLE LL | $5,755.96 | Net Book Value | $5,755.96 |
| 49.519 | FRAME, 1900D SEATBACK | $1,199.91 | Net Book Value | $1,199.91 |
| 49.520 | FRAME, 1900D SEATBACK | $12,995.31 | Net Book Value | $12,995.31 |
| 49.521 | FRONT TOP ENGINE BRACKET | $7,587.45 | Net Book Value | $7,587.45 |
| 49.522 | FUEL CONTROL UNIT | $0.00 | Net Book Value | $0.00 |
| 49.523 | FUEL FILTER HOUSING | $1,291.04 | Net Book Value | $1,291.04 |
| 49.524 | FUEL NOZZLE, PRI/SEC GROOVED | $633.73 | Net Book Value | $633.73 |
| 49.525 | FUEL NOZZLE, PRIMARY | $12,547.39 | Net Book Value | $12,547.39 |
| 49.526 | FUEL TANK TEMP IND | $3,845.56 | Net Book Value | $3,845.56 |
| 49.527 | G.C.U., 1900C & D D.C. | $3,935.46 | Net Book Value | $3,935.46 |
| 49.528 | G4304 CHARGING VALVE | $2,843.75 | Net Book Value | $2,843.75 |
| 49.529 | GAUGE, FUEL QTY. | $1,814.76 | Net Book Value | $1,814.76 |
| 49.530 | GAUGE, FUEL QTY. | $31,851.24 | Net Book Value | $31,851.24 |
| 49.531 | GAUGE, ITT | $2,172.35 | Net Book Value | $2,172.35 |
| 49.532 | GAUGE, TRQ PRESSURE | $599.37 | Net Book Value | $599.37 |
| 49.533 | GC-362A GRAPHICS COMPUTER | $2,242.61 | Net Book Value | $2,242.61 |
| 49.534 | GC-801 FLIGHT GUIDANCE CONTROL | $53,759.05 | Net Book Value | $53,759.05 |
| 49.535 | GEAR SELECTOR | $1,217.90 | Net Book Value | $1,217.90 |
| 49.536 | GEARBOX ASSY, FLAP | $733.52 | Net Book Value | $733.52 |
| 49.537 | GENERATOR- AIRCRAFT | $7,943.27 | Net Book Value | $7,943.27 |
| 49.538 | GENERATOR ASSY-DC STARTER #96027 | $401.04 | Net Book Value | $401.04 |
| 49.539 | GENERATOR ASSY-DC STARTER 242 | $401.04 | Net Book Value | $401.04 |
| 49.540 | GENERATOR, A.C. | $129,902.00 | Net Book Value | $129,902.00 |
| 49.541 | GENERATOR, TONE | $681.26 | Net Book Value | $681.26 |
| 49.542 | GLOBAL PARTS 1 | $0.00 | Net Book Value | $0.00 |
| 49.543 | GLOBAL PARTS 2 | $0.00 | Net Book Value | $0.00 |
| 49.544 | GLOBAL PARTS 3 | $0.00 | Net Book Value | $0.00 |
| 49.545 | GNS430W W/INSTALL KIT | $32,442.72 | Net Book Value | $32,442.72 |
| 49.546 | GOOSENECK ASSY, AFT | $1,220.21 | Net Book Value | $1,220.21 |
| 49.547 | GOVERNOR O/S | $0.00 | Net Book Value | $0.00 |
| 49.548 | GOVERNOR, DHC-8 OVERSPEED | $5,429.87 | Net Book Value | $5,429.87 |
| 49.549 | GOVERNOR, DHC-8 OVERSPEED | $8,929.76 | Net Book Value | $8,929.76 |
| 49.550 | GOVERNOR, DHC-8 OVERSPEED | $40,724.04 | Net Book Value | $40,724.04 |
| 49.551 | GPS SBAS ANTENNA (FMS) | $1,209.84 | Net Book Value | $1,209.84 |
| 49.552 | GPS WASS | $2,859.83 | Net Book Value | $2,859.83 |
| 49.553 | GPS WASS 887 CONFORMITY | $35,274.12 | Net Book Value | $35,274.12 |
| 49.554 | GPS/WAAS ANTENNA | $975.45 | Net Book Value | $975.45 |
| 49.555 | H188C SURFACE POSITION INDICATOR | $6,511.60 | Net Book Value | $6,511.60 |
| 49.556 | H188C SURFACE POSITION INDICATOR 2 | $9,865.54 | Net Book Value | $9,865.54 |
| 49.557 | HANDLE ASSY, CARGO DOOR | $1,834.49 | Net Book Value | $1,834.49 |
| 49.558 | HANDLE ASSY, I/S AIRSTAIR DR | $816.94 | Net Book Value | $816.94 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.559 | HANDRAIL, AFT POST | $199.95 | Net Book Value | $199.95 |
| 49.560 | HANDSET & CRADLE | $213.28 | Net Book Value | $213.28 |
| 49.561 | HANDSET, F/A INTERCOM | $18,731.17 | Net Book Value | $18,731.17 |
| 49.562 | HARNESS, ELECTRICAL ENGINE | $3,324.18 | Net Book Value | $3,324.18 |
| 49.563 | HARNESS, FUEL PROBE MAIN TANK | $1,269.20 | Net Book Value | $1,269.20 |
| 49.564 | HARNESS, T5 | $1,216.59 | Net Book Value | $1,216.59 |
| 49.565 | HARNESS, THERMOCOUPLE WIRING | $1,104.84 | Net Book Value | $1,104.84 |
| 49.566 | HARNESS, WIRING | $3,581.00 | Net Book Value | $3,581.00 |
| 49.567 | HATCH, ESCAPE | $6,648.92 | Net Book Value | $6,648.92 |
| 49.568 | HEADLINER, FS150.6 - FS201.588 | $2,018.31 | Net Book Value | $2,018.31 |
| 49.569 | HEATER, ENGINE INLET | $1,872.37 | Net Book Value | $1,872.37 |
| 49.570 | HEATER, ENGINE INLET | $7,921.56 | Net Book Value | $7,921.56 |
| 49.571 | HEATER, ENGINE INLET | $11,867.93 | Net Book Value | $11,867.93 |
| 49.572 | HEATER, FUEL | $39,482.45 | Net Book Value | $39,482.45 |
| 49.573 | HEATER, FUEL OIL | $2,133.14 | Net Book Value | $2,133.14 |
| 49.574 | HIS KIT | $0.00 | Net Book Value | $0.00 |
| 49.575 | HIS KIT  2 | $0.00 | Net Book Value | $0.00 |
| 49.576 | HONEYWELL | $0.00 | Net Book Value | $0.00 |
| 49.577 | HORIZ STAB TAIL LET ASSEMBLY | $319.01 | Net Book Value | $319.01 |
| 49.578 | HORIZON, ARTIFICIAL | $74,508.74 | Net Book Value | $74,508.74 |
| 49.579 | HORN, ELEVATOR | $1,425.88 | Net Book Value | $1,425.88 |
| 49.580 | HOT SECTION S/N #PC-E 121358 | $475,306.71 | Net Book Value | $475,306.71 |
| 49.581 | HOUSING ASSY, BRUSH BLOCK S/N #2018120021 | $3,676.79 | Net Book Value | $3,676.79 |
| 49.582 | HOUSING ASSY, HYD FILTER | $3,111.02 | Net Book Value | $3,111.02 |
| 49.583 | HOUSING PISTON, BRAKE P/N #266-194-3 | $9,657.05 | Net Book Value | $9,657.05 |
| 49.584 | HOUSING, -8 BRAKE | $0.00 | Net Book Value | $0.00 |
| 49.585 | HOUSING, PT | $6,748.02 | Net Book Value | $6,748.02 |
| 49.586 | HOUSING: PISTON, BRAKE | $10,355.15 | Net Book Value | $10,355.15 |
| 49.587 | HOUSING: PISTON, BRAKE P/N #266-194-3 | $9,657.05 | Net Book Value | $9,657.05 |
| 49.588 | HUB ASSEMBLY S PROP | $0.00 | Net Book Value | $0.00 |
| 49.589 | HUB PROPELLER | $34,375.00 | Net Book Value | $34,375.00 |
| 49.590 | HUB PROPELLER S/N #2017040039 | $35,750.00 | Net Book Value | $35,750.00 |
| 49.591 | HUB, PROPELLER #782701-5 S/N #2016060012 | $34,833.33 | Net Book Value | $34,833.33 |
| 49.592 | HUB, PROPELLER #782701-5 S/N #2017070037 | $37,125.00 | Net Book Value | $37,125.00 |
| 49.593 | HUB, PROPELLER 782701-5 | $44,322.92 | Net Book Value | $44,322.92 |
| 49.594 | HUB, PROPELLER PO 1048978 | $0.00 | Net Book Value | $0.00 |
| 49.595 | HUB, PROPELLER PO 1054883 | $18,012.60 | Net Book Value | $18,012.60 |
| 49.596 | HUB, PROPELLER S/N #2017070040 | $37,472.71 | Net Book Value | $37,472.71 |
| 49.597 | HYDAULIC POWER UNIT | $7,618.20 | Net Book Value | $7,618.20 |
| 49.598 | HYDRAULIC POWER PACK | $607.10 | Net Book Value | $607.10 |
| 49.599 | HYDROLIC ACTUATOR MLG | $5,025.45 | Net Book Value | $5,025.45 |
| 49.600 | IFR-4000 NAV-COMM | $9,327.42 | Net Book Value | $9,327.42 |
| 49.601 | IGNITION EXCITER, APU | $5,362.36 | Net Book Value | $5,362.36 |
| 49.602 | IN-862A WX RADAR INDICATOR | $29,136.93 | Net Book Value | $29,136.93 |
| 49.603 | IN-862A WX RADAR INDICATR W VP | $16,649.68 | Net Book Value | $16,649.68 |
| 49.604 | INBOARD MAIN WHEEL, DHC-8 INBOARD | $9,779.22 | Net Book Value | $9,779.22 |
| 49.605 | IND, CABIN CLIMB RATE | $1,269.26 | Net Book Value | $1,269.26 |
| 49.606 | IND, DUAL ENG OIL PRESS & TEMP | $9,397.85 | Net Book Value | $9,397.85 |
| 49.607 | IND, DUAL FUEL TEMP | $3,185.91 | Net Book Value | $3,185.91 |
| 49.608 | IND, DUAL FUEL TEMP | $8,127.53 | Net Book Value | $8,127.53 |
| 49.609 | IND, DUAL HYD QUANTITY | $8,034.47 | Net Book Value | $8,034.47 |
| 49.610 | IND, ENG OIL TEMP/PRESS | $13,118.12 | Net Book Value | $13,118.12 |
| 49.611 | IND, FLAP POSITION | $57,013.62 | Net Book Value | $57,013.62 |
| 49.612 | IND, FUEL FLOW | $1,104.70 | Net Book Value | $1,104.70 |
| 49.613 | IND, FUEL FLOW | $8,482.69 | Net Book Value | $8,482.69 |
| 49.614 | IND, FUEL FLOW | $31,250.63 | Net Book Value | $31,250.63 |
| 49.615 | IND, HYD. PRESSURE | $1,770.11 | Net Book Value | $1,770.11 |
| 49.616 | IND, INLET TURBINE TEMPERATURE | $1,233.75 | Net Book Value | $1,233.75 |
| 49.617 | IND, IVSI ADV SPD | $0.00 | Net Book Value | $0.00 |
| 49.618 | IND, LOW PRESS. N.L DUAL | $10,833.24 | Net Book Value | $10,833.24 |
| 49.619 | IND, NH % RPM | $1,251.61 | Net Book Value | $1,251.61 |
| 49.620 | IND, OXYGEN QTY. | $290.19 | Net Book Value | $290.19 |

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.621 | IND, PFCS | $5,804.34 | Net Book Value | $5,804.34 |
| 49.622 | IND, PROP TACH | $1,159.85 | Net Book Value | $1,159.85 |
| 49.623 | IND, RUDDER TRIM | $3,480.88 | Net Book Value | $3,480.88 |
| 49.624 | IND, RUDDER TRIM | $10,681.15 | Net Book Value | $10,681.15 |
| 49.625 | IND, SYNCHORSCOPE ENG/PROP | $1,237.97 | Net Book Value | $1,237.97 |
| 49.626 | IND., RATE OF CLIMB, IVA-81B | $5,710.19 | Net Book Value | $5,710.19 |
| 49.627 | INDICATOR - CDI, KI-202 | $4,372.78 | Net Book Value | $4,372.78 |
| 49.628 | INDICATOR ASSY, INBD | $610.39 | Net Book Value | $610.39 |
| 49.629 | INDICATOR ATTITUDE DIRECTOR | $726.56 | Net Book Value | $726.56 |
| 49.630 | INDICATOR CAB PRESSURIZATION S/N #515 | $4,249.48 | Net Book Value | $4,249.48 |
| 49.631 | INDICATOR CAB PRESSURIZATION S/N# B0695 | $3,930.21 | Net Book Value | $3,930.21 |
| 49.632 | INDICATOR, AIRSPEED | $4,261.19 | Net Book Value | $4,261.19 |
| 49.633 | INDICATOR, ATTITUDE | $8,353.64 | Net Book Value | $8,353.64 |
| 49.634 | INDICATOR, CABIN DUCT | $3,445.16 | Net Book Value | $3,445.16 |
| 49.635 | INDICATOR, CABIN PRESSURE | $82,528.21 | Net Book Value | $82,528.21 |
| 49.636 | INDICATOR, CABIN TEMP | $388.52 | Net Book Value | $388.52 |
| 49.637 | INDICATOR, COURSE DEV. | $604.92 | Net Book Value | $604.92 |
| 49.638 | INDICATOR, DEICE PRESSURE | $2,549.59 | Net Book Value | $2,549.59 |
| 49.639 | INDICATOR, DUAL HYD FLUID QTY | $8,034.47 | Net Book Value | $8,034.47 |
| 49.640 | INDICATOR, FLAP POSITION | $558.33 | Net Book Value | $558.33 |
| 49.641 | INDICATOR, FUEL FLOW | $1,509.16 | Net Book Value | $1,509.16 |
| 49.642 | INDICATOR, HYD BRAKE PRESSURE | $976.51 | Net Book Value | $976.51 |
| 49.643 | INDICATOR, KI-207 | $891.54 | Net Book Value | $891.54 |
| 49.644 | INDICATOR, KI-208 | $1,363.15 | Net Book Value | $1,363.15 |
| 49.645 | INDICATOR, OIL PRESS/TEMP | $441.67 | Net Book Value | $441.67 |
| 49.646 | INDICATOR, OXYGEN PRESS. | $748.85 | Net Book Value | $748.85 |
| 49.647 | INDICATOR, OXYGEN PRESS. | $3,543.10 | Net Book Value | $3,543.10 |
| 49.648 | INDICATOR, PFCS | $2,138.82 | Net Book Value | $2,138.82 |
| 49.649 | INDICATOR, PNEUMATIC PRESS | $177.69 | Net Book Value | $177.69 |
| 49.650 | INDICATOR, PROP RPM | $2,930.07 | Net Book Value | $2,930.07 |
| 49.651 | INDICATOR, RADIO MAGNETIC | $619.33 | Net Book Value | $619.33 |
| 49.652 | INDICATOR, RADIO MAGNETIC | $1,094.62 | Net Book Value | $1,094.62 |
| 49.653 | INDICATOR, RMI | $3,656.02 | Net Book Value | $3,656.02 |
| 49.654 | INDICATOR, TURN / BANK | $5,599.83 | Net Book Value | $5,599.83 |
| 49.655 | INDICATOR, VACUUM | $119.87 | Net Book Value | $119.87 |
| 49.656 | INDICATOR, VSI/TCAS, BLACK | $0.00 | Net Book Value | $0.00 |
| 49.657 | INNER CYLINDER, NLG | $12,281.25 | Net Book Value | $12,281.25 |
| 49.658 | INSTALLATION AND TRAINING | $0.00 | Net Book Value | $0.00 |
| 49.659 | IVA-81A VSI | $5,311.74 | Net Book Value | $5,311.74 |
| 49.660 | IVSI, -8 | $2,014.65 | Net Book Value | $2,014.65 |
| 49.661 | KA-44B ADF ANTENNA | $2,590.44 | Net Book Value | $2,590.44 |
| 49.662 | KA-90 HSI ADAPTER | $8,065.58 | Net Book Value | $8,065.58 |
| 49.663 | KA-90 HSI ADAPTOR | $9,562.91 | Net Book Value | $9,562.91 |
| 49.664 | KDF-806 ADF R/T | $3,352.12 | Net Book Value | $3,352.12 |
| 49.665 | KDF-806 ADF R/T | $13,005.94 | Net Book Value | $13,005.94 |
| 49.666 | KFS-564 NAV CTL 5VLT NVOL GRY | $882.90 | Net Book Value | $882.90 |
| 49.667 | KFS-578A TCAS/XPDR CTL 5VLT BK | $6,069.74 | Net Book Value | $6,069.74 |
| 49.668 | KFS-578A TCAS/XPDR CTL 5VLT GY | $3,000.21 | Net Book Value | $3,000.21 |
| 49.669 | KFS-586A ADF CTL 5VLT NVOL GRY | $9,102.61 | Net Book Value | $9,102.61 |
| 49.670 | KFS-598A COM CTL 5VLT NVOL GY | $2,614.12 | Net Book Value | $2,614.12 |
| 49.671 | KIT, PRESSURIZATION CONTROLLER | $3,055.23 | Net Book Value | $3,055.23 |
| 49.672 | KIT, RETROFIT, FUEL QUANTITY INDICATOR | $3,219.40 | Net Book Value | $3,219.40 |
| 49.673 | KIT-PRESSURIZATION CONTROLLER | $10,383.44 | Net Book Value | $10,383.44 |
| 49.674 | KX170B NAV/COMM | $969.31 | Net Book Value | $969.31 |
| 49.675 | L/H AILERON ASSEMBLY | $0.00 | Net Book Value | $0.00 |
| 49.676 | LABOR 1900C ADS-B INSTALL | $32,209.84 | Net Book Value | $32,209.84 |
| 49.677 | LAMP | $751.13 | Net Book Value | $751.13 |
| 49.678 | LEADING EDGE | $8,353.64 | Net Book Value | $8,353.64 |
| 49.679 | LEADING EDGE #4 L/H O.B | $474.55 | Net Book Value | $474.55 |
| 49.680 | LEADING EDGE ASSY | $0.00 | Net Book Value | $0.00 |
| 49.681 | LEADING EDGE ASSY | $2,037.20 | Net Book Value | $2,037.20 |
| 49.682 | LEADING EDGE ASSY, INNER WING S/N #0070151 | $1,050.00 | Net Book Value | $1,050.00 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.683 | LEADING EDGE ASSY, L/H O/B | $43,185.46 | Net Book Value | $43,185.46 |
| 49.684 | LEADING EDGE ASSY, R/H OUTBD | $8,977.00 | Net Book Value | $8,977.00 |
| 49.685 | LEADING EDGE ASSY, VERTICAL STAB | $5,512.33 | Net Book Value | $5,512.33 |
| 49.686 | LEADING EDGE INBD R/H | $822.92 | Net Book Value | $822.92 |
| 49.687 | LEADING EDGE LH1 | $1,512.50 | Net Book Value | $1,512.50 |
| 49.688 | LEADING EDGE R/H O/B | $1,663.81 | Net Book Value | $1,663.81 |
| 49.689 | LEADING EDGE VERT STAB | $664.38 | Net Book Value | $664.38 |
| 49.690 | LEADING EDGE, # 3 R/H, O/B | $4,943.05 | Net Book Value | $4,943.05 |
| 49.691 | LEADING EDGE, #4 L/H O/B | $20,438.20 | Net Book Value | $20,438.20 |
| 49.692 | LEADING EDGE, I/B L/H | $3,369.11 | Net Book Value | $3,369.11 |
| 49.693 | LEADING EDGE, L/H I/B | $2,419.68 | Net Book Value | $2,419.68 |
| 49.694 | LEADING EDGE, L/H I/B | $12,386.44 | Net Book Value | $12,386.44 |
| 49.695 | LEADING EDGE, L/H I/B | $13,263.28 | Net Book Value | $13,263.28 |
| 49.696 | LEADING EDGE, L/H I/B HOR STAB | $10,413.26 | Net Book Value | $10,413.26 |
| 49.697 | LEADING EDGE, L/H I/B HOR STAB | $13,884.34 | Net Book Value | $13,884.34 |
| 49.698 | LEADING EDGE, L/H MID SECTION | $7,011.30 | Net Book Value | $7,011.30 |
| 49.699 | LEADING EDGE, L/H MID SECTION | $11,483.09 | Net Book Value | $11,483.09 |
| 49.700 | LEADING EDGE, L/H O/B @ NACELL | $3,593.51 | Net Book Value | $3,593.51 |
| 49.701 | LEADING EDGE, L/H O/B @ NACELL | $7,524.62 | Net Book Value | $7,524.62 |
| 49.702 | LEADING EDGE, L/H O/B HOR STAB | $4,493.69 | Net Book Value | $4,493.69 |
| 49.703 | LEADING EDGE, L/H O/B HOR STAB | $5,989.85 | Net Book Value | $5,989.85 |
| 49.704 | LEADING EDGE, L/H O/B HOR STAB | $17,283.39 | Net Book Value | $17,283.39 |
| 49.705 | LEADING EDGE, L/H O/B HORZ | $23,603.95 | Net Book Value | $23,603.95 |
| 49.706 | LEADING EDGE, L/H O/B NACELLE | $4,977.91 | Net Book Value | $4,977.91 |
| 49.707 | LEADING EDGE, L/H OB NACELLE | $17,115.75 | Net Book Value | $17,115.75 |
| 49.708 | LEADING EDGE, LH4 | $5,011.61 | Net Book Value | $5,011.61 |
| 49.709 | LEADING EDGE, R/H | $7,524.62 | Net Book Value | $7,524.62 |
| 49.710 | LEADING EDGE, R/H I/B | $10,309.55 | Net Book Value | $10,309.55 |
| 49.711 | LEADING EDGE, R/H I/B | $24,464.07 | Net Book Value | $24,464.07 |
| 49.712 | LEADING EDGE, R/H I/B HOR STAB | $12,501.66 | Net Book Value | $12,501.66 |
| 49.713 | LEADING EDGE, R/H I/B HORZ | $13,489.13 | Net Book Value | $13,489.13 |
| 49.714 | LEADING EDGE, R/H O/B HOR STAB | $5,720.23 | Net Book Value | $5,720.23 |
| 49.715 | LEADING EDGE, R/H O/B HOR STAB | $6,570.29 | Net Book Value | $6,570.29 |
| 49.716 | LEADING EDGE, R/H O/B NACELLE | $15,514.73 | Net Book Value | $15,514.73 |
| 49.717 | LEADING EDGE, R/H STALL WARN | $10,023.22 | Net Book Value | $10,023.22 |
| 49.718 | LEADING EDGE, R/H STALL WARN | $34,449.28 | Net Book Value | $34,449.28 |
| 49.719 | LEADING EDGE, RH/OB/HORZ | $2,118.37 | Net Book Value | $2,118.37 |
| 49.720 | LEADING EDGE, VERTICAL STAB | $8,411.84 | Net Book Value | $8,411.84 |
| 49.721 | LEADING EDGE, VERTICAL STAB | $13,553.07 | Net Book Value | $13,553.07 |
| 49.722 | LED LOGO LAMP DASH-8 | $5,800.67 | Net Book Value | $5,800.67 |
| 49.723 | LEVER | $237.30 | Net Book Value | $237.30 |
| 49.724 | LEVER ASSY, OUTBD | $666.85 | Net Book Value | $666.85 |
| 49.725 | LEVER, NACELLE HAND PUMP BRAKE | $3,664.66 | Net Book Value | $3,664.66 |
| 49.726 | LEVER, REVERSING | $779.02 | Net Book Value | $779.02 |
| 49.727 | LIFE RAFTS | $60,312.50 | Net Book Value | $60,312.50 |
| 49.728 | LIFE VESTS, WHISTLES | $3,068.29 | Net Book Value | $3,068.29 |
| 49.729 | LIFT TRANSDUCER | $6,863.54 | Net Book Value | $6,863.54 |
| 49.730 | LIGHT ASSY | $658.38 | Net Book Value | $658.38 |
| 49.731 | LIGHT ASSY | $2,486.29 | Net Book Value | $2,486.29 |
| 49.732 | LIGHT ASSY, CALL ATTENDANT | $1,366.06 | Net Book Value | $1,366.06 |
| 49.733 | LIGHT ASSY, EMERGENCY | $1,554.90 | Net Book Value | $1,554.90 |
| 49.734 | LIGHT ASSY, INDICATOR SPOILERS | $14,875.98 | Net Book Value | $14,875.98 |
| 49.735 | LIGHT ASSY, L/H | $1,396.24 | Net Book Value | $1,396.24 |
| 49.736 | LIGHT ASSY, LAV | $2,736.54 | Net Book Value | $2,736.54 |
| 49.737 | LIGHT ASSY, WING INSP R/H | $2,721.05 | Net Book Value | $2,721.05 |
| 49.738 | LIGHT PANEL | $223.20 | Net Book Value | $223.20 |
| 49.739 | LIGHT, UTILITY FLOOD | $1,975.15 | Net Book Value | $1,975.15 |
| 49.740 | LIGHTING KIT DASH 8 | $17,553.75 | Net Book Value | $17,553.75 |
| 49.741 | LIMITER NOSE GEAR | $0.00 | Net Book Value | $0.00 |
| 49.742 | LINEAR ACTUATOR | $1,867.13 | Net Book Value | $1,867.13 |
| 49.743 | LINK, 1900C & D COWL SHOCK | $4,139.28 | Net Book Value | $4,139.28 |
| 49.744 | LINK, NLG | $747.17 | Net Book Value | $747.17 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.745 | LINK, NLG | $1,296.26 | Net Book Value | $1,296.26 |
| 49.746 | LINK, NLG | $1,750.29 | Net Book Value | $1,750.29 |
| 49.747 | LINK: ROD END, OHC, EXCH | $3,595.85 | Net Book Value | $3,595.85 |
| 49.748 | LINK: ROD END, OHC,EXCH | $5,770.22 | Net Book Value | $5,770.22 |
| 49.749 | LINKAGE ASSY, NLG | $662.53 | Net Book Value | $662.53 |
| 49.750 | LITHIUM ION BATTERY | $83,890.63 | Net Book Value | $83,890.63 |
| 49.751 | LOCK ASSY, COCKPIT DOOR | $1,109.02 | Net Book Value | $1,109.02 |
| 49.752 | LOWER TORQUE KNEE | $837.47 | Net Book Value | $837.47 |
| 49.753 | LOWER TORQUE KNEE | $2,424.75 | Net Book Value | $2,424.75 |
| 49.754 | MACHINE, AIR CYCLE | $0.00 | Net Book Value | $0.00 |
| 49.755 | MAIN WHEEL S/N #3016 | $11,458.33 | Net Book Value | $11,458.33 |
| 49.756 | MAIN WHEEL S/N #3084 | $11,458.33 | Net Book Value | $11,458.33 |
| 49.757 | MANIFOLD, ASSY L/H | $431.45 | Net Book Value | $431.45 |
| 49.758 | MANIFOLD, HYD PRESSURE | $58,725.01 | Net Book Value | $58,725.01 |
| 49.759 | MANIFOLD, PRESSURE | $4,799.04 | Net Book Value | $4,799.04 |
| 49.760 | MANIFOLD, STEERING | $28,529.25 | Net Book Value | $28,529.25 |
| 49.761 | MARKER BEACON REC, 51Z-4 | $7,973.87 | Net Book Value | $7,973.87 |
| 49.762 | MARKER BEACON REC, 51Z-6 | $622.20 | Net Book Value | $622.20 |
| 49.763 | MASK / REG, SWEEP-ON O2 | $6,099.50 | Net Book Value | $6,099.50 |
| 49.764 | MASK / REG, SWEEP-ON OXYGEN | $13,106.58 | Net Book Value | $13,106.58 |
| 49.765 | MASK, ASSY O2 / REGULATOR | $964.99 | Net Book Value | $964.99 |
| 49.766 | MASK, OXYGEN | $6,875.00 | Net Book Value | $6,875.00 |
| 49.767 | MASK, SMOKE | $907.38 | Net Book Value | $907.38 |
| 49.768 | MASTER CAUTION PANEL | $1,375.00 | Net Book Value | $1,375.00 |
| 49.769 | MASTER CAUTION PANEL ASSY | $67,764.13 | Net Book Value | $67,764.13 |
| 49.770 | MASTER CAUTION PANEL ASSY | $83,253.08 | Net Book Value | $83,253.08 |
| 49.771 | MED DOOR HANDLE | $1,489.93 | Net Book Value | $1,489.93 |
| 49.772 | MED KITS FOR SAAB 2000 | $3,296.71 | Net Book Value | $3,296.71 |
| 49.773 | MIDWEST TURBINE 1 | $0.00 | Net Book Value | $0.00 |
| 49.774 | MIDWEST TURBINE 2 | $0.00 | Net Book Value | $0.00 |
| 49.775 | MK VIII EGPWS | $2,722.14 | Net Book Value | $2,722.14 |
| 49.776 | MLG DRAG STRUT | $67,331.25 | Net Book Value | $67,331.25 |
| 49.777 | MLG DRAG STRUT -100 & 200 S/N #S00002V8Q | $74,056.25 | Net Book Value | $74,056.25 |
| 49.778 | MLG DRAG STRUT 100/200 S/N #1 | $83,990.63 | Net Book Value | $83,990.63 |
| 49.779 | MLG DRAG STRUT 100/200 S/N #2 | $83,990.63 | Net Book Value | $83,990.63 |
| 49.780 | MLG DRAG STRUT 100/200 S/N #S00010C4Q | $80,378.13 | Net Book Value | $80,378.13 |
| 49.781 | MLG FRAME D8 P/N 85410318S001 | $9,513.01 | Net Book Value | $9,513.01 |
| 49.782 | MLG STAB STAY #1 | $51,876.56 | Net Book Value | $51,876.56 |
| 49.783 | MLG STAB STAY #2 | $51,876.56 | Net Book Value | $51,876.56 |
| 49.784 | MLG STAB STAY 100/200 | $2,300.78 | Net Book Value | $2,300.78 |
| 49.785 | MLG STAB STAY D8-100&200 | $12,868.89 | Net Book Value | $12,868.89 |
| 49.786 | MLG STAB STAY S/N #S00001DDK | $44,625.00 | Net Book Value | $44,625.00 |
| 49.787 | MLG STAB STAY S/N #S00001F1V | $44,625.00 | Net Book Value | $44,625.00 |
| 49.788 | MLG STABILIZER ASSY PO 1052879 | $29,348.96 | Net Book Value | $29,348.96 |
| 49.789 | MLG YOKE D8 | $20,838.68 | Net Book Value | $20,838.68 |
| 49.790 | MLG YOKE D8  S#13MDT4092 | $32,900.64 | Net Book Value | $32,900.64 |
| 49.791 | MLG YOKE D8 -100 & 200 S/N #S0000V3VQ | $74,098.96 | Net Book Value | $74,098.96 |
| 49.792 | MLG YOKE D8 -100 & 200 S/N #S0000V9VH | $74,098.96 | Net Book Value | $74,098.96 |
| 49.793 | MLG YOKE D8 PN: 10300-7 | $32,271.07 | Net Book Value | $32,271.07 |
| 49.794 | MLG YOKE D8-100&200 | $72,291.67 | Net Book Value | $72,291.67 |
| 49.795 | MODULE | $784.56 | Net Book Value | $784.56 |
| 49.796 | MODULE | $1,971.23 | Net Book Value | $1,971.23 |
| 49.797 | MODULE, #11 FILTER ASSY | $5,213.99 | Net Book Value | $5,213.99 |
| 49.798 | MODULE, #8 FILTER ASSY | $4,321.21 | Net Book Value | $4,321.21 |
| 49.799 | MODULE, #9 FILTER ASSY | $2,515.52 | Net Book Value | $2,515.52 |
| 49.800 | MODULE, LCD | $1,711.06 | Net Book Value | $1,711.06 |
| 49.801 | MODULE, LCD | $1,807.67 | Net Book Value | $1,807.67 |
| 49.802 | MONITOR, AC POWER | $54,226.70 | Net Book Value | $54,226.70 |
| 49.803 | MONITOR, BATTERY TEMP | $35,013.32 | Net Book Value | $35,013.32 |
| 49.804 | MONITOR, BATTERY TEMP | $54,931.28 | Net Book Value | $54,931.28 |
| 49.805 | MONITOR, DC POWER | $1,590.08 | Net Book Value | $1,590.08 |
| 49.806 | MONITOR, DC POWER | $12,804.12 | Net Book Value | $12,804.12 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

|  | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.807 | MOTOR, W/S WIPER | $1,728.02 | Net Book Value | $1,728.02 |
| 49.808 | MOTOR/GEARBOX ASSY, FLAP | $1,541.70 | Net Book Value | $1,541.70 |
| 49.809 | MOUNT EXCH ONLY | $3,430.32 | Net Book Value | $3,430.32 |
| 49.810 | MOUNT EXCH S/N #LK3690 | $2,684.60 | Net Book Value | $2,684.60 |
| 49.811 | MOUNT EXCH S/N #LK4375 | $2,684.60 | Net Book Value | $2,684.60 |
| 49.812 | MOUNT EXCH S/N #LK5292 | $2,684.60 | Net Book Value | $2,684.60 |
| 49.813 | MOUNT, ENGINE TRUSS | $2,345.69 | Net Book Value | $2,345.69 |
| 49.814 | MOUNT: BONDED, OHC, EXCH | $3,570.66 | Net Book Value | $3,570.66 |
| 49.815 | MOUNT: ENGINE, AFT, OHC, EXCH | $5,697.59 | Net Book Value | $5,697.59 |
| 49.816 | MOUNT: ENGINE,AFT S/N #LK5799 | $3,573.53 | Net Book Value | $3,573.53 |
| 49.817 | MOUNT: ENGINE,AFT S/N #LK5800 | $3,573.53 | Net Book Value | $3,573.53 |
| 49.818 | MOUNT: EXCH | $7,250.16 | Net Book Value | $7,250.16 |
| 49.819 | MOUNT: EXCH P/N #LM431SA500VHL | $9,232.48 | Net Book Value | $9,232.48 |
| 49.820 | MOUNT: EXCH S/N #LK2319 | $7,631.75 | Net Book Value | $7,631.75 |
| 49.821 | MOUNT: EXCH S/N #LK2518 | $7,727.15 | Net Book Value | $7,727.15 |
| 49.822 | MOUNTING ASSY, REAR | $3,165.75 | Net Book Value | $3,165.75 |
| 49.823 | MP-43 COMPACT FLIGHTLINE | $7,734.38 | Net Book Value | $7,734.38 |
| 49.824 | N881 SN 233 PARTS/INVENTORY | $735,000.00 | Net Book Value | $735,000.00 |
| 49.825 | N886EA DMI | $2,929.69 | Net Book Value | $2,929.69 |
| 49.826 | NAT SATPHONE ADAPTER | $2,750.57 | Net Book Value | $2,750.57 |
| 49.827 | NAV CTL (313N-4D) | $1,382.67 | Net Book Value | $1,382.67 |
| 49.828 | NAV RCVR, KNR-634 | $66,515.75 | Net Book Value | $66,515.75 |
| 49.829 | NAV RCVR, KNR-634A | $61,433.83 | Net Book Value | $61,433.83 |
| 49.830 | NEWCASTLE GPSWAS | $8,958.33 | Net Book Value | $8,958.33 |
| 49.831 | NLG ASSEMBLY | $223.18 | Net Book Value | $223.18 |
| 49.832 | NLG ASSY | $75,000.00 | Net Book Value | $75,000.00 |
| 49.833 | NLG ASSY 2 | $80,020.83 | Net Book Value | $80,020.83 |
| 49.834 | NLG ASSY S # S0000398B | $97,417.50 | Net Book Value | $97,417.50 |
| 49.835 | NLG CENTERING MECHANISM | $7,265.63 | Net Book Value | $7,265.63 |
| 49.836 | NLG DRAG STRUT | $26,162.50 | Net Book Value | $26,162.50 |
| 49.837 | NLG DRAG STRUT ASSEMBLY | $2,607.72 | Net Book Value | $2,607.72 |
| 49.838 | NLG DRAG STRUT S # S00001PPN | $30,880.21 | Net Book Value | $30,880.21 |
| 49.839 | NLG DRAG STRUT S/N #S0000TGF9 | $38,119.69 | Net Book Value | $38,119.69 |
| 49.840 | NLG STEERING ACTUATOR | $7,402.64 | Net Book Value | $7,402.64 |
| 49.841 | NLG STEERING ACTUATOR 2 | $13,130.74 | Net Book Value | $13,130.74 |
| 49.842 | NOZZLE ASSY, FOG MOD 8/2697 | $3,191.90 | Net Book Value | $3,191.90 |
| 49.843 | NOZZLE ASSY, FUEL SERVICEABLE | $76,127.70 | Net Book Value | $76,127.70 |
| 49.844 | NOZZLE SET 67D ENG | $949.50 | Net Book Value | $949.50 |
| 49.845 | NOZZLE, FUEL | $1,382.67 | Net Book Value | $1,382.67 |
| 49.846 | NOZZLE, FUEL | $4,179.76 | Net Book Value | $4,179.76 |
| 49.847 | OIL COOLER | $6,402.99 | Net Book Value | $6,402.99 |
| 49.848 | OIL COOLER DOOR ASSY DASH 8 | $3,218.40 | Net Book Value | $3,218.40 |
| 49.849 | OUTER COMBUSTION LINER | $0.00 | Net Book Value | $0.00 |
| 49.850 | OUTLET ASSY , HEAT & VENT CKPT | $406.99 | Net Book Value | $406.99 |
| 49.851 | OUTLINE TORQUE TUBE FASDHC8 | $5,715.38 | Net Book Value | $5,715.38 |
| 49.852 | OVERSPEED GOVERNOR | $1,887.72 | Net Book Value | $1,887.72 |
| 49.853 | OXYGEN BOTTLE ASSY | $7,751.41 | Net Book Value | $7,751.41 |
| 49.854 | OXYGEN BOTTLE ASSY O2/REG | $1,037.28 | Net Book Value | $1,037.28 |
| 49.855 | OXYGEN CYLINDER (MEDICAL | $6,227.21 | Net Book Value | $6,227.21 |
| 49.856 | OXYGEN MASK S/N #7316 | $561.98 | Net Book Value | $561.98 |
| 49.857 | OXYGEN MASK S/N #8045 | $6,026.04 | Net Book Value | $6,026.04 |
| 49.858 | P01074-101WC LIFE VEST | $92.95 | Net Book Value | $92.95 |
| 49.859 | PA AMPLIFIER | $473.96 | Net Book Value | $473.96 |
| 49.860 | PANEL ASSEM, FWD AFT COMPT BAG | $1,740.32 | Net Book Value | $1,740.32 |
| 49.861 | PANEL ASSY / AIR CONDITING | $8,065.59 | Net Book Value | $8,065.59 |
| 49.862 | PANEL ASSY, ACCESS  L/H | $1,153.75 | Net Book Value | $1,153.75 |
| 49.863 | PANEL ASSY, AFT BAG | $2,169.93 | Net Book Value | $2,169.93 |
| 49.864 | PANEL ASSY, DBL WNDO | $2,153.22 | Net Book Value | $2,153.22 |
| 49.865 | PANEL ASSY, FLOORBOARD COCKPIT | $614.93 | Net Book Value | $614.93 |
| 49.866 | PANEL ASSY, ICE PROTECT CTL | $2,574.07 | Net Book Value | $2,574.07 |
| 49.867 | PANEL ASSY, ICE SHIELD CTR L/H | $1,220.79 | Net Book Value | $1,220.79 |
| 49.868 | PANEL ASSY, ICE SHIELD R/H | $2,095.61 | Net Book Value | $2,095.61 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.869 | PANEL ASSY, LDG EXTERIOR LIGHT | $10,226.02 | Net Book Value | $10,226.02 |
| 49.870 | PANEL ASSY, LEFT I/B SUB | $110.84 | Net Book Value | $110.84 |
| 49.871 | PANEL ASSY, LH ESCAPE | $330.97 | Net Book Value | $330.97 |
| 49.872 | PANEL ASSY, PEDESTAL | $680.28 | Net Book Value | $680.28 |
| 49.873 | PANEL ASSY, RH AFT ESCAPE | $686.40 | Net Book Value | $686.40 |
| 49.874 | PANEL ASSY, TOP (L/H) | $865.90 | Net Book Value | $865.90 |
| 49.875 | PANEL MASTER WARNING | $494.79 | Net Book Value | $494.79 |
| 49.876 | PANEL, ANNUNCIATOR | $110,509.26 | Net Book Value | $110,509.26 |
| 49.877 | PANEL, ATC/TCAS CONTROL | $2,265.45 | Net Book Value | $2,265.45 |
| 49.878 | PANEL, DC POWER | $1,688.93 | Net Book Value | $1,688.93 |
| 49.879 | PANEL, DC POWER | $25,135.66 | Net Book Value | $25,135.66 |
| 49.880 | PANEL, FLOOR INSTL BAGGAGE AFT | $1,788.95 | Net Book Value | $1,788.95 |
| 49.881 | PANEL, FUEL CONT ELECTRO LUMIN | $226.47 | Net Book Value | $226.47 |
| 49.882 | PANEL, INSTRUMENT BLANK | $285.36 | Net Book Value | $285.36 |
| 49.883 | PANEL, L/H O/B COWL PLENUM | $208.49 | Net Book Value | $208.49 |
| 49.884 | PANEL, SPEAKER | $5,090.54 | Net Book Value | $5,090.54 |
| 49.885 | PBE | $927.67 | Net Book Value | $927.67 |
| 49.886 | PBE | $14,778.49 | Net Book Value | $14,778.49 |
| 49.887 | PCB | $196.61 | Net Book Value | $196.61 |
| 49.888 | PCB BOARD | $4,670.84 | Net Book Value | $4,670.84 |
| 49.889 | PCB, ANNUN FAULT DET | $3,577.02 | Net Book Value | $3,577.02 |
| 49.890 | PCB, AUX FUEL PUMP | $1,893.66 | Net Book Value | $1,893.66 |
| 49.891 | PCB, BLEED AIR CONTROL | $17,610.67 | Net Book Value | $17,610.67 |
| 49.892 | PCB, FAULT DET ANNUNCIATOR | $1,110.61 | Net Book Value | $1,110.61 |
| 49.893 | PFD DISPLAY WX VIDEO * 2 | $27,937.50 | Net Book Value | $27,937.50 |
| 49.894 | PICKUP, MAGNETIC | $1,605.92 | Net Book Value | $1,605.92 |
| 49.895 | PIN | $1,894.98 | Net Book Value | $1,894.98 |
| 49.896 | PIN, STRUT TO YOKE | $1,740.23 | Net Book Value | $1,740.23 |
| 49.897 | PIN, TRAILING ARM | $3,895.97 | Net Book Value | $3,895.97 |
| 49.898 | PIPE ASSY, BLEED - REPAIRABLE | $7,143.81 | Net Book Value | $7,143.81 |
| 49.899 | PIPE ASSY, JET AFT | $1,784.22 | Net Book Value | $1,784.22 |
| 49.900 | PIPE, ASSEMBLY-BLEED AIR | $947.71 | Net Book Value | $947.71 |
| 49.901 | PIPE, FORWARD EXHAUST | $7,308.58 | Net Book Value | $7,308.58 |
| 49.902 | PISTON HUB | $98,050.00 | Net Book Value | $98,050.00 |
| 49.903 | PISTON OPS TRKSHOCK STRUT | $49,734.38 | Net Book Value | $49,734.38 |
| 49.904 | PISTON OPS TRKSHOCK STRUT S # 12WHM1663 | $60,786.46 | Net Book Value | $60,786.46 |
| 49.905 | PIVOT TUBE | $2,159.64 | Net Book Value | $2,159.64 |
| 49.906 | PLUG | $1,085.78 | Net Book Value | $1,085.78 |
| 49.907 | PLUG ASSY, OIL | $974.61 | Net Book Value | $974.61 |
| 49.908 | PNL ASSY, SW DB LH X483-X537.5 | $3,255.04 | Net Book Value | $3,255.04 |
| 49.909 | PORTABLE OXYGEN BOTTLE | $15,430.63 | Net Book Value | $15,430.63 |
| 49.910 | POTENTIOMETER | $740.31 | Net Book Value | $740.31 |
| 49.911 | POWER UNIT - 053117 | $15,125.00 | Net Book Value | $15,125.00 |
| 49.912 | POWER UNIT - HYDRAULIC | $14,546.88 | Net Book Value | $14,546.88 |
| 49.913 | PRECOOLER, BLEED AIR | $3,501.82 | Net Book Value | $3,501.82 |
| 49.914 | PRESSURE CONTROLLER KIT | $2,917.15 | Net Book Value | $2,917.15 |
| 49.915 | PRESSURE SWITCH | $2,648.69 | Net Book Value | $2,648.69 |
| 49.916 | PROBE, FUEL | $1,577.46 | Net Book Value | $1,577.46 |
| 49.917 | PROBE, FUEL | $1,908.23 | Net Book Value | $1,908.23 |
| 49.918 | PROBE, FUEL | $2,435.50 | Net Book Value | $2,435.50 |
| 49.919 | PROBE, FUEL | $2,702.01 | Net Book Value | $2,702.01 |
| 49.920 | PROBE, FUEL | $3,580.57 | Net Book Value | $3,580.57 |
| 49.921 | PROBE,FUEL | $1,439.37 | Net Book Value | $1,439.37 |
| 49.922 | PROP ASSY ACTUATOR, VARIABLE PITCH | $5,791.84 | Net Book Value | $5,791.84 |
| 49.923 | PROP BLADE | $329.17 | Net Book Value | $329.17 |
| 49.924 | PROP BLADE ASSEMBLY | $3,510.51 | Net Book Value | $3,510.51 |
| 49.925 | PROP CONTROL UNIT-TQ MOTOR S/N #870456 | $13,401.04 | Net Book Value | $13,401.04 |
| 49.926 | PROP FEATHERING PUMP & MOTOR | $13,392.71 | Net Book Value | $13,392.71 |
| 49.927 | PROP FEATHERING PUMP & MOTOR | $13,950.00 | Net Book Value | $13,950.00 |
| 49.928 | PROP GOVERNOR | $0.00 | Net Book Value | $0.00 |
| 49.929 | PROP GOVERNOR | $68,501.01 | Net Book Value | $68,501.01 |
| 49.930 | PROP HUB ASSY | $8,453.22 | Net Book Value | $8,453.22 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.931 | PROP HUB ASSY 2 | $9,052.15 | Net Book Value | $9,052.15 |
| 49.932 | PROP RPM INDICATOR | $1,967.27 | Net Book Value | $1,967.27 |
| 49.933 | PROP, BLADE & PIN ASSY | $3,835.92 | Net Book Value | $3,835.92 |
| 49.934 | PROP, BLADE & PIN ASSY | $3,835.92 | Net Book Value | $3,835.92 |
| 49.935 | PROPELLER #782701-5  30X 24X 20 | $11,802.45 | Net Book Value | $11,802.45 |
| 49.936 | PROPELLER AND PIN ASSY, D8, S#2014060071 | $24,619.52 | Net Book Value | $24,619.52 |
| 49.937 | PROTECTION UNIT, BUS BAR | $3,988.44 | Net Book Value | $3,988.44 |
| 49.938 | PSEU, PROXIMITY SWITCH ELECT | $49,038.00 | Net Book Value | $49,038.00 |
| 49.939 | PSU L/H (PRE-1990) (PRE MOD) | $1,939.78 | Net Book Value | $1,939.78 |
| 49.940 | PSU R/H (PRE MOD) | $2,166.19 | Net Book Value | $2,166.19 |
| 49.941 | PUBLIC ADDRESS AMP | $752.08 | Net Book Value | $752.08 |
| 49.942 | PUMP / MOTOR, HYDRAULIC | $120,568.97 | Net Book Value | $120,568.97 |
| 49.943 | PUMP AUX HYD | $890.63 | Net Book Value | $890.63 |
| 49.944 | PUMP ENGINE | $0.00 | Net Book Value | $0.00 |
| 49.945 | PUMP, AUX FEATHER | $8,194.64 | Net Book Value | $8,194.64 |
| 49.946 | PUMP, AUX FEATHER | $9,894.75 | Net Book Value | $9,894.75 |
| 49.947 | PUMP, AUX FUEL | $3,908.91 | Net Book Value | $3,908.91 |
| 49.948 | PUMP, ENG DRIVEN FUEL | $3,797.11 | Net Book Value | $3,797.11 |
| 49.949 | PUMP, ENGINE DRIVEN FUEL | $3,399.07 | Net Book Value | $3,399.07 |
| 49.950 | PUMP, ENGINE DRIVEN HYDRAULIC | $99,811.61 | Net Book Value | $99,811.61 |
| 49.951 | PUMP, FUEL BOOST | $2,231.11 | Net Book Value | $2,231.11 |
| 49.952 | PUMP, FUEL BOOST | $6,731.88 | Net Book Value | $6,731.88 |
| 49.953 | PUMP, HAND | $12,559.27 | Net Book Value | $12,559.27 |
| 49.954 | PUMP, PROP HYD | $8,640.84 | Net Book Value | $8,640.84 |
| 49.955 | PUMP, PROP HYD | $13,394.64 | Net Book Value | $13,394.64 |
| 49.956 | Q100 PROVISION OF DRAWINGS AND DATA | $11,920.15 | Net Book Value | $11,920.15 |
| 49.957 | Q100/200 PROVISION DRAWINGS - STRUCTURAL | $11,655.26 | Net Book Value | $11,655.26 |
| 49.958 | QUADRANT ASSY, AILERON R/H | $2,108.58 | Net Book Value | $2,108.58 |
| 49.959 | R/H 8 L/H 8 EXHAUST SHROUD | $32,812.50 | Net Book Value | $32,812.50 |
| 49.960 | RADAR R/T | $3,164.48 | Net Book Value | $3,164.48 |
| 49.961 | RADAR RCVR XMTR | $9,311.36 | Net Book Value | $9,311.36 |
| 49.962 | RADAR RT | $2,347.92 | Net Book Value | $2,347.92 |
| 49.963 | RADAR RT S/N #1550 | $2,220.31 | Net Book Value | $2,220.31 |
| 49.964 | RADAR SENSOR | $8,483.85 | Net Book Value | $8,483.85 |
| 49.965 | RADAR SENSOR W/ ANTENNA | $7,260.42 | Net Book Value | $7,260.42 |
| 49.966 | RADOME | $1,553.49 | Net Book Value | $1,553.49 |
| 49.967 | RADOME | $3,981.25 | Net Book Value | $3,981.25 |
| 49.968 | RADOME, DHC-8 | $2,808.56 | Net Book Value | $2,808.56 |
| 49.969 | RAFT, 6 MAN LIFE | $1,276.12 | Net Book Value | $1,276.12 |
| 49.970 | RECORDER, COCKPIT VOICE 2HR | $32,360.75 | Net Book Value | $32,360.75 |
| 49.971 | RECORDER, COCKPIT VOICE 2HR | $42,664.97 | Net Book Value | $42,664.97 |
| 49.972 | RECORDER, FLIGHT DATA (SS) | $13,115.22 | Net Book Value | $13,115.22 |
| 49.973 | RECORDER, FLIGHT DATA (SS) | $32,788.05 | Net Book Value | $32,788.05 |
| 49.974 | RECORDER, FLIGHT DATA (SS) | $36,295.14 | Net Book Value | $36,295.14 |
| 49.975 | RECORDER, FLIGHT DATA (SS) | $45,368.93 | Net Book Value | $45,368.93 |
| 49.976 | RECORDER, FLIGHT DATA (TAPE) | $21,148.56 | Net Book Value | $21,148.56 |
| 49.977 | RECTIFIER UNIT, TRANSFORMER | $2,393.75 | Net Book Value | $2,393.75 |
| 49.978 | RECTIFIER UNIT, TRANSFORMER | $7,181.26 | Net Book Value | $7,181.26 |
| 49.979 | REGULATOR, DUAL LEVEL PRESSURE | $16,419.23 | Net Book Value | $16,419.23 |
| 49.980 | REGULATOR, OXYGEN | $712.79 | Net Book Value | $712.79 |
| 49.981 | REGULATOR, OXYGEN | $7,697.18 | Net Book Value | $7,697.18 |
| 49.982 | REGULATOR, SCOTT OXYGEN | $1,325.37 | Net Book Value | $1,325.37 |
| 49.983 | RELAY | $650.30 | Net Book Value | $650.30 |
| 49.984 | RELAY PCB, AUTO FX | $389.54 | Net Book Value | $389.54 |
| 49.985 | RELAY, PNEUMATIC | $1,633.52 | Net Book Value | $1,633.52 |
| 49.986 | RELAY, TIME DELAY (5 SECONDS) | $736.56 | Net Book Value | $736.56 |
| 49.987 | RELAY, TRU | $7,719.97 | Net Book Value | $7,719.97 |
| 49.988 | REPLACEMENT CORE | $3,791.67 | Net Book Value | $3,791.67 |
| 49.989 | RESERVOIR ASSY, WELDED | $804.26 | Net Book Value | $804.26 |
| 49.990 | RESERVOIR, HYDRAULIC | $34,428.52 | Net Book Value | $34,428.52 |
| 49.991 | RESERVOIR, L/H HYD. | $35,633.18 | Net Book Value | $35,633.18 |
| 49.992 | RESTRAINT, INERTIA REEL | $604.92 | Net Book Value | $604.92 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.993 | RESTRICTOR, APU PURGE | $897.41 | Net Book Value | $897.41 |
| 49.994 | RETAINER | $4,600.00 | Net Book Value | $4,600.00 |
| 49.995 | RG-30-NM ANTENNA GPS | $1,382.67 | Net Book Value | $1,382.67 |
| 49.996 | RING | $6,325.00 | Net Book Value | $6,325.00 |
| 49.997 | RING S/N #8955 | $2,843.75 | Net Book Value | $2,843.75 |
| 49.998 | RING S/N #9377 | $2,770.83 | Net Book Value | $2,770.83 |
| 49.999 | RING S/N #9482 | $2,843.75 | Net Book Value | $2,843.75 |
| 49.1000 | RING S/N #9484 | $2,843.75 | Net Book Value | $2,843.75 |
| 49.1001 | RING S/N #9543 | $3,171.88 | Net Book Value | $3,171.88 |
| 49.1002 | RING S/N #9577 | $2,770.83 | Net Book Value | $2,770.83 |
| 49.1003 | RING, PROP | $2,953.13 | Net Book Value | $2,953.13 |
| 49.1004 | RING, SLIP BEECH 1900C PROP | $1,733.32 | Net Book Value | $1,733.32 |
| 49.1005 | RING, TAIL PIPE ADAPTER | $1,709.91 | Net Book Value | $1,709.91 |
| 49.1006 | RMI | $9,860.76 | Net Book Value | $9,860.76 |
| 49.1007 | RMI | $29,248.14 | Net Book Value | $29,248.14 |
| 49.1008 | RMI IND, KI-229 | $2,728.61 | Net Book Value | $2,728.61 |
| 49.1009 | RMI, KI266 | $3,221.63 | Net Book Value | $3,221.63 |
| 49.1010 | ROD END ASSY | $970.46 | Net Book Value | $970.46 |
| 49.1011 | ROD END ASSY | $1,137.82 | Net Book Value | $1,137.82 |
| 49.1012 | ROD END ASSY | $1,930.56 | Net Book Value | $1,930.56 |
| 49.1013 | ROD END ASSY | $6,481.28 | Net Book Value | $6,481.28 |
| 49.1014 | RS-861A WX RADAR R/T | $27,468.50 | Net Book Value | $27,468.50 |
| 49.1015 | RS-861A WX RADAR R/T | $28,327.35 | Net Book Value | $28,327.35 |
| 49.1016 | RS-861A WX RADAR R/T W VP | $13,940.05 | Net Book Value | $13,940.05 |
| 49.1017 | RT-910 TCAS 7.0 PROCESSOR | $10,722.23 | Net Book Value | $10,722.23 |
| 49.1018 | RUDDER | $964.48 | Net Book Value | $964.48 |
| 49.1019 | RUDDER ASSY, TRAILING | $10,696.70 | Net Book Value | $10,696.70 |
| 49.1020 | RUDDER TRIM TAB ACTUATOR ASSEMBLY | $224.74 | Net Book Value | $224.74 |
| 49.1021 | SAT PHONE, AFIRS | $12,052.25 | Net Book Value | $12,052.25 |
| 49.1022 | SEAT ASSY R/H | $748.66 | Net Book Value | $748.66 |
| 49.1023 | SEAT ASSY, L/H CABIN EXIT | $6,049.20 | Net Book Value | $6,049.20 |
| 49.1024 | SEAT ASSY, L/H DOUBLE LIFT ARM | $2,994.65 | Net Book Value | $2,994.65 |
| 49.1025 | SEAT ASSY, L/H DOUBLE STD. | $7,486.62 | Net Book Value | $7,486.62 |
| 49.1026 | SEAT ASSY, R/H DOUBLE EMERG. | $748.66 | Net Book Value | $748.66 |
| 49.1027 | SEAT ASSY, R/H DOUBLE STD. | $1,008.20 | Net Book Value | $1,008.20 |
| 49.1028 | SELECTOR UNIT, LANDING GEAR | $45,023.26 | Net Book Value | $45,023.26 |
| 49.1029 | SENSOR TEMP CABIN ZONE S/N #1005 | $437.50 | Net Book Value | $437.50 |
| 49.1030 | SENSOR TEMP CABIN ZONE S/N #1429 | $437.50 | Net Book Value | $437.50 |
| 49.1031 | SENSOR TEMP CABIN ZONE S/N #222 | $437.50 | Net Book Value | $437.50 |
| 49.1032 | SENSOR, 1900 C & D FUEL LEVEL | $6,248.92 | Net Book Value | $6,248.92 |
| 49.1033 | SENSOR, 1900C & D BUSS BAR | $1,895.97 | Net Book Value | $1,895.97 |
| 49.1034 | SENSOR, BLEED AIR TEMP | $6,320.12 | Net Book Value | $6,320.12 |
| 49.1035 | SENSOR, C & DMODEL TEMP | $1,512.06 | Net Book Value | $1,512.06 |
| 49.1036 | SENSOR, CURRENT | $1,236.03 | Net Book Value | $1,236.03 |
| 49.1037 | SENSOR, FLAP DIFF TQ PRESS | $12,733.65 | Net Book Value | $12,733.65 |
| 49.1038 | SENSOR, HYD LOW LEVEL | $4,307.03 | Net Book Value | $4,307.03 |
| 49.1039 | SENSOR, NP PULSE | $771.07 | Net Book Value | $771.07 |
| 49.1040 | SENSOR, PCB DETECTOR | $5,035.53 | Net Book Value | $5,035.53 |
| 49.1041 | SENSOR, TEMP. DUCT | $4,212.31 | Net Book Value | $4,212.31 |
| 49.1042 | SENSOR, TEMPERATURE | $688.30 | Net Book Value | $688.30 |
| 49.1043 | SENSOR,NP,NL PULSE,WEU 3039242 | $3,586.31 | Net Book Value | $3,586.31 |
| 49.1044 | SERVO DRIVE S/N #88052164 | $437.50 | Net Book Value | $437.50 |
| 49.1045 | SHAFT ASSY, WELDED. | $1,266.09 | Net Book Value | $1,266.09 |
| 49.1046 | SHAFT, BAGGAGE DOOR | $819.81 | Net Book Value | $819.81 |
| 49.1047 | SHAFT, PAX DOOR HINGE ASSY | $1,837.80 | Net Book Value | $1,837.80 |
| 49.1048 | SHAFT, PT | $3,339.22 | Net Book Value | $3,339.22 |
| 49.1049 | SHELL, -8 MED DOOR | $30,245.94 | Net Book Value | $30,245.94 |
| 49.1050 | SHIELD ASSY,  FWD LWR | $551.66 | Net Book Value | $551.66 |
| 49.1051 | SHIELD ASSY,  FWD UPPER | $940.80 | Net Book Value | $940.80 |
| 49.1052 | SHIELD ASSY, AFT UPPER | $117.47 | Net Book Value | $117.47 |
| 49.1053 | SHIELD ASSY, LWR FWD ENG | $130.96 | Net Book Value | $130.96 |
| 49.1054 | SHOCK STRUT ASSY | $0.00 | Net Book Value | $0.00 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1055 | SHOCK STRUT ASSY MLG D8 | $125,390.63 | Net Book Value | $125,390.63 |
| 49.1056 | SHOCK STRUT ASSY S00002FW | $0.00 | Net Book Value | $0.00 |
| 49.1057 | SHROUD | $7,842.35 | Net Book Value | $7,842.35 |
| 49.1058 | SHROUD ASSY, AFT TAILPIPE | $926.39 | Net Book Value | $926.39 |
| 49.1059 | SHROUD ASSY, BOTTOM HALF | $2,836.79 | Net Book Value | $2,836.79 |
| 49.1060 | SHUT-OFF VALVE | $4,393.28 | Net Book Value | $4,393.28 |
| 49.1061 | SIDE PANEL, DHC-8 #171800-09 | $22,828.50 | Net Book Value | $22,828.50 |
| 49.1062 | SKID, TAIL | $1,278.69 | Net Book Value | $1,278.69 |
| 49.1063 | SKIN, L/H O/B FLAP | $796.36 | Net Book Value | $796.36 |
| 49.1064 | SKYNODE S200 SATCOM | $11,221.25 | Net Book Value | $11,221.25 |
| 49.1065 | SLIP RING, PROP DE-ICE HD | $1,086.93 | Net Book Value | $1,086.93 |
| 49.1066 | SM-300 A/P SERVO, AILERON | $3,424.48 | Net Book Value | $3,424.48 |
| 49.1067 | SM-300 A/P SERVO, AILERON | $37,447.37 | Net Book Value | $37,447.37 |
| 49.1068 | SM-300 A/P SERVO, ELEVATOR | $44,571.45 | Net Book Value | $44,571.45 |
| 49.1069 | SM-710 YAW DAMPER ACTUATOR | $9,258.14 | Net Book Value | $9,258.14 |
| 49.1070 | SMART CABLE | $1,714.22 | Net Book Value | $1,714.22 |
| 49.1071 | SMOKE DETECTOR | $1,929.98 | Net Book Value | $1,929.98 |
| 49.1072 | SOLENOID FLT SPOILER S/N #1416A | $3,796.88 | Net Book Value | $3,796.88 |
| 49.1073 | SOLENOID VALVE S/N #AA244192 | $1,812.50 | Net Book Value | $1,812.50 |
| 49.1074 | SOLENOID VALVE S/N #RM4409 | $1,812.50 | Net Book Value | $1,812.50 |
| 49.1075 | SPEAKER, COCKPIT | $7,443.40 | Net Book Value | $7,443.40 |
| 49.1076 | SPINNER PROP S/N #001122 | $1,009.58 | Net Book Value | $1,009.58 |
| 49.1077 | SPINNER, -8 PROPELLER | $34,532.24 | Net Book Value | $34,532.24 |
| 49.1078 | SPOILER ASSY, FLIGHT O/B R/H | $8,209.61 | Net Book Value | $8,209.61 |
| 49.1079 | STABILIZER STAY ASSY MLG | $7,616.00 | Net Book Value | $7,616.00 |
| 49.1080 | STABILIZER STAY ASSY, MLG | $8,641.70 | Net Book Value | $8,641.70 |
| 49.1081 | STABILIZER STAY ASSY, MLG 2 | $0.00 | Net Book Value | $0.00 |
| 49.1082 | STABILIZER STAY ASSY, MLG 3 | $0.00 | Net Book Value | $0.00 |
| 49.1083 | STABILIZER STAY ASSY, MLG 4 | $0.00 | Net Book Value | $0.00 |
| 49.1084 | STACK, #1/#2 R/H SIDE EXHAUST | $6,823.44 | Net Book Value | $6,823.44 |
| 49.1085 | STACK, 1900D L/H EXHAUST | $1,797.78 | Net Book Value | $1,797.78 |
| 49.1086 | STACKS, 1900C LHOB, RHIB EXHAU | $1,067.85 | Net Book Value | $1,067.85 |
| 49.1087 | STANDBY POWER UNIT | $1,171.88 | Net Book Value | $1,171.88 |
| 49.1088 | STANDBY POWER UNIT | $14,687.50 | Net Book Value | $14,687.50 |
| 49.1089 | STANDBY POWER UNIT-HYD MOTOE | $1,844.79 | Net Book Value | $1,844.79 |
| 49.1090 | STARTER/GENERATOR | $85,149.53 | Net Book Value | $85,149.53 |
| 49.1091 | STATOR, -8 BRAKE | $4,484.53 | Net Book Value | $4,484.53 |
| 49.1092 | STEERING ACTUATOR | $5,195.31 | Net Book Value | $5,195.31 |
| 49.1093 | STEP ASSY AIRSTAIR DOOR | $2,036.55 | Net Book Value | $2,036.55 |
| 49.1094 | STEP ASSY, AIRSTAIR DOOR | $16,680.78 | Net Book Value | $16,680.78 |
| 49.1095 | STROBE ASSY, R/H NAV | $2,856.51 | Net Book Value | $2,856.51 |
| 49.1096 | STROBE LIGHT ASSY | $3,482.61 | Net Book Value | $3,482.61 |
| 49.1097 | STROBE, WING TIP NAV | $4,263.60 | Net Book Value | $4,263.60 |
| 49.1098 | STRUCTURE ASSY-PASSENGER DOOR | $5,906.25 | Net Book Value | $5,906.25 |
| 49.1099 | STRUT ASSY AND MLG DRAG | $31,941.77 | Net Book Value | $31,941.77 |
| 49.1100 | STRUT ASSY SHOCK TASK 3210/11 | $4,521.19 | Net Book Value | $4,521.19 |
| 49.1101 | STRUT ASSY, 1900C & D NLG | $33,739.21 | Net Book Value | $33,739.21 |
| 49.1102 | STRUT ASSY, AIRSTAIR DOOR | $2,136.37 | Net Book Value | $2,136.37 |
| 49.1103 | STRUT ASSY, L/H MAIN | $17,123.83 | Net Book Value | $17,123.83 |
| 49.1104 | STRUT ASSY, MLG DRAG | $0.00 | Net Book Value | $0.00 |
| 49.1105 | STRUT ASSY, MLG DRAG | $10,369.75 | Net Book Value | $10,369.75 |
| 49.1106 | STRUT ASSY, MLG DRAG 2 | $18,399.91 | Net Book Value | $18,399.91 |
| 49.1107 | STRUT ASSY, NLG SHOCK | $19,952.88 | Net Book Value | $19,952.88 |
| 49.1108 | STRUT ASSY, NLG SHOCK 1 | $0.00 | Net Book Value | $0.00 |
| 49.1109 | STRUT ASSY, NLG SHOCK 2 | $9,718.64 | Net Book Value | $9,718.64 |
| 49.1110 | STRUT ASSY, R/H MAIN | $8,561.92 | Net Book Value | $8,561.92 |
| 49.1111 | STRUT ASSY, VERTICAL | $4,339.17 | Net Book Value | $4,339.17 |
| 49.1112 | STRUT ASSY,VERTICAL | $17,843.68 | Net Book Value | $17,843.68 |
| 49.1113 | STRUT DRAG ASSEMBLY-MLG | $32,179.45 | Net Book Value | $32,179.45 |
| 49.1114 | STRUT DRAG MLG 100 & 200 | $31,941.77 | Net Book Value | $31,941.77 |
| 49.1115 | STRUT MRG SHOCK TASK 3210/1 | $0.00 | Net Book Value | $0.00 |
| 49.1116 | STRUT, LWR DRAG W/O BUSHINGS | $3,988.59 | Net Book Value | $3,988.59 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1117 | SUB ASSEMBLY NBR ACTUATORS, #1,2&3 | $5,582.51 | Net Book Value | $5,582.51 |
| 49.1118 | SUPPLY, 1900C POWER | $4,713.16 | Net Book Value | $4,713.16 |
| 49.1119 | SUPPORT ASSY | $216.20 | Net Book Value | $216.20 |
| 49.1120 | SUPPORT ASSY, UPPER | $1,051.87 | Net Book Value | $1,051.87 |
| 49.1121 | SUPPORT, NOSE GEAR STEER BER. | $4,416.52 | Net Book Value | $4,416.52 |
| 49.1122 | SVO-65 PRIMARY SERVO | $3,551.16 | Net Book Value | $3,551.16 |
| 49.1123 | SWITCH - GAGE | $2,863.28 | Net Book Value | $2,863.28 |
| 49.1124 | SWITCH ASSY, MASTER WARNING | $794.39 | Net Book Value | $794.39 |
| 49.1125 | SWITCH ASSY, PULL HANDLE FIRE | $952.78 | Net Book Value | $952.78 |
| 49.1126 | SWITCH P/N #782100-4 | $2,204.26 | Net Book Value | $2,204.26 |
| 49.1127 | SWITCH, HYDRAULIC OVERTEMP | $13,365.84 | Net Book Value | $13,365.84 |
| 49.1128 | SWITCH, IMPACT | $1,359.70 | Net Book Value | $1,359.70 |
| 49.1129 | SWITCH, LANDING GEAR CONT. | $6,761.71 | Net Book Value | $6,761.71 |
| 49.1130 | SWITCHES | $6,819.08 | Net Book Value | $6,819.08 |
| 49.1131 | SWITCH-GAGE | $8,658.85 | Net Book Value | $8,658.85 |
| 49.1132 | SWIVEL ASSY, MLG HYD | $8,872.15 | Net Book Value | $8,872.15 |
| 49.1133 | SWIVEL, BRAKE PRESSURE | $5,761.15 | Net Book Value | $5,761.15 |
| 49.1134 | T10AS LIFERAFTS WITH CANOPY | $33,372.92 | Net Book Value | $33,372.92 |
| 49.1135 | TAB ASSY, ELEVATOR L/H | $2,594.80 | Net Book Value | $2,594.80 |
| 49.1136 | TACH GENERATOR | $4,768.85 | Net Book Value | $4,768.85 |
| 49.1137 | TAIL LET ASSY - BONDED | $9,678.15 | Net Book Value | $9,678.15 |
| 49.1138 | TANK UNIT, #4 | $9,477.07 | Net Book Value | $9,477.07 |
| 49.1139 | TAWS, CLASS A | $46,449.73 | Net Book Value | $46,449.73 |
| 49.1140 | TAWS/RMI ST 3400 | $1,386.18 | Net Book Value | $1,386.18 |
| 49.1141 | TCAS 2 CHANGE 7 COMPUTER | $670.83 | Net Book Value | $670.83 |
| 49.1142 | TCAS ANTENNA 053117 | $8,215.63 | Net Book Value | $8,215.63 |
| 49.1143 | TCAS DISPLAY CD605 | $7,590.87 | Net Book Value | $7,590.87 |
| 49.1144 | TCAS MODE CONTROL | $3,867.84 | Net Book Value | $3,867.84 |
| 49.1145 | TCAS PROCESSOR | $8,718.75 | Net Book Value | $8,718.75 |
| 49.1146 | TCAS PROCESSOR S/N #4047 | $7,000.00 | Net Book Value | $7,000.00 |
| 49.1147 | TCAS PROCESSOR, TPA-81A | $33,385.33 | Net Book Value | $33,385.33 |
| 49.1148 | TCAS PROCESSOR, TRC 791 | $9,821.54 | Net Book Value | $9,821.54 |
| 49.1149 | TCR-200 HF R/T | $2,135.14 | Net Book Value | $2,135.14 |
| 49.1150 | TDR-90 TRANSPONDER, MODE C | $14,591.41 | Net Book Value | $14,591.41 |
| 49.1151 | TEE ASSY, FLOOR INSTL CABIN | $1,329.44 | Net Book Value | $1,329.44 |
| 49.1152 | THERMOCOUPLE, CABLE ASSY ENG | $719.90 | Net Book Value | $719.90 |
| 49.1153 | THERMOCOUPLE, TRIM | $713.98 | Net Book Value | $713.98 |
| 49.1154 | TIMER, AIRFRAME DEICE | $18,780.15 | Net Book Value | $18,780.15 |
| 49.1155 | TIMER, DEICE | $19,321.14 | Net Book Value | $19,321.14 |
| 49.1156 | TIMER, DEICE HEAT | $1,689.03 | Net Book Value | $1,689.03 |
| 49.1157 | TIMER, PROPELLER DE-ICE | $3,217.26 | Net Book Value | $3,217.26 |
| 49.1158 | TIRE/WHEEL ASSY | $7,239.99 | Net Book Value | $7,239.99 |
| 49.1159 | TM-400 A/P SERVO, ELEV TRIM | $9,858.74 | Net Book Value | $9,858.74 |
| 49.1160 | TOILET ASSY, TANK & BOWL | $4,082.81 | Net Book Value | $4,082.81 |
| 49.1161 | TOILET ASSY, TANK AND BOWL | $2,538.93 | Net Book Value | $2,538.93 |
| 49.1162 | TOP, FRONT, OHC ASSEMBLY S/N #LK2231 | $3,480.60 | Net Book Value | $3,480.60 |
| 49.1163 | TOP, FRONT, OHC ASSEMBLY S/N #LK2231 | $3,480.60 | Net Book Value | $3,480.60 |
| 49.1164 | TOP, FRONT, OHC ASSEMBLY S/N #LK2233 | $3,480.60 | Net Book Value | $3,480.60 |
| 49.1165 | TOP, FRONT, OHC ASSEMBLY S/N #LK2259 | $3,480.60 | Net Book Value | $3,480.60 |
| 49.1166 | TORQUE SENSOR | $6,373.26 | Net Book Value | $6,373.26 |
| 49.1167 | TORQUE SENSOR #756158 | $401.04 | Net Book Value | $401.04 |
| 49.1168 | TORQUE SIGNAL CONDITIONER | $115,814.67 | Net Book Value | $115,814.67 |
| 49.1169 | TORQUE TUBE, ASSY | $17,744.29 | Net Book Value | $17,744.29 |
| 49.1170 | TORQUE TUBE, L/H ELEVATOR | $164.90 | Net Book Value | $164.90 |
| 49.1171 | TPR-720 TRANSPONDER MODE S | $16,386.23 | Net Book Value | $16,386.23 |
| 49.1172 | TRANSCEIVER, KTR908 | $790.05 | Net Book Value | $790.05 |
| 49.1173 | TRANSCIEVER DME | $468.75 | Net Book Value | $468.75 |
| 49.1174 | TRANSDUCER | $5,554.53 | Net Book Value | $5,554.53 |
| 49.1175 | TRANSDUCER ASSY LINEAR | $649.02 | Net Book Value | $649.02 |
| 49.1176 | TRANSDUCER ASSY, LINEAR | $0.00 | Net Book Value | $0.00 |
| 49.1177 | TRANSDUCER ASSY, LINEAR | $5,062.31 | Net Book Value | $5,062.31 |
| 49.1178 | TRANSDUCER ASSY, LINEAR | $9,908.06 | Net Book Value | $9,908.06 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1179 | TRANSDUCER ASSY, LINEAR #8976-11  D8 | $5,393.22 | Net Book Value | $5,393.22 |
| 49.1180 | TRANSDUCER ASSY, LINEAR 2 | $3,011.94 | Net Book Value | $3,011.94 |
| 49.1181 | TRANSDUCER ASSY, LINEAR 3 | $5,554.50 | Net Book Value | $5,554.50 |
| 49.1182 | TRANSDUCER ASSY, LINEAR 4 | $5,895.03 | Net Book Value | $5,895.03 |
| 49.1183 | TRANSDUCER DHC-8 | $7,970.07 | Net Book Value | $7,970.07 |
| 49.1184 | TRANSDUCER, ANTI-SKID | $1,797.48 | Net Book Value | $1,797.48 |
| 49.1185 | TRANSDUCER, ASSY, LINEAR D8 | $0.00 | Net Book Value | $0.00 |
| 49.1186 | TRANSDUCER, LIFT | $5,761.14 | Net Book Value | $5,761.14 |
| 49.1187 | TRANSDUCER, LINEAR MOTION | $2,480.63 | Net Book Value | $2,480.63 |
| 49.1188 | TRANSDUCER, LINEAR MOTION | $4,436.08 | Net Book Value | $4,436.08 |
| 49.1189 | TRANSDUCER, OIL PRESSURE | $2,229.34 | Net Book Value | $2,229.34 |
| 49.1190 | TRANSMITTER, F/F | $8,897.35 | Net Book Value | $8,897.35 |
| 49.1191 | TRANSMITTER, FUEL FLOW | $5,012.20 | Net Book Value | $5,012.20 |
| 49.1192 | TRANSMITTER, FUEL FLOW | $22,361.85 | Net Book Value | $22,361.85 |
| 49.1193 | TRANSMITTER, RUDDER BOOST | $865.27 | Net Book Value | $865.27 |
| 49.1194 | TRANSMITTER, TORQUE PRESSURE | $2,367.29 | Net Book Value | $2,367.29 |
| 49.1195 | TRANSPONDER, ATC (TDR-90) | $591.47 | Net Book Value | $591.47 |
| 49.1196 | TRANSPONDER: CONTROL, TRAFFIC, AIR P/N #622-1270-001 | $1,106.77 | Net Book Value | $1,106.77 |
| 49.1197 | TRIM SERVO ASSEMBLY S/N #98081267 | $7,382.81 | Net Book Value | $7,382.81 |
| 49.1198 | TRIM TAB ELEVATOR, LH | $1,008.20 | Net Book Value | $1,008.20 |
| 49.1199 | TRQ PRESSURE TRANS | $925.79 | Net Book Value | $925.79 |
| 49.1200 | TTC-920A TCAS CTL | $5,664.86 | Net Book Value | $5,664.86 |
| 49.1201 | TTR-920 TCAS 6.04A COMP 115VAC | $259,596.02 | Net Book Value | $259,596.02 |
| 49.1202 | TTR-920 TCAS 6.04A COMP 28VDC | $123,197.20 | Net Book Value | $123,197.20 |
| 49.1203 | TUBE ASSEMBLY, BLEED AIR | $428.04 | Net Book Value | $428.04 |
| 49.1204 | TUBE ASSY | $4,004.60 | Net Book Value | $4,004.60 |
| 49.1205 | TUBE ASSY, BAGGAGE RESTRAINT | $2,155.82 | Net Book Value | $2,155.82 |
| 49.1206 | TUBE ASSY, PCU TRANSFER | $49,200.09 | Net Book Value | $49,200.09 |
| 49.1207 | TUBE ASSY, TORQUE | $6,537.99 | Net Book Value | $6,537.99 |
| 49.1208 | TUBE, L/H PITOT STATIC | $1,301.11 | Net Book Value | $1,301.11 |
| 49.1209 | TUBE, R/H PITOT STATIC | $1,301.11 | Net Book Value | $1,301.11 |
| 49.1210 | TUBE, TORQUE | $4,320.85 | Net Book Value | $4,320.85 |
| 49.1211 | TUBE, XFER FILTER | $786.76 | Net Book Value | $786.76 |
| 49.1212 | TUBES ASSY, TORQUE S/N #260 | $5,988.48 | Net Book Value | $5,988.48 |
| 49.1213 | TVI-920D VSI/ TCAS IND | $10,057.17 | Net Book Value | $10,057.17 |
| 49.1214 | UNDERWATER BEACON | $1,040.48 | Net Book Value | $1,040.48 |
| 49.1215 | UNDERWATER BEACON | $2,090.24 | Net Book Value | $2,090.24 |
| 49.1216 | UNIT POWER TRANSFER | $4,060.46 | Net Book Value | $4,060.46 |
| 49.1217 | UNIT TQ SIGNAL CONDITION S/N #1337 | $733.33 | Net Book Value | $733.33 |
| 49.1218 | UNIT, CAUTION/ADVISORY CONTROL | $11,563.75 | Net Book Value | $11,563.75 |
| 49.1219 | UNIVERSAL TURBINE | $0.00 | Net Book Value | $0.00 |
| 49.1220 | UNS 1LW FMS NCU W/GP, 2 ENG | $1,435.20 | Net Book Value | $1,435.20 |
| 49.1221 | UNS 1LW FMS NCU W/GP, 2 ENG | $1,435.20 | Net Book Value | $1,435.20 |
| 49.1222 | UNS 1LW FMS NCUW/GPS, 2 ENG | $1,416.19 | Net Book Value | $1,416.19 |
| 49.1223 | UNS 1LW FMS NCUW/GPS, 2 ENG | $1,416.19 | Net Book Value | $1,416.19 |
| 49.1224 | UNS1L/K CDU 5' DISPLAY | $0.00 | Net Book Value | $0.00 |
| 49.1225 | UNS-1LW FMS NCU GPS WASS | $3,793.57 | Net Book Value | $3,793.57 |
| 49.1226 | UNS-1LW FMS NCU W/GPS | $40,904.04 | Net Book Value | $40,904.04 |
| 49.1227 | UNS-1LW-FMS NCU | $6,177.71 | Net Book Value | $6,177.71 |
| 49.1228 | UNSIL W FMS WAAS/SBAS | $9,741.69 | Net Book Value | $9,741.69 |
| 49.1229 | UPLOCK ACTUATOR, NLG S/N #DCL309/90/91 | $421.88 | Net Book Value | $421.88 |
| 49.1230 | UPPER TORQUE KNEE | $845.81 | Net Book Value | $845.81 |
| 49.1231 | UPPER TORQUE KNEE | $1,443.35 | Net Book Value | $1,443.35 |
| 49.1232 | UPPER TQ LINK | $806.56 | Net Book Value | $806.56 |
| 49.1233 | VALVE ASSY | $3,078.90 | Net Book Value | $3,078.90 |
| 49.1234 | VALVE ASSY, SOLENOID | $392.20 | Net Book Value | $392.20 |
| 49.1235 | VALVE BLEED PRE COOL | $0.00 | Net Book Value | $0.00 |
| 49.1236 | VALVE DISTRIBUTION S/N #RF-4099 | $2,291.15 | Net Book Value | $2,291.15 |
| 49.1237 | VALVE REGULATING S/N #3704 | $1,106.77 | Net Book Value | $1,106.77 |
| 49.1238 | VALVE S/N #1878A | $3,703.13 | Net Book Value | $3,703.13 |
| 49.1239 | VALVE SHUT OFF S/N #612 | $3,288.54 | Net Book Value | $3,288.54 |
| 49.1240 | VALVE, 1900C ONLY PRESSURE REG | $19,717.58 | Net Book Value | $19,717.58 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1241 | VALVE, 3 PORT | $2,119.10 | Net Book Value | $2,119.10 |
| 49.1242 | VALVE, ACM BYPASS | $1,438.99 | Net Book Value | $1,438.99 |
| 49.1243 | VALVE, BLEED PRECOOLER THRU | $2,475.48 | Net Book Value | $2,475.48 |
| 49.1244 | VALVE, DEICE DIST | $6,201.89 | Net Book Value | $6,201.89 |
| 49.1245 | VALVE, DEICE DISTRIBUTOR | $18,909.78 | Net Book Value | $18,909.78 |
| 49.1246 | VALVE, FLIGHT SPOILER | $18,035.23 | Net Book Value | $18,035.23 |
| 49.1247 | VALVE, FUEL SHUTOFF | $2,160.43 | Net Book Value | $2,160.43 |
| 49.1248 | VALVE, FUEL SHUTOFF | $4,752.93 | Net Book Value | $4,752.93 |
| 49.1249 | VALVE, FUEL SHUTOFF | $15,122.98 | Net Book Value | $15,122.98 |
| 49.1250 | VALVE, FUEL SHUTOFF | $20,024.80 | Net Book Value | $20,024.80 |
| 49.1251 | VALVE, HPSO | $16,131.17 | Net Book Value | $16,131.17 |
| 49.1252 | VALVE, HYD LG SERVICE | $858.27 | Net Book Value | $858.27 |
| 49.1253 | VALVE, HYD PRESS RELIEF | $7,009.01 | Net Book Value | $7,009.01 |
| 49.1254 | VALVE, HYD SEQUENCE | $3,717.37 | Net Book Value | $3,717.37 |
| 49.1255 | VALVE, INSTRUMENT AIR BLEED | $559.07 | Net Book Value | $559.07 |
| 49.1256 | VALVE, L/H ISOLATION CHECK | $2,860.40 | Net Book Value | $2,860.40 |
| 49.1257 | VALVE, LIFT DUMP | $21,460.22 | Net Book Value | $21,460.22 |
| 49.1258 | VALVE, MLG BYPASS | $11,260.14 | Net Book Value | $11,260.14 |
| 49.1259 | VALVE, OUTFLOW | $430.90 | Net Book Value | $430.90 |
| 49.1260 | VALVE, OUTFLOW | $5,761.13 | Net Book Value | $5,761.13 |
| 49.1261 | VALVE, OUTFLOW | $8,298.25 | Net Book Value | $8,298.25 |
| 49.1262 | VALVE, P2.5 | $6,753.49 | Net Book Value | $6,753.49 |
| 49.1263 | VALVE, POWER BRAKE | $9,419.46 | Net Book Value | $9,419.46 |
| 49.1264 | VALVE, PRESS. RELIEF | $4,482.17 | Net Book Value | $4,482.17 |
| 49.1265 | VALVE, PRESSURE REGULATING #778695-1 | $2,097.92 | Net Book Value | $2,097.92 |
| 49.1266 | VALVE, PRESSURE REGULATING #8SC0573-1 | $1,669.90 | Net Book Value | $1,669.90 |
| 49.1267 | VALVE, RELIEF | $3,578.82 | Net Book Value | $3,578.82 |
| 49.1268 | VALVE, SAFETY CABIN PRESS | $14,022.61 | Net Book Value | $14,022.61 |
| 49.1269 | VALVE, SELECTOR #2 GND SPOILER | $5,539.34 | Net Book Value | $5,539.34 |
| 49.1270 | VALVE, SELECTOR MLG EXCHANGE | $9,304.23 | Net Book Value | $9,304.23 |
| 49.1271 | VALVE, SHUT OFF | $2,650.12 | Net Book Value | $2,650.12 |
| 49.1272 | VALVE, SHUTOFF | $1,348.07 | Net Book Value | $1,348.07 |
| 49.1273 | VALVE, SKID CONTROL | $34,693.83 | Net Book Value | $34,693.83 |
| 49.1274 | VALVE, SOLENOID | $4,526.53 | Net Book Value | $4,526.53 |
| 49.1275 | VALVE, SOLENOID D8 | $2,956.91 | Net Book Value | $2,956.91 |
| 49.1276 | VALVE, SPOILER | $18,158.79 | Net Book Value | $18,158.79 |
| 49.1277 | VALVE, TRIM ZONE TEMP | $14,402.83 | Net Book Value | $14,402.83 |
| 49.1278 | VALVE,DEICE PRESS REG | $1,386.99 | Net Book Value | $1,386.99 |
| 49.1279 | VENT, HEATED | $1,223.48 | Net Book Value | $1,223.48 |
| 49.1280 | VERTICAL BARRIER ASSEMBLY | $14,717.37 | Net Book Value | $14,717.37 |
| 49.1281 | VERTICAL SPEED INDICATOR/TRAFFIC RESOLUTION | $7,125.00 | Net Book Value | $7,125.00 |
| 49.1282 | VHF COMM 064-1023-00 | $601.56 | Net Book Value | $601.56 |
| 49.1283 | VHF NAV CONTROL HEAD | $2,347.92 | Net Book Value | $2,347.92 |
| 49.1284 | VHF-22A COM R/T | $16,637.68 | Net Book Value | $16,637.68 |
| 49.1285 | VHF-22A COM R/T | $20,797.11 | Net Book Value | $20,797.11 |
| 49.1286 | VHF-22C COM R/T | $14,336.01 | Net Book Value | $14,336.01 |
| 49.1287 | VHF-251 VHF R/T | $2,012.82 | Net Book Value | $2,012.82 |
| 49.1288 | VIDEOSCOPE SYSTEM M # IV9420RX | $18,106.64 | Net Book Value | $18,106.64 |
| 49.1289 | VIR-30A NAV RCVR V/L/G/MB | $12,386.29 | Net Book Value | $12,386.29 |
| 49.1290 | VIR-32 NAV RECEIVER | $18,726.06 | Net Book Value | $18,726.06 |
| 49.1291 | VOLTMETER, A.C. | $870.60 | Net Book Value | $870.60 |
| 49.1292 | VOLVO 2 | $0.00 | Net Book Value | $0.00 |
| 49.1293 | VOR/LOC/RMI NAV UNIT 51R8 | $5,530.70 | Net Book Value | $5,530.70 |
| 49.1294 | VSI, TCAS N885EA | $6,005.86 | Net Book Value | $6,005.86 |
| 49.1295 | VSI/TCAS INDICATOR | $11,734.98 | Net Book Value | $11,734.98 |
| 49.1296 | WHEEL  HALF-4833P | $4,362.16 | Net Book Value | $4,362.16 |
| 49.1297 | WHEEL ASSY, 1900D MAIN CLEVLAN | $438.84 | Net Book Value | $438.84 |
| 49.1298 | WHEEL ASSY, NLG | $23,155.26 | Net Book Value | $23,155.26 |
| 49.1299 | WHEEL ASSY, NLG | $54,162.73 | Net Book Value | $54,162.73 |
| 49.1300 | WHEEL HALF | $761.98 | Net Book Value | $761.98 |
| 49.1301 | WHEEL HALF 300-620-3 | $4,577.01 | Net Book Value | $4,577.01 |
| 49.1302 | WHEEL HALF 300-620-3 2 | $9,403.37 | Net Book Value | $9,403.37 |

**SCHEDULE 49 ATTACHMENT**

Aircraft and Accessories

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 49.1303 | WHEEL HALF, DHC-8 I/B STD NOSE | $59,676.31 | Net Book Value | $59,676.31 |
| 49.1304 | WHEEL HALF, DHC-8 INBOARD MAIN | $14,300.31 | Net Book Value | $14,300.31 |
| 49.1305 | WHEEL HALF, DHC-8 INBOARD MAIN | $33,918.59 | Net Book Value | $33,918.59 |
| 49.1306 | WHEEL HALF, DHC-8 O/B STD NOSE | $65,156.90 | Net Book Value | $65,156.90 |
| 49.1307 | WHEEL HALF, DHC-8 OUTBD MAIN | $42,491.28 | Net Book Value | $42,491.28 |
| 49.1308 | WHEEL HALF, DHC-8 OUTBD MAIN | $200,712.15 | Net Book Value | $200,712.15 |
| 49.1309 | WHEEL HALF, I/B 1900D MAIN | $5,455.34 | Net Book Value | $5,455.34 |
| 49.1310 | WHEEL HALF, I/B NOSE | $15,487.88 | Net Book Value | $15,487.88 |
| 49.1311 | WHEEL HALF, O/B 1900D MAIN | $2,413.71 | Net Book Value | $2,413.71 |
| 49.1312 | WHEEL HALF, O/B NOSE | $16,060.99 | Net Book Value | $16,060.99 |
| 49.1313 | WHEEL HALF-4834P | $4,362.16 | Net Book Value | $4,362.16 |
| 49.1314 | WHEEL, -8 NOSE WHEEL HI-FLOAT | $66,776.14 | Net Book Value | $66,776.14 |
| 49.1315 | WHEEL: HALF 300-620-3 PO #1058504 | $9,722.13 | Net Book Value | $9,722.13 |
| 49.1316 | WINDOW ASSEMBLE RH TINTED | $827.27 | Net Book Value | $827.27 |
| 49.1317 | WINDOW ASSY, R/H | $1,975.34 | Net Book Value | $1,975.34 |
| 49.1318 | WINDOW, CABIN L&R | $1,914.08 | Net Book Value | $1,914.08 |
| 49.1319 | WINDOW, L/H SIDE PANEL | $10,251.36 | Net Book Value | $10,251.36 |
| 49.1320 | WINDSHIELD HEAT CONT S/N #0076 | $640.63 | Net Book Value | $640.63 |
| 49.1321 | WINDSHIELD, LH HEATED | $4,737.09 | Net Book Value | $4,737.09 |
| 49.1322 | XS-950 TRANSPONDER | $10,838.27 | Net Book Value | $10,838.27 |
| 49.1323 | XS-950 TRANSPONDER | $34,850.13 | Net Book Value | $34,850.13 |
| 49.1324 | YOKE ASSY,MLG | $20,627.16 | Net Book Value | $20,627.16 |
| 49.1325 | YOKE ASSY. | $1,691.66 | Net Book Value | $1,691.66 |
| 49.1326 | YOKE, MLG | $0.00 | Net Book Value | $0.00 |
| 49.1327 | YOKE, MLG D8 | $0.00 | Net Book Value | $0.00 |
| | **TOTAL:** | **$16,616,238.61** | **TOTAL:** | **$16,616,238.61** |

**SCHEDULE 50 ATTACHMENT**

Other Machinery, Fixtures, and Equipment

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 50.1 | ADS-B ADDITIONS 2018 | $583,000.80 | Net Book Value | $583,000.80 |
| 50.2 | AIR DATA COMPUTER | $29,800.00 | Net Book Value | $29,800.00 |
| 50.3 | AUTO LOCKER BANK 4 | $2,401.68 | Net Book Value | $2,401.68 |
| 50.4 | AVIONICS D8 | $95,175.00 | Net Book Value | $95,175.00 |
| 50.5 | AVIONICS D8 | $765,547.10 | Net Book Value | $765,547.10 |
| 50.6 | DECEMBER WIP | $20,596.75 | Net Book Value | $20,596.75 |
| 50.7 | FEBRUARY WIP | $65,996.51 | Net Book Value | $65,996.51 |
| 50.8 | GENERAL SPARE PARTS & EQUIPMENT | $2,372,735.75 | Net Book Value | $2,372,735.75 |
| 50.9 | JACK, TRIPOD 12 TON | $197.21 | Net Book Value | $197.21 |
| 50.10 | JACK, TRIPOD 12 TON | $197.21 | Net Book Value | $197.21 |
| 50.11 | JANUARY WIP | $27,500.00 | Net Book Value | $27,500.00 |
| 50.12 | MAGNETIC OPTIC IMAGING SYSTEM | $2,947.51 | Net Book Value | $2,947.51 |
| 50.13 | MAINTENANCE SERVICE | $12,560.00 | Net Book Value | $12,560.00 |
| 50.14 | METAL INNOVATIONS | $100,000.00 | Net Book Value | $100,000.00 |
| 50.15 | MOOD KIT | $10,400.00 | Net Book Value | $10,400.00 |
| 50.16 | MVIQ TOUCH CARRY ON CASE | $56,492.00 | Net Book Value | $56,492.00 |
| 50.17 | NOVEMBER WIP | $40,707.97 | Net Book Value | $40,707.97 |
| 50.18 | OCTOBER WIP | $119,685.00 | Net Book Value | $119,685.00 |
| 50.19 | POWER UNIT, HYDRAULIC 5H311ZZ0 | $1,256.60 | Net Book Value | $1,256.60 |
| 50.20 | ROBOCRIB LX2000 SUPER ROBO | $7,814.70 | Net Book Value | $7,814.70 |
| 50.21 | SEPTEMBER WIP | $174,289.39 | Net Book Value | $174,289.39 |
| 50.22 | SPARE PARTS & EQUIPMENT | $48.56 | Net Book Value | $48.56 |
| 50.23 | SPARE PARTS & EQUIPMENT | $5,932.61 | Net Book Value | $5,932.61 |
| 50.24 | SPARE PARTS & EQUIPMENT | $47,500.00 | Net Book Value | $47,500.00 |
| 50.25 | SUPERCHARGER | $619.75 | Net Book Value | $619.75 |
| 50.26 | WIP - AVIONICS PACKAGE DASH 8 | $87,256.89 | Net Book Value | $87,256.89 |
| 50.27 | WIP - AVIONICS PACKAGE DASH 9 | $4,079.39 | Net Book Value | $4,079.39 |
| 50.28 | WIP - GENERAL | $41,322.02 | Net Book Value | $41,322.02 |
| 50.29 | WIP - GENERAL | $52,136.80 | Net Book Value | $52,136.80 |
| 50.30 | WIP - GENERAL | $59,140.98 | Net Book Value | $59,140.98 |
| 50.31 | WIP - GENERAL | $61,338.00 | Net Book Value | $61,338.00 |
| 50.32 | WIP-GENERAL | $724,645.84 | Net Book Value | $724,645.84 |
| | **TOTAL:** | **$5,573,322.02** | **TOTAL:** | **$5,573,322.02** |

In re: Corvus Airlines, Inc.
Case No. 20-10759

**SCHEDULE 55 ATTACHMENT**

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Location | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| 55.1 | 19-1067 RAVN/J - 4700 OLD INTERNATIONAL AIRPORT | Anchorage, AK | Leasehold Improvement | $5,490.39 | Net Book Value | $5,490.39 |
| 55.2 | 1ST HALF OF AUGUST 2019 BULK | | Leasehold Improvement | $4,798.29 | Net Book Value | $4,798.29 |
| 55.3 | 20' REFRIGERATED CONTAINER | Anchorage, AK | Leasehold Improvement | $23,539.29 | Net Book Value | $23,539.29 |
| 55.4 | AIA OFFICE RENOVATION | Anchorage, AK | Leasehold Improvement | $17,403.84 | Net Book Value | $17,403.84 |
| 55.5 | AK LOGISTICS CAPITIZATION | | Leasehold Improvement | $0.00 | Net Book Value | $0.00 |
| 55.6 | APPLICATION #1 FINAL | Anchorage, AK | Leasehold Improvement | $0.00 | Net Book Value | $0.00 |
| 55.7 | CEILING TILE AND GRID | | Leasehold Improvement | $1,390.50 | Net Book Value | $1,390.50 |
| 55.8 | CEILING UPGRADE - ACCOUNTING OFFICE | Anchorage, AK | Leasehold Improvement | $11,869.34 | Net Book Value | $11,869.34 |
| 55.9 | ELEVATOR RECALL - LH | Anchorage, AK | Leasehold Improvement | $2,559.81 | Net Book Value | $2,559.81 |
| 55.10 | FUEL TRACKING SYSTEM | Anchorage, AK | Leasehold Improvement | $5,940.00 | Net Book Value | $5,940.00 |
| 55.11 | FUEL TRACKING SYSTEM 2 | Anchorage, AK | Leasehold Improvement | $4,779.38 | Net Book Value | $4,779.38 |
| 55.12 | GENERATOR-HDQ | Anchorage, AK | Leasehold Improvement | $115,612.96 | Net Book Value | $115,612.96 |
| 55.13 | GSE10--16890 | Bethel, AK | Leasehold Improvement | $9,112.18 | Net Book Value | $9,112.18 |
| 55.14 | HDQ BATHROOM | Anchorage, AK | Leasehold Improvement | $26,146.46 | Net Book Value | $26,146.46 |
| 55.15 | HVAC UPGRADE | Anchorage, AK | Leasehold Improvement | $152,834.15 | Net Book Value | $152,834.15 |
| 55.16 | IMPROVEMENTS - OTHER | | Leasehold Improvement | $2,318.21 | Net Book Value | $2,318.21 |
| 55.17 | IMPROVEMENTS - OTHER | | Leasehold Improvement | $3,423.88 | Net Book Value | $3,423.88 |
| 55.18 | LEASEHOLD IMPROVEMENTS | | Leasehold Improvement | $18,039.08 | Net Book Value | $18,039.08 |
| 55.19 | LEASEHOLD IMPROVMENTS ANC | Anchorage, AK | Leasehold Improvement | $62,999.81 | Net Book Value | $62,999.81 |
| 55.20 | LED LIGHTS | | Leasehold Improvement | $3,643.87 | Net Book Value | $3,643.87 |
| 55.21 | MATTRESSES | Bethel, AK | Leasehold Improvement | $14,649.70 | Net Book Value | $14,649.70 |
| 55.22 | NAPA IBS GSE10-BMF-CAPEX | | Leasehold Improvement | $4,721.09 | Net Book Value | $4,721.09 |
| 55.23 | PARKING GATE INSTALL | Anchorage, AK | Leasehold Improvement | $13,101.52 | Net Book Value | $13,101.52 |
| 55.24 | PARKING LOT LIGHTS | Anchorage, AK | Leasehold Improvement | $27,529.38 | Net Book Value | $27,529.38 |
| 55.25 | RAVN HEADQUARTERS IMPROVEMENT | Anchorage, AK | Leasehold Improvement | $57,504.66 | Net Book Value | $57,504.66 |
| 55.26 | RAVN HEADQUARTERS IMPROVEMENT 10 | Anchorage, AK | Leasehold Improvement | $3,509.81 | Net Book Value | $3,509.81 |
| 55.27 | RAVN HEADQUARTERS IMPROVEMENT 11 | Anchorage, AK | Leasehold Improvement | $14,297.25 | Net Book Value | $14,297.25 |
| 55.28 | RAVN HEADQUARTERS IMPROVEMENT 12 | Anchorage, AK | Leasehold Improvement | $3,164.89 | Net Book Value | $3,164.89 |
| 55.29 | RAVN HEADQUARTERS IMPROVEMENT 2 | Anchorage, AK | Leasehold Improvement | $30,700.67 | Net Book Value | $30,700.67 |
| 55.30 | RAVN HEADQUARTERS IMPROVEMENT 3 | Anchorage, AK | Leasehold Improvement | $30,529.24 | Net Book Value | $30,529.24 |
| 55.31 | RAVN HEADQUARTERS IMPROVEMENT 4 | Anchorage, AK | Leasehold Improvement | $8,563.01 | Net Book Value | $8,563.01 |
| 55.32 | RAVN HEADQUARTERS IMPROVEMENT 5 | Anchorage, AK | Leasehold Improvement | $4,134.22 | Net Book Value | $4,134.22 |
| 55.33 | RAVN HEADQUARTERS IMPROVEMENT 6 | Anchorage, AK | Leasehold Improvement | $3,768.54 | Net Book Value | $3,768.54 |
| 55.34 | RAVN HEADQUARTERS IMPROVEMENT 7 | Anchorage, AK | Leasehold Improvement | $22,063.66 | Net Book Value | $22,063.66 |
| 55.35 | RAVN HEADQUARTERS IMPROVEMENT 8 | Anchorage, AK | Leasehold Improvement | $33,262.40 | Net Book Value | $33,262.40 |
| 55.36 | RAVN HEADQUARTERS IMPROVEMENT 9 | Anchorage, AK | Leasehold Improvement | $153,000.00 | Net Book Value | $153,000.00 |
| 55.37 | REEVE BUILDING - MCH CO LEASEHOLD IMPROV | Anchorage, AK | Leasehold Improvement | $369,956.80 | Net Book Value | $369,956.80 |
| 55.38 | REEVE BUILDING LEASEHOLD IMPROVEMENTS | Anchorage, AK | Leasehold Improvement | $1,151,108.17 | Net Book Value | $1,151,108.17 |
| 55.39 | REEVE HANGAR CAPITAL LEASE | Anchorage, AK | Capital Lease | $4,462,500.00 | Net Book Value | $4,462,500.00 |
| 55.40 | REEVE, CARPET REEVE BUILDING | Anchorage, AK | Leasehold Improvement | $9,166.33 | Net Book Value | $9,166.33 |
| 55.41 | REEVE, ELEVATOR - FINALIZED REEVE BLDG | Anchorage, AK | Leasehold Improvement | $50,523.27 | Net Book Value | $50,523.27 |
| 55.42 | REEVE, ELEVATOR DEPOSIT REEVE BUILDING | Anchorage, AK | Leasehold Improvement | $26,833.11 | Net Book Value | $26,833.11 |
| 55.43 | SAND POINT SERVICE UPGRADE | Sand Point, AK | Leasehold Improvement | $17,559.18 | Net Book Value | $17,559.18 |
| 55.44 | SEPTEMBER CC | | Leasehold Improvement | $5,743.53 | Net Book Value | $5,743.53 |
| 55.45 | SHOP REMODEL | | Leasehold Improvement | $9,886.43 | Net Book Value | $9,886.43 |
| | | | TOTAL: | $6,999,678.30 | TOTAL: | $6,999,678.30 |

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

Creditor's name and mailing address

BNP Paribas
155 North Wacker Drive, Ste 4450
Chicago, IL 60606

Date debt was incurred?
7/31/2015

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
All Owned Assets

Describe the lien
Senior Secured Loan

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: $92,257,994.74

Column B: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$92,257,994.74

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 BNP Paribas<br>Attn: Guillaume Charrier<br>787 Seventh Ave<br>New York, NY10019 | Line 2.1 | |
| 3.2 Winston & Strawn, LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY10166-4193 | Line 2.1 | |
| 3.3 Ashby & Geddes, P.A.<br>Attn: William P. Bowden & Gregory A. Taylor<br>500 Delaware Avenue, 8th Fl<br>PO Box 1150<br>Wilmington, DE19899-1150 | Line 2.1 | |

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>Bethany Payne, Address on File<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (__) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Employee PTO Claim<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,767.20 | $2,767.20 |
| 2.2 | **Priority creditor's name and mailing address**<br>Brandi Sinnett, Address on File<br>**Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (__) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Employee PTO Claim<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $540.50 | $540.50 |

| 2.3 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $743.13 | $743.13 |

Daniela Avezzano, Address on File

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
Undetermined

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.4 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,485.84 | $3,485.84 |

Fipe Havea, Address on File

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
Undetermined

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.5 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,932.16 | $9,932.16 |

Gary Pedretty, Address on File

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
Undetermined

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.6 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,633.45 | $5,633.45 |

Jeff Massey, Address on File

*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
Undetermined

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.7 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $922.75 | $922.75 |
| | Jerrilyn Salazar, Address on File | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **Date or dates debt was incurred** | | | |
| | Undetermined | ☐ Unliquidated | | |
| | **Last 4 digits of account number** | ☐ Disputed | | |
| | | **Basis for the claim:** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | Employee PTO Claim | | |
| | 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,968.00 | $7,968.00 |
| | Justin Bennett, Address on File | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **Date or dates debt was incurred** | | | |
| | Undetermined | ☐ Unliquidated | | |
| | **Last 4 digits of account number** | ☐ Disputed | | |
| | | **Basis for the claim:** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | Employee PTO Claim | | |
| | 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,911.00 | $1,911.00 |
| | Katrina Brents, Address on File | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **Date or dates debt was incurred** | | | |
| | Undetermined | ☐ Unliquidated | | |
| | **Last 4 digits of account number** | ☐ Disputed | | |
| | | **Basis for the claim:** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | Employee PTO Claim | | |
| | 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,989.83 | $1,989.83 |
| | Kurt Graese, Address on File | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **Date or dates debt was incurred** | | | |
| | Undetermined | ☐ Unliquidated | | |
| | **Last 4 digits of account number** | ☐ Disputed | | |
| | | **Basis for the claim:** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | Employee PTO Claim | | |
| | 11 U.S.C. § 507(a) (__) | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | | ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,653.09 | $2,653.09 |

**2.11**

**Priority creditor's name and mailing address**

Michael Burud, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** $2,653.09  $2,653.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.12**

**Priority creditor's name and mailing address**

Nicholas Wiederholt, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** $3,009.92  $3,009.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.13**

**Priority creditor's name and mailing address**

Steven Peterson, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** $5,971.20  $5,971.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.14**

**Priority creditor's name and mailing address**

Various

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_7_)

**As of the petition filing date, the claim is:** $9,733,847.86  Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Passenger Claims

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
3E COMPANY ENVIRONMENTAL, ECOLOGICAL AND, 3207 GREY HAWK
CT., SUITE 200, CARLSBAD, CA 92010-6664

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                 $6,200.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
A Cut Above Uniforms, 2150 W. 6th Ave., Broomfield, CO 80020

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                 $2,221.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
A T & T, PO Box 5019, Carol Stream, IL 60197-5019

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                 $4,021.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
A4A Airlines for America, 1275 Pennsylvania Ave NW Suite 1300,
Washington, DC 20004

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                 $666.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

**Nonpriority creditor's name and mailing address**
AAA Alaska Cab Inc., 47623 West Point Ave, SOLDOTNA, AK 99669

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$517.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
AAR Supply Chain, Inc, 1100 NORTH WOOD DALE ROAD, WOOD DALE, IL 60191

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,361.6

---

**3.7**

**Nonpriority creditor's name and mailing address**
ABCO, LLC dba Alaska Bearing, 350 E. International Airport Road, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$339.12

---

**3.8**

**Nonpriority creditor's name and mailing address**
ABLE LOCKSMITHS AND SECURITY CENTER, LLC, 206 E NORTHERN LIGHTS BLVD. SUITE2, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,405.00

**3.9**

**Nonpriority creditor's name and mailing address**
ACE Air Cargo, 5901 Lockheed Ave, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,358.01

---

**3.10**

**Nonpriority creditor's name and mailing address**
ACE Hardware Top of the world, P.O Box 426, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,597.25

---

**3.11**

**Nonpriority creditor's name and mailing address**
Action Aero, P.O. Box 22105, PE, CANADA C1A 9J2

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,030.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
ADP-AUTO DATA PROCESSING, INC., P O BOX 78415, PHOENIX, AZ 85062-8415

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$121.74

**3.13** **Nonpriority creditor's name and mailing address**
AEG Fuels / Associated Energy Group, LLC, 25025 Interstate 45, Suite 550, The Woodlands, TX 77380

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$603.25

**3.14** **Nonpriority creditor's name and mailing address**
Aero Svcs Sitka-Atlantic Avi-A Trajen Co, P O BOX 951883, Dallas, TX 75395-1883

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,374.18

**3.15** **Nonpriority creditor's name and mailing address**
AERO TWIN, INC, 2403 MERRILL FIELD DRIVE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$829.8

**3.16** **Nonpriority creditor's name and mailing address**
Aero-Mach Lab Inc., 7707 E Funston, Wichita, KS 67207

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,136.00

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $765.00 |
|---|---|---|---|

Aeroneuf Instruments, 600 3 E AVE., LAVAL, CANADA H7R4J4

*Check all that apply.*

**Date or dates debt was incurred**
Undetermined

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,964.00 |
|---|---|---|---|

Aerospace Welding MINNEAPPOLIS, Inc., 1045 Gemini Road, Eagan, MN 55121-2204

*Check all that apply.*

**Date or dates debt was incurred**
Undetermined

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,620.00 |
|---|---|---|---|

AFG, Inc, 401 W. Inernational Airport Rd #31, Anchorage, AK 99518

*Check all that apply.*

**Date or dates debt was incurred**
Undetermined

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.03 |
|---|---|---|---|

AFLAC, 1932 Wynnton Road, ATTN: REMITTANCE PROCESSING SVCS, Columbus, GA 31993-0797

*Check all that apply.*

**Date or dates debt was incurred**
Undetermined

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,741.5 |

**Nonpriority creditor's name and mailing address**
Air Capitol Dial Inc, 220 North Vine, Wichita, KS 67203

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,741.5

---

3.22 **Nonpriority creditor's name and mailing address**
Air Land Transport, Inc., 11100 Calaska Circle, Anchorage, AK 99515-2933

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$751.42

---

3.23 **Nonpriority creditor's name and mailing address**
Aircom Avionics, 3628 University Ave. S, Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$28,180.58

---

3.24 **Nonpriority creditor's name and mailing address**
Aircraft Belts, inc (cc), 1173 Telecom Drive, Creedmoor, NC 27522-8294

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,854.5

3.25  **Nonpriority creditor's name and mailing address**
Aircraft Instrument Repair, LLC, 6400 CARL BRADY DRIVE SUITE 1,
ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $840.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.26  **Nonpriority creditor's name and mailing address**
Aircraft Performance Group Inc., 4348 Woodlands Blvd., Suite 200,
Castle Rock, CO 80104-2814

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $6,371.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.27  **Nonpriority creditor's name and mailing address**
Aircraft Propeller Service, LLC, PO Box 71865, Chicago, IL 60694-1865

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $137,982.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.28  **Nonpriority creditor's name and mailing address**
AIRCRAFT SPRUCE & SPECIALTY CO., PO BOX 4000, 225 AIRPORT
CIRCLE, CORONA, CA 92878-4000

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $2,871.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**   **Nonpriority creditor's name and mailing address**
Aircraft Structures International Corpor, 1026 S 66TH, Hanger 33, Enid, OK 73701-9608

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $691.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**
AIRFORMS, INC., 650 W. Aviation Ave., Wasilla, AK 99654

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $3,882.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**
Airframes Alaska, LLC, 2424 E. 5TH AVE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $236.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**   **Nonpriority creditor's name and mailing address**
Airgas USA, LLC, PO BOX 102289, Pasadena, CA 91189-2289

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $6,642.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33**

**Nonpriority creditor's name and mailing address**
AIRGROUP DYNAMICS, INC., 4906 PATCH RD STE B, ORLANDO, FLORIDA 32822

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

**Nonpriority creditor's name and mailing address**
Airline Service Providers Association, 16133 Ventura Blvd, Suite 880, Encino, CA 91436

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $558.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

**Nonpriority creditor's name and mailing address**
Airline Services, 210 Airport Drive, McGrath, Alaska 99627

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $7,578.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

**Nonpriority creditor's name and mailing address**
AIRLINE SUPPORT INC, P.O. BOX 190735, ANCHORAGE, AK 99519

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $7,230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.37**   **Nonpriority creditor's name and mailing address**
Airport Enterprises LLC, dba Contract Ai, PO BOX 7276, Kalispell, MT 59904

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $10,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.38**   **Nonpriority creditor's name and mailing address**
Airport Equipment Rentals Inc., P O BOX 72578, FAIRBANKS, AK 99707

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $2,060.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.39**   **Nonpriority creditor's name and mailing address**
ALASKA AEROFUEL INC, P O BOX 60669, FAIRBANKS, AK 99706-0669

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $50,059.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.40**   **Nonpriority creditor's name and mailing address**
ALASKA AIRLINES AIR CARGO, PO BOX 68900, SEATTLE, WA 98168

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $8,283.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,640.00

ALASKA AVIATION RADIO INC, 4235 AIRCRAFT DRIVE BUILDING C, ANCHORAGE, AK 99502

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $615.51

Alaska Cleaners DBA Snow White Cleaners, 700 I Street, Anchorage, AK 99501

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $118.5

Alaska Commercial Company, 3830 Old Int'l Airport Rd, ANCHORAGE, AK 99502

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,170.80

Alaska Communication System, 600 Telephone Ave, M-S8, Anchorage, AK 99503

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.45   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:              $1,652.00
       Alaska Event Services, Inc., PO Box 200291, Anchorage, AK 99520    *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       Undetermined
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    Trade Claim

                                                                    **Is the claim subject to offset?**
                                                                    ☑ No

                                                                    ☐ Yes

3.46   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:                $361.05
       Alaska Industrial Hardware Inc, 2192 VIKING DRIVE, Anchorage, AK    *Check all that apply.*
       99501
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       Undetermined                                                 ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    Trade Claim

                                                                    **Is the claim subject to offset?**
                                                                    ☑ No

                                                                    ☐ Yes

3.47   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:              $5,038.25
       Alaska Metrology & Calibration Services, 224 EAST 54TH AVENUE,    *Check all that apply.*
       Anchorage, AK 99518
                                                                    ☐ Contingent
       **Date or dates debt was incurred**
       Undetermined                                                 ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    Trade Claim

                                                                    **Is the claim subject to offset?**
                                                                    ☑ No

                                                                    ☐ Yes

3.48   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:              $1,364.96
       Alaska Pacific Rental, 1111 Glen Hwy, Palmer, AK 99645       *Check all that apply.*

       **Date or dates debt was incurred**                          ☐ Contingent
       Undetermined
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    Trade Claim

                                                                    **Is the claim subject to offset?**
                                                                    ☑ No

                                                                    ☐ Yes

**3.49**

**Nonpriority creditor's name and mailing address**
Alaska Railroad Corporation, P.O. Box 100520, Anchorage, AK 99510-0520

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
Alaska Rubber & Supply/ANC, 5811 Old Seward Highway, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $72.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
Alaska Safety Inc., 4725 Gambell Street, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $1,667.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
Alaska Tent & Tarp / AT Acquisitions, LL, 529 Front Street, Fairbankss, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $3,570.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.53**  **Nonpriority creditor's name and mailing address**
Alaska Travel Industry Association, 610 E 5th Ave., SUITE 200,
ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $6,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**
Alaska Waste, P O BOX 196097, Anchorage, AK 99519-6097

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $13,507.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.55**  **Nonpriority creditor's name and mailing address**
Alaska Weather Operations Services, Inc, 4325 Aircraft Drive, Bldg C,
Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,571.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.56**  **Nonpriority creditor's name and mailing address**
Alaska Wholesale Bakery dba Illusions Fo, PO Box 90810, Anchorage, AK
99509-0810

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $18,014.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address**<br>ALASKA YELLOW DISPATCH, P.O. BOX 231110, ANCHORAGE, AK 99523-1110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $666.49 |

**Date or dates debt was incurred**
Undetermined

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address**<br>Alaska's Best Water & Coffee, Inc, 11811 S Gambell St, Anchorage, AK 99515 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $92.5 |

**Date or dates debt was incurred**
Undetermined

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address**<br>Alaskan Aircraft Engines, Inc., 2425 Merrill Field Drive, Anchorage, AK. 99501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $3,132.45 |

**Date or dates debt was incurred**
Undetermined

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address**<br>ALCAN ELECTRICAL AND ENGINEERING INC, P O BOX 91499, ANCHORAGE, AK 99509 | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $14,623.2 |

**Date or dates debt was incurred**
Undetermined

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.61 **Nonpriority creditor's name and mailing address**
Alert Expeditor's Inc., 8421 Flamingo Drive, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $420.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**
ALEUTIAN SERVICES INC, 17 BUCKNER RD, PO BOX 117, COLD BAY, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,589.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**
Aleutians East Borough, P.O. Box 49, King Cove, AK 99612

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $11,230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.64 **Nonpriority creditor's name and mailing address**
Alex Hotel & Suites/AKHappytime LLC, 4615 Spenard Road, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,373.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.65** | **Nonpriority creditor's name and mailing address**
ALL-AMERICAN PUBLISHING, P.O. BOX 100, Caldwell, ID 83606-0100

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,766.00

---

**3.66** | **Nonpriority creditor's name and mailing address**
Allied Interstate LLC, P.O. Box 19066, Minneapolis, MN 55419-0066

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$252.00

---

**3.67** | **Nonpriority creditor's name and mailing address**
ALS TRIBOLOGY, 6180 HALLE DR., SUITE D, VALLEY VIEW, OHIO 44125

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,550.00

---

**3.68** | **Nonpriority creditor's name and mailing address**
ALSCO American Linen Division, P.O. Box 240048, Anchorage, AK 99524-0048

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,189.67

**3.69** | **Nonpriority creditor's name and mailing address**
Alsco Aviation Inc., 1036 East 7th Avenue, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$21,566.67

---

**3.70** | **Nonpriority creditor's name and mailing address**
ALTMAN, ROGERS & CO., 425 G STREET, SUTE 500, ANCHORAGE, AK 99501-2160

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$27,963.75

---

**3.71** | **Nonpriority creditor's name and mailing address**
ALTROL INC., 2295 A VAN HORN ROAD, FAIRBANKS, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$225.00

---

**3.72** | **Nonpriority creditor's name and mailing address**
AMS - Anchorage Messenger Service, 5001 Arctic Blvd, Unit #2, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,645.00

3.73 **Nonpriority creditor's name and mailing address**
Anchorage Daily News, 300 W. 31st Avenue, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,520.00

3.74 **Nonpriority creditor's name and mailing address**
Anchorage Economic Development Corp, 510 L Street, Suite 603, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

3.75 **Nonpriority creditor's name and mailing address**
Anchorage Fire Department/MOA Fire Inspe, PO Box 269110, Sacremento, CA 95826-9110

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$325.00

3.76 **Nonpriority creditor's name and mailing address**
Anchorage Hospitality LLC/Crowne Plaza, 109 W International Airport Rd, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$624.96

**3.77**

**Nonpriority creditor's name and mailing address**
Anchorage Water & Wastewater Utility/ Mu, P O BOX 196626, Anchorage, AK 99519-6626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,038.15

**3.78**

**Nonpriority creditor's name and mailing address**
ANDREW AIRWAYS, PO BOX 1037, KODIAK, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$799.8

**3.79**

**Nonpriority creditor's name and mailing address**
Aniak BnB, PO Box 241, Aniak, AK 99557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$400.00

**3.80**

**Nonpriority creditor's name and mailing address**
ANIAK ENTERPRISES, PO BOX 356, ANIAK, AK 99557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$228.48

**3.81** | **Nonpriority creditor's name and mailing address**
ANSETT AIRCRAFT SPARES & SERVICES, P O BOX 9228, SYLMAR, CA 91342

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $13,528.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**
Antlers Inn, PO Box 471, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $207.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
AOG Reaction inc, 526 Aviator Drive, Fort Worth, TX 76179-5425

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**
APUN LLC, 2130 E DIMOND BLVD, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $11,245.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85  **Nonpriority creditor's name and mailing address**                          $441.75
Arctic Fire & Safety, Inc.., 702 30th Avenue, Fairbanks, AK 99701-7506

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.86  **Nonpriority creditor's name and mailing address**                          $1,066.32
ARCTIC OFFICE PRODUCTS, P O BOX 100083, ANCHORAGE, AK 99510

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87  **Nonpriority creditor's name and mailing address**                          $467.32
Arctic Refrigeration/Air Conditioning, 500 W Potter Dr Suite 100,
Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.88  **Nonpriority creditor's name and mailing address**                          $1,195.41
ARCTIC SLOPE TELEPHONE ASSOC COOP INC, 4300 B STREET SUITE
501, ANCHORAGE, ALASKA 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.89**

**Nonpriority creditor's name and mailing address**
Arete Family Services, 3801 University Drive, Suite 301, Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.90**

**Nonpriority creditor's name and mailing address**
Arinc, 2551 Riva Road, Annapolis, MD 21401-7465

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $8,271.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.91**

**Nonpriority creditor's name and mailing address**
ASR LLC, PO Box 243002, Anchorage, AK 99524

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $147,103.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

**Nonpriority creditor's name and mailing address**
AT&T BUSINESS SERVICE, CARD CARD,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              $22,193.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93** | **Nonpriority creditor's name and mailing address**
AT&T Mobility, PO BOX 6463, Carol Stream, IL 60197-6463

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,429.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94** | **Nonpriority creditor's name and mailing address**
ATCO, 521 Shattuck Way, NEWINGTON, NH 03801

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.95** | **Nonpriority creditor's name and mailing address**
Atlantic Aviation Landing Fees, P.O. Box 951883, Dallas, TX 75395-1883

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $9,279.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96** | **Nonpriority creditor's name and mailing address**
ATP-Aircraft Technical Publishers, 2000 SIERRA POINT PARKWAY, SUITE 501, Brisbane, CA 94005

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,155.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Corvus Airlines, Inc.
Name

Case number *(if known)* 20-10759

**3.97** | **Nonpriority creditor's name and mailing address**
AUGUSTINE JOHN, OME MX,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $609.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98** | **Nonpriority creditor's name and mailing address**
AV-REP, 6245 DANVILLE RD., MISSISSAUGA, ON, CANADA L5T2H7

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $103,462.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99** | **Nonpriority creditor's name and mailing address**
AVEC, 4831 EAGLE STREET, ANCHORAGE, AK 99503-7431

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $61,563.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.100** | **Nonpriority creditor's name and mailing address**
AVGROUP INCORPORATED, P O BOX 80220, ATLANTA, GA 30366-0220

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,995.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**
Aviall Services Incorporated, 4451 Aircraft Drive Suite C, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $1,068,348.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
Aviation Inventory Resources, P.O. Box 1999, Mansfield, TX 76063

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $20,141.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
AVIATION LABORATORIES INC, 5401 Mitchelldale Ste B 6, Huston, TX 77092-7227

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $2,047.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
Aviation Medical Services of Alaska,LLC, 5011 Spenard Rd., Suite 205, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $285.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address**<br>Avionics Specialists Inc, 3833 Premier Road, Memphis, TN 38118 | **As of the petition filing date, the claim is:** $592.00 |

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.106 **Nonpriority creditor's name and mailing address**
AvMax Aviation Services, Inc., 2055 Pegasus Rd, NE CALGARY, ALBERTA,
T2E 8C3

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $759,135.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.107 **Nonpriority creditor's name and mailing address**
B&J FORKLIFT SERVICES, INC., 380 E 54th Ave, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,907.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.108 **Nonpriority creditor's name and mailing address**
BAC Transportation LLC, PO Box 243742, Anchorage, AK 99524

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $717.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109  **Nonpriority creditor's name and mailing address**
BAILEY'S FURNITURE, 35618 KENAI SPUR HIGHWAY, SOLDOTNA, AK
99669

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,530.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.110  **Nonpriority creditor's name and mailing address**
Baird, Justin, 63963 Ida Road, Montrose, CO 81401

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $827.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.111  **Nonpriority creditor's name and mailing address**
Baker Construction Inc., P.O. Box 2246, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.112  **Nonpriority creditor's name and mailing address**
BAKER HUGHES, A GE COMPANY,LLC, 14348 COLLECTIONS CENTER
DRIVE, CHICAGO, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $58,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Corvus Airlines, Inc.
Name

Case number *(if known)* 20-10759

**3.113**  **Nonpriority creditor's name and mailing address**
Barfield, P O BOX 931565, ATLANTA, GA 31193-1565

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $1,657.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.114**  **Nonpriority creditor's name and mailing address**
BARROW MECHANICAL, P.O. BOX 426, BARROW, AK 99723

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $728.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.115**  **Nonpriority creditor's name and mailing address**
BARROW UTILITIES & ELECTRIC COOP, INC., P.O. BOX 449, BARROW, AK
99723-0449

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $31,210.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.116**  **Nonpriority creditor's name and mailing address**
BATTERIES PLUS #429, 910 WEST INTERNATIONAL AIRPORT RD,
ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $60.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.117**   **Nonpriority creditor's name and mailing address**
BDO USA, LLP, PO Box 677973, Dallas, TX 75267-7973

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $66,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.118**   **Nonpriority creditor's name and mailing address**
Beacon OHSS, Lock Box # 631101, PO Box 3852, Seattle, WA 98124-3852

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $2,594.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.119**   **Nonpriority creditor's name and mailing address**
BEACONINSIGHT LLC, PO BOX 94632, PO BOX 94632, Seattle, WA 98124

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.120**   **Nonpriority creditor's name and mailing address**
Bear Paw Inn - Jultie Investments, P.O. Box 1295, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.121**  **Nonpriority creditor's name and mailing address**
BEAVER CREEK BED AND BREAKFAST, PO BOX 563, PO BOX 563,
Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $327.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**
Bellingham Int'l Airport, P.O. Box 1677, Bellingham, WA 98227-1677

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $4.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**
BERING STRAIT SCHOOL DISTRICT, P.O. Box 225, Unalakleet, AK 95684

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**
BEST WESTERN BIDARKA INN, 575 STERLING HWY, HOMER, AK 99603

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $814.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125** | **Nonpriority creditor's name and mailing address**
Bethel Car Rental - Sourdough Auto Leasi, P.O. Box 1168, Bethel, Alaska 99559

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,970.7

---

**3.126** | **Nonpriority creditor's name and mailing address**
Bethel Family Clinic, P.O. Box 1908, Bethel, AK 99559-1908

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$347.44

---

**3.127** | **Nonpriority creditor's name and mailing address**
Bishko, David

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,378.46

---

**3.128** | **Nonpriority creditor's name and mailing address**
BlackBird, LLC., 229 Iditarod Ave, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$257,158.39

3.129  **Nonpriority creditor's name and mailing address**
BLUE FLY B&B AND GUIDE SERVICE, PO BOX 81, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,040.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.130  **Nonpriority creditor's name and mailing address**
BONANZA EXPRESS, 400 BERING ST, NOME, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $110.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131  **Nonpriority creditor's name and mailing address**
BOSFUEL CORP, PO BOX 16487, Washington, DC 20041

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $6,901.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132  **Nonpriority creditor's name and mailing address**
Boyd, Christian

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.133**  **Nonpriority creditor's name and mailing address**
BOYNTON PRINTING, P.O. BOX 1427, BARROW, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$586.80

---

**3.134**  **Nonpriority creditor's name and mailing address**
Brent J. Andrews, 2220 NORTH STAR STREET # 18, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,676.00

---

**3.135**  **Nonpriority creditor's name and mailing address**
Brewstersoft Development, 821 23RD AVE, FAIRBANKS, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,500.00

---

**3.136**  **Nonpriority creditor's name and mailing address**
Brice Equipment, LLC, P.O. Box 70908, ATTN: Accounts Payable, Fairbanks, AK 99707

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$614.00

**3.137** | **Nonpriority creditor's name and mailing address**
Brilliant Media Strategies Alaska, Inc., 900 W. 5th Avenue, Suite 100, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,000.00

---

**3.138** | **Nonpriority creditor's name and mailing address**
BRISTOL ALLIANCE FUEL LLC, PO BOX 1529, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$62,321.23

---

**3.139** | **Nonpriority creditor's name and mailing address**
BRISTOL BAY BOROUGH PPT, 1 Main St., PO BOX 189, NAKNEK, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,616.86

---

**3.140** | **Nonpriority creditor's name and mailing address**
Bristol Bay Telephone Cooperative, P.O. Box 259, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$902.43

**3.141**

**Nonpriority creditor's name and mailing address**
BROOKS RANGE SUPPLY, INC., P.O. Box 340008, Prudhoe Bay, AK 99734

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$709.83

**3.142**

**Nonpriority creditor's name and mailing address**
Brothers Aviation Maintenance, 406 S. Main Street, Clover, SC 29710

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$135,128.54

**3.143**

**Nonpriority creditor's name and mailing address**
BROWARD COUNTY AVIATION DEPARTMENT FT LA, 2200 SW 45th St. Suite 101, Danai Beach, FL 33312

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$13.17

**3.144**

**Nonpriority creditor's name and mailing address**
BSI Group America, 12950 Worldgate Dr. Suite 800, Herndon, VA 20170

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$14,000.00

**3.145** **Nonpriority creditor's name and mailing address**
BUILDERS INDUSTRIAL SUPPLY, P.O BOX 947, NOME, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $966.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**
Burns Tools, Inc., 3294 Storey Drive, North Pole, AK 99708

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $1,533.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**
BURTS TRAVIS, ANC IT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $110.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**
Bush Tell, Inc., P.O. BOX 109, ANIAK, AK 99557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $1,214.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
C & C HEATING, PO BOX 234, NAKNEK, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $418.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
C & L Aerospace LLC, 40 Wyoming Avenue, BANGOR, ME 04401

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $32,645.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
CAC Plastics LLC, 2600 E Broadview AVE, Wasilla, AK 99654-8302

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $2,495.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
Cal Labs Inc, 2525 Santa Anna Avenue, Dallas, TX 75228

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $2,218.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153** **Nonpriority creditor's name and mailing address**
CALIFORNIA STATE DISBURSEMENT UNIT, PO BOX 989067, WEST
SACRAMENTO, CA 95798-9067

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $814.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**
CALM SYSTEMS INC, 1935 SHERMER RD STE 250, 1935 SHERMER RD
STE 250, Northbrook, IL 60062-5355

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $15,232.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.155** **Nonpriority creditor's name and mailing address**
Camai Community Health Center, Inc., PO Box 211, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.156** **Nonpriority creditor's name and mailing address**
CARGO DATA MANAGEMENT CORP, 8440 ESTERS BLVD. SUITE 130,
IRVING, TX 75063

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.157  **Nonpriority creditor's name and mailing address**
CARPEDIA INTERNATIONAL CORP, 75 NAVY ST., OAKVILLE, ON L6J 2Z1

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $18,000.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.158  **Nonpriority creditor's name and mailing address**
Cavok, P.O. Box 3800-28, Boston, MA 02241

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $524,150.6

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.159  **Nonpriority creditor's name and mailing address**
CENTRAL PLUMBING AND HEATING INC, 212 EAST INTERNATIONAL
AIRPORT RD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $786.3

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.160  **Nonpriority creditor's name and mailing address**
Charlottesville / Albemarle Airport, 100 Bowen Loop, Suite 200,
Charlotessville, VA 22911

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                    $8.77

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Corvus Airlines, Inc.
Name

Case number *(if known)* 20-10759

**3.161**  **Nonpriority creditor's name and mailing address**
CHEETAH DIGITAL, INC., 72 WEST ADAMS STREET, SUITE 800,
CHICAGO, IL 60603

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $48,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.162**  **Nonpriority creditor's name and mailing address**
CHILD SUPPORT SERVICES DIVISION, 550 W. 7TH, STE 310 MS04,
ANCHORAGE, AK 99501-6699

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,334.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.163**  **Nonpriority creditor's name and mailing address**
Chinook Fire Protection, 1221 E 70th Ave, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,885.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.164**  **Nonpriority creditor's name and mailing address**
Chugach Electric Association Inc, P O BOX 196760, Anchorage, AK
99519-6760

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $65,250.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
CISCO SYSTEMS CAPITAL CORPORATION, 1111 OLD EAGLE SCHOOL
RD, 1111 OLD EAGLE SCHOOL RD, Wayne, PA 19087

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,007.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
CITY OF ANIAK, P.O. BOX 189, ANIAK, AK 99557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
City of Bethel, P O BOX 1387, Bethel, AK 99559-1387

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $78,643.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
CITY OF COLD BAY, PO BOX 10, Cold Bay, AK 99571-0010

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $10,301.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
City of Dillingham, P.O. Box 889, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.170 **Nonpriority creditor's name and mailing address**
City of Galena, P.O. Box 149, Galena, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $3,996.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.171 **Nonpriority creditor's name and mailing address**
City of Kotzebue, P.O. BOX 46, KOTZEBUE, AK 99752

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $3,072.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.172 **Nonpriority creditor's name and mailing address**
City of Nunam Iqua, P.O. Box 26, Nunam Iqua, AK 99666

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $9,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.173** **Nonpriority creditor's name and mailing address**
City of Palm Springs, 3200 E Tahquitz Canyon Way, Palm Springs, CA 92262

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174** **Nonpriority creditor's name and mailing address**
CITY OF PALMER, 231 WEST EVERGREEN AVE., PALMER, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $765.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**
CITY OF PULLMAN, 325 SE Paradise Dr, PULLMAN, WA 99163

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $13.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**
City of Saint Mary's, P.O. BOX 163, ST. MARY'S, AK 99658

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $3,123.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.177**

**Nonpriority creditor's name and mailing address**
CITY OF SAND POINT, PO BOX 249, PO BOX 249, Sand Point, `AK 99661-0249

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$369.96

**3.178**

**Nonpriority creditor's name and mailing address**
City of St.Paul, Box 901, St. Paul, AK 99660

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$739.99

**3.179**

**Nonpriority creditor's name and mailing address**
CITY OF UNALAKLEET, P.O. BOX 28, UNALAKLEET, AK 99684

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,357.34

**3.180**

**Nonpriority creditor's name and mailing address**
City of Unalaska, P.O Box 610, Unalaska, Alaska 99685

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,378.25

**3.181**   **Nonpriority creditor's name and mailing address**
City of Valdez, City Hall, P O BOX 307, Valdez, AK 99686

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $46.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182**   **Nonpriority creditor's name and mailing address**
Classic Alaska Trading/ Big Ray's Alaska, 507 2nd Ave, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                             $33,117.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183**   **Nonpriority creditor's name and mailing address**
CLEARWAY PROPERTY MAINTENANCE, 1650 OXFORD DR, 1650 OXFORD DR, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $722.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184**   **Nonpriority creditor's name and mailing address**
Coast Gateway Hotel/North Coast Washingt, 18415 International Boulevard, SEA TAC, WA 98188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                             $22,810.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.185**  **Nonpriority creditor's name and mailing address**
Coast International Inn, 3450 Aviation Avenue Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,179.9

**3.186**  **Nonpriority creditor's name and mailing address**
COLD BAY LODGE, PO BOX 125, Cold Bay, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,767.00

**3.187**  **Nonpriority creditor's name and mailing address**
College Utilities Corporation, 3691 CAMERON STREET, FAIRBANKS, AK 99708

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.38

**3.188**  **Nonpriority creditor's name and mailing address**
COLVILLE INC./BROOKS RANGE SUPPLY, 4300 B St. Suite 308, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,805.75

3.189 **Nonpriority creditor's name and mailing address**
COMCAST HOLDINGS CORPORATION, PO BOX 70219, PHILADELPHIA, PA 19176-0219

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,050.65

3.190 **Nonpriority creditor's name and mailing address**
Commercial Kitchen Solutions, 557 E Fireweed Lane #C, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$130.00

3.191 **Nonpriority creditor's name and mailing address**
COMMONWEALTH OF MASS- EZDRIVEMA, PO BOX 847840, PO BOX 847840, Boston, MA 02284-7840

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$26.65

3.192 **Nonpriority creditor's name and mailing address**
CONAM CONSTRUCTION CO., 301 W. NORTHERN LIGHTS BLVD, SUITE 300, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$11,284.04

3.193 **Nonpriority creditor's name and mailing address**
Concentra - Hapeville, Occupational Health Centers of Georgia, P.C., P.O. Box 82730, Hapeville, GA 30354-0730

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $45.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.194 **Nonpriority creditor's name and mailing address**
Concentra - Rancho Cucamonga, P.O. Box 4300, Rancho Cucamonga, CA 91729-4300

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $772.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.195 **Nonpriority creditor's name and mailing address**
CONSOLIDATED AIRCRAFT SUPPLY CO. INC., 55 RAYNOR AVE., RONKONKOMA, NY 11779

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,142.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.196 **Nonpriority creditor's name and mailing address**
Continental Motors

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $13,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**
Convergent Performance, 7011 Campus Drive Suite 100, Colorado
Springs, CO 80920

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $24,499.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**
Copper Valley Telephone, P O BOX 337, Valdez, AK 99686

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $35.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**
Corporate Travel Management, 3150 C Street, Suite 210, Anchorage, AK
99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $772.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**
Cotting, Stephen, VP PRODUCT RELIABILITY,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.201**  **Nonpriority creditor's name and mailing address**
COURTYARD BY MARRIOTT, 4901 Spenard Rd, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $22,986.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.202**  **Nonpriority creditor's name and mailing address**
Crescent Electric Supply Company, P.O. Box 500, 7750 Dunleith Drive, East Dubuque, IL 61025-4420

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $864.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.203**  **Nonpriority creditor's name and mailing address**
Crosstown Deliveries Inc., P.O Box 231270, Anchorage, AK 99523

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $214.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.204**  **Nonpriority creditor's name and mailing address**
Crowley Fuels LLC, 201 Arctic Slope Avenue, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $1,545,403.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
CT Corporation System, 111 8th Ave, New York, NY 10011

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $393.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
D & S Services/Daves Services Inc., 7601 Upper O'Malley Road,
Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
D.L. Waller Machine Shop, P.O. Box 279, 209 E. Young St., Rose Hill,
Kansas 67133

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,836.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
DALLAS AVIONICS INCORPORATED, 2525 SANTA ANNA AVENUE,
DALLAS, TX 75228

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $294.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.209** | **Nonpriority creditor's name and mailing address**
Daugherty, Fowler, Peregrin, Haught & Je, 100 N. Broadway, Suite 2000, Oklahoma City, OK 73102

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $7,185.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**
David Clark Company Incorporated, P O BOX 15054, Worcester, MA 01615-0054

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,121.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**
Davtron Inc., 427 HILLCREST WAY, EMERALD HILLS, REDWOOD CITY, CA 94062

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $102.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
DCSE-SUPPORT PMT CLEARINGHOUSE, PO BOX 52107, PHOENIX, AZ 85072-2107

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $231.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.213** **Nonpriority creditor's name and mailing address**
De Havilland Aircraft of Canada Limited, 123 Garrat Blvd, Toronto, Ontario, M3K 1Y5

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,479.4

**3.214** **Nonpriority creditor's name and mailing address**
De Lage Landen Financial Services, Inc., 1111 Old Eagle Road, Wayne, PA 19087

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,601.58

**3.215** **Nonpriority creditor's name and mailing address**
Delta Western Inc., 450 Alaskan Way So., Ste 707, Seattle, WA 98104

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,392.32

**3.216** **Nonpriority creditor's name and mailing address**
DesRosiers, David, 3250 W. 69th Ave, #2, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$640.00

**3.217**   **Nonpriority creditor's name and mailing address**
DHL EXPRESS USA, INC., 16592 COLLECTIONS CENTER DRIVE,
CHICAGO, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.218**   **Nonpriority creditor's name and mailing address**
DHL Global Forwarding, PO Box 742802, Lockbox #5195, Los Angeles,
CA 90074-2802

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     $548.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.219**   **Nonpriority creditor's name and mailing address**
DIEHL RYAN A, 994 Kensington St. NW, Walker, MI 49534

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     $80.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.220**   **Nonpriority creditor's name and mailing address**
Diversified Communications, PO Box 79365, Baltimore, MD 21279-0365

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     $4,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.221 **Nonpriority creditor's name and mailing address**
Dominion Propeller Corporation, 1131 East 76th Ave, STE 400,
Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $42,571.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.222 **Nonpriority creditor's name and mailing address**
DOWTY PROPELLERS ENGLAND, ANSON BUSINESS PARK,
CHELTENHAM ROAD EAST, GLOUCESTER, ENGLAND GL2 9QN

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $24,903.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.223 **Nonpriority creditor's name and mailing address**
Dubbe, Maxwell A.

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $4,331.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
DXP Enterprises, Inc./Alaska Pump and Su, P.O. Box 840511, Dallas, TX
75284-0511

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                  $2,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**
Eagle Enterprises, Inc., 5849 OLD SEWARD HIGHWAY, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**           $2,841.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**
EAN SERVICES, LLC, P.O. Box 402383, ATLANTA, GA 30384-2383

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**           $99,988.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**
Edmonton Regional Airports Authority, ACCOUNTS DEPT, Edmonton Int'l Airport, Alberta T9E0V3

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**           $799.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**
EDWARD BANCROFT/Palmer Vision Clinic, 440 W Evergreen, Ste. C, Palmer, AK 99645-6955

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**           $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.229  **Nonpriority creditor's name and mailing address**
Electro Enterprises Inc., P.O. Box 26706, Section 4112, Oklahoma City, OK 73126-0706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $787.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
Embark Aviation Corp., 718 7th St NW, Washington, DC 20001

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,265.9

3.231 **Nonpriority creditor's name and mailing address**
EMMERSON AUTO, 1111 MILL BAY RD, KODIAK, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

3.232 **Nonpriority creditor's name and mailing address**
EMPATHIA, INC, N17W24100 RIVERWOOD DR., SUITE 300, WAUKESHA, WI 53188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,537.5

3.233 **Nonpriority creditor's name and mailing address**
Enstar Natural Gas Company, P O BOX 190288, Anchorage, AK 99519-0288

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$31,213.7

**3.234** **Nonpriority creditor's name and mailing address**
ENVIRONMENTAL COMPLIANCE CONSULTANTS, 1500 POST ROAD,
ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,569.2

**3.235** **Nonpriority creditor's name and mailing address**
Equipment Sources, Inc.- ESI, 1501 Queens Way, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,064.53

**3.236** **Nonpriority creditor's name and mailing address**
Era Alaska Health Care Trust, ATTN: Mike Hageland, P.O. Box 220610,
Anchorage, AK 99522

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$450,232.14

**3.237** **Nonpriority creditor's name and mailing address**
eREV, RENE PEREZ & ASSOCIATES, INC, 11200 SW 71ST AVE, Miami, FL
33156-4606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,500.00

**3.238** **Nonpriority creditor's name and mailing address**
Eskimos, Inc, P.O. Box 536, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $457,861.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**
ESTERLINE, DEPT 9486, LOS ANGELES, CA 90084-9486

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**
eTT Aviation, 1013 E Winding Creek Dr., Ste. 102, Eagle, ID 83616

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $5,720.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**
Everts Air Cargo, P.O. BOX 61680, FAIRBANKS, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $58,726.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.242    **Nonpriority creditor's name and mailing address**
Everts Air Fuel, Inc., PO Box 60908, Fairbanks, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $21,673.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.243    **Nonpriority creditor's name and mailing address**
Experian Information Solutions, Inc, 475 Anton Blvd, Costa Mesa, CA 92626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $2,565.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.244    **Nonpriority creditor's name and mailing address**
F & E GROUND SVCS LLC, PO BOX 660707, Miami Springs, FL 33266

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $10,932.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.245    **Nonpriority creditor's name and mailing address**
Fairbanks Aero Service, INC., PO Box 60590, Fairbanks, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $108.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.246**   **Nonpriority creditor's name and mailing address**
Fairbanks International Airport Operator, 6450 Airport Way, Suite 14,
Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.247**   **Nonpriority creditor's name and mailing address**
Fairbanks Natural Gas, LLC, 3408 International Way, Fairbanks, AK
99701-7382

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $19,538.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.248**   **Nonpriority creditor's name and mailing address**
Fairbanks North Star Borough, P O BOX 71320, FAIRBANKS, AK 99707-
1320

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $1,840.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**
FAIRBANKS PRINTERS & OFFICE EQUIPMENT, 1595 COLLEGE ROAD,
FAIRBANKS, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   $206.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $497.28
--- | --- | ---

**3.250**

**Nonpriority creditor's name and mailing address**
Fairfield Inn, 5060 A. Street, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $497.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251**

**Nonpriority creditor's name and mailing address**
Faulkner Walsh Constructors, P.O. box 233929, Anchorage, AK 99523

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $7,646.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.252**

**Nonpriority creditor's name and mailing address**
FEDEX Freight, DEPT CH, PO BOX 10306, PALATINE, IL 60055-0306

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $5,466.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253**

**Nonpriority creditor's name and mailing address**
FEDEX, P.O. Box 94515, Palatine, IL 50094-4515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $149,468.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**
Fenwick & West LLP, 801 California Street, Mountain View, CA 94041

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $4,110.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.255** **Nonpriority creditor's name and mailing address**
Ferguson Enterprises Inc, PO BOX 847411, Dallas, TX 75284-7411

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $720.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**
FIRE CONTROL SYSTEMS, INC., P.O. BOX 9, KENAI, ALASKA 99611

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $53.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.257** **Nonpriority creditor's name and mailing address**
FIRST ADVANTAGE CORPORATION, OCCUPATIONAL HEALTH SERVICES GROUP, ATTN: TAKEA HERBERT, ROCKVILLE, MD 20855

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $43.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.258** **Nonpriority creditor's name and mailing address**
First National Bank- W. Kolstad

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    $247.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**
Flame Enterprises Inc, P.O. Box 80115, City of Industry, CA 91716-8115

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**
Flight Safety International Inc., PO BOX 75691, CHARLOTTE, NC 28275

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    $211,552.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**
Flyht Aerospace Solutions LTD, 300E, 1144-29 AVENUE NE, CALGARY, Alberta Canada T2E 7P1

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    $14,198.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**  **Nonpriority creditor's name and mailing address**
Fokker Services, 456 Aerotron Parkway, LaGrange, GA 30240

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $7,775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.263**  **Nonpriority creditor's name and mailing address**
Food Service of America, P.O. Box 196073, Anchorage, AK 99519-6073

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $30,295.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.264**  **Nonpriority creditor's name and mailing address**
FOX ROTHSCHILD LLP, 8300 GREENSBORO DRIVE, SUITE 1000,
TYSONS, VA 22102

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $124,029.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.265**  **Nonpriority creditor's name and mailing address**
FRANKSON SERVICES, PO BOX 91, GALENA, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $233.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**
FRASER KIMBERLY, ANC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $118.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.267** **Nonpriority creditor's name and mailing address**
FRATERNAL ORDER OF ALASKA STATE TROOPERS, P.O. BOX 100800,
ANCHORAGE, AK 99510-0800

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**
Frosty Fuels, LLC-Aleut Enterprise ,LLC, 4000 OLD SEWARD Highway, Suite
301, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $220,534.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**
G&K Inc, P.O. Box 117, Cold Bay, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $16,345.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.270 **Nonpriority creditor's name and mailing address**
G2 SECURE STAFF, P.O. Box 674159, Dallas, TX 75267-4159

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        $3,944.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.271 **Nonpriority creditor's name and mailing address**
GALENA VENTURES, BOX 335, GALENA, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        $233.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.272 **Nonpriority creditor's name and mailing address**
GCI, P.O. BOX 196609, ANCHORAGE, AK 99519-6609

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        $1,205,194.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.273 **Nonpriority creditor's name and mailing address**
GE AVIATION, ONE NEUMANN WAY, CINCINNATI, OH 45215

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        $4,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
Gere Tactical, Inc., 15300 NW Fair Acres Drive, Vancouver, WA 98685

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $69,229.7
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
GLACIER CHAIN SUPPLY, 520 W 58TH AVE, SUITE B, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $1,522.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
GLOBAL AVIATION SERVICES, LLC, 920 ALDRIN DRIVE SUITE 250, St. Paul, MN 55121-2567

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $100,191.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
Global Parts Aero, 3504 Solutions Center, Chicago, IL 60677-3005

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $14,987.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.278** **Nonpriority creditor's name and mailing address**
GMW Fire Protection, 6108 Mackay Street, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $387.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.279** **Nonpriority creditor's name and mailing address**
Golden Valley Electric Association, Inc., PO Box 71249, Fairbanks, AK 99707-1249

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $15,159.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**
GOODRICH CORPORATION, PO BOX 840576, Dallas, TX 75284-0576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $73,408.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.281** **Nonpriority creditor's name and mailing address**
Grainger Inc., DEP 007 - 848796116, PALATINE, IL 60038-0001

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $75,371.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.282** **Nonpriority creditor's name and mailing address**
GRANDE PRAIRIE AIRPORT, SUITE 220 10610 AIRPORT DRIVE, GRANDE
PRAIRIE, ALBERTA TV8 7Z5

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $298.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**
GREATER FAIRBANKS CHAMBER OF COMMERCE, 100 Cushman Street,
Suite 102, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**
Greater Sudbury, P.O. BOX 5000 STN A, 200 BRADY STREET, SUDBURY,
ON P3A 5P3

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $190.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**
Greer Tank Inc, P O BOX 190708, Anchorage, ALASKA 99519-0708

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,627.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**
GUARDIAN SECURITY SYSTEMS, INC, 2600 SEWARD HIGHWAY,
ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $23,085.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.287** **Nonpriority creditor's name and mailing address**
Gwennies Restaurant, 4333 Spenard Road, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $118.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**
Hageland Aviation Services, Inc., 4700 Old International Airport Road,
Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $335,004,029.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.289** **Nonpriority creditor's name and mailing address**
Haltness Equipment LLC, P.O. Box 2989, Valdez, AK 99686

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $28.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
Harman's Repair Station, Inc., 5640 Fenwick Circle, Anchorage, AK 99516

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $1,486.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
Hart Solutions LLC, 1612 Crittenden St NW, Washington, DC 20011

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $7,679.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
Hasco Incorporated, 136 EAST Sixth Ave, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $1,076.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
Hayes Instrument Services, Inc., 530 Boston Road, Billerica, MA 01821

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.294**  **Nonpriority creditor's name and mailing address**
Heads Up Technologies, 2033 Chenault Dr., Suite 100, Carrollton, TX 75006-5119

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$763.82

**3.295**  **Nonpriority creditor's name and mailing address**
HELENA REGIONAL AIRPORT, 2850 SKYWAY DR, HELENA, MT 59602

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.38

**3.296**  **Nonpriority creditor's name and mailing address**
Herber Aircraft Services Inc, 1401 East Franklin Ave, El Segundo, CA 90245-4307

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,696.65

**3.297**  **Nonpriority creditor's name and mailing address**
Heritage Turbines Inc., BARNSTABEL MUN. AIRPORT, 35 HINCKLEY RD, HYANNIS, MA 02601

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,699.63

**3.298** | **Nonpriority creditor's name and mailing address**
Heroux Devtek, 8 Pembroke Court, Runcorn, WA7 1TG

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,181.2

---

**3.299** | **Nonpriority creditor's name and mailing address**
HMS Host, 7217 Collection Center Drive, Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,311.98

---

**3.300** | **Nonpriority creditor's name and mailing address**
Homer Electric Association inc, 3977 LAKE ST, Homer, AK 99603-7680

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,067.05

---

**3.301** | **Nonpriority creditor's name and mailing address**
Honeywell International, Inc., P.O. Box 29003, Phoenix, AZ 85038-9003

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$20,594.62

**3.302** **Nonpriority creditor's name and mailing address**
Hooten, John A, 2624 N. Bright Place, Wasilla, AK 99654

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $204.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**
HOUSTON COREY, P.O. Box 90097, ANCHORAGE, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,227.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**
HRD AERO SYSTEMS, INC., CREDIT CARD,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $5,576.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.305** **Nonpriority creditor's name and mailing address**
IBM Corporation, P.O. Box 676673, Dallas, TX 75267-6673

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $80,648.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
Ice Monkey Garage, 712 West Potter, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $8,886.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.307 **Nonpriority creditor's name and mailing address**
Ice Services Inc, 101 E Northern Lights Blvd., Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.308 **Nonpriority creditor's name and mailing address**
iCONTRACTS INC, 1011 Route 22 West, Bridgewater, NJ 08807

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $537.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.309 **Nonpriority creditor's name and mailing address**
ID 90 Technologies, Inc., 925 South Kimball Ave, Southlake, TX 76092

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $11,290.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.310**  **Nonpriority creditor's name and mailing address**
IFE Products, 850 Commerce Parkway, Carpentersville, IL 60110

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.311**  **Nonpriority creditor's name and mailing address**
ILS, Inventory Locator Service LLC, 8001 Centerview Parkway, Memphis,
TN 38018-4276

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $3.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.312**  **Nonpriority creditor's name and mailing address**
IMAGE CONNECTION LLC, 7117 CROSSROADS BLVD, BRENTWOOD, TN
37027

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $2,446.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.313**  **Nonpriority creditor's name and mailing address**
Inair Aviation Services, 8225 Country Club, Indianapolis, IN 46214

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $68,923.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**
INSURED AIRCRAFT TITLE SERVICE, INC., P O BOX 19527, OKLAHOMA CITY, OK 73144

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                     $1,630.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.315** **Nonpriority creditor's name and mailing address**
INTERNATIONAL AVIATION SERVICE, INC., 2550 POSTMARK DRIVE, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                     $65,544.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**
INTERWEST LASER MARKING INC, 320 WEST 1550 NORTH UNIT 1, LAYTON, UTAH 84041

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                     $481.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.317** **Nonpriority creditor's name and mailing address**
Intralinks, Inc, 150 East 42nd St, New York, NY 10017

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                     $2,200.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.318**  **Nonpriority creditor's name and mailing address**
J.J. KELLER & ASSOCIATES, INC., PO Box 6609, Carol Stream, IL 60197-6609

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        $109.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.319**  **Nonpriority creditor's name and mailing address**
JACKSON AIRCRAFT WEIGHING SYSTEMS LLC, 2600 N AUSTRALIAN AVE, WEST PALM BEACH, FL 33407

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        $587.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.320**  **Nonpriority creditor's name and mailing address**
JAMES P. SHELDON CO., INC., 201 E 54TH AVE, #100, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        $226.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.321**  **Nonpriority creditor's name and mailing address**
JANCO COMMERCIAL CLEANING, LLC., 205 E DIMOND BLVD, #743, ANCHORAGE, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        $11,772.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.322    Nonpriority creditor's name and mailing address**
JENSEN STEVEN, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $672.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323    Nonpriority creditor's name and mailing address**
JEPPESEN SANDERSON, INC., DEPT. 1303, DENVER, CO 80291-1303

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $11,619.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324    Nonpriority creditor's name and mailing address**
Jetpubs, Inc., 900 Crest View Dr., Ste. 130, Hudson, Wisconsin 54016

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $193.7
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325    Nonpriority creditor's name and mailing address**
JETSTREAM AVIATION HOLDINGS, 2601 S BAYSHORE DR, Suite 1130,
Miami, FL 33133

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $56,517.7
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
JJM, Inc., 4700 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $14,427,852.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.327 **Nonpriority creditor's name and mailing address**
Johnson Controls Security Solutions, 9830 West 190th Street, Suite M, Mokena, IL 60448

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $129.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.328 **Nonpriority creditor's name and mailing address**
Jones Day, 250 Vesey Street, New York, NY 10281

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,568.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.329 **Nonpriority creditor's name and mailing address**
JS FIRM, LLC, 113250 Cleveland Gibbs Road, Suite 104, Roanoke, TX 76262-4425

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,462.6
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330**　**Nonpriority creditor's name and mailing address**
K & L Distributors, Inc., 6307 Arctic Spur Road, Anchorage, AK 99518-0000

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is: $5,429.1
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.331**　**Nonpriority creditor's name and mailing address**
K0062 Kachemak Auto Parts 500002180, 3545 Main Street, Homer, AK 99603

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is: $1,406.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.332**　**Nonpriority creditor's name and mailing address**
Kellstrom Commercial Aerospace, Inc, P.O. BOX 932883, Leveland, OH 44193

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is: $4,524.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.333**　**Nonpriority creditor's name and mailing address**
KELLY MANUFACTURING COMPANY, 555 SOUTH TOPEKA, WICHITA, KS 67202

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is: $609.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,417.82
Kelly Services Inc., 1212 Solutions Center, Chicago, IL 60677-1002

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $600.00
KENAI CHAMBER OF COMMERCE, 11471 Kenai Spur Hwy, KENAI, AK 99611

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $734.00
KETCHIKAN GATEWAY BOROUGH, 1900 FIRST AVE, KETCHIKAN, AK 99901

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $240.00
KIMOKTOAK RENEE, UNK CSA,

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**
KLX / BOEING DISTRIBUTION SERVICES, INC., 100 N. RIVERSIDE PLAZA, MC 5003-4549, Chicago, IL 60606-1596

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.00

---

**3.339** **Nonpriority creditor's name and mailing address**
KMA Zuckert LLC, Attn: Accounts Receivable, 200 West Madison Street, 16th F, Chicago, IL 60606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,745.12

---

**3.340** **Nonpriority creditor's name and mailing address**
KODIAK ISLAND BOROUGH, 710 MILL BAY ROAD, KODIAK, AK 99615-6340

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,930.62

---

**3.341** **Nonpriority creditor's name and mailing address**
Kodiak Island Broadcasting Co., Inc., 1315 Mill Bay Road, Ste. A, Kodiak, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$49.75

3.342   **Nonpriority creditor's name and mailing address**
KOTZEBUE ELECTRIC ASSOCIATION, P.O. BOX 44, KOTZEBUE, AK 99752

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $8,481.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.343   **Nonpriority creditor's name and mailing address**
KPMG LLP, 3 Chestnut Ridge Road, Montvale, NJ 07645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                   $31,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.344   **Nonpriority creditor's name and mailing address**
Kronos Inc, PO Box 743208, Atlanta, GA 30374-3208

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $7,660.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.345   **Nonpriority creditor's name and mailing address**
KUSKOKWIM COMMERICAL SUPPLY, INC., P.O. BOX 2888, BETHEL, AK 99559

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $55.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.346** **Nonpriority creditor's name and mailing address**
L & M EQUIPMENT INC, PO BOX 241, NAKNEK, AK 99633

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:     $4,409.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347** **Nonpriority creditor's name and mailing address**
L-3 Aviation Products, Inc., 5353 52nd St SE, Grand Rapids, MI 49512

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:     $23,273.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348** **Nonpriority creditor's name and mailing address**
L. J. WALCH CO., INC., 6600 Preston Ave., Livermore, CA 94551

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:     $26,626.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349** **Nonpriority creditor's name and mailing address**
L3HARRIS, 2700 FLIGHTLINE AVE., SANFORD, FLORIDA 32773

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:     $7,845.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.350** | **Nonpriority creditor's name and mailing address**
Laird Plastics, PO Box 934226, Atlanta, Ga 98108

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351** | **Nonpriority creditor's name and mailing address**
LANDYE BENNETT BLUMSTEIN LLP, 701 WEST 8TH AVE, SUITE 1200, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $17,197.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352** | **Nonpriority creditor's name and mailing address**
Larry Murray's Drain Cleaning, P.O. Box 870473, Wasilla, AK 99687

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $206.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.353** | **Nonpriority creditor's name and mailing address**
LARRY'S FIRE EQUIPMENT, BOX 116, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,658.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| | |
|---|---|
| **3.354**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $11,074.7 |
| Latitude Technologies Corporation, 101-3375 WHITTIER AVENUE, VICTORIA, BC V8Z 3R1 | *Check all that apply.* |
| | ☐ Contingent |
| **Date or dates debt was incurred** | ☐ Unliquidated |
| Undetermined | ☐ Disputed |
| | **Basis for the claim:** |
| | Trade Claim |
| | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.355**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $313.5 |
| LEE'S SEA AIR, P.O. BOX 75, KIANA, AK 99749 | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| Undetermined | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| | Trade Claim |
| | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.356**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $31.00 |
| LEONARD DELIE, 3405 EUREKA ST, APT 308, ANCHORAGE, AK 99503 | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| Undetermined | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| | Trade Claim |
| | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.357**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,743.87 |
| LIGHT'N UP, INC., 1209 GAMBELL ST., ANCHORAGE, AK 99501-4627 | *Check all that apply.* |
| **Date or dates debt was incurred** | ☐ Contingent |
| Undetermined | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| | Trade Claim |
| | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.358**   **Nonpriority creditor's name and mailing address**
Lighthouse Services, LLC., 3811 West Chester Pike, Building Two, Suite
100, Newtown Square, PA 19073

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $1,020.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359**   **Nonpriority creditor's name and mailing address**
LOWERY ELECTRIC, BOX 866, BARROW, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $796.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360**   **Nonpriority creditor's name and mailing address**
Lynden Transport Inc., P.O. BOX 84167, SEATTLE, WA 98124

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $1,274.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361**   **Nonpriority creditor's name and mailing address**
M P M PRODUCTS INC, 1718 EAST GREVILLEA COURT, ONTARIO, CA
91761

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $233.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.362** | **Nonpriority creditor's name and mailing address**
Magellan Behavioral Health, P.O. Box 785341, Philadelphia, PA 19178-5341

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $979.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**
MARLIN BUSINESS BANK, PO BOX 13604, Philadelphia, PA 19101-3604

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $221.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**
MASSACHUSETTS PORT AUTHORITY, PO BOX 3471, Boston, MA 02241-3471

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $13,081.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**
MATANUSKA ELECTRIC ASSOCIATION, INC., PAYMENT PROCESSING, PO BOX 2929, PALMER, AK 99645-1688

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,846.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.366**    **Nonpriority creditor's name and mailing address**
MATANUSKA-SUSITNA BOROUGH, 350 E. DAHLIA AVE, PALMER, AK
99645-6788

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                        $12,938.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.367**    **Nonpriority creditor's name and mailing address**
Matheson Tri-Gas, Inc., Dept LA 23793, Pasadena, CA 91185-3793

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                        $3,338.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.368**    **Nonpriority creditor's name and mailing address**
Matty's Truck Rental, LLC, P.O. Box 314, St. Mary's, AK 99658

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                        $1,294.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.369**    **Nonpriority creditor's name and mailing address**
McAfee & Taft, 10th Floor, Two Leadership Square, 211 N. Robinson,
Oklahoma, OK 73102-7103

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                        $4,694.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.370**  **Nonpriority creditor's name and mailing address**
MCFARLAND & ASSOC., DBA ANTLERS INN, PO Box 471, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$747.00

**3.371**  **Nonpriority creditor's name and mailing address**
McMaster-Carr Supply Company, 600 N County Line Rd, Elmhurst, IL 60126

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,439.32

**3.372**  **Nonpriority creditor's name and mailing address**
MEDALLION FOUNDATION, INC, 1520 North Post Road, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500.00

**3.373**  **Nonpriority creditor's name and mailing address**
Medical Park Family Care, Inc., 2211 E. Northern Lights Blvd., Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,255.00

3.374 **Nonpriority creditor's name and mailing address**
MELIN MECHANICAL, Wells Fargo Operation Center, PO Box 196127, Anchorage, AK 99519

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,127.00

---

3.375 **Nonpriority creditor's name and mailing address**
MELLERSTIG JASON, 3516 N POINT DR., ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$944.00

---

3.376 **Nonpriority creditor's name and mailing address**
Merrill Field Instruments, Inc., 900C NERUKK FIELD DRIVE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75,112.28

---

3.377 **Nonpriority creditor's name and mailing address**
Metal Innovations, Inc., 22215 Yellow Gate Ln. NE, Aurora, OR 97002

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,325.29

3.378 **Nonpriority creditor's name and mailing address**
Metal Supermarkets-Anchorage, 8535 Dimond D Circle, Anchorage, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,534.9

---

3.379 **Nonpriority creditor's name and mailing address**
MICHAEL DAWES, HILLGROVE COTTAGE, CHEDDARCOOMBE LANE, SOMERSET, BS25 IQD UK

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$323.66

---

3.380 **Nonpriority creditor's name and mailing address**
Michigan State Disb. Unit, PO Box 30350, Lansig, MI 48909-7850

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$401.75

---

3.381 **Nonpriority creditor's name and mailing address**
Mid-Continent Instruments and Avionics, PO Box 512, Wichita, KS 67201-1512

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,145.00

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,664.00
Midnight Sun Cleaning Services, LLC, PO Box 3291, Bethel, AK 99559

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70.56
MIKE'S FIRE EQUIPMENT, P.O. BOX 273, UNALASKA, AK 99685

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.17
Minot International, 515 2nd Avenue SW, PO Box 5006, Minot, ND 58702-5006

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100.00
MJD Enterprise Transport Services, 4061 Dunlap Ave., Fairbanks, AK 99709

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.386 **Nonpriority creditor's name and mailing address**
MNX, MNX, Midnite Air Corp., Chicago, IL 60673-1260

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $753.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.387 **Nonpriority creditor's name and mailing address**
Moore2thePoint, 92 Calliope Road, Auckland 0624, New Zealand

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $8,552.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
Morten Beyer & Agnew, 2101 Wilson Boulevard, Ste. 1001, Arlington, VA 22201

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $2,846.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.389 **Nonpriority creditor's name and mailing address**
Mountain Aerospace Inc., 6970 W. 116th Avenue, Unit D, Broomfield, CO 80020

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $77,077.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.390**  **Nonpriority creditor's name and mailing address**
MUNI OF ANCHORAGE TREASURY-PSAR, P.O. BOX 196650,
ANCHORAGE, AK 99519

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,225.00

---

**3.391**  **Nonpriority creditor's name and mailing address**
N A Holdings LLC dba Northern Petroleum, 820 E. Aircraft Road Ste 200,
PALMER, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,954.14

---

**3.392**  **Nonpriority creditor's name and mailing address**
N0096 Napa Auto Parts 500002109, File 56893, Los Angeles, CA 90074-
6893

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$339.71

---

**3.393**  **Nonpriority creditor's name and mailing address**
N0101 KODIAK AUTO PARTS ANC113, KODIAK AUTO PARTS INC, 3689 E
Rezanof Dr., KODIAK, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,215.79

**3.394**  **Nonpriority creditor's name and mailing address**
NAKNEK ELECTRIC ASSOCIATION, P.O. Box 118, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $6,749.6
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395**  **Nonpriority creditor's name and mailing address**
Naniq Global Logistics, LLC, 2657 Windmill Pkwy #668, Henderson, NV 89074

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $6,769.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396**  **Nonpriority creditor's name and mailing address**
Napa Auto Parts/IBS Management, Napa Auto Parts, RAVN IBS Management Account, Los Angeles, CA 90074-6893

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $333,265.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.397**  **Nonpriority creditor's name and mailing address**
NATIVE VILLAGE OF KWINHAGAK, P O BOX 149, QUINHAGAK, AK 99655

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $38,130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.398**  **Nonpriority creditor's name and mailing address**
NC MACHINERY, P.O. BOX 11626, TACOMA, WA 98411-6626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $850.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399**  **Nonpriority creditor's name and mailing address**
Nebraska Child Support Payment Center, PO Box 82890, Lincoln, NE 68501-2890

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $390.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400**  **Nonpriority creditor's name and mailing address**
NEI FLUID TECHNOLOGY, 3408 ARCTIC BLVD, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $571.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401**  **Nonpriority creditor's name and mailing address**
Newcal Aviation Inc, 14 Riser Road, Little Ferry, NJ 07643

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $35.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.402** **Nonpriority creditor's name and mailing address**
Niacc-Avitech Technologies, 245 W. Dakota Avenue, Clovis, CA 93612-5608

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$65,441.25

---

**3.403** **Nonpriority creditor's name and mailing address**
NINETEEN HUNDRED AVIATION LTD, 96 CONNAUGHT ROAD, FLEET, HAMPSHIRE, GU51 3LP

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,200.00

---

**3.404** **Nonpriority creditor's name and mailing address**
Noction, Inc., 1294 Lawrence Station Rd, Sunnyvale, CA 94089

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,562.00

---

**3.405** **Nonpriority creditor's name and mailing address**
NOME JOINT UTILITY SYSTEMS, P.O. BOX 70, NOME, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,102.28

**3.406**  **Nonpriority creditor's name and mailing address**
Nome Public Schools, PO Box 131, Nome, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.407**  **Nonpriority creditor's name and mailing address**
NOME TOYO TECH CENTER, P.O. BOX 1401, NOME, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $84.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**
Norcal Services, P.O. Box 221582, Anchorage, AK 99522

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.409**  **Nonpriority creditor's name and mailing address**
Norgasco, Inc, 4341 B Street, Suite 306, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,874.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.410**  **Nonpriority creditor's name and mailing address**
North Coast Electric Company, 2405 Van Horn Road, Fairbanks, AK
99701-7209

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $7,495.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.411**  **Nonpriority creditor's name and mailing address**
North Pacific Fuel, 3833 Rezanof, Kodiak, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $4,294.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.412**  **Nonpriority creditor's name and mailing address**
NORTH PEACE AIRPORT SERVICES LTD, FORT ST JOHN AIRPORT, BOX
6490, FORT ST JOHN BC, V1J 4H9

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $75.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.413**  **Nonpriority creditor's name and mailing address**
NORTH POLE COFFEE ROASTING, INC., 1502 MINNIE ST, FARIBANKS,
AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $758.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.414**  **Nonpriority creditor's name and mailing address**
North Slope Borough - SA10, PO Box 790, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $13,703.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.415**  **Nonpriority creditor's name and mailing address**
North Slope Borough Public Works, PO Box 69, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $0.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.416**  **Nonpriority creditor's name and mailing address**
North Slope Borough Utilities, PO Box 790, Barrow, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $746.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.417**  **Nonpriority creditor's name and mailing address**
Northern Air Cargo Inc., 3900 W. INTERNATIONAL, AIRPORT BLVD.,
ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $90,297.69
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

3.418 **Nonpriority creditor's name and mailing address**
Northern Equipment Co., 3831 Patricia Lane, Anchorage, AK 99504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $332.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.419 **Nonpriority creditor's name and mailing address**
Northern Oilfield Solutions, LLC, 420 L Street, Suite 101, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $538.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.420 **Nonpriority creditor's name and mailing address**
Northern Rockies Regional Municipality, Bag Service 399, Box 27, Fort Nelson BC, VOC 1R0

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $100.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
Northern Waste, LLC, 1237 E. 66th Ave., Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $38,703.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.422 **Nonpriority creditor's name and mailing address**
Northland Aviation Services, 3708 University Ave. S., Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $45,789.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
Northwest Fisheries Association, 6523 Californai Avenue SW #314, Seattle, WA 98136

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
NUIQSUT UTILITY COOPERATIVE, P.O Box 89328, Nuiqsut, AK 99789

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $98.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
Nullagvik Hotel, P.O. Box 336, Kotzebue, AK 99752

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $4,183.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.426**  **Nonpriority creditor's name and mailing address**
Nunamiut Corporation, 1038 Summer Street, Anaktuvuk Pass, AK 99721

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $2,782.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.427**  **Nonpriority creditor's name and mailing address**
Nushagak Electric & Telephone Corp., Inc, PO Box 350, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $4,721.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.428**  **Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH SERVICES, 52 CREST AVE STE 7A, WINTHROP, MA 02152

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.429**  **Nonpriority creditor's name and mailing address**
OFFICE DEPOT INC, P O BOX 29248, Phoenix, AZ 85038-9248

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $25,263.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
Oliver Wyman, P.O. Box 3800-28, Boston, MA 02241

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $944,662.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
OLYMPUS IND. AMERICA, Dept 3595 PO Box 123595, Dallas, TX 75312-3595

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,401.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
OMAR J. PEREIRA, 217 BARTON AV., SWANSEA, MA 02777

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,056.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
ON TIME SPORTS, 6702 W. FAIRVIEW AVE, BOISE, ID 83704

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.434** **Nonpriority creditor's name and mailing address**
OTZ Telephone Cooperative, Inc., P.O. BOX 324, KOTZEBUE, AK 99752

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,387.09

---

**3.435** **Nonpriority creditor's name and mailing address**
Owens, Beatriz, 470 East 56th Avenue H, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,870.00

---

**3.436** **Nonpriority creditor's name and mailing address**
Pacific Oil Cooler Service, Inc., 1677 Curtiss Court, La Verne, CA 91750-5848

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,087.4

---

**3.437** **Nonpriority creditor's name and mailing address**
PACIFIC SOUTHWEST INSTRUMENTS, 1721 RAILROAD STREET, CORONA, CA 92880

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,308.94

**3.438**  **Nonpriority creditor's name and mailing address**
Pan American Tool Corporation, 5990 N W 31st Avenue, Fort Lauderdale, FL 33309-2208

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $400.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.439**  **Nonpriority creditor's name and mailing address**
Peace on Earth, P.O. Box 107, Unalakleet, Alaska 99684-0107

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $4,809.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.440**  **Nonpriority creditor's name and mailing address**
Pegasus Aviation Services, LLC, 3901 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $271,740.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.441**  **Nonpriority creditor's name and mailing address**
Peninsula Aviation Services, Inc., 4700 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          $8,470,923.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.442**   **Nonpriority creditor's name and mailing address**
PERKINS COIE, 1201 THIRD AVE, 40TH FLOOR, SEATTLE, WA 98101-3099

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $49,292.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.443**   **Nonpriority creditor's name and mailing address**
Perman Stoler CHB Inc., P.O. Box 190066, Anchorage, AK 99519-0066

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $1,982.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.444**   **Nonpriority creditor's name and mailing address**
PERSONNEL PLUS EMPLOYMENT AGENCY INC, 1500 W 33rd Ave.#220, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $21,716.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.445**   **Nonpriority creditor's name and mailing address**
PETER J. CARUSO IV, PO BOX 110364, PO BOX 110364, Anchorage, AK 99511

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.446**  **Nonpriority creditor's name and mailing address**
Petro Marine Services, Petro Express, Al, DBA Petro Marine Services, P.O.
Box 389, Seward, AK 99664

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $2,024.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.447**  **Nonpriority creditor's name and mailing address**
PETRO STAR, INC-wires, 3900 'C' STREET, SUITE 401, ANCHORAGE, AK
99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $617,427.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.448**  **Nonpriority creditor's name and mailing address**
PETTY CASH- MX ANC MAINTENANCE, Petty Cash, MX ANC
Maintenance,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $197.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.449**  **Nonpriority creditor's name and mailing address**
PETTY CASH-FAIRBANKS, Fairbanks, AK

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $63.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.450** | **Nonpriority creditor's name and mailing address**
PETTY CASH-HOMER STATION, Petty Cash - HOM,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $328.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
PETTY CASH-UNALAKLEET, PETTY CASH-UNK,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $166.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address**
Pflieger, David, 4700 Old International Airport Rd, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $569.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address**
Phoenix Aerospace Inc, P O BOX 8744, Kansas City, MO 64114

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               $2,886.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.454** | **Nonpriority creditor's name and mailing address**
Piedmont Propulsion Systems, LLC, 4400 Lansing Drive, Winston-Salem, NC 27105

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $38,494.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.455** | **Nonpriority creditor's name and mailing address**
Pike's Waterfront Lodge, 1850 HOSELTON RD, FAIRBANKS, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $4,382.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.456** | **Nonpriority creditor's name and mailing address**
Pioneer Credit Recovery, Inc, PO Box 92, Arcade, NY 14009

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $238.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.457** | **Nonpriority creditor's name and mailing address**
Pioneer Door Inc, 6514 GREENWOOD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $252.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.458**   **Nonpriority creditor's name and mailing address**
PIP Printing, 833 E. 4TH AVENUE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $25,225.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.459**   **Nonpriority creditor's name and mailing address**
PK ELECTRIC, LLC, PO BOX 7, NOME, AK 99762

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $288.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.460**   **Nonpriority creditor's name and mailing address**
Planitas Airline Systems, Plaza 256 Suite 2, Blanchardstown Corporate
Park 2, Dublin 15, Ireland

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $8,333.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.461**   **Nonpriority creditor's name and mailing address**
Polar Supply Company, 2134 Texaco Avenue, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $684.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
Polar Wire Products, Inc., 7941 Brayton Drive, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                    $6.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
POSDATA Group, Inc, Dept CH 17886, Palatine, IL 60055-7886

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                                $1,195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
Pratt & Whitney Component Solution Inc., 21980 Network Place,
Chicago, IL 60673-1219

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                               $76,554.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
PRATT AND WHITNEY ENGINE SERVCIES INC, PO BOX 360727,
PITTSBURGH, PA 15251-6727

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                              $174,347.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.466** | **Nonpriority creditor's name and mailing address**
Precision Accessories & Instruments Cana, PO Box 99256, STN Terminal, Vancouver, BC, Canada V6B 0N5

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,485.00

---

**3.467** | **Nonpriority creditor's name and mailing address**
PREMERA BLUE CROSS BLUE SHIELD OF AK, ATTN: PAYMENT PROCESSING, P O BOX 91060, SEATTLE, WA 98111

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$300.89

---

**3.468** | **Nonpriority creditor's name and mailing address**
Premier Aviation Overhaul Center Inc., 3750, CH. DE L'Aeroport, Trois-Rivieres, Quebec, Canada G9A 5E1

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$438,181.63

---

**3.469** | **Nonpriority creditor's name and mailing address**
Premier Janitorial Services, LLC, 1030 S Serrano Drive, Wasilla, AK 99654

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,648.19

**3.470**  **Nonpriority creditor's name and mailing address**
Priceless Alaska, PO Box 220114, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.471**  **Nonpriority creditor's name and mailing address**
PRITT JOSEPH, 7H PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $1,181.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.472**  **Nonpriority creditor's name and mailing address**
PROFESSIONAL AVIATION ASSOCIATES, INC., 105 Southfield Pkwy,
Suite 300, Forest Park, GA 30297

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $1,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.473**  **Nonpriority creditor's name and mailing address**
Puffin Inn of Anchorage, 4400 SPENARD RD, ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $4,146.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.474** | **Nonpriority creditor's name and mailing address**
QUALITY RESOURCES LLC, 355 RICHMOND ROAD, Richmond Heights, OH 44143

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $9,785.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address**
Ravn Air Group, Inc., 4700 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $18,807,592.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address**
READY REFRESH BY NESTLE, PO BOX 856192, Louisville, KY 40285-6192

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,859.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address**
Recycling Solutions of Alaska, PO Box 110015, Anchorage, AK 99516

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.478  **Nonpriority creditor's name and mailing address**
Reddeen Marine Supply Inc./Kachemak Gear, 3625 East End Road,
Homer, AK 99603

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $37.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.479  **Nonpriority creditor's name and mailing address**
REDLINE TAXI, PO BOX 31, PO BOX 31, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   $475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.480**  **Nonpriority creditor's name and mailing address**
REGIONAL AVIONICS REPAIR LLC, 72230 WOBURN CT, THOUSAND
PALMS, CA 92276

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $1,220.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.481**  **Nonpriority creditor's name and mailing address**
Regional One, Inc., CL 600085, PO BOX 24620, WEST PALM BEACH, FL
33416

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $19,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.482**  **Nonpriority creditor's name and mailing address**
RENT A CAN, 11119 MAUSEL STREET, EAGLE RIVER, AK 99577

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.483**  **Nonpriority creditor's name and mailing address**
REPUBLIC/AURORA PARKING, 6475 AIRPORT WAY, FAIRBANKS, AK
99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                        $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484    **Nonpriority creditor's name and mailing address**
Residence Inn by Marriott, 1025 E 35th Avenue, Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $2,105.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.485    **Nonpriority creditor's name and mailing address**
Resource Development Council for Alaska,, 121 West Fireweed Lane,
Suite 250, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.486    **Nonpriority creditor's name and mailing address**
Restoration Science & Engineering, LLC, 911 West 8th Ave, Suite 100,
Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,138.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.487    **Nonpriority creditor's name and mailing address**
RIPPEL COLE, 31 Blissful Lane, East Wareham, MA 02538

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.488** | **Nonpriority creditor's name and mailing address**
ROBERT LEE GIBSON, 1709 SHAGBARK TRAIL, MURFREESBORO, TN 37130

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $20,180.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address**
ROLLS-ROYCE CORPORATION, 25306 NETWORK PLACE, CHICAGO, IL 60673-1253

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $207,532.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**
ROTORCRAFT ENTERPRISES, PO BOX 3068, WICKENBURG, AZ 85358

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $16,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address**
Rouda, Terrence, (PLT208 H6 BET),

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $134.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.492   **Nonpriority creditor's name and mailing address**
Ruby Marine Inc., P.O. Box 269, Nenana, AK 99760

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                      $2,186.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.493   **Nonpriority creditor's name and mailing address**
Ryan Air, Inc, 6400 Carl Brady Drive, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                      $34,072.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494   **Nonpriority creditor's name and mailing address**
SAAB DEFENSE & SECURITY USA, 20700 LOUDOUN COUNTY PRKWY,
Ashburn, VA 20147

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                      $47,847.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.495   **Nonpriority creditor's name and mailing address**
Safeair Media. Inc., 320 Andover Park E, Suite100, Tukwila, WA 98188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                      $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.496**   **Nonpriority creditor's name and mailing address**
SAGE MECHANICAL, LLC, PO BOX 231906, ANCHORAGE, AK 99523

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $18,499.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.497**   **Nonpriority creditor's name and mailing address**
SAMANTHA HOLMBERG, PO BOX 363, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,133.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.498**   **Nonpriority creditor's name and mailing address**
SAMSON ELECTRIC INC, 3125 N VAN HORN ROAD, FAIRBANKS, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.499**   **Nonpriority creditor's name and mailing address**
Saywell International Inc, 3700 North 29th Avenue Unit 101, Hollywood, FL 33020-1006

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $7,170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.500** | **Nonpriority creditor's name and mailing address**
Schindler Elevator Corporation, P.O.BOX 93050, CHICAGO, IL 60673-3050

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $778.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.501** | **Nonpriority creditor's name and mailing address**
Scruggs Automotive & Tire LLC, 1180 Ocean Drive, Homer, AK 99603

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $212.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.502** | **Nonpriority creditor's name and mailing address**
SDP AIRLINE FUEL & FRGT, PO BOX 165, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $22,421.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.503** | **Nonpriority creditor's name and mailing address**
Seabury MRO Solutions, Weesperstraat 105-A, Amsterdam, Netherlands 1018 VN

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                    $40,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.504 **Nonpriority creditor's name and mailing address**
Seaplanes North, LLC, 3830 AIRCRAFT DRIVE, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,067.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.505 **Nonpriority creditor's name and mailing address**
SERMAT INTERNATIONAL, 3200 NW 27TH AVENUE, 3200 NW 27TH
AVENUE, Pompano Beach, FL 33069

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,182.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.506 **Nonpriority creditor's name and mailing address**
Shanks, Derek, 11821 N Oakhurst Way, Scottsdale, AZ 85254

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.507 **Nonpriority creditor's name and mailing address**
Sheysystem, Inc., 2050 PROGRESS DRIVE, Hiawatha, IA 52233

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $8,937.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.508 **Nonpriority creditor's name and mailing address**
SHI International Corp., PO Box 952121, Dallas, TX 75395-2121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $4,055.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.509 **Nonpriority creditor's name and mailing address**
SHINING SEA COMMUNICATIONS INC, 2626 Cottonwood St., ANCHORAGE, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $399.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.510 **Nonpriority creditor's name and mailing address**
Shoreside Petroleum Inc., 6401 Lake Otis, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $31,933.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
SiberLogic Inc., 3100 Steelers Ave West Suite 205, Vaughan, Ontario L4K 3R1 Ca

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $2,985.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.512 **Nonpriority creditor's name and mailing address**
Sioux Falls Regional Airport, 2801 Jaycee Lane, Sioux Falls, SD 57104

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$43.9

---

3.513 **Nonpriority creditor's name and mailing address**
Sivuqaq,Inc, P.O. BOX 101, Gambell, AK 99742

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$224.18

---

3.514 **Nonpriority creditor's name and mailing address**
SLM MANAGEMENT LLC, PO BOX 855, PO BOX 855, Bristol, IN 46507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

3.515 **Nonpriority creditor's name and mailing address**
Snag Point Trucking & Snow Removal, PO Box 35, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,402.6

3.516 **Nonpriority creditor's name and mailing address**
SOA - DOT&PF AIAS/SWA, Accounts Receivable, PO Box 196960,
Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $23,495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.517 **Nonpriority creditor's name and mailing address**
SOA D/O LABOR DIVISION OF MECHANICAL IN, P.O. BOX 107020,
ANCHORAGE, AK 99510-7020

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
SOA D/O Environmental Conservation, P.O. Box 111800, Juneau, AK
99811-1800

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $1,561.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
SOA D/O Measurement Standards, & COMMERICAL VEHICLE
ENFORCEME, 12050 INDUSTRIAL WAY, ANCHORAGE, AK 99515-3567

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $4,780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.520**    **Nonpriority creditor's name and mailing address**
SOA D/O Trans & PF Southcoast Region-ADQ, & PUBLIC FACILITIES, P.O.
BOX 196900, ANCHORAGE, AK 99519-6900

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.521**    **Nonpriority creditor's name and mailing address**
SOA D/O Trans - Fair Landings/Rent, Fairbanks International Airport,
Accounting Sect, 6450 Airport Way, Suite 1, Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $41,546.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.522**    **Nonpriority creditor's name and mailing address**
SOA DOT Anc Airport, Accounting Section, Anchorage International
Airport, Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $123,834.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523**    **Nonpriority creditor's name and mailing address**
SOA DOT & PF CENTRAL REGION, 4111 Aviation Drive, P.O. Box 196900,
Anchorage, AK 99519-6900

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $15,265.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.524  Nonpriority creditor's name and mailing address**
SOA DOT SOUTHWEST REGION, Department of Transportation,
Administrative Services, Juneau, AK 99811-2500

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $142,047.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.525  Nonpriority creditor's name and mailing address**
SOA DOT&PF - FAI, FINANCE OFFICE, 2301 PEGER RD, FAIRBANKS, AK
99709-5316

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $5,547.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.526  Nonpriority creditor's name and mailing address**
SOA DOT&PF- Interior, 2301 Peger Road, Fairbanks, AK 99709-5316

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $32,446.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.527  Nonpriority creditor's name and mailing address**
SOCKEYE BUSINESS SOLUTIONS, INC., 808 E street, Suite 100,
Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $41,338.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.528    **Nonpriority creditor's name and mailing address**
Software One, Inc., 20875 Crossroads Circle, Suite 1, Waukesha, WI
53186

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $79,063.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.529    **Nonpriority creditor's name and mailing address**
Somerset Capital Group, LTD., 1361 Boston Post Road, Milford, CT 06460

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,266.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.530    **Nonpriority creditor's name and mailing address**
SOURDOUGH EXPRESS, INC., P.O. BOX 73398, FAIRBANKS, AK 99707

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $2,182.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.531    **Nonpriority creditor's name and mailing address**
SOUTHWEST ALASKA MUNICIPAL CONFERENCE, 3300 ARCTIC BLVD.,
SUITE 203, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.532 **Nonpriority creditor's name and mailing address**
Spawn Ideas Inc., 510 L Street, Suite 100, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $50,902.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.533 **Nonpriority creditor's name and mailing address**
Spenard Builders Supply, 4412 Lois Drive, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $66,420.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
SPIDER TRACKS NORTH AMERICA LIMITED, 203/150 Karangahape Rd,
Newton, Auckland 1010

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $11,631.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
Spring Alaska, 2700 19th Ave., Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $932.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.536  **Nonpriority creditor's name and mailing address**
Startpac/Rotocraft Enterprises, LLC, 4357 West Sunset Road, Las Vegas,
NV 89118

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $1,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.537  **Nonpriority creditor's name and mailing address**
STERLING TALENT SOLUTIONS, PO BOX 35626, NEWARK, NJ 07193-
5626

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $349.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.538  **Nonpriority creditor's name and mailing address**
Strategic Aviation Services, LTD, 10-1595 Innovation Drive, Kelowna,
British Columbia

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $2,375.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.539  **Nonpriority creditor's name and mailing address**
Structured Communications Systems, Inc, 12901 SE 97th Ave, Ste 400,
Clackamas, OR 97015

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          $33,314.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.540**  **Nonpriority creditor's name and mailing address**
STS Engineering, 2000 NE Jensen Beach Blvd, Jensen Beach, FL 34957

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $588,923.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.541**  **Nonpriority creditor's name and mailing address**
SUITE 881 LLC, 881 3RD AVE, BETHEL, AK 99559

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $5,970.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.542**  **Nonpriority creditor's name and mailing address**
Sutliff True Value Hardware, P.O. Box 1157, Kodiak, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $227.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.543**  **Nonpriority creditor's name and mailing address**
SWANSON'S ALASKA LLC, 3351 Arctic Blvd., Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $803.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.544** **Nonpriority creditor's name and mailing address**
SWISHER, PEGGY, HOMER STATION,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$194.18

**3.545** **Nonpriority creditor's name and mailing address**
SYLINT GROUP, INC., 240 NORTH WASHINGTON BLVD., SUITE 600,
SARASOTA, FL 34236

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,900.00

**3.546** **Nonpriority creditor's name and mailing address**
SYMMETRIC SOLUTIONS INC, PO BOX 113437, PO BOX 113437,
Anchorage, AK 99511

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

**3.547** **Nonpriority creditor's name and mailing address**
Syracuse Hancock International Airport, 1000 Colonel Eileen Collins
Blvd., Syracuse, NY 13212

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$13.17

3.548 **Nonpriority creditor's name and mailing address**
T.W. Carrol & Co., Inc., 350 Upland Drive, Tukwila, WA 98188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $1,615.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.549 **Nonpriority creditor's name and mailing address**
Tandem GSE, LLC, 2924 E. Ana St., E. Rancho Dominguez, CA 90221

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $1,810.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.550 **Nonpriority creditor's name and mailing address**
Tanis Aircraft Products, 2951 100th Court NE, Suite 150, Blaine, MN 55449

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $2,120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.551 **Nonpriority creditor's name and mailing address**
Taylor Communications, Inc, P.O. Box 91047, Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $47,099.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.552** **Nonpriority creditor's name and mailing address**
TAYLOR FIRE PROTECTION SERVICES, LLC., 5887 E BLUE LUPINE DR, PALMER, AK 99645

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                   $18,087.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.553** **Nonpriority creditor's name and mailing address**
Taylored Restoration Services, 8535 Dimond D Circle No A, Anchorage, AK 99515

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                     $127.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.554** **Nonpriority creditor's name and mailing address**
TDATA, 60 GRACE DRIVE, POWELL, OH 43065

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                   $3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.555** **Nonpriority creditor's name and mailing address**
TDX CORPORATION, 3601 C Street, Suite 1000-10, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                                     $398.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.556    **Nonpriority creditor's name and mailing address**
TDX North Slope Generating, 3601 C Street, Suite 1000-56, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $286.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.557    **Nonpriority creditor's name and mailing address**
TDX SAND POINT GENERATING, LLC, 3601 C STREET, STE 1000-52, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $968.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.558    **Nonpriority creditor's name and mailing address**
Technology For Energy Corporation, 10737 Lexinton Drive, Knoxville, TN 37932

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $2,732.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.559    **Nonpriority creditor's name and mailing address**
TELALASKA, 201 E. 56th Ave., Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    $11,222.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.560   **Nonpriority creditor's name and mailing address**
Textron Aviation, Inc, 7121 Southwest Blvd, Wichita, KS 67215

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $51,113.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.561   **Nonpriority creditor's name and mailing address**
TGI FREIGHT, P.O. BOX 221049, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $28.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.562   **Nonpriority creditor's name and mailing address**
The Bristol Inn, P.O. Box 330, Dillinham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $1,821.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.563   **Nonpriority creditor's name and mailing address**
THE CALGARY AIRPORT AUTHORITY, 2000 AIRPORT ROAD N. E.,
CALGARY, ALBERTA T2E 6W5

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $1,045.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.564 **Nonpriority creditor's name and mailing address**
The Grand Aleutian Hotel, P.O. Box 921169, Dutch Harbor, Alaska 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $2,018.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.565 **Nonpriority creditor's name and mailing address**
The Lakefront Anchorage, 4800 SPENARD ROAD, ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $49,359.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.566 **Nonpriority creditor's name and mailing address**
The University of Tennessee, 201 Andy Holt Tower, Knoxville, TN 37996-0100

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $11,051.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.567 **Nonpriority creditor's name and mailing address**
Thunder Bay International Airports Autho, 340-100 Princess Street, Thunder Bay, Ontario P7E 6S2

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     $364.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.568**  **Nonpriority creditor's name and mailing address**
THYSSENKRUPP ELEVATOR CORP, 7930 King Street Unit 2,
ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $2,648.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.569**  **Nonpriority creditor's name and mailing address**
Timmins Victor M. Power Airport, 4599 Airport Rd., Timmons, ON P4N
7C3

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $332.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.570**  **Nonpriority creditor's name and mailing address**
Toenies, Sandra, H6 - FAI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $38.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.571**  **Nonpriority creditor's name and mailing address**
Tool Testing Lab, Inc., 11601 N. Dixie Drive, Tipp City, OH 45371

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  $6,778.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.572** | **Nonpriority creditor's name and mailing address**
TOTAL RECLAIM, INC, P O BOX 24996, SEATTLE, WA 98124

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $858.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address**
TRANSPORTATION SECURITY ADMINSTRATOR, TRANSPORTATION
SECURITY ADMINISTRATION, P O BOX 70944, CHARLOTTE, NC 28272-0944

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address**
Trident Seafoods, P.O. Box 229, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $203.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address**
TRUCKWELL OF ALASKA, 5801 SILVERADO WAY, ANCHORAGE, AK
99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $179.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.576  **Nonpriority creditor's name and mailing address**
TTF Aerospace LLC, 4620 B Street NW Suite 101, Auburn, WA 98001

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.577  **Nonpriority creditor's name and mailing address**
Tundra Tours Inc./Top of the World Hotel, 3060 Eben Hopson Street,
Barrow, AK 99723-0129

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $355.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.578  **Nonpriority creditor's name and mailing address**
Twigs Alaskan Gifts, 6450 Airport Way, Suite 12, Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $865.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.579  **Nonpriority creditor's name and mailing address**
Uline Shipping Supply Specialist, PO Box 88741, Chicago, IL 60680-1741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,013.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.580 **Nonpriority creditor's name and mailing address**
Unalakleet Native Corporation, PO Box 100, Unalakleet, AK 99684-0100

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $16,007.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.581 **Nonpriority creditor's name and mailing address**
Unalakleet Valley Electric Coop, P.O. BOX 186, UNALAKLEET, AK 99684

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,594.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.582 **Nonpriority creditor's name and mailing address**
UNISEA INC, PO BOX 97019, REDMOND, WASHINGTON 98073-9719

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $515.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.583 **Nonpriority creditor's name and mailing address**
United Rentals, 9760 OLD SEWARD Highway, Anchorage, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $19.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.584** **Nonpriority creditor's name and mailing address**
United Utilities, Inc., P.O. BOX 92730, ANCHORAGE, AK 99509-2730

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $2,228.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.585** **Nonpriority creditor's name and mailing address**
Univar USA Inc., 13009 Collections Center Drive, Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $2,092.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.586** **Nonpriority creditor's name and mailing address**
Universal Avionics Systems Corporation, PO BOX 849273, C/O Wells
Fargo Bank, Los Angeles, CA 90084-9273

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $21,901.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.587** **Nonpriority creditor's name and mailing address**
University of AK Anchorage, ACCOUNTS RECEIVABLE, P.O. BOX 92330,
ANCHORAGE, AK 99509-2330

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $9,915.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.588**   **Nonpriority creditor's name and mailing address**
UPS Supply Chain Solutions, P.O. Box 730900, Dallas, TX 75373-0900

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $21,323.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.589**   **Nonpriority creditor's name and mailing address**
Valley Engravers, Inc., 27771 Avenue Hopkins, Valencia, CA 91355

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.590**   **Nonpriority creditor's name and mailing address**
Valley Hotel, Inc., 606 South Alaska Street, Palmer, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,353.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.591**   **Nonpriority creditor's name and mailing address**
Vas Volvo Aero Services Corp, P.O. Box 713671, Cincinnati, OH 45271-3671

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.592** **Nonpriority creditor's name and mailing address**
Vector Aerospace/StandardAero, 600 E. Dallas Rd., Ste. 400, Grapevine, TX 76051

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $1,225,232.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.593** **Nonpriority creditor's name and mailing address**
Velocity Aerospace-Burbank, 2840 N. Ontario Street, Burbank, CA 91504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $2,490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.594** **Nonpriority creditor's name and mailing address**
Vend Alaska, 1132 E 74th Ave, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $2,488.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.595** **Nonpriority creditor's name and mailing address**
Victory Enterprises LLC, P.O. Box 309, Palmer, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                           $7,622.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.596 **Nonpriority creditor's name and mailing address**
VILLAGE INN, 4403 Spenard Rd., ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,264.81

---

3.597 **Nonpriority creditor's name and mailing address**
Vision Aerospace International, Inc., 5234 Cheseboro Rd. Ste 101, Agoura Hills, CA 91301

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$700.00

---

3.598 **Nonpriority creditor's name and mailing address**
VISIT ANCHORAGE, 524 W. FOURTH AVE, ANCHORAGE, AK 99501-2212

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,347.00

---

3.599 **Nonpriority creditor's name and mailing address**
VISTA AVIATION, INC, 10000 Airpark Way, Pacoima, CA 91331-7393

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,615.5

3.600  **Nonpriority creditor's name and mailing address**
Vitus Terminals, 113 W. Northern Lights Blvd., Suite 200, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $5,649.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.601  **Nonpriority creditor's name and mailing address**
VRC OF ALASKA, 801 E. 82nd Ave, Suite B1, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $10,940.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.602  **Nonpriority creditor's name and mailing address**
W C JONES LLC, P.O. Box 980415, Houston, TX 77098

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $20,822.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.603  **Nonpriority creditor's name and mailing address**
W Capital Management, LLC, 400 Park Avenue, Suite 900, New York, NY 10022

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $3,383.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.604**  **Nonpriority creditor's name and mailing address**
WALKER ENTERPRISES, PO BOX 58239, FAIRBANKS, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $33,655.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.605**  **Nonpriority creditor's name and mailing address**
Walsh & Sheppard Inc., 111 West 9th Ave, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $1,227.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.606**  **Nonpriority creditor's name and mailing address**
Washington Crane & Hoist Co, Inc, 1334 Thornton Ave, SW, Pacific, WA 98047

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $317.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.607**  **Nonpriority creditor's name and mailing address**
Wells Fargo Vendor Fin Serv, P.O. Box 30310, Los Angeles, CA 90030-0310

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    $7,260.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.608**    **Nonpriority creditor's name and mailing address**
Wencor LLC., 1625 N 1100 W, Springville, UT 84663-0514

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $4,603.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.609**    **Nonpriority creditor's name and mailing address**
WEST COAST CONSTRUCTION, BOX 248, UNALAKLEET, AK 99684

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $720.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.610**    **Nonpriority creditor's name and mailing address**
Western Skyways Turbine, Inc., 21 Creative Place, Montrose, CO 81401

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $10,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.611**    **Nonpriority creditor's name and mailing address**
Williams & Heintz Map Corp, 8119 Central Ave, Capitol Heights, MD 20743

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                      $7,437.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.612**  **Nonpriority creditor's name and mailing address**
Wings West, P.O. Box 1533, Graham, WA 98338

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $1,978.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.613**  **Nonpriority creditor's name and mailing address**
Winnipeg Airports Authority Inc., ROOM 249, 2000 WELLINGTON
AVENUE, WINNIPEG, MB, CANADA MB R3H 1C2

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $548.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.614**  **Nonpriority creditor's name and mailing address**
Worldwide Fuel, PO Box 299, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $8,584.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.615**  **Nonpriority creditor's name and mailing address**
Wright Air Service, Inc., P.O. Box 60142, Fairbanks, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $475.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.616 **Nonpriority creditor's name and mailing address**
YELLOW PAGES UNITED, P O BOX 53251, ATLANTA, GA 30355

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $792.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.617 **Nonpriority creditor's name and mailing address**
Yukon Alaska Enterprise, P.O. Box 113, Galena, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $115.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.618 **Nonpriority creditor's name and mailing address**
Yukon Fire Protection Services, 330 E. INT'L AIRPORT RD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $1,409.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.619 **Nonpriority creditor's name and mailing address**
YUKON, Box 2703 C.P 2703, White Horse, Y1A 2C6

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:** $67.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.620    **Nonpriority creditor's name and mailing address**
Yute Commuter Service, PO Box 2988, Bethel, AK 99559

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $7,933.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.621    **Nonpriority creditor's name and mailing address**
Zee Medical Service Company, 3710 Woodland Dr Suite 1500,
Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $5,092.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.622    **Nonpriority creditor's name and mailing address**
Zep Sales & Services, FILE 50188, Los Angeles, CA 90074-0188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $2,480.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $9,781,375.93 |
| 5b. **Total claims from Part 2** | 5b. | $394,444,606.49 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $404,225,982.42 |

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**  **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

**2.1**
State what the contract or lease is for and the nature of the debtor's interest — Engagement Agreement

State the term remaining — Unknown

List the contract number of any government contract

Acro Law Group PC, Attn: Matthew D. Cram, 11120 NE 2nd Street, Bellevue, WA 98004-8332

**2.2**
State what the contract or lease is for and the nature of the debtor's interest — Alaska Communications Business Service Order

State the term remaining — Unknown

List the contract number of any government contract

ACS Internet, LLC, 600 Telephone Avenue, Anchorage, AK 99503

**2.3**
State what the contract or lease is for and the nature of the debtor's interest — Alaska communications Enterprise Services Agreement

State the term remaining — Unknown

List the contract number of any government contract

ACS Internet, LLC, 600 Telephone Avenue, Anchorage, AK 99503

**2.4**
State what the contract or lease is for and the nature of the debtor's interest — Alaska Communications Business Service Order

State the term remaining — Unknown

List the contract number of any government contract

ACS Long Distance, LLC, 600 Telephone Avenue, Anchorage, AK 99503

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Alaska communications Enterprise Services Agreement | ACS Long Distance, LLC, 600 Telephone Avenue, Anchorage, AK 99503 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | ADQ Advantage Air Freight Commercial Lease | Advantage Air Freight, 5353 W. Rezanof Drive, Kodiak, AK 99615 |
| | State the term remaining | -163 Days | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Black Rock City 2016 - Air Carrier Agreement Ravn Alaska | Advantage Flight Solutions, LLC, 9590 Prototype Court, Suite 300, Reno, NV 89521 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement for Afognak Native Corporation | Afognak Native Corporation, Jennie Smith, 360 C Quality Circle, Huntsville, AL 35806 |
| | State the term remaining | -497 Days | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality, Noncompetition, Noninterference and Nonsolocitation Agreement | Aircraft Instrument Repair, LLC, 6160 Carl Brady Dr, Suite 1, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Bill of Sale | Aircraft Instrument Repair, LLC, Attn: Roger Swanstrom Jr, Patrick Harings, 6160 Carl Brady Dr, Suite 1, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Responsibility for Work Orders / FAA 8130s | Aircraft Instrument Repair, LLC, Attn: Roger Swanstrom Jr, Patrick Harings, 6160 Carl Brady Dr, Suite 1, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Service Commercial Term Sheet | Aircraft Propeller Service LLC, 595 Telser Road, Lake Zurich, IL 60047 |
| | State the term remaining | -871 Days | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Form of Statement of Work | Airline Services, Attn: Ben Magnuson, Owner, Hatton Cross, Hounslow, England, TW6 3 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Standard Service Agreement | Airline Services, Hatton Cross, Hounslow, England, TW6 3 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Data Subscription Contract | Airline Tariff Publishing Company, Dulles international Airport, PO Box 17415, Washington, DC 20041-0415 |
| | State the term remaining | -1671 Days | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Government Filing System (GFS) Contract | Airline Tariff Publishing Company, Dulles international Airport, PO Box 17415, Washington, DC 20041-0415 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | Industry Sales Record (ISR) Contract | Airline Tariff Publishing Company, Dulles international Airport, PO Box 17415, Washington, DC 20041-0415

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | Passenger Interline Pricing/Prorate System (PIPPS) Contract | Airline Tariff Publishing Company, Dulles international Airport, PO Box 17415, Washington, DC 20041-0415

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.19** | **State what the contract or lease is for and the nature of the debtor's interest** | US/Canada Domestic Data Subscription Contract | Airline Tariff Publishing Company, Dulles international Airport, PO Box 17415, Washington, DC 20041-0415

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.20** | **State what the contract or lease is for and the nature of the debtor's interest** | Amended ACH Settlement Agreement | Airlines Clearing House, Inc, Attn: Lori J. Tullu, Secretary-Treasurer, 1301 Pennsylvania Avenue NW, Suite 1100, Washington, DC 20004-1707

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | ARC AeroGram Order Form, Agency List and Email Messaging | Airlines Reporting Corportation, Attn: Bill Hoermle, VP and Controller, 4700 Old International Airport Road, Anchorage, AK 99502

**State the term remaining** | Unknown

**List the contract number of any government contract**

**2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | Carrier Release Agreement | Airlines Reporting Corportation, Attn: Bill Hoermle, VP and Controller, 4700 Old International Airport Road, Anchorage, AK 99502

**State the term remaining** | Unknown

**List the contract number of any government contract**

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Agremeent to the Carrier Services Agreement | Airlines Reporting Corportation, Attn: Bill Hoermle, VP and Controller, 4700 Old International Airport Road, Anchorage, AK 99502 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Furnish Employees | Airport Enterprise LLC, DBA Contract Aircraft Technicians, PO Box 7276, Kalispell, Montana 59904 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Services Agreement | AKN Grouond Support LLC, Attn: Jason Lazore, Owner, PO Box 214, King Salmon, AK 99613-0214 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Bilateral Interline Agreement | Alaska Airline, Inc, PO Box 68900, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | ADQ Alaska Airlines Terminal Sublease | Alaska Airlines Inc., Attn. Properties and Facilities Department, P.O Box 68900, Seattle, WA 98168 |
| | **State the term remaining** | -2233 Days | |
| | **List the contract number of any government contract** | 96-242 | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to ADQ Alaska Airlines Terminal Sublease | Alaska Airlines Inc., Attn. Properties and Facilities Department, P.O Box 68900, Seattle, WA 98168 |
| | **State the term remaining** | -2233 Days | |
| | **List the contract number of any government contract** | 96-242 | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to ADQ Alaska Airlines Terminal Sublease | Alaska Airlines Inc., Attn. Properties and Facilities Department, P.O Box 68900, Seattle, WA 98168 |
| | **State the term remaining** | -2233 Days | |
| | **List the contract number of any government contract** | 96-242 | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to ADQ Alaska Airlines Terminal Sublease | Alaska Airlines Inc., Attn. Properties and Facilities Department, P.O Box 68900, Seattle, WA 98168 |
| | **State the term remaining** | -2233 Days | |
| | **List the contract number of any government contract** | 96-242 | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 4 to ADQ Alaska Airlines Terminal Sublease | Alaska Airlines Inc., Attn. Properties and Facilities Department, P.O Box 68900, Seattle, WA 98168 |
| | **State the term remaining** | -2233 Days | |
| | **List the contract number of any government contract** | 96-242 | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Cargo Capacity Purchase Agreement | Alaska Airlines, Inc, Attn: Managing Director, Cargo, 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | -1788 Days | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Codesharing Agreement | Alaska Airlines, Inc., 1300 International Boulevard, Seattle, WA 98188 |
| | **State the term remaining** | 1421 Days | |
| | **List the contract number of any government contract** | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 To Ground Handling Service Agreement - CDV | Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.35  **State what the contract or lease is for and the nature of the debtor's interest**    Amendment #1 To Ground Handling Services Agreement (ADQ)    Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.36  **State what the contract or lease is for and the nature of the debtor's interest**    Amendment to 7H 2019-1    Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.37  **State what the contract or lease is for and the nature of the debtor's interest**    Alaska Airlines Mileage Plan Program Participation Agreement Corvus Airlines, Inc.    Alaska Airlines, Inc., 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**    1421 Days

**List the contract number of any government contract**


2.38  **State what the contract or lease is for and the nature of the debtor's interest**    Attachment A First Amendment Effective September 1st, 2011 Service Pricing Agreement    Alaska Airlines, Inc., 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.39  **State what the contract or lease is for and the nature of the debtor's interest**    Attachment A Second Amendment Effective May 1st, 2013 Service Pricing Agreement    Alaska Airlines, Inc., 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.40  **State what the contract or lease is for and the nature of the debtor's interest**    Codesharing Agreement Between Alaska Airlines, Inc. and Corvus Airlines, Inc.    Alaska Airlines, Inc., 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**    1421 Days

**List the contract number of any government contract**

**2.41** **State what the contract or lease is for and the nature of the debtor's interest**

Deicing Agreement

Alaska Airlines, Inc., 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.42** **State what the contract or lease is for and the nature of the debtor's interest**

Ground Handling Service Agreement for (CDV)

Alaska Airlines, Inc., Director, Vendor Oversight, 20833 International Blvd, Seattle, WA 98198

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.43** **State what the contract or lease is for and the nature of the debtor's interest**

Ground Handling Services Agreement for (ADQ)

Alaska Airlines, Inc., Director, Vendor Oversight, 20833 International Boulevard, Seattle, WA 98198

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.44** **State what the contract or lease is for and the nature of the debtor's interest**

On-Call Maintenance Agreement

Alaska Airlines, Inc., Manager of Line Maintenance Contracts-SEAMK, P.O. Box 68900, Seattle, WA 98168-0900

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Alaska Airlines Mileage Plan Program Participation Agreement

Alaska Airlines, Inc., Managing Director, Loyalty Marketing & Customer Advocacy, 19300 International Boulevard, Seattle, WA 98188

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Special Protection Agreement

Alaska Airlines, Inc., Rob Lamka, Codeshare & Interline Revenue Manager, 19300 International Blvd, Seattle, WA 98188

**State the term remaining**

-138 Days

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Prorate Agreement | Alaska Airlines, Inc., Rob Lamka, Codeshare & Interline Revenue Manager, P.O. Box 68900 SEAVZ, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Prorate Agreement | Alaska Airlines, Inc., Rob Lamka, Senior Analyst, Revenue Management, P.O. Box 68900 SEAVZ, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | 2017 Cash/Trade Agreement | Alaska Airmen's Association, Corey Hester, Executive Director, 4200 Floatplane Drive, Anchorage, AK 99502 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Ground Handling Agreement | Alaska Central Express, Inc., P.O. Box 190248, Anchorage, AK 99519-0248 |
| | **State the term remaining** | -1369 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Charter Agreement | Alaska Destinations Specialist, Inc., 639 W. International Airport Rd, Ste. 26, Anchorage, AK 99518 |
| | **State the term remaining** | -724 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement for Alaska Fisherman Club | Alaska Fisherman Club, Carmen Curtis-Schrettl, P.O. Box 190466, Anchorage, AK 99519 |
| | **State the term remaining** | -589 Days | |
| | **List the contract number of any government contract** | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | 2018 Media Trade Agreement | Alaska Media, LLC, Jason Evans, Publisher, 500 W International Airport Rd, Anchorage, AK 99518-1175 |
| | State the term remaining | -343 Days | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Contract Fare Agreement | Alaska Native Tribal Health Consortium, Michelle Pattison, 4315 Diplomacy Dr., Anchorage, AK 99508 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement for Alaska Railroad Corporation | Alaska Railroad Corporation (ARRC), Tucker Remley, 431 W. 1st Ave., Anchorage, AK 99501 |
| | State the term remaining | -132 Days | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement | Alaska Railroad Corporation, Tucker Remley, P.O. Box 107500, Anchorage, AK |
| | State the term remaining | -497 Days | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | CDB Terminal Sublease | Aleutians East Borough, Attn. Borough Administrator, 3380 C St., Suite 205, Anchorage, AK 99503 |
| | State the term remaining | 1876 Days | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Charter Agreement | Alion Science and Technology, 8193 Dorsey Run Road, Suite 250, Annapolis Junction, MD 20701 |
| | State the term remaining | -1063 Days | |
| | List the contract number of any government contract | | |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract TAPS/400616 - Amendment Number: 2 | Alyeska Pipeline Service Company, Ed Hendrickson, PO Box 196660, MS 530B, Anchorage, AK 99519-6660 |
| | **State the term remaining** | 20 Days | |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract TAPS/400616 - Amendment Number: 1 | Alyeska Pipeline Service Company, John Estabrook, Jr., PO Box 196660, MS 530B, Anchorage, AK 99519-6660 |
| | **State the term remaining** | -1807 Days | |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract TAPS/400616 - Pump Station Crew Change Flight Services | Alyeska Pipeline Service Company, Mike Muckenthaler, PO Box 196660, MS 530B, Anchorage, AK 99519-6660 |
| | **State the term remaining** | -2537 Days | |
| | **List the contract number of any government contract** | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Regarding Data Protection | American Airlines, Inc., Julie Morris, PO Box 619616, DFW Airport, TX 75261-9616 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Airline Card Service Agreement | American Express Travel Related Services Company, Inc., American Express Payment Services Limited, Attn: President, Global Merchant Services, 3 World Financial Center, 200 Vesey Street, 40th Floor, New York, NY 10285 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | 2016 Contract for Services | Anderson Group, LLC, 3165 Riverview Drive, Fairbanks, AK 99709 |
| | **State the term remaining** | -1227 Days | |
| | **List the contract number of any government contract** | | |

2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Appareo Distributor Agreement | Appareo Systems, LLC, 1810 NDSU Research Circle North, Fargo, ND 58102
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work | APUN LLC, Donnell Bond, 2130 E. Diamond Blvd, Anchorage, AK 99507
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Services Agreement | APUN LLC, Donnell Bond, 2130 E. Diamond Blvd, Anchorage, AK 99507
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Interline Pass Agreement | APUN, 2130 E. Diamond Blvd, Anchorage, AK 99507
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | FAI Arctic Couriers Warehouse Lease | Arctic Couriers Inc., 5690 Supply Rd Bay 1, Fairbanks, AK 99709
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement for Arctic Slope Regional Corporation | Arctic Slope Regional Corpration, Angie Middleton, 3900 C. Street, Suite 1000, Anchorage, AK 99503
| **State the term remaining** | -132 Days |
| **List the contract number of any government contract** | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement for Arctic Slope Regional Corporation | Arctic Slope Regional Corpration, Kyle Jones, 3900 C. Street, Suite 201, Anchorage, AK |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Snow Removal Bid 2017-2018 | ArcticTerra, PO Box 240243, Anchorage, AK 99524 |
| | State the term remaining | -207 Days | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | ARINC Incorporated | ARINC Incorporated, Attn. Real Estate Dept., 2551 Riva Rd, MS 5-1B35, Annapolis, MD 21401-7435 |
| | State the term remaining | 658 Days | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | 2014 Authorized Dealer Agreement - Revised June 12, 2013 | Aspen Avionics, Mark Ferrari, 5001 Indian School Rd NE, Albuquerque, NM 87110 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Power By the Hour Agreement | Atlantic Turbines International Inc., Brian Thompson |
| | State the term remaining | -2264 Days | |
| | List the contract number of any government contract | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | Aviall Services, Inc., Andy Storer, PO Box 619048, Dallas, TX 75261-9048 |
| | State the term remaining | -954 Days | |
| | List the contract number of any government contract | | |

2.77 **State what the contract or lease is for and the nature of the debtor's interest**

Rebate Program Agreement

Aviall Services, Inc., Corey J. McBride, 2750 Regent Blvd, DFW Airport, TX 75261

**State the term remaining**

234 Days

**List the contract number of any government contract**

2.78 **State what the contract or lease is for and the nature of the debtor's interest**

Rebate Program Agreement

Aviall Services, Inc., Kerry Anderson, 2750 Regent Blvd, DFW Airport, TX 75261

**State the term remaining**

-497 Days

**List the contract number of any government contract**

2.79 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Sales Agreement

Aviall Services, Inc., Stephen Wilkinson, PO Box 619048, Dallas, TX 75261-9048

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.80 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to Rebate Program Agreement

Aviall Services, Inc., W. Stephen Jackson, 2750 Regent Blvd, DFW Airport, TX 75261

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.81 **State what the contract or lease is for and the nature of the debtor's interest**

Residential Lease for Property located at 7714 Yugit Street

Baker Construction, Inc., PO Box 2246, Barrow, AK 99723

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.82 **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

Beacon Occupational Health and Safety Services, Inc. , Bob Lee, 450 Adubenspeck Circle, Kenai, AK 99611

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.83** State what the contract or lease is for and the nature of the debtor's interest

Standard Services Agreement

Beacon Occupational Health and Safety Services, Inc. , Mark Hylen, 800 Cordova St, Anchorage, AK 99501

State the term remaining

Unknown

List the contract number of any government contract

---

**2.84** State what the contract or lease is for and the nature of the debtor's interest

Special Fare Agreement for Bering Strait School District

Bering Strait School District (BSSD), Dr. Robert Bolen, 225 Main Street, Unalakleet, AK 99684

State the term remaining

-316 Days

List the contract number of any government contract

---

**2.85** State what the contract or lease is for and the nature of the debtor's interest

Engagement Agreement

Bersenas Jacobsen Chouest Thomson Blackburn, Carlos P. Martins, 33 Younge Street, Suite 201, Toronto, ON M5E IG4

State the term remaining

Unknown

List the contract number of any government contract

---

**2.86** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 01 to BP Exploration (Alaska) Inc. Contract No. 12829

BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508

State the term remaining

Unknown

List the contract number of any government contract

---

**2.87** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 02 to BP Exploration (Alaska) Inc. Contract No. 12829

BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508

State the term remaining

-2810 Days

List the contract number of any government contract

---

**2.88** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 03 to BP Exploration (Alaska) Inc. Contract No. 12829

BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508

State the term remaining

-2445 Days

List the contract number of any government contract

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 05 to BP Exploration (Alaska) Inc. Contract No. 12829 | BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508 |
| | State the term remaining | -1715 Days | |
| | List the contract number of any government contract | | |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 06 to BP Exploration (Alaska) Inc. Contract No. 12829 | BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 07 to BP Exploration (Alaska) Inc. Contract No. 12829 | BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508 |
| | State the term remaining | 112 Days | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Global Model Contract Aircraft Services | BP Exploration (Alaska), Inc., 900 E. Benson Blvd.,, Anchorage, AK 99508 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | VIP Agreement | Brandyourself.com, Inc., 336 W. 37th St, Ste 1200, New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | VIP Agreement Amendment | Brandyourself.com, Inc., 336 W. 37th St, Ste 1200, New York, NY 10018 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement for Bristol Bay Economic Devleopment Corporation | Bristol Bay Economic Development Corporation, Attn: Helen Smeaton for and on behalf of BBEDC, PO Box 1464, Dillingham, AK 99576 |
|---|---|---|---|
| | **State the term remaining** | -497 Days | |
| | **List the contract number of any government contract** | | |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement for Bristol Bay Native Association | Bristol Bay Native Association, Attn: Ralph Andersen, President & CEO, PO Box 310, Dillingham, AK 99576 |
|---|---|---|---|
| | **State the term remaining** | -497 Days | |
| | **List the contract number of any government contract** | | |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal and Quote for Onsite Training Services for Ravn Alaska | BSI Group America Inc., Attn: Mitchell McGovern, 12950 Worldgate Dr., Suite 800, Herndon, VA 20170 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Ravn Air Group Aviation Services Agreement | Caelus Energy Alaska, LLC & Affiliates, Attn: Jessica Rauchenstein, Procurement & Contracts Manager, 3700 Centerpoint Dr., Suite 500, Anchorage, AK 99503 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement for Camai Community Health Center | Camai Community Health Center, Attn: Wendy Johnson, 2 School Road, Naknek, AK 99633 |
|---|---|---|---|
| | **State the term remaining** | -316 Days | |
| | **List the contract number of any government contract** | | |

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | 2018-2019 Trade Agreement | Camp Fire Alaska, Attn: Joanne Phillips-Nutter, Director of Development & Marketing, 161 Klevin Street, Suite 100, Anchorage, AK 99508 |
|---|---|---|---|
| | **State the term remaining** | -438 Days | |
| | **List the contract number of any government contract** | | |

**2.101** **State what the contract or lease is for and the nature of the debtor's interest**

Software License Agreement

Cargo Data Management, Corp., Attn: Allen Bohne, 650 S. Edmonds Lane, Suite 120, Lewisville, TX 75067

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.102** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work C208B Maintenance Time Limit Manual Creation

Cavok, Attn: David A. Marcontell, 1500 Solana Blvd., Westlake, TX 76262

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.103** **State what the contract or lease is for and the nature of the debtor's interest**

CBIZ CMF, LLC Audit Support and Consulting Services Agreement

CBIZ CMF, LLC, Attn: Seth Goldblum, Managing Director, 325 Chestnut Street, Suite 410, Philadelphia, PA 19106

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.104** **State what the contract or lease is for and the nature of the debtor's interest**

Chaz Aero Aircraft Refinish Work Authorization Form

Chaz Aero Aircraft Refinish, 2150 E. 5th Ave., Anchorage, AK 99501

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

HOM Ticket Counter Sublease

City of Homer, 491 East Pioneer Avenue, Homer, AK 99603

**State the term remaining**

1053 Days

**List the contract number of any government contract**

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Kenai Municipal Airport Operating Agreement and Terminal Area Lease

City of Kenai, 210 Fidalgo Avenue, Kenai, AK 99611-7794

**State the term remaining**

50 Days

**List the contract number of any government contract**

2.107   **State what the contract or lease is for and the nature of the debtor's interest**   Amendment No. 2 to Kenai Municipal Airport Operating Agreement and Terminal Area Lease   City of Kenai, 210 Fidalgo Avenue, Kenai, AK 99611-7794

**State the term remaining**   50 Days

**List the contract number of any government contract**

2.108   **State what the contract or lease is for and the nature of the debtor's interest**   Amendment No. 3 to Kenai Municipal Airport Operating Agreement and Terminal Area Lease   City of Kenai, 210 Fidalgo Avenue, Kenai, AK 99611-7794

**State the term remaining**   50 Days

**List the contract number of any government contract**

2.109   **State what the contract or lease is for and the nature of the debtor's interest**   Kenai Municipal Airport Operating Agreement and Terminal Area Lease   City of Kenai, 210 Fidalgo Avenue, Kenai, AK 99611-7794

**State the term remaining**   50 Days

**List the contract number of any government contract**

2.110   **State what the contract or lease is for and the nature of the debtor's interest**   Aircraft Charter Contract   City of Unalaska, Attn: Erin Reinders, City Manager, PO Box 610, Unalaska, AK 99685

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.111   **State what the contract or lease is for and the nature of the debtor's interest**   Supplement No. 1 to VDZ Terminal Building Sublease   City of Valdez, P.O Box 307, Valdez, AK 99686

**State the term remaining**   234 Days

**List the contract number of any government contract**

2.112   **State what the contract or lease is for and the nature of the debtor's interest**   Supplement No. 2 to VDZ Terminal Building Sublease   City of Valdez, P.O Box 307, Valdez, AK 99686

**State the term remaining**   234 Days

**List the contract number of any government contract**

**2.113**  **State what the contract or lease is for and the nature of the debtor's interest**    Supplement No. 3 to VDZ Terminal Building Sublease    City of Valdez, P.O Box 307, Valdez, AK 99686

**State the term remaining**    234 Days

**List the contract number of any government contract**

**2.114**  **State what the contract or lease is for and the nature of the debtor's interest**    VDZ Terminal Building Sublease    City of Valdez, P.O Box 307, Valdez, AK 99686

**State the term remaining**    234 Days

**List the contract number of any government contract**

**2.115**  **State what the contract or lease is for and the nature of the debtor's interest**    Corporate Account Agreement    Coast Gateway Hotel, WA, Attn: Richard J.H., 18415 International Boulevard, Seatac, WA 98188

**State the term remaining**    -346 Days

**List the contract number of any government contract**

**2.116**  **State what the contract or lease is for and the nature of the debtor's interest**    Corporate Account Agreement    Coast Gateway Hotel, WA, Attn: Richard J.H., 18415 International Boulevard, Seatac, WA 98188

**State the term remaining**    20 Days

**List the contract number of any government contract**

**2.117**  **State what the contract or lease is for and the nature of the debtor's interest**    General Agency Agreement    Cole International, Inc., Attn: Craig Ozimko, 111 49th Avenue NE, Calgary, Alberta T2E 8V2

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.118**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement for Collection Services    Cornerstone Credit Services, LLC ("CCS"), Attn: Cyprianna, 1835 S Bragaw, Suite 500, Anchorage, AK 99508

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.119** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement Agreement

Covington & Burling LLp, Attn: Nigel L. Howard, The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.120** **State what the contract or lease is for and the nature of the debtor's interest**

Grounds Maintenance Agreement

D&S Services, Attn: David Gower, 7601 Upper O'Malley Road, Anchorage, AK 99507

**State the term remaining**

-757 Days

**List the contract number of any government contract**

**2.121** **State what the contract or lease is for and the nature of the debtor's interest**

Grounds Maintenance Agreement

D&S Services, Attn: David Gower, 7601 Upper O'Malley Road, Anchorage, AK 99507

**State the term remaining**

-26 Days

**List the contract number of any government contract**

**2.122** **State what the contract or lease is for and the nature of the debtor's interest**

Copier Lease Agreement

De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.123** **State what the contract or lease is for and the nature of the debtor's interest**

Special Fare Agreement for Deep Sea Fisheries

Deep Sea Fisheries, Attn: Mary Boggs, 3900 Railway Ave, Everett, WA 98201

**State the term remaining**

-497 Days

**List the contract number of any government contract**

**2.124** **State what the contract or lease is for and the nature of the debtor's interest**

Data Protection Addendum - Controller-to-Controller

Delta Airlines, Inc., Attn: Steve Jensen - Manager Interline & Industry Affairs, 1030 Delta Blvd, Atlanta, GA 30354

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.125 **State what the contract or lease is for and the nature of the debtor's interest** — Master Agreement Department of Natural Resources — Department of Natural Resources, Forestry Palmer, 101 Airport Road, Palmer, AK 99645

**State the term remaining** — 1420 Days

**List the contract number of any government contract** — MA 10 190000247-1

2.126 **State what the contract or lease is for and the nature of the debtor's interest** — Fixed Wing on Call Contract — DOI - Office of Aviation Services (OAS), Attn: Marc Tunstall, 4405 Lear Court, Anchorage, AK 99502

**State the term remaining** — Unknown

**List the contract number of any government contract** — D17PC00048

2.127 **State what the contract or lease is for and the nature of the debtor's interest** — Aircraft Charter Agreement — Doyon LImited , Attn: Aaron Schutt, 11500 C Street, Suite 250, Anchorage, AK 99515

**State the term remaining** — -588 Days

**List the contract number of any government contract**

2.128 **State what the contract or lease is for and the nature of the debtor's interest** — Aircraft Services Agreement — Doyon LImited , Attn: Aaron Schutt, 11500 C Street, Suite 250, Anchorage, AK 99515

**State the term remaining** — -1318 Days

**List the contract number of any government contract**

2.129 **State what the contract or lease is for and the nature of the debtor's interest** — EFS Master Services Agreement — Electronic Funds Source (EFS), Attn: Derrick Strupp, 1104 Country Hills Drive Suite 600, Ogden, UT 84403

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.130 **State what the contract or lease is for and the nature of the debtor's interest** — Invoice Payment Agreement — Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001

**State the term remaining** — Unknown

**List the contract number of any government contract**

**2.131** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure and Non-Circumvent Agreement | Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001
| **State the term remaining** | -257 Days |
| **List the contract number of any government contract** | |

**2.132** | **State what the contract or lease is for and the nature of the debtor's interest** | RAVN Engagement - Commercial Planning and Management | Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.133** | **State what the contract or lease is for and the nature of the debtor's interest** | RAVN Engagement - Commercial Planning and Management - Amendment 1 | Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.134** | **State what the contract or lease is for and the nature of the debtor's interest** | RAVN Engagement - Commercial Planning and Management - Amendment 2 | Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.135** | **State what the contract or lease is for and the nature of the debtor's interest** | RAVN Engagement - Network and Schedule Planning Services | Embark Aviation Corp, Attn: Benjamin Munson, 718 7th St NW, Washington, DC 20001
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.136** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract of Agreement for Deice Services For Empire Airlines-Kenai | Empire Airlines, 11559 N Atlas Road, Hayden, ID 83835
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Agreement | Engineering Support Personnel, Inc., 2603 Discovery Drive, Suite 115, Orlando , FL 32826 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Northwest Arctic Adventures LCC Residential lease | Erik Snuggerud, P.O Box 976, Kotzebue, AK 99752 |
| | **State the term remaining** | 780 Days | |
| | **List the contract number of any government contract** | | |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticketing Agreement | Expedia Inc., Attn General Counsel, 333 108th Ave, NE, Bellevue, WA 98004 |
| | **State the term remaining** | -223 Days | |
| | **List the contract number of any government contract** | | |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | BIS Pricing Addendum | Experian Information Solutions, Inc. |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order Release Form | ExxonMobil Alaska Production, Inc., Keith Patterson, P.O. Box 196601, Anchorage , AK 99519 |
| | **State the term remaining** | -589 Days | |
| | **List the contract number of any government contract** | A2505326 | |

| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order Release Form | ExxonMobil Alaska Production, Inc., Keith Patterson, P.O. Box 196601, Anchorage , AK 99519 |
| | **State the term remaining** | -558 Days | |
| | **List the contract number of any government contract** | A2505326 | |

**2.143**

**State what the contract or lease is for and the nature of the debtor's interest**
Work Order Release Form

**State the term remaining**
-528 Days

**List the contract number of any government contract**
A2505326

ExxonMobil Alaska Production, Inc., Keith Patterson, P.O. Box 196601, Anchorage, AK 99519

**2.144**

**State what the contract or lease is for and the nature of the debtor's interest**
Agreement A2505326 Amendment 001

**State the term remaining**
-741 Days

**List the contract number of any government contract**
A2505326

ExxonMobil Global Services Company, 22777 Springwoods Village Parkway, Spring, TX 77389

**2.145**

**State what the contract or lease is for and the nature of the debtor's interest**
Agreement A2505326 Amendment 002

**State the term remaining**
355 Days

**List the contract number of any government contract**
A2505326

ExxonMobil Global Services Company, 22777 Springwoods Village Parkway, Spring, TX 77389

**2.146**

**State what the contract or lease is for and the nature of the debtor's interest**
Amendment 007 to A2301204

**State the term remaining**
Unknown

**List the contract number of any government contract**
A2301204

ExxonMobil Global Services Company, 396 West Green Road, Houston, TX 77067

**2.147**

**State what the contract or lease is for and the nature of the debtor's interest**
Standard Procurement Agreement for Goods and Services Agreement

**State the term remaining**
-771 Days

**List the contract number of any government contract**
A2505326

ExxonMobil Global Services Company, Dan Naughton, 22777 Springwoods Village Parkway, Spring, TX 77389

**2.148**

**State what the contract or lease is for and the nature of the debtor's interest**
Special Fare Agreement for Fairbanks Ice Dogs-Kenai River Brown Bears

**State the term remaining**
-710 Days

**List the contract number of any government contract**

Fairbanks Ice Dogs, 139 32nd Avenue, Fairbanks, AK 99701

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Firm Fixed Price Blank Purchase Agreement (BPA) - Air Cargo Services |
| | | Federal Emergency Management Agency, Contracting Office - Janice Joseph, 130 228th Street, Bothel, WA 98201 |
| | **State the term remaining** | -1782 Days |
| | **List the contract number of any government contract** | HSFE10-14-A-5119 |

| | | |
|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement |
| | | Federal Express Corporation |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement |
| | | Federal Express Corporation, Industry Affairs, 942 S Shady Grove Road, Memphis , TN 38120 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Charter Agreement |
| | | Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118 |
| | **State the term remaining** | -1809 Days |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Charter Agreement |
| | | Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118 |
| | **State the term remaining** | -1777 Days |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Charter Agreement |
| | | Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118 |
| | **State the term remaining** | -1684 Days |
| | **List the contract number of any government contract** | |

2.155  **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Charter Agreement

Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118

**State the term remaining**

-1234 Days

**List the contract number of any government contract**

2.156  **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Charter Agreement

Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118

**State the term remaining**

-1231 Days

**List the contract number of any government contract**

2.157  **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Charter Agreement

Fedex - Feeder Aircraft Operations, 2955 Republican Drive, Memphis , TN 38118

**State the term remaining**

-1230 Days

**List the contract number of any government contract**

2.158  **State what the contract or lease is for and the nature of the debtor's interest**

Aircraft Charter Agreement

Fedex - Feeder Aircraft Operations, Industry Affairs, 942 S Shady Grove Road, Memphis , TN 38120

**State the term remaining**

-1605 Days

**List the contract number of any government contract**

2.159  **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Reduced Rate Transportation

FedEx Corporation, Industry Affairs, 942 S Shady Grove Road, Memphis , TN 38120

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.160  **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Reduced Rate Transportation

FedEx Corporation, Industry Affairs, 942 S Shady Grove Road, Memphis , TN 38120

**State the term remaining**

Unknown

**List the contract number of any government contract**

17-0178-000

**2.161** **State what the contract or lease is for and the nature of the debtor's interest**

ONEpay Online Authorization

First National Bank Alaska, Electronic Banking Service Department, 1753 Gambell Street, Anchorage , AK 99501

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.162** **State what the contract or lease is for and the nature of the debtor's interest**

One Time Agreement for Training

FlightSafety International Inc., Marine Air Terminal, Laguardia Airport, Flushing, NY 11371

**State the term remaining**

-132 Days

**List the contract number of any government contract**


**2.163** **State what the contract or lease is for and the nature of the debtor's interest**

Flightstats Analytics License Subscription

FlightStats, Inc., 522 SW 5th Avenue , Suite 200, Portland, OR 97204

**State the term remaining**

-681 Days

**List the contract number of any government contract**


**2.164** **State what the contract or lease is for and the nature of the debtor's interest**

Subcontract Agreement

FreeFlight Systems, 8150 Springwood Drive, Suite 100, Irving, TX 75063

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.165** **State what the contract or lease is for and the nature of the debtor's interest**

Galileo International Global Airline Distribution Agreement

Galileo International, Windmill Hill, Swindon,

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.166** **State what the contract or lease is for and the nature of the debtor's interest**

Domestic Aviation Distruibtor Agreement

Garmin USA, 1200 East 151st Street, Olathe, KS 66062

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.167 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order

GCI Communication Corp., 2550 Denali Street, Suite 1000, Anchorage, AK 99503

**State the term remaining**

-466 Days

**List the contract number of any government contract**


2.168 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement PSA-0328

GCI Communication Corp., 2550 Denali Street, Suite 1000, Anchorage, AK 99503

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.169 **State what the contract or lease is for and the nature of the debtor's interest**

Mendrandum of Agreement Between Galena City School District and Ravn Air Group

Gelena City School District, P.O. Box 299, Galena, AK 99741

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.170 **State what the contract or lease is for and the nature of the debtor's interest**

Special Fare Agreement for Galena City School District

Gelena City School District, P.O. Box 299, Galena, AK 99741

**State the term remaining**

-316 Days

**List the contract number of any government contract**


2.171 **State what the contract or lease is for and the nature of the debtor's interest**

Special Fare Agreement for Galena City School District

Gelena City School District, P.O. Box 299, Galena, AK 99741

**State the term remaining**

50 Days

**List the contract number of any government contract**


2.172 **State what the contract or lease is for and the nature of the debtor's interest**

Next Gen Surveillance Data License Agreement Between Harris Corporation and Corvus Airlines, Inc. doing business as Ravn Alaska Change Order 004

Harris Corporation, 5245 Airport Industrial Road, Fairbanks, AK 99709

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.173 **State what the contract or lease is for and the nature of the debtor's interest**

BET Parking Space Lease

Harry Faulkner, P.O Box 1543, Bethel, AK 99559

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.174 **State what the contract or lease is for and the nature of the debtor's interest**

King Select/Elite Amendment to Bendixking Avionics Dealership Agreement

Honeywell International Inc., 9201 San Mateo Blvd., Albuquerque, NM 87113

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.175 **State what the contract or lease is for and the nature of the debtor's interest**

Special Prorate Agreement

Horizon Air Industries, Inc., 19521 International Blvd, Seatac, WA 98188

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.176 **State what the contract or lease is for and the nature of the debtor's interest**

ID90 Technologies Addendum to Contract Dated November 11, 2011

ID90 Technologies, Inc., 925 South Kimball Ave, Suite #140, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.177 **State what the contract or lease is for and the nature of the debtor's interest**

ID90 Technologies Client Agreement

ID90 Technologies, Inc., 925 South Kimball Ave, Suite #140, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.178 **State what the contract or lease is for and the nature of the debtor's interest**

DHC-8-100 Flight Simulator Quote for ERA Aviation

InMotion Simulation LLC, 6724 Corsair Ave, #3, Prescott, AZ 86301

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.179** | **State what the contract or lease is for and the nature of the debtor's interest** | Order for Supplies or Services | Interior Business Center, AQD, Attn: Government POC, Division 4/Branch 1A, 4405 Lear Court, Anchorage, AK 99502
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | D17PC00048 |

**2.180** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract | Interior Business Center, AQD, Attn: Valerie Flynn, Division 4/Branch 1A, 4405 Lear Court, Anchorage, AK 99502
| **State the term remaining** | -41 Days |
| **List the contract number of any government contract** | D17PC00048 |

**2.181** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract | Interior Business Center, AQD, Attn: Valerie Flynn, Division 4/Branch 1A, 4405 Lear Court, Anchorage, AK 99502
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | D17PC00048 |

**2.182** | **State what the contract or lease is for and the nature of the debtor's interest** | Solicitation/Contract/Order for Commerical Items | Interior Business Center, AQD, Attn: Valerie Flynn, Division 4/Branch 1A, 4405 Lear Court, Anchorage, AK 99502
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | D17PC00048 |

**2.183** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract | Interior Business Center, AQD, Division 4/Branch 1A, 4405 Lear Court, Anchorage, AK 99502
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | D17PC00048/D17PD00747 |

**2.184** | **State what the contract or lease is for and the nature of the debtor's interest** | Order for Supplies or Services | Interior Business Center, AQD, Valerie Flynn, 4405 Lear Court, Division 4/Branch 1A, 4405 Lear Court, Anchrorage, AK 99502
| **State the term remaining** | -497 Days |
| **List the contract number of any government contract** | D17PC00048 |

2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Solicitation/Contract/Order for Commercial Items | Interior Business Center, AQD, Valerie Flynn, Division 4/Branch 1A, 4405 Lear Court, Anchrorage, AK 99502
| **State the term remaining** | -1137 Days |
| **List the contract number of any government contract** | D17PC00048 |

2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Audit Agreement | International Air Transport Association, 800 Place Victoria, PO Box 113, Montreal, QB H4Z 1M1
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Flight Data Analysis Service & Purchase Agreement | International Air Transport Association, Rodolfo Quevedo, 800 Place Victoria, Montreal, QB H4Z 1M1
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Chapter B16 - Standard Agreement for SIS Participation | International Air Transport Association, SIS Operations, 800 Place Victoria, PO Box 113, Montreal, QB H4Z 1M1
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Fueling Services Agreement | International Aviation Services, Inc., 4200 West 50th Avenue, Anchorage, AK 99502
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Agreement | JARO, 1345 Route de l'Aeroport, L'Ancienne-Lorette, Quebec G2G 1G5
| **State the term remaining** | -132 Days |
| **List the contract number of any government contract** | |

2.191  **State what the contract or lease is for and the nature of the debtor's interest**

Special Fare Agreement

Katmai Water Taxi LLC, PO Box 188, King Salmon, AK 99613

**State the term remaining**

-132 Days

**List the contract number of any government contract**

---

2.192  **State what the contract or lease is for and the nature of the debtor's interest**

Retention of Keller & Benvenutti

Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.193  **State what the contract or lease is for and the nature of the debtor's interest**

Kenai Airport Logistics Commercial Sublease

Kenai Airport Logistics LLC, P.O Box 1916, Soldotna, AK 99669

**State the term remaining**

-465 Days

**List the contract number of any government contract**

---

2.194  **State what the contract or lease is for and the nature of the debtor's interest**

Commercial Sublease Agreement

Kenai Airport Logistics, LLC, P.O. Box 1916, Soldotna, AK 99669

**State the term remaining**

-465 Days

**List the contract number of any government contract**

---

2.195  **State what the contract or lease is for and the nature of the debtor's interest**

Emergency Services Service Agreement

Kenyon International Emergency Services, Inc., 15180 Grand Point Drive, Houston, TX 77090

**State the term remaining**

-893 Days

**List the contract number of any government contract**

---

2.196  **State what the contract or lease is for and the nature of the debtor's interest**

Lynden Knik Office Sublease

Knik Construction Co, 6400 South Airpark Place, Suite 1, Anchorage, AK 99502

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Media Trade Agreement 2018 | Koahnic Broadcast Corporation |
| | **State the term remaining** | -300 Days | |
| | **List the contract number of any government contract** | | |

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement | Kodiak Area Native Association, 3449 Rezanof Drive East, Kodiak, AK 99615 |
| | **State the term remaining** | -497 Days | |
| | **List the contract number of any government contract** | | |

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement | Kodiak Island Borough School District, 722 Mill Bay Road , Kodiak, AK 99615 |
| | **State the term remaining** | -681 Days | |
| | **List the contract number of any government contract** | | |

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement | Kodiak Island Borough School District, 722 Mill Bay Road , Kodiak, AK 99615 |
| | **State the term remaining** | -316 Days | |
| | **List the contract number of any government contract** | | |

| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement | Kodiak Island Borough School District, 722 Mill Bay Road , Kodiak, AK 99615 |
| | **State the term remaining** | 50 Days | |
| | **List the contract number of any government contract** | | |

| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Fare Agreement | Kuspuk School District, P.O. Box 49, Aniak, AK 99557 |
| | **State the term remaining** | -316 Days | |
| | **List the contract number of any government contract** | | |

2.203  **State what the contract or lease is for and the nature of the debtor's interest**
Online Training Services Agreement

Lambda Solutions, 110 West Hastings Street, 2nd Floor, Vancouver, BC V6B 1GB

**State the term remaining**
Unknown

**List the contract number of any government contract**


2.204  **State what the contract or lease is for and the nature of the debtor's interest**
Product Order

LinkedIn, 1000 West Maude Avenue, Sunnyvale, CA 94085

**State the term remaining**
Unknown

**List the contract number of any government contract**
CS4702638-18


2.205  **State what the contract or lease is for and the nature of the debtor's interest**
Special Fare Agreement

Lower Kuskokwim School District, P.O .Box 305, Bethel, AK 99559

**State the term remaining**
-316 Days

**List the contract number of any government contract**


2.206  **State what the contract or lease is for and the nature of the debtor's interest**
Special Fare Agreement

Maniilaq Association, P.O. Box 256 #733 2nd Avenue, Kotzebue, AK 99752

**State the term remaining**
-497 Days

**List the contract number of any government contract**


2.207  **State what the contract or lease is for and the nature of the debtor's interest**
International Registry Services Agreement

McAfee & Taft, 211 North Robinson , Two Leadership Square 10th Floor, Oklahoma City, OK 73102-7103

**State the term remaining**
Unknown

**List the contract number of any government contract**


2.208  **State what the contract or lease is for and the nature of the debtor's interest**
Letter of Intention

Miatech, 1837 Lighthouse CT, Weston, FL 33327-1326

**State the term remaining**
-1792 Days

**List the contract number of any government contract**

2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract | Miatech, 1837 Lighthouse CT, Weston, FL 33327-1326
| **State the term remaining** | -316 Days |
| **List the contract number of any government contract** | MIA0515RVN |

2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Exhibits | Miatech, 1837 Lighthouse CT, Weston, FL 33327-1326
| **State the term remaining** | -316 Days |
| **List the contract number of any government contract** | MIA0515RVN |

2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contract Documents | Microsoft Corporation, Dept 551, Volume Licensing, 6100 Nell Road, Suite 210, Reno, NV 89511-1137
| **State the term remaining** | 740 Days |
| **List the contract number of any government contract** | 47206691 |

2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Program Signature Form | Microsoft Corporation, Dept 551, Volume Licensing, 6100 Nell Road, Suite 210, Reno, NV 89511-1137
| **State the term remaining** | 740 Days |
| **List the contract number of any government contract** | 47206691 |

2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Volume Licensing | Microsoft Corporation, Dept 551, Volume Licensing, 6100 Nell Road, Suite 210, Reno, NV 89511-1137
| **State the term remaining** | 740 Days |
| **List the contract number of any government contract** | 47206691 |

2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Bilateral Interline Traffic Agreement - Passenger Tickets | MN Airlines, LLC, Benjamin Brookman, 1300 Corporate Center Curve, Eagan, MN 55121
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | 7H & SY Agreement |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Services | Morgan Partnership, LLC, 3298 Riverview Drive, Fairbanks, AK 99709 |
| | **State the term remaining** | -862 Days | |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Audit Agreement | Morton Beyer & Agnew, 2101 Wilson Boulevard, Suite 1001, Arlington, VA 22201 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 1 to AT&T Rooftop Communications Site Lease Agreement | New Cingular Wireless PCS LLC, 208 S Akard St, Dallas, TX 75202-4206 |
| | **State the term remaining** | 2484 Days | |
| | **List the contract number of any government contract** | AN2441 | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 2 to AT&T Rooftop Communications Site Lease Agreement | New Cingular Wireless PCS LLC, 208 S Akard St, Dallas, TX 75202-4206 |
| | **State the term remaining** | 2484 Days | |
| | **List the contract number of any government contract** | AN2441 | |

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Licensing Agreement | Noction, Inc. , 1294 Lawrence Station Rd, Sunnyvale, CA 94089 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Charter Agreement | Northern Air Cargo, Inc. , VP of Administration and Contracting, 4510 Old International Airport Road, Anchorage, AK 99502 |
| | **State the term remaining** | -772 Days | |
| | **List the contract number of any government contract** | | |

**2.221** **State what the contract or lease is for and the nature of the debtor's interest**

Charter Agreement Amendment

Northern Air Cargo, Inc. , VP of Administration and Contracting, 4510 Old International Airport Road, Anchorage, AK 99502

**State the term remaining**

-589 Days

**List the contract number of any government contract**

**2.222** **State what the contract or lease is for and the nature of the debtor's interest**

Charter Agreement Amendment

Northern Air Cargo, Inc. , VP of Administration and Contracting, 4510 Old International Airport Road, Anchorage, AK 99502

**State the term remaining**

-497 Days

**List the contract number of any government contract**

**2.223** **State what the contract or lease is for and the nature of the debtor's interest**

Charter Agreement Amendment

Northern Air Cargo, Inc. , VP of Administration and Contracting, 4510 Old International Airport Road, Anchorage, AK 99502

**State the term remaining**

-466 Days

**List the contract number of any government contract**

**2.224** **State what the contract or lease is for and the nature of the debtor's interest**

Engineering Services Contract

Northern Electrical Engineering Consulting, LLC, James H. Parker, P.E., 721 Sesame Street, Suite 2B, Anchorage , AK 99503

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.225** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum to Fare Agreement

Northwest Arctic Borough School District, P.O. Box 51, 744 East Third Avenue, Kotzebue, AK 99752

**State the term remaining**

-316 Days

**List the contract number of any government contract**

**2.226** **State what the contract or lease is for and the nature of the debtor's interest**

Special Fare Agreement

Northwest Arctic Borough School District, P.O. Box 51, 744 Third Avenue, Kotzebue, AK 99752

**State the term remaining**

-316 Days

**List the contract number of any government contract**

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Aviation Services Agreement | Oil Search (Alaska) LLC, 510 L Street, Suite 310, Anchorage, AK 99501 |
| | State the term remaining | 1 Days | |
| | List the contract number of any government contract | 5101TIKOP | |

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | Oliver Wyman Cavok, 1500 Solana Boulevard, Fort Worth, TX 76262 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | IATA Standard Technical Handling Agreement | Pegasus Aviation Services, LLC, General Manager, 3901 W. Old International Airport Rd, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Cargo Interline Traffic Agreement 11MAR2019 | Peninsula Aviation Services, Inc., 6100 Boeing Ave, Anchorage , AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Cargo Interline Traffic Agreement 31JUL2019 | Peninsula Aviation Services, Inc., 6100 Boeing Ave, Anchorage , AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Software License & Maintenance Agreement | Planitas Airline Systems, Avonlea Demesne, Lucan, Dublin, |
| | State the term remaining | 272 Days | |
| | List the contract number of any government contract | | |

2.233 **State what the contract or lease is for and the nature of the debtor's interest**

Fleet Enhancement Agreement

Pratt & Whitney Canada Corp, 1000, Marle Vitorin, Longueull, QC J4G 1A1

**State the term remaining**

Unknown

**List the contract number of any government contract**

2553513

---

2.234 **State what the contract or lease is for and the nature of the debtor's interest**

Hosted Services Agreement

QL2 Software LLC, 4751 Best Road, Suite 400M, Atlanta, GA 30337

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.235 **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

QL2 Software LLC, 4751 Best Road, Suite 400M, Atlanta, GA 30337

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.236 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Rockwell Collins Business and Regional Systems, Dealer Administration, 400 Collins Road NE, Mail Station 124-300, Cedar Rapids, IA 52498

**State the term remaining**

653 Days

**List the contract number of any government contract**

70116

---

2.237 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Agreement

Rockwell Collins Inc., 400 Collins Road NE, Cedar Rapids, IA 52498

**State the term remaining**

-1288 Days

**List the contract number of any government contract**

15129.00

---

2.238 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Agreement

Rockwell Collins Inc., 400 Collins Road NE, Cedar Rapids, IA 52498

**State the term remaining**

-1107 Days

**List the contract number of any government contract**

15129.00

2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Roger Swanstrom Jr.
**State the term remaining** | -954 Days
**List the contract number of any government contract**

2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Sublease Agreement | Ross Aviation, 6160 Carl Brady Drive, Anchorage, AK 99502
**State the term remaining** | -286 Days
**List the contract number of any government contract**

2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Ground Service Agreement | Ryan Air, Inc., 6400 Carl Brady Dr., Anchorage, AK 99502
**State the term remaining** | Unknown
**List the contract number of any government contract**

2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Selected Optional Services | Sable Travel International Limited, Attn: Cristina P. Scott, 13th Floor, One Croydon, 12-16 Addiscombe Rd, Croydon, CR0 0XT
**State the term remaining** | Unknown
**List the contract number of any government contract**

2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Work Order #2 | Sabre GLBL Inc. (fka Sabre Inc.), Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
**State the term remaining** | Unknown
**List the contract number of any government contract**

2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Work Order #2 | Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092
**State the term remaining** | Unknown
**List the contract number of any government contract**

2.245  **State what the contract or lease is for and the nature of the debtor's interest**  Second Amendment to Work Order 16 Revenue Manager    Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  -711 Days

**List the contract number of any government contract**

2.246  **State what the contract or lease is for and the nature of the debtor's interest**  Work Order: Number 17 to Master Agreement    Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  235 Days

**List the contract number of any government contract**

2.247  **State what the contract or lease is for and the nature of the debtor's interest**
Work Order: Number 17 to Master Agreement Sabre AirVision Schedule Manager Base

Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  235 Days

**List the contract number of any government contract**

2.248  **State what the contract or lease is for and the nature of the debtor's interest**
Work Order: Number 18 to Master Agreement

Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  447 Days

**List the contract number of any government contract**

2.249  **State what the contract or lease is for and the nature of the debtor's interest**
Work Order: Number 18 to Master Agreement Sabre AirVision Revenue Optimizer SaaS Application

Sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  447 Days

**List the contract number of any government contract**

2.250  **State what the contract or lease is for and the nature of the debtor's interest**
Work Order: Number 19 to Master Agreement for Revenue Management Business Consulting Services

sabre GLBL Inc., 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.251  **State what the contract or lease is for and the nature of the debtor's interest**
Amendment 4 to Work Order 2

Sabre GLBL Inc., Attn: Greg Gilchrist, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.252  **State what the contract or lease is for and the nature of the debtor's interest**
Third Amendment to Work Order 15 (Traveler Loyalty)

Sabre GLBL Inc., Attn: Greg Gilchrist, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  -862 Days

**List the contract number of any government contract**

**2.253**  **State what the contract or lease is for and the nature of the debtor's interest**

Work Order Number 27 to Master Agreement

Sabre GLBL Inc., Attn: Greg Gilchrist, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.254**  **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Various Work Orders to Master Agreement

Sabre GLBL Inc., Attn: Hugh W. Jones, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

385 Days

**List the contract number of any government contract**


**2.255**  **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Work Order 16 Revenue Manager

Sabre GLBL Inc., Attn: Hugh W. Jones, c/o Sabre Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.256**  **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment to Various Work Orders to Master Agreement

Sabre GLBL Inc., Attn: Hugh W. Jones, c/o Sabre Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

385 Days

**List the contract number of any government contract**


**2.257**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment Number 1 to Work Order 13

Sabre GLBL Inc., Attn: Kamal Qatato, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

-41 Days

**List the contract number of any government contract**


**2.258**  **State what the contract or lease is for and the nature of the debtor's interest**

Extension of SabreSonic Res & SabreSonic Web Agreements

Sabre Holdings, Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

-3268 Days

**List the contract number of any government contract**

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | Sabre Inc, Attn: Gianni Marostica, 3150 Sabre Blvd., Southlake, TX 76092-2129 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Work Order No. 3 to Master Agreement for System Usage and Professional Services Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc, Attn: Gianni Marostica, 3150 Sabre Drive, Southlake, TX 76092 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Work Order No. 4 to Master Agreement Usage and Professional Services Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc, Attn: Gianni Marostica, 3150 Sabre Drive, Southlake, TX 76092 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Work Order No. 5 to Master Agreement Usage and Professional Services Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc, Attn: Gianni Marostica, 3150 Sabre Drive, Southlake, TX 76092 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Work Order No. 6 to Master Agreement Usage and Professional Services Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc, Attn: Gianni Marostica, 3150 Sabre Drive, Southlake, TX 76092 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Various Work Orders to Master Agreement | Sabre Inc, Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Work Order 03 Revenue Accounting to Master Agreement | Sabre Inc, Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No. 21 to the Master Agreement Between Sabre Inc. | Sabre Inc, Attn: Ronald C. Berry, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No.19 to Master Agreement between Sabre and Era Aviation, Inc. | Sabre Inc, Attn: Stephen Clampett, President, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order #20 to the Information Technology Services Agreement Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc, Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order 26 to the Master Agreement Between Sabre Inc. and Era Alaska | Sabre Inc, Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | -1343 Days | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No. 22 to the Master Agreement Between SabreSonic | Sabre Inc, Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.271 **State what the contract or lease is for and the nature of the debtor's interest**

Work Order No. 23 to the Master Agreement "SabreSonic Inventory"

Sabre Inc, Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.272 **State what the contract or lease is for and the nature of the debtor's interest**

Work Order No. 24 to the Master Agreement

Sabre Inc, Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.273 **State what the contract or lease is for and the nature of the debtor's interest**

Work Order No. 1 to Master Agreement for System Usage and Professional Services Between Sabre Inc. and Era Aviation, Inc.

Sabre Inc., Attn: Gianna Marostica, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

-3664 Days

**List the contract number of any government contract**

---

2.274 **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment to Work Order 16 Revenue Manager

Sabre Inc., Attn: Hugh W. Jones, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

-711 Days

**List the contract number of any government contract**

---

2.275 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment #1 to Work Order #15 to the Information Technology Services Agreement Between Sabre Inc. and Era Aviation, Inc "Traveler Loyalty"

Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.276 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Work Order 15 Traveler Loyalty to Master Agreement

Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**

-2385 Days

**List the contract number of any government contract**

**2.277** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Work Order 16 Revenue Manager to Master Agreement | Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | -1441 Days |
| **List the contract number of any government contract** | |

**2.278** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.279** | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order 13 to Master Agreement | Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | -3127 Days |
| **List the contract number of any government contract** | |

**2.280** | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order 13 to Master Agreement | Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | -1299 Days |
| **List the contract number of any government contract** | |

**2.281** | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No. 2 to Master Agreement for system usage and professional services | Sabre Inc., Attn: President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.282** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Work Order #17 to the Information Technology Services Agreement Between Sabre Inc. and Era Aviation, Inc | Sabre Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order #18 to the Master Agreement between Sabre Inc. and Era Aviation | Sabre Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No 16 to Master Agreement Between Sabre Inc. and Era Avaition, Inc. "AirMax Revenue Manager" | Sabre Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**    -2780 Days

**List the contract number of any government contract**

2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No. 15 to Master Agreement Between Sabre Inc. and Era Avaition, Inc. "Traveler Loyalty" | Sabre Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**    -2780 Days

**List the contract number of any government contract**

2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order No. 17 to the Master Agreement Between Sabre Inc. and Era Aviation, Inc. | Sabre Inc., Attn: Stephen M. Clampett, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Sales Order for: ERA Aviation, Inc | Sabre Inc., Mike Ficklin, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**    -1927 Days

**List the contract number of any government contract**

2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Agreement | Scalar Developments, LLC, 240 JackRabbit Trl, Chino Valley, AZ 86323

**State the term remaining**    Unknown

**List the contract number of any government contract**    DHC8-Q100 FTD

2.289 | State what the contract or lease is for and the nature of the debtor's interest | Training Device Contract | Scalar Developments, LLC, 240 JackRabbit Trl, Chino Valley, AZ 86323
| State the term remaining | Unknown |
| List the contract number of any government contract | DHC8-Q100 FTD |

2.290 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement | Schlumberger Technology Corporation, 300 Schlumberger Drive, Sugar Land, TX 77478
| State the term remaining | -771 Days |
| List the contract number of any government contract | |

2.291 | State what the contract or lease is for and the nature of the debtor's interest | Economic Proposal | Seabury SMRO Solutions, Weesperstraat 105A , 5th Floor, Amsterdam, 1018 VN
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.292 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | Seabury Solutions
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.293 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Proposal | Sean Palmer, 3728 W. 61st Avenue
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.294 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement | Shell Offshore, Inc., 150 N. Dairy Ashford Rd, Houston, TX 77079
| State the term remaining | -1227 Days |
| List the contract number of any government contract | UA18137 (now UA56547) |

**2.295** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract | Shell Offshore, Inc., 150 N. Dairy Ashford Rd, Houston, TX 77079
| **State the term remaining** | -1227 Days |
| **List the contract number of any government contract** | UA18137 |

**2.296** | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Simplifile LC, 4844 North 300 West, Suite 202, Provo, UT 84604
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.297** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Societe Internationale de Telecommunications Aeronautiques S.C., 3100 Cumberland Blvd, Suite 200, Atlanta, GA 30339
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.298** | **State what the contract or lease is for and the nature of the debtor's interest** | World Wide Change of Reseller/Consultant Request Form | Sockeye Business Solutions, Nick Brorson, 737 W 5th Ave., Ste. 209, Anchorage, AK 99501
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.299** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (Project Scope and Objectives) | Sockeye Business Solutions, W. Stephen Jackson, 737 W 5th Ave., Ste. 209, Anchorage, AK 99501
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.300** | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Service Agreement | SoftwareONE US, 20875 Crossroads Cr #1, Waukesha, WI 53186
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.301**  **State what the contract or lease is for and the nature of the debtor's interest**

Microsoft Cloud Subscription Agreement Addendum

SoftwareONE US, 20875 Crossroads Cr #1, Waukesha, WI 53186

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.302**  **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Nondisclosure Agreement (NDA)

SoftwareONE US, James Brady, 20875 Crossroads Cr #1, Waukesha, WI 53186

**State the term remaining**

1504 Days

**List the contract number of any government contract**

---

**2.303**  **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work - Office 365 Migration

SoftwareONE US, Jared Dion, 20875 Crossroads Cr #1, Waukesha, WI 53186

**State the term remaining**

825 Days

**List the contract number of any government contract**

---

**2.304**  **State what the contract or lease is for and the nature of the debtor's interest**

FAI Terminal Lease

State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, 2301 Peger Rd, Fairbanks, AK 99709-5316

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.305**  **State what the contract or lease is for and the nature of the debtor's interest**

ADA-31879 Alaska International Airports System Operating Agreement and Passenger Terminal Lease

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**

1145 Days

**List the contract number of any government contract**

ADA-31879

---

**2.306**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Supplement No. 1 to ADA-31879

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**

1145 Days

**List the contract number of any government contract**

ADA-31879

Debtor    Corvus Airlines, Inc.
          Name

Case number *(if known)* 20-10759

| | | |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supplement No. 2 to ADA-31879 |
| | **State the term remaining** | 1145 Days |
| | **List the contract number of any government contract** | ADA-31879 |

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

| | | |
|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supplement No. 3 to ADA-31879 |
| | **State the term remaining** | 1145 Days |
| | **List the contract number of any government contract** | ADA-31879 |

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

| | | |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supplement No. 4 to ADA-31879 |
| | **State the term remaining** | 1145 Days |
| | **List the contract number of any government contract** | ADA-31879 |

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

| | | |
|---|---|---|
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supplement No. 5 to ADA-31879 |
| | **State the term remaining** | 1145 Days |
| | **List the contract number of any government contract** | ADA-31879 |

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

| | | |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Supplement No. 6 to ADA-31879 |
| | **State the term remaining** | 1145 Days |
| | **List the contract number of any government contract** | ADA-31879 |

State of Alaska Department of Transportation and Public Facilities, Ted Stevens International Airport, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

| | | |
|---|---|---|
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Bilateral Amendment to Standard Contract Form |
| | **State the term remaining** | -681 Days |
| | **List the contract number of any government contract** | 170012697 |

State of Alaska- Dept. of Corrections, Michael Roberson, 550 W. 7th Avenue, Ste. 1800, Anchorage, AK 99501

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Contract Award | State of Alaska- Dept. of Corrections, Michael Roberson, 550 W. 7th Avenue, Ste. 1800, Anchorage, AK 99501 |
|---|---|---|---|
| | **State the term remaining** | -1046 Days | |
| | **List the contract number of any government contract** | 170012697 | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska, Division of Forestry, Aircraft Rental Offer | State of Alaska- Division of Forestry, Jason Jordet, 550 W. 7th Avenue, Ste. 1450, Anchorage, AK 99501 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Advice of Change in Contractual Document - Amendment | State of Alaska- Division of General Services, Shavonne Jordan, 333 Willoughby Avenue, 7th Floor, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | 50 Days | |
| | **List the contract number of any government contract** | 2019-9900-3987 T | |

| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Contract Award | State of Alaska- Division of General Services, Shavonne Jordan, 333 Willoughby Avenue, 7th Floor, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | -1046 Days | |
| | **List the contract number of any government contract** | 2017-9900-3411 D | |

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Contract Award | State of Alaska- Division of General Services, Shavonne Jordan, 333 Willoughby Avenue, 7th Floor, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | -316 Days | |
| | **List the contract number of any government contract** | 2019-9900-3987 T | |

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Reduced Rate Fare Agreement | State of Alaska, Attn Matthew Pegues, PO Box 110210, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | 599 Days | |
| | **List the contract number of any government contract** | | |

| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Service Agreement | State of Alaska, Attn: Department of Transportation & Public Facilities, PO Box 6900, Anchorage, AK 99519-6900 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | ADA-07570 | |

| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement - Emergency Aircraft Services for Wildland Fire Support | State of Alaska, Dept. of Natural Resources, Division of Forestry, Shawn M. Olsen, 101 Airport Road, Palmer, AK 99645 |
|---|---|---|---|
| | **State the term remaining** | 1420 Days | |
| | **List the contract number of any government contract** | MA 10 190000247-1 | |

| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 7 to Master Lease Agreement ADA-02847 | State of Alaska, Dept. of Transportation and Public Facilitites, Katie Gage, PO Box 196960, Anchorage, AK 99519 |
|---|---|---|---|
| | **State the term remaining** | -3134 Days | |
| | **List the contract number of any government contract** | ADA-02847 | |

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 8 to Master Lease Agreement ADA-02847 | State of Alaska, Dept. of Transportation and Public Facilitites, Katie Gage, PO Box 196960, Anchorage, AK 99519 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | ADA-02847 | |

| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Contract Award | State of Alaska, Shavonne Jordan, 333 Willoughby Avenue, 7th Floor, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | 50 Days | |
| | **List the contract number of any government contract** | 2019-9900-3987 T | |

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alaska Contract Award | State of Alaska, Shavonne Jordan, 333 Willoughby Avenue, 7th Floor, Juneau, AK 99811 |
|---|---|---|---|
| | **State the term remaining** | 50 Days | |
| | **List the contract number of any government contract** | 2019-9900-3987 U | |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement - Temporary Employment (Supplied Personnel) | STS Aviation Group, Inc., Ethan Steele, 2000 NE Jensen Beach Blvd, Jensen Beach, FL 34957 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #1 to the Master Service Agreement | STS Engineering Solutions, LLC, Mark Smith, 2000 NE Jensen Beach Blvd, Jensen Beach, FL 34957 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement - Engineering Services | STS Engineering Solutions, LLC, Mark Smith, 2000 NE Jensen Beach Blvd, Jensen Beach, FL 34957 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Engagement Agreement for Warehousing & Distribution Services | Taylor Communications, Inc., Nathan Arbogast, 1725 Roe Crest Drive, North Mankato, MN 56003 |
| | **State the term remaining** | 324 Days | |
| | **List the contract number of any government contract** | | |

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for e-Commerce platform services | Taylor Communications, Inc., Nathan Arbogast, 1725 Roe Crest Drive, North Mankato, MN 56003 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Authorized Provider Agreement | The American National Red Cross, Office of the General Counsel , 431 18th Street NW, Washington, DC 20006 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**2.331** **State what the contract or lease is for and the nature of the debtor's interest**

Change-of-Name Agreement

The Government (represented by various Contracting Officers of the Department of the Interior, Office of Aircraft Services)

**State the term remaining**

Unknown

**List the contract number of any government contract**

D12PA00116

---

**2.332** **State what the contract or lease is for and the nature of the debtor's interest**

2016 Pricing Information for TIGADA

Travelport, LP, Christopher Engle, 300 Galleria Parkway, S.E., Atlanta, GA 30339

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.333** **State what the contract or lease is for and the nature of the debtor's interest**

2017 Pricing Information for TIGADA

Travelport, LP, Christopher Engle, 300 Galleria Parkway, S.E., Atlanta, GA 30339

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.334** **State what the contract or lease is for and the nature of the debtor's interest**

Global Airline Distribution Agreement - Reduced Rates Letter

Travelport, LP, Dan Wesbrook, 300 Galleria Parkway, S.E., Atlanta, GA 30339

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.335** **State what the contract or lease is for and the nature of the debtor's interest**

Travelport Master Service Agreement

Travelport, LP, Diana Johnson, 300 Galleria Parkway, S.E., Atlanta, GA 30339

**State the term remaining**

-589 Days

**List the contract number of any government contract**

---

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

2018 Pricing Information for TIGADA

Travelport, LP, Michael Douglas, 300 Galleria Parkway, S.E., Atlanta, GA 30339

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.337  **State what the contract or lease is for and the nature of the debtor's interest**

Trademark Licensing Agreement

University of Alaska Anchorage, Fairbanks, Tom Case, PO Box 755000, Fairbanks, AK 99775

**State the term remaining**

-923 Days

**List the contract number of any government contract**


2.338  **State what the contract or lease is for and the nature of the debtor's interest**

Custom Master Services Agreement - Customer Signators

US Bank

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.339  **State what the contract or lease is for and the nature of the debtor's interest**

Order Selecting Carrier

US Department of Transportation, Joel Szabat

**State the term remaining**

203 Days

**List the contract number of any government contract**

DOT-OST-2018-8-22
DOT-OST-2017-0108


2.340  **State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement

Vector Aerospace Engine Services-Atlantic Inc., Attn: Jeff Poirier, 800 Aerospace Blvd., Hangar #8, Summerside PE C1N 4P6,

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.341  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Power by the Hour Agreement for PT6A-67D Engines

Vector Aerospace Engine Services-Atlantic Inc., Attn: Jeff Poirier, 800 Aerospace Blvd., Hangar #8, Summerside PE C1N 4P6,

**State the term remaining**

-438 Days

**List the contract number of any government contract**


2.342  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Power by the Hour Agreement for PW121 Engines

Vector Aerospace Engine Services-Atlantic Inc., Attn: Jeff Poirier, 800 Aerospace Blvd., Hangar #8, Summerside PE C1N 4P6,

**State the term remaining**

-619 Days

**List the contract number of any government contract**

2.343 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Power by the Hour Agreement for PW121 Engines - Name Change

Vector Aerospace Engine Services-Atlantic Inc., Attn: Jeff Poirier, 800 Aerospace Blvd., Hangar #8, Summerside PE C1N 4P6,

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.344 **State what the contract or lease is for and the nature of the debtor's interest**

Power By the Hour Agreement

Vector Aerospace Engine Services-Atlantic Inc., Brian Thompson

**State the term remaining**

-2264 Days

**List the contract number of any government contract**

2.345 **State what the contract or lease is for and the nature of the debtor's interest**

Settlement Agreement for Corvus Debt owed to Vector Aerospace

Vector Aerospace Engine Services-Atlantic Inc., Jeff Piorier, 800 Aerospace Blvd., Slemon Park, Prince Edward Island, C0B2A0

**State the term remaining**

-234 Days

**List the contract number of any government contract**

2.346 **State what the contract or lease is for and the nature of the debtor's interest**

Service License Agreement

Vistair Systems Limited, Attn: Ian Herbert, Broadway House, Almondsbury Business Centre, Woodlands, Bristol, BS32 4QH

**State the term remaining**

Unknown

**List the contract number of any government contract**

VSL-RVF-001-2019

2.347 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement - Purchase Price Transaction

Williamette Management Associates, John Ramirez, 111 S.W. Fifth Avenue, Suite 2150, Portland, OR 97204

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.348 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum to Purchase Agreement of Revenue Accounting Data

Worldspan, LP, Craig Banks

**State the term remaining**

Unknown

**List the contract number of any government contract**

PC-RAD-12/2003

Debtor    Corvus Airlines, Inc.
          Name

Case number *(if known)* 20-10759

| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Supplemental Services Agreement | Worldspan, LP, Craig Farthing |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | PC-TTN-0205 | |

| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Ferry Delivery Agreement | Worldwide Aircraft Ferrying Limited, Michael Bannock , 36-2355 Derry Road East, Toronto, Ontario L5S 1V6 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Charter Agreement | Zero Point Zero Production, Inc., Kati Davenport, 875 Avenue of the Americas, 19th Floor, New York, NY 10001 |
|---|---|---|---|
| | **State the term remaining** | -1883 Days | |
| | **List the contract number of any government contract** | | |

| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Frontier Flying Services, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Hageland Aviation Services, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | JJM, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Peninsula Aviation Services, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Ravn Air Group Holdings, LLC<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |

Debtor  Corvus Airlines, Inc.
        Name

Case number *(if known)* 20-10759

2.7

Ravn Air Group, Inc.
4700 Old International Airport Road
Anchorage, AK99502

BNP Paribas

☑ D

☐ E/F

☐ G

**Fill in this information to identify the case:**

Debtor name: Corvus Airlines, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10759

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 05/11/2020 | /s/ John Mannion |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | John Mannion |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |