# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR PENINSULA AVIATION SERVICES, INC. (CASE NO. 20-10762)

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

**GENERAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On April 5, 2020 (the "Petition Date"), Ravn Air Group, Inc. ("Ravn") and its seven affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), commenced cases under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated under case number 20-10755 (BLS) for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## OVERVIEW OF GENERAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"). These General Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements (the "General Notes") relate to each of the Debtors' Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These General Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The General Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. The General Notes are presented for each individual Debtor, however, each provision contained in the General Notes may not apply to all Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these chapter 11 cases.

**The Schedules, Statements, and General Notes should not be relied upon by any person for information relating to the current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, by the Debtors with the assistance of their advisors. Financial information for the period between January 1, 2019 and April 5, 2020, is presented on an unaudited basis. While management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Moreover, the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the chapter 11 cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of

action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.


**Ravn Air Group: Schedules and Statements Global Notes**


1. Net Book Value of Assets. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 31, 2020. Furthermore, assets that have fully depreciated or were expensed for accounting purposes may not appear in these Schedules and Statements as they have no net book value.

2. Basis of Presentation. For financial reporting purposes, the Debtors prepare consolidated financial statements that are audited annually. Unlike the consolidated financial statements, these Schedules and Statements reflect the separate assets and liabilities of each individual Debtor. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP").

3. Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

4. Recharacterization. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. Confidentiality. In certain instances in the Schedules and Statements, the Debtors have deemed it necessary and appropriate to redact from the public record addresses of individuals because of concerns for the privacy of, or otherwise to preserve the confidentiality of, personally identifiable information.

6. Summary of Significant Reporting Policies. The Debtors use a consolidated cash management system through which the Debtors collect substantially all receipts and pay liabilities and expenses. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system. A description of the Debtors' prepetition cash management system is in the Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash

Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers dated April 5, 2020 [Docket No. 6].

7. Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

8. Valuation. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as March 31, 2020. Certain other assets are listed at undetermined amounts, as the net book values may differ materially from fair market values or the amounts ultimately realized. In addition, certain depreciable assets with a net book value of zero may be included for completeness. The Debtors do not intend to amend these Schedules and Statements to reflect actual values.

9. Inventories. Consumable and expendable parts and maintenance supplies related to flight equipment are scheduled as machinery, equipment and vehicles. Spare parts and supplies are recorded as inventory when purchased and charged to expense as used. A fleet retirement reserve for spare parts expected to be on hand at the date the aircraft are retired from service is provided over the remaining estimated useful life of the related aircraft equipment. An allowance for spare parts currently identified as obsolete or excess is also provided. Additionally, all inventories and plant and equipment are presented without consideration of any statutory or consensual liens.

10. Property and Equipment. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Such leases are in the Schedules and Statements, subject to the reservation of rights set forth in paragraph 11 herein.

11. Leases. The Debtors have not included in the Schedules and Statements the future obligations of any leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

12. Causes of Action. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

13. Taxes. Claims listed on the Debtors' Schedule E include claims owing to various taxing authorities to which the Debtors may potentially be liable. However, certain of such claims may

be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E. Therefore, the Debtors have listed estimated claim amounts, where possible, or alternatively listed such claims as undetermined in amount and marked the claims as unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve their right to dispute or challenge whether such claims are entitled to priority.

14. <u>Future Aircraft and Aircraft Engine Purchases.</u> To the extent applicable, the Debtors have not included in the Schedules and Statements any future purchase commitments or the related amounts to be paid in connection with the purchase of aircraft or aircraft engines.

15. <u>Employee Claims.</u> The Bankruptcy Court entered first day orders granting the authority, but not the obligation, to the Debtors to pay certain prepetition employee wages, salaries, severance, benefits and other obligations in the ordinary course. Accordingly, only employee related claims for prepetition amounts due that have not been paid as of the time that the Schedules and Statements were prepared by the Debtors, including employee-related claims for items not authorized to be paid by order of the Bankruptcy Court, have been included in the Schedules and Statements.

16. <u>Clearinghouse Agreements.</u> The Bankruptcy Court entered first day orders granting the authority, but not the obligation, to the Debtors to make certain payments of prepetition obligations relating to certain clearinghouse agreements. Accordingly, related liabilities that have been paid or otherwise satisfied as of the Petition Date have been excluded from Schedule F, although the agreements may be listed on Schedule G.

17. <u>Other Claims Paid Pursuant to Court Orders.</u> Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims. Accordingly, these liabilities may have been or may be satisfied in accordance with those orders, and therefore may not be listed in the Schedules and Statements.

18. <u>Insiders.</u> The Debtors have included all payments and awards made to executive officers and the members of the board of directors during the twelve months preceding the Petition Date. Included in the value reflected are cash payments to or for the benefit of the insider (inclusive of payroll, bonus and other employee benefits paid in cash). Persons have been included in the Statements for informational purposes only, and the listing of an individual as an insider is not intended to be and should not be construed as a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are reserved. Further the Debtors do not take any position concerning (a) the person's influence over the control of the Debtors, (b) the person's management responsibilities and functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including federal securities law, or any theories of liability or for any other purpose.

19. <u>Excluded Assets and Liabilities.</u> The Debtors may have excluded from the Schedules certain of the following items, which may be included in their GAAP financial statements: intercompany

receivables, investments in subsidiaries, certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, air traffic liabilities, certain other assets, and deferred revenues and gains. Other non-material assets and liabilities may also have been excluded. The Debtors have reflected intercompany balances as of March 31, 2020 on Schedules B and F for the relevant debtor.

20. <u>Intercompany Claims.</u> Claims among the Debtor and its affiliated Debtors, as reflected in the applicable entities' balance sheet accounts (each an "<u>Intercompany Receivable</u>" or "<u>Intercompany Payable</u>" and, collectively, the "<u>Intercompany Claims</u>"), are reported on Schedules B and F, as applicable. The Intercompany Claims primarily result from: provision of management services, operating expenses, aircraft and equipment leasing, and, as a result of the Debtors' cash management practices, one Debtor satisfying the obligations of another Debtor.

21. <u>Litigation.</u> Certain litigation actions reflected as claims against one Debtor may relate to any of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of the Debtor that is party to the action. In addition, the Debtors have excluded details relating to federal and state agency discrimination charges, labor arbitration and grievance claims, and government investigations and civil penalty actions. Discrimination charges have been excluded to protect the privacy interests of the charging parties and because the majority of such claims generally will not result in actual litigation. Labor arbitration and grievance claims are omitted to protect the privacy interests of the grieving party. Government investigations and notices civil penalty actions were excluded due to confidentiality and privacy concerns or because the majority of such claims are for *de minimis* amounts, have been promptly remediated or will not ultimately give rise to a civil penalty.

22. <u>Claim Description.</u> Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim or amount is not "contingent," unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on these Schedules on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to, but are not required to, amend their Schedules and Statements as necessary and appropriate, including modifying claims descriptions and designations.

23. <u>Debt Representatives.</u> Claims relating to the repayment of principal, interest and other fees and expenses under agreements governing any syndicated credit facility or debt security issued by or for the benefit of the Debtors pursuant to an indenture where the identities of the lenders or other parties in interest are not known with certainty are scheduled listing the administrative agent under the applicable credit facility or the indenture trustee on behalf of the lenders or other parties in interest.

24. <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." To the extent the Debtors are able to ascertain or estimate all or a portion of the claim amounts, they may have listed the known or estimated claim amount

and marked the claims as unliquidated, pending final resolution of outstanding issues necessary to determine the total claim amount with certainty.

25. <u>Liabilities.</u> The Debtors have sought to allocate liabilities between prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve their right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

26. <u>Guarantees and Other Second Liability Claims.</u> The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guarantees have been identified, they have been included in the relevant Schedules F and H for the affected Debtor or Debtors. Guarantees have generally been included in Schedules of the guarantor Debtor as "contingent" unless otherwise specified. Certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to, but are not required to, amend the Schedules if additional Guarantees are identified.

27. <u>Intellectual Property Rights.</u> Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

28. <u>Totals.</u> All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "undetermined" or "unliquidated." To the extent that there are undetermined or unliquidated amounts, the actual totals may be materially different from the listed totals.

29. <u>Self-Insured.</u> The Debtors are self-insured for medical, dental, and vision plans. To the extent such plans are administered, the administrators of the plans have been listed on Schedule G.

**Specific Disclosures with Respect to the Debtors' Schedules**

30. Schedule A/B – Bank Balances. Bank account balances are as of the March 31, 2020. Details with respect to the Debtors' cash management system and bank accounts are provided in the Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Granting the Debtors Authority to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers dated April 5, 2020 [Docket No. 6].

31. Schedule D: Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such claims is unknown. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The amounts listed in Schedule D for loans related to aircraft purchases are principal amounts due as of the Petition Date. In certain instances, both prepetition and postpetition interest, as well as scheduled principal payments, has been paid to creditors since the Petition Date. Further payments of interest and principal are expected to be made pursuant to elections made by the Debtors, or stipulations entered into by the Debtors and certain aircraft financiers or related parties, pursuant to section 1110 of the Bankruptcy Code.

32. Schedule E: Creditors Holding Priority Claims. Listing a claim on Schedule E as priority does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. The Bankruptcy Court entered a number of first day orders granting authority to pay certain prepetition priority claims. Accordingly, only claims against Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Schedule E. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

The Debtors have included total amounts for air traffic liabilities on Schedule E. Due to consumer privacy laws, these amounts have not been allocated to specific customers. The Debtors reserve

their right to, but believe they are not required to, amend the Schedules to reflect those allocations to individual customers at a later date.

33. <u>Schedule F: Creditors Holding Unsecured Non-Priority Claims.</u> Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be, in certain cases, unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule F. Schedule F may contain information regarding potential, pending and closed litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The inclusion of any litigation in these Schedules and Statements does not constitute an admission by any Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. The Debtors have generally excluded internal grievance claims to protect the privacy interests of the grieving party and because the majority of such claims generally will not result in actual litigation. In addition, certain litigation or claims covered by insurance policies maintained by the Debtors may be excluded from Schedule F. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances. The Bankruptcy Court entered first day orders granting authority to the Debtors to pay certain prepetition obligations in the ordinary course of business. Accordingly, only claims against the Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Schedule F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

34. <u>Schedule G: Executory Contracts and Unexpired Leases.</u> The businesses of the Debtors are complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements or leases identified on Schedule G: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been

terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain of these contracts or leases may have been modified, amended or supplemented by various documents, instruments or agreements that may not be listed, but are nonetheless incorporated by this reference. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Schedule G generally does not include stand-alone equipment purchase orders. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

35. <u>Schedule H: Co-Debtors.</u> In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are listed elsewhere in the Schedules and Statements, they have not been set forth individually on Schedule H. Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or are no longer enforceable. Thus, the Debtors reserve their right to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable. Schedule H is furnished for informational purposes only to apprise parties in interest of co-debtor relationships of the Debtors as of the Petition Date and is derived from documents in the possession of the Debtors. It is not an admission or recognition that any co-debtor liability exists or existed.

**Specific Disclosures with Respect to the Debtors' Statements**

36.  Question 3: Payments or Transfers within 90 Days of the Petition Date. This includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date. The Debtors have excluded, without limitation, payroll and related taxes, insider payments disclosed in Question 4, and intercompany transfers. Additionally, these payments are based on the Debtors' book transactions.

37.  Question : Payments or Transfers to Insiders within 1 Year of the Petition Date. Corvus Airlines, Inc.made payments to BlackBird, LLC for the lease of an aircraft. BlackBird, LLC is an entity owned or controlled by Robert Hajdukovich, a Director of the Ravn Air Group, Inc.

38.  Question 6: Setoffs. The Debtors routinely incur setoffs from third parties during the ordinary course of business. Setoffs in the ordinary course can result from various routine transactions, including intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers), pricing discrepancies, and other disputes between the Debtors and third parties. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry. In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 6 of the Statements. The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

39.  Question 23: Other Transfers. The Debtors have excluded any de minimis asset sales made in the ordinary course of business.

40.  Question 26(d): Financial Statements. In the regular course of business, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, aircraft lessors and other various interested parties. In light of the number of recipients and the possibility that such information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed specific individuals or entities.

41.  Question 28: Parties in Control. Certain of the Debtors' employees have the title director and are not listed here. Each such director reports to an executive within the company.

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $2,392,500.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $25,821,405.18 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $28,213,905.18 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

$92,257,994.74

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $20,697.59 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $13,241,035.56 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**

$105,519,727.89

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 First National Bank of Alaska | Payroll Account | 9617 | $0.00 |
| 3.2 US Bank | Clearing House Account | 2945 | $0.79 |

**4. Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.79

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1    Prepaid Other / Deposits | $1,504,371.62 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1    Prepaid Labor - Rolls Royce Power by the Hour | $701,417.22 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $2,205,788.84 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $1,362,656.88 | — | $0.00 | = ........ | → | $1,362,656.88 |
| | | face amount | | doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $0.00 | — | $0.00 | = ........ | → | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $1,362,656.88 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | |
|---|---|---|
| 14.1 | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:       % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1 _____    _____    $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    $0.00

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 _____ | _____ | $ _____ | _____ | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 _____ | _____ | $ _____ | _____ | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 _____ | _____ | $ _____ | _____ | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 _____ | _____ | $ _____ | _____ | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes     Book value _____ $     Valuation method _____     Current value _____ $

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | $ | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | $ | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | $ | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | $ | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | $ | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☑ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____ $    Valuation method _____    Current value _____ $

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Peninsula Aviation Services, Inc.
Name

Case number *(if known)* 20-10762

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  ANC MXNT LIBRARY/OFFICE 6100 | $0.00 | Net Book Value | $0.00 |
| 39.2  ANC OFFICE RMDL-3RD FLR TRAIN | $0.00 | Net Book Value | $0.00 |
| 39.3  ANC TRAINING OFFICES | $0.00 | Net Book Value | $0.00 |
| 39.4  OFFICE FURNITURE | $0.00 | Net Book Value | $0.00 |
| **40. Office fixtures** | | | |
| 40.1  ANC 3RD FLOOR OFFICES (3) | $141.20 | Net Book Value | $141.20 |
| 40.2  ANC STAT OFFICE REMODEL | $202.20 | Net Book Value | $202.20 |
| 40.3  ANC CORPORATE OFFICE REMODEL | $737.09 | Net Book Value | $737.09 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  FLIGHT DATA SYSTEM | $36,282.19 | Net Book Value | $36,282.19 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | $ | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $37,362.68 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $53,760.67 | Net Book Value | $53,760.67 |
| See Schedule 47 Attachment | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | $828,957.95 | Net Book Value | $828,957.95 |
| See Schedule 49 Attachment | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | $3,365,187.56 | Net Book Value | $3,365,187.56 |
| See Schedule 50 Attachment | | | |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$4,247,906.18

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    See Schedule 55 Attachment | | $2,392,500.00 | Net Book Value | $2,392,500.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$2,392,500.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | $ | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | $ | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | $ | None | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer List | Undetermined | None | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Intangible Assets | $6,620,309.67 | None | Undetermined |
| **65. Goodwill** | | | |
| 65.1 | $ | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

Undetermined

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | Notes Receivable - Grant Aviation | $1,060,060.27<br>total face amount | − | $0.00<br>doubtful or uncollectible amount | = ➜ | $1,060,060.27 |
|---|---|---|---|---|---|---|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | | Tax year | | $0.00 |
|---|---|---|---|---|

**73. Interests in insurance policies or annuities**

| 73.1 | | $0.00 |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | | $0.00 |
|---|---|---|

Nature of Claim

Amount requested $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | | $0.00 |
|---|---|---|

Nature of Claim

Amount requested $

**76. Trusts, equitable or future interests in property**

| 76.1 | | $0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | Intercompany Due from Corvus | $8,749,826.55 |
|---|---|---|
| 77.2 | Intercompany Due from Ravn Air Group | $8,157,802.99 |

Debtor  Peninsula Aviation Services, Inc.
      Name

Case number *(if known)* 20-10762

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$17,967,689.81

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.79 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,205,788.84 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,362,656.88 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $37,362.68 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $4,247,906.18 | |
| **88. Real property.** Copy line 56, Part 9. | ➜ | $2,392,500.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $17,967,689.81 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $25,821,405.18 | 91b. $2,392,500.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    $28,213,905.18

**SCHEDULE 47 ATTACHMENT**

Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 47.1 | A/C HEATER  FVO-400 W/TRAILER HT-09 | $814.53 | Net Book Value | $814.53 |
| 47.2 | A/C HEATER FVO-400 W/ TRAILER | $814.53 | Net Book Value | $814.53 |
| 47.3 | AKN 2004 FORD FREESTAR VAN | $925.30 | Net Book Value | $925.30 |
| 47.4 | AKN 95 FORD/DTS JET FUEL TRK | $0.00 | Net Book Value | $0.00 |
| 47.5 | AKN 97 FORD DEFUEL TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.6 | AKN FORKLIFT 07 CYCLONE 6000LB | $0.00 | Net Book Value | $0.00 |
| 47.7 | AKN FORKLIFT 08 CLYCONE CY7030 | $0.00 | Net Book Value | $0.00 |
| 47.8 | AKN FUEL TRUCK 1998 INTL 3000 GALLON TANK | $5,036.47 | Net Book Value | $5,036.47 |
| 47.9 | AKN IZUZU BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.10 | ANC 2006 ISUZU BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.11 | ANC FORD E350 2009 PASSENGER VAN | $0.00 | Net Book Value | $0.00 |
| 47.12 | ANC FORKLIFT MISTSUBISHI FG18NQ3-LP | $0.00 | Net Book Value | $0.00 |
| 47.13 | ANC PUSHBACK TRACTOR EAGLE TT4-8D  1999  PBT-05 | $3,030.99 | Net Book Value | $3,030.99 |
| 47.14 | BOS 1986 EQUITEC B250 PUSHBACK TRACTOR | $0.00 | Net Book Value | $0.00 |
| 47.15 | BOS 1988 BELTLOADER 660-114 FORD 300 | $0.00 | Net Book Value | $0.00 |
| 47.16 | BOS 1988 BELTLOADER 660-114 FORD 300 | $0.00 | Net Book Value | $0.00 |
| 47.17 | BOS JBT B250 2015 TOW TRACTOR | $7,003.14 | Net Book Value | $7,003.14 |
| 47.18 | BOS VX 2014 PUSHBACK TRACTOR T1200 | $8,162.38 | Net Book Value | $8,162.38 |
| 47.19 | CAT FORKLIFT GC40KS1 | $725.05 | Net Book Value | $725.05 |
| 47.20 | CDB FORKLIFT | $0.00 | Net Book Value | $0.00 |
| 47.21 | CDB FORKLIFT D32S-3 DOOSAN | $0.00 | Net Book Value | $0.00 |
| 47.22 | CDB FUEL TRUCK INTERNATIONAL 2002 3000 TANK | $5,631.59 | Net Book Value | $5,631.59 |
| 47.23 | CDB VAN | $0.00 | Net Book Value | $0.00 |
| 47.24 | DEN 2006 FORD EXPEDITION | $0.00 | Net Book Value | $0.00 |
| 47.25 | DEN BAGGAGE TUG MA-50 FORD 2010 TUG-61 | $2,202.53 | Net Book Value | $2,202.53 |
| 47.26 | DEN BELT LOADER FORD 300 1992 BL-45 | $2,516.10 | Net Book Value | $2,516.10 |
| 47.27 | DLG 05 ISUZU BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.28 | DLG 2008 FORD E350 VAN | $0.00 | Net Book Value | $0.00 |
| 47.29 | DLG 98 CARGO FORKLIFT,6000LB | $0.00 | Net Book Value | $0.00 |
| 47.30 | DLG FORKLIFT GP30K-LP 42"FORKS | $0.00 | Net Book Value | $0.00 |
| 47.31 | DLG FORKLIFT MITSUBISHI | $0.00 | Net Book Value | $0.00 |
| 47.32 | DUT 01 GARSITE FUEL TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.33 | DUT 2006 ISUZU BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.34 | DUT 2011 CHEVY VAN 2500 | $0.00 | Net Book Value | $0.00 |
| 47.35 | DUT 90 FORD FUEL TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.36 | DUT FORKLIFT 2007 CAT DP40K-D | $1,371.99 | Net Book Value | $1,371.99 |
| 47.37 | EAGLE TT-5 PUSHBACK TRACTOR | $2,319.79 | Net Book Value | $2,319.79 |
| 47.38 | FLAT BED TRAILER | $0.00 | Net Book Value | $0.00 |
| 47.39 | FORD E350 STEP VAN 2006    VA-16 | $2,292.35 | Net Book Value | $2,292.35 |
| 47.40 | FTG PUSH BACK TRACTOR EAGLE TT-8D 2004 (REFURBISHED) PBT-06 | $2,448.41 | Net Book Value | $2,448.41 |
| 47.41 | HAND PALLETT TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.42 | JEEP LIBERTY 2012 | $0.00 | Net Book Value | $0.00 |
| 47.43 | LBL TUG FORD GAS                            TUG-57 | $1,953.70 | Net Book Value | $1,953.70 |
| 47.44 | LMT A/C HEATER FVO-400 W/TRAILER | $813.69 | Net Book Value | $813.69 |
| 47.45 | NISSAN QUEST | $302.64 | Net Book Value | $302.64 |
| 47.46 | PBG  BAGGAGE TRACTOR 1998 | $0.00 | Net Book Value | $0.00 |
| 47.47 | PBG FORKLIFT & MANBASKET | $473.29 | Net Book Value | $473.29 |
| 47.48 | PBG GSE BAGGAGE TRACTOR TUG-03 | $0.00 | Net Book Value | $0.00 |
| 47.49 | PDX 2015 NISSAN CREW VAN | $1,379.42 | Net Book Value | $1,379.42 |
| 47.50 | PDX FORD 2005 ESCAPE | $0.00 | Net Book Value | $0.00 |
| 47.51 | PDX FORD E-350 2002 VAN | $0.00 | Net Book Value | $0.00 |
| 47.52 | PQI 2005 CHEVY AVALANCHE WHITE | $0.00 | Net Book Value | $0.00 |
| 47.53 | SDP 2000 CHEVY BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.54 | SDP 2009 FORD RANGER W/CANOPY | $0.00 | Net Book Value | $0.00 |
| 47.55 | SDP FORKLIFT DATSUN | $0.00 | Net Book Value | $0.00 |
| 47.56 | SNP 03 CHEVY EXP VAN (WAS DUT) | $0.00 | Net Book Value | $0.00 |
| 47.57 | STG 2003 CHEVY BOX TRUCK | $0.00 | Net Book Value | $0.00 |
| 47.58 | TOW TRACTOR TIGER TIG50 2002 | $0.00 | Net Book Value | $0.00 |
| 47.59 | TUG FORD GAS | $1,062.83 | Net Book Value | $1,062.83 |
| 47.60 | TUG FORD GAS | $2,479.95 | Net Book Value | $2,479.95 |
| 47.61 | TUG MA50 CARGO TRACTOR | $0.00 | Net Book Value | $0.00 |
| 47.62 | TUG MA50 CARGO TRACTOR | $0.00 | Net Book Value | $0.00 |
| | TOTAL: | $53,760.67 | TOTAL: | $53,760.67 |

**SCHEDULE 49 ATTACHMENT**
Aircraft and Accessories

|      | General Description | Net Book Value | Valuation Method | Current Value |
|------|---------------------|---------------:|------------------|--------------:|
| 49.1 | 3/1-3/31/19 RENTAL | $3,028.64 | Net Book Value | $3,028.64 |
| 49.2 | AUGUST CC - NEED TO VERIFY | $13,715.99 | Net Book Value | $13,715.99 |
| 49.3 | BRAKE ASSY-MLG | $54,542.24 | Net Book Value | $54,542.24 |
| 49.4 | EXCITER | $14,437.50 | Net Book Value | $14,437.50 |
| 49.5 | GPS-400S, RECEIVER | $55,927.08 | Net Book Value | $55,927.08 |
| 49.6 | P/N 5171-1-2 | $5,208.37 | Net Book Value | $5,208.37 |
| 49.7 | PUMP-BOOST FUEL, APU | $1,827.28 | Net Book Value | $1,827.28 |
| 49.8 | ROTABLES - GENERAL | $1,937.50 | Net Book Value | $1,937.50 |
| 49.9 | SAAB 340B | $678,333.33 | Net Book Value | $678,333.33 |
|      | TOTAL: | $828,957.95 | TOTAL: | $828,957.95 |

**SCHEDULE 50 ATTACHMENT**
Other Machinery, Fixtures, and Equipment

| | General Description | | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 50.1 | 1 FIRE SAFE CABINET & FREIGHT | | $0.00 | Net Book Value | $0.00 |
| 50.2 | 2 CABINETS W/DOORS | | $0.00 | Net Book Value | $0.00 |
| 50.3 | 2 SAAB JACKS | | $0.00 | Net Book Value | $0.00 |
| 50.4 | 3 FIRE SAFE CABINETS | | $0.00 | Net Book Value | $0.00 |
| 50.5 | 4 FOX CARTS GPUS | | $0.00 | Net Book Value | $0.00 |
| 50.6 | 40" PROJ REM OAK | | $0.00 | Net Book Value | $0.00 |
| 50.7 | 675PA DATA RECORDER BOX | | $0.00 | Net Book Value | $0.00 |
| 50.8 | A/C HEATER | | $1,916.71 | Net Book Value | $1,916.71 |
| 50.9 | ACCTG PAPER SHREDDER | | $0.00 | Net Book Value | $0.00 |
| 50.10 | ACV POWER KING GPU ELECTRIC | | $702.36 | Net Book Value | $702.36 |
| 50.11 | ANC 2005 INT'L BYPASS MAIL TRK | | $0.00 | Net Book Value | $0.00 |
| 50.12 | ANC 6100 BOEING DOOR ACCESS | | $0.00 | Net Book Value | $0.00 |
| 50.13 | ANC 88 BELT LOADER TUG 660 | | $0.00 | Net Book Value | $0.00 |
| 50.14 | ANC AIRPORT GATE SEATING UNITS | | $0.00 | Net Book Value | $0.00 |
| 50.15 | ANC AIRSTAIR CHAIR | | $0.00 | Net Book Value | $0.00 |
| 50.16 | ANC BAGGAGE CARTS | | $0.00 | Net Book Value | $0.00 |
| 50.17 | ANC BARRACUDA WEB FILTER | | $0.00 | Net Book Value | $0.00 |
| 50.18 | ANC BASE STATION RADIO | | $0.00 | Net Book Value | $0.00 |
| 50.19 | ANC BELT LOADER | | $0.00 | Net Book Value | $0.00 |
| 50.20 | ANC BELT LOADER | | $0.00 | Net Book Value | $0.00 |
| 50.21 | ANC BIRD TCAS-201 TEST SET | | $0.00 | Net Book Value | $0.00 |
| 50.22 | ANC BIZNET 2016 | | $587.18 | Net Book Value | $587.18 |
| 50.23 | ANC BOROSCOPE VIDEO PROBE | | $2,029.93 | Net Book Value | $2,029.93 |
| 50.24 | ANC BOROSCPE | | $849.81 | Net Book Value | $849.81 |
| 50.25 | ANC CALM MAINT SOFTWARE | | $0.00 | Net Book Value | $0.00 |
| 50.26 | ANC CARGO FREEZER 20' | | $0.00 | Net Book Value | $0.00 |
| 50.27 | ANC CARGO-BYPASS INT SEC FENCE | | $0.00 | Net Book Value | $0.00 |
| 50.28 | ANC CHRISTIE BATTERY CHARGER/CABLE | | $0.00 | Net Book Value | $0.00 |
| 50.29 | ANC COBRA PROP BALANCING KIT | | $599.63 | Net Book Value | $599.63 |
| 50.30 | ANC COBRA PROP BALANCING KIT | | $699.26 | Net Book Value | $699.26 |
| 50.31 | ANC COMPRESSOR WASHER 20160 | | $1,172.62 | Net Book Value | $1,172.62 |
| 50.32 | ANC DE-ICEING TANK | | $0.00 | Net Book Value | $0.00 |
| 50.33 | ANC DELL COMP SERVER ESX1 | | $0.00 | Net Book Value | $0.00 |
| 50.34 | ANC DELL COMP SERVER ESX2 | | $0.00 | Net Book Value | $0.00 |
| 50.35 | ANC DISPATCH/BREAKROOM | | $0.00 | Net Book Value | $0.00 |
| 50.36 | ANC DME TESTER | | $0.00 | Net Book Value | $0.00 |
| 50.37 | ANC DOWTY PROPELLER | | $0.00 | Net Book Value | $0.00 |
| 50.38 | ANC ENGINE STAND | | $0.00 | Net Book Value | $0.00 |
| 50.39 | ANC EREV REVENUE SYSTEM | | $4,203.30 | Net Book Value | $4,203.30 |
| 50.40 | ANC ETRIP TRADER CREW SCHED | | $0.00 | Net Book Value | $0.00 |
| 50.41 | ANC GPU HOBART 14G006U GPU-600 | | $0.00 | Net Book Value | $0.00 |
| 50.42 | ANC GPU HOBART 14G009U | | $0.00 | Net Book Value | $0.00 |
| 50.43 | ANC GPU HOBART 600 S/N-10691 | | $0.00 | Net Book Value | $0.00 |
| 50.44 | ANC GPU HOBART 600 S/N-11134 | | $0.00 | Net Book Value | $0.00 |
| 50.45 | ANC GPU JET-EX5D DIESEL 28.5V | | $0.00 | Net Book Value | $0.00 |
| 50.46 | ANC GPU JET-EX5D DIESL WAS CDB | | $0.00 | Net Book Value | $0.00 |
| 50.47 | ANC GPU MX POWER KING 2016 | GPU-39 | $800.44 | Net Book Value | $800.44 |
| 50.48 | ANC H20 TANK WASH | | $0.00 | Net Book Value | $0.00 |
| 50.49 | ANC HAND BRAKE | | $0.00 | Net Book Value | $0.00 |
| 50.50 | ANC HEATCON DUAL ZONE HOT BOND | | $0.00 | Net Book Value | $0.00 |
| 50.51 | ANC HOBART SAAB AC PWR TESTER | | $0.00 | Net Book Value | $0.00 |
| 50.52 | ANC HOISE NANCEL MOUNTED | | $0.00 | Net Book Value | $0.00 |
| 50.53 | ANC HYDRAULIC MULE | | $0.00 | Net Book Value | $0.00 |
| 50.54 | ANC ICE MAKER | | $0.00 | Net Book Value | $0.00 |
| 50.55 | ANC ICE MAKER | | $0.00 | Net Book Value | $0.00 |
| 50.56 | ANC IFR ATC-601 TEST SET | | $0.00 | Net Book Value | $0.00 |
| 50.57 | ANC JACK 12TON SAAB 2000 | | $0.00 | Net Book Value | $0.00 |
| 50.58 | ANC JACK 12TON SAAB 2000 | | $0.00 | Net Book Value | $0.00 |
| 50.59 | ANC JACK 12-TON SAAB 2000 | | $0.00 | Net Book Value | $0.00 |
| 50.60 | ANC JETGO GPU DIESEL | | $3,070.23 | Net Book Value | $3,070.23 |
| 50.61 | ANC LIGHT POLE | | $0.00 | Net Book Value | $0.00 |
| 50.62 | ANC MAS 100 ERP ACCOUNTING SYSTEM | | $5,349.36 | Net Book Value | $5,349.36 |

**SCHEDULE 50 ATTACHMENT**
Other Machinery, Fixtures, and Equipment

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 50.63 | ANC MAZDA MZ5 SW | $0.00 | Net Book Value | $0.00 |
| 50.64 | ANC MX PAINT BOOTH | $0.00 | Net Book Value | $0.00 |
| 50.65 | ANC MX PORTABLE HEATER | $0.00 | Net Book Value | $0.00 |
| 50.66 | ANC MX RAMP TEST SET | $1,878.88 | Net Book Value | $1,878.88 |
| 50.67 | ANC MX SHEET METAL TOOL | $0.00 | Net Book Value | $0.00 |
| 50.68 | ANC MXNT CLEAN COMPOSITE RM | $0.00 | Net Book Value | $0.00 |
| 50.69 | ANC MXNT DIRTY COMPOSITE RM | $0.00 | Net Book Value | $0.00 |
| 50.70 | ANC MXNT FALL PROTECTION SYSTM | $0.00 | Net Book Value | $0.00 |
| 50.71 | ANC MXNT FDR DOWNLD UNIT,DBASE | $0.00 | Net Book Value | $0.00 |
| 50.72 | ANC MXNT HANGAR FLOOR SCRUBBER | $0.00 | Net Book Value | $0.00 |
| 50.73 | ANC MXNT OXYGEN BOOSTER OB-30 | $0.00 | Net Book Value | $0.00 |
| 50.74 | ANC MXNT SAAB ENG/GEAR STAND | $0.00 | Net Book Value | $0.00 |
| 50.75 | ANC NAVTECH DISPATCH SYSTEM | $0.00 | Net Book Value | $0.00 |
| 50.76 | ANC PENAIR MANUALS | $53,677.85 | Net Book Value | $53,677.85 |
| 50.77 | ANC PHONE CABLING | $0.00 | Net Book Value | $0.00 |
| 50.78 | ANC PROP BALANCE INDICATOR | $0.00 | Net Book Value | $0.00 |
| 50.79 | ANC PROP BALANCE VIBREX 2000+ | $0.00 | Net Book Value | $0.00 |
| 50.80 | ANC PROP BALANCER | $0.00 | Net Book Value | $0.00 |
| 50.81 | ANC PROP TOOL 2000S | $3,362.64 | Net Book Value | $3,362.64 |
| 50.82 | ANC PROPELLER LIFTING TACKLE | $1,587.30 | Net Book Value | $1,587.30 |
| 50.83 | ANC SAAB 2000 FLIGHTLINK DATA SYSTEM ENGINNERING | $4,287.37 | Net Book Value | $4,287.37 |
| 50.84 | ANC SAAB 2000 NAV TESTING EQUIP IFR 6000 | $1,479.13 | Net Book Value | $1,479.13 |
| 50.85 | ANC SAAB 340 PROP STND+TRNSPRT | $0.00 | Net Book Value | $0.00 |
| 50.86 | ANC SAAB 340 SPARE DOWTY PROP R389/4-123-F/25 | $0.00 | Net Book Value | $0.00 |
| 50.87 | ANC SAAB BUSHING CHNG TOOL KIT | $0.00 | Net Book Value | $0.00 |
| 50.88 | ANC SAAB BUSHING CHNG TOOL KIT | $0.00 | Net Book Value | $0.00 |
| 50.89 | ANC SAAB DUCT GRND TEST UNIT | $0.00 | Net Book Value | $0.00 |
| 50.90 | ANC SAAB TOOL KIT | $0.00 | Net Book Value | $0.00 |
| 50.91 | ANC SABRE SYSTEM | $0.00 | Net Book Value | $0.00 |
| 50.92 | ANC SAN COMP NETWORK FILE STOR | $0.00 | Net Book Value | $0.00 |
| 50.93 | ANC SB STALL WARNING N403XJ | $3,496.17 | Net Book Value | $3,496.17 |
| 50.94 | ANC SB STALL WARNING N404XJ | $3,391.29 | Net Book Value | $3,391.29 |
| 50.95 | ANC SB STALL WARNING N665PA | $3,772.85 | Net Book Value | $3,772.85 |
| 50.96 | ANC SB STALL WARNING N675PA | $1,968.02 | Net Book Value | $1,968.02 |
| 50.97 | ANC SCISSOR LIFT MODEL 1 | $0.00 | Net Book Value | $0.00 |
| 50.98 | ANC SECURITY CAMERA SYSTEM | $0.00 | Net Book Value | $0.00 |
| 50.99 | ANC SERVER UPGRADE | $7,461.54 | Net Book Value | $7,461.54 |
| 50.100 | ANC SNOW BLOWER | $0.00 | Net Book Value | $0.00 |
| 50.101 | ANC STORAGE | $0.00 | Net Book Value | $0.00 |
| 50.102 | ANC SUPERSEDER III BATTERY CHARGER | $0.00 | Net Book Value | $0.00 |
| 50.103 | ANC TABLE & BENCH | $0.00 | Net Book Value | $0.00 |
| 50.104 | ANC TAMDAR UNIT N680PA | $2,345.44 | Net Book Value | $2,345.44 |
| 50.105 | ANC TAMDAR UNIT N681PA | $2,345.44 | Net Book Value | $2,345.44 |
| 50.106 | ANC TAMDAR UNIT N682PA | $2,345.44 | Net Book Value | $2,345.44 |
| 50.107 | ANC TAMDAR UNIT N686PA | $2,345.44 | Net Book Value | $2,345.44 |
| 50.108 | ANC TAMDAR UNIT N687PA | $2,345.44 | Net Book Value | $2,345.44 |
| 50.109 | ANC TEST SET | $0.00 | Net Book Value | $0.00 |
| 50.110 | ANC TUG | $0.00 | Net Book Value | $0.00 |
| 50.111 | ANC TUG 660 BELT LOADER | $0.00 | Net Book Value | $0.00 |
| 50.112 | ANC TUG 660 BELT LOADER | $0.00 | Net Book Value | $0.00 |
| 50.113 | ANC TUG EAGLE TT-8GW | $0.00 | Net Book Value | $0.00 |
| 50.114 | ANC TUG ENGINE | $0.00 | Net Book Value | $0.00 |
| 50.115 | ANC VEHICLE MOUNT RADIO | $0.00 | Net Book Value | $0.00 |
| 50.116 | ANC VIDEO PROBE 300 SYSTEM | $0.00 | Net Book Value | $0.00 |
| 50.117 | ANC VIDEO PROBE BORESCOPE | $0.00 | Net Book Value | $0.00 |
| 50.118 | ANC WEBSITE REDESIGN | $0.00 | Net Book Value | $0.00 |
| 50.119 | ANC WIRING CONNECTIVITY TOOL KIT | $1,269.30 | Net Book Value | $1,269.30 |
| 50.120 | ANI DEICER | $0.00 | Net Book Value | $0.00 |
| 50.121 | BAGGAGE TUG CBT50-G | $0.00 | Net Book Value | $0.00 |
| 50.122 | BAGGAGE TUG-135 ELECTRIC   TUG-54 | $2,629.59 | Net Book Value | $2,629.59 |
| 50.123 | BASE STATION -  DLG | $0.00 | Net Book Value | $0.00 |
| 50.124 | BELTLOADER WASP A204477D  BL-46 | $1,049.99 | Net Book Value | $1,049.99 |

**SCHEDULE 50 ATTACHMENT**
Other Machinery, Fixtures, and Equipment

| | General Description | | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 50.125 | BOARDING RAMP | | $1,866.27 | Net Book Value | $1,866.27 |
| 50.126 | BORESCOPE | | $0.00 | Net Book Value | $0.00 |
| 50.127 | BOS 1994 TOYOTA BAGGAGE TUG MA-50 | | $0.00 | Net Book Value | $0.00 |
| 50.128 | BOS 2008 WASP BELTLOADER | | $0.00 | Net Book Value | $0.00 |
| 50.129 | BOS AIRSTARTA BOTTLE TLD ACE 500 | | $0.00 | Net Book Value | $0.00 |
| 50.130 | BOS FIBER OPTIC CABLE+INSTALL | | $0.00 | Net Book Value | $0.00 |
| 50.131 | BOS GPU 2015 TLD 409 E CUP 90 KVA FOR AS/VX CONTRACT | | $3,631.66 | Net Book Value | $3,631.66 |
| 50.132 | BOS LAV CART 2016 | | $1,079.68 | Net Book Value | $1,079.68 |
| 50.133 | BOS MA-50 1989 BAGGAGE TUG - 5883 | | $0.00 | Net Book Value | $0.00 |
| 50.134 | BOS MA-50 1995 BAGGAGE TUG - 1083 | | $0.00 | Net Book Value | $0.00 |
| 50.135 | BOS MA-50 1996 BAGGAGE TUG - 3501 | | $0.00 | Net Book Value | $0.00 |
| 50.136 | BOS MA-50 1997 BAGGAGE TUG - 11202 | | $0.00 | Net Book Value | $0.00 |
| 50.137 | BOS MA-50 1998 BAGGAGE TUG - 9104 | | $0.00 | Net Book Value | $0.00 |
| 50.138 | BOS PASSENGER STAIRS | | $3,666.96 | Net Book Value | $3,666.96 |
| 50.139 | BOS TRAINING FACILITY REWIRE | | $0.00 | Net Book Value | $0.00 |
| 50.140 | BOS TUG HARLAN HTAG-30 1998 | | $1,260.99 | Net Book Value | $1,260.99 |
| 50.141 | BOS TUG HARLAN HTAG-30 1998 | | $1,260.99 | Net Book Value | $1,260.99 |
| 50.142 | BOS VX BELTLOADER TLD 4269-2522 | BL-43 | $2,097.45 | Net Book Value | $2,097.45 |
| 50.143 | BOS VX BELTLOADER WOLLARD TC 8661 | BL-44 | $2,097.45 | Net Book Value | $2,097.45 |
| 50.144 | BOS VX TOWBAR | | $420.33 | Net Book Value | $420.33 |
| 50.145 | BOS VX TOWBAR | | $420.33 | Net Book Value | $420.33 |
| 50.146 | BOS VX TUG EQUITECH MA-30 | TUG-65 | $1,462.75 | Net Book Value | $1,462.75 |
| 50.147 | BOS VX TUG EQUITECH MA-30 | TUG-66 | $1,462.75 | Net Book Value | $1,462.75 |
| 50.148 | BOS VX TUG NMC 100 | TUG 64 | $1,462.75 | Net Book Value | $1,462.75 |
| 50.149 | BOS VX TUG NMC 100 1997 | TUG 67 | $1,462.75 | Net Book Value | $1,462.75 |
| 50.150 | BOS WASP 2008 BELTLOADER - 192614 | | $0.00 | Net Book Value | $0.00 |
| 50.151 | BOS WASP 2008 BELTLOADER - 193325 | | $0.00 | Net Book Value | $0.00 |
| 50.152 | BOS WOLLLARD SPEED TUG 1995 | BB-06 | $0.00 | Net Book Value | $0.00 |
| 50.153 | BOTTLE CART NITROGEN | | $506.68 | Net Book Value | $506.68 |
| 50.154 | C2 GATE CONSTRUCTION | | $0.00 | Net Book Value | $0.00 |
| 50.155 | CABLE TENSIONMETER | | $0.00 | Net Book Value | $0.00 |
| 50.156 | CAGE - DUTCH CARGO | | $0.00 | Net Book Value | $0.00 |
| 50.157 | CARGO SCALE - DUT | | $0.00 | Net Book Value | $0.00 |
| 50.158 | CARGO SEATS DLG | | $0.00 | Net Book Value | $0.00 |
| 50.159 | CDB 2000 CHVY EXT CAB TRK SDP | | $0.00 | Net Book Value | $0.00 |
| 50.160 | CDB ELECTRIC MODS FOR GPUS | | $0.00 | Net Book Value | $0.00 |
| 50.161 | CDB FUEL PUMP | | $0.00 | Net Book Value | $0.00 |
| 50.162 | CDB FURN, FREEZ & FRT | | $0.00 | Net Book Value | $0.00 |
| 50.163 | CDB FURNITURE | | $0.00 | Net Book Value | $0.00 |
| 50.164 | CDB FURNITURE | | $0.00 | Net Book Value | $0.00 |
| 50.165 | CDB GPU HOBART ELECTRIC | | $0.00 | Net Book Value | $0.00 |
| 50.166 | CDB POWER TOW | | $0.00 | Net Book Value | $0.00 |
| 50.167 | CHARGING STATION | | $610.86 | Net Book Value | $610.86 |
| 50.168 | CHARGING STATION | | $610.86 | Net Book Value | $610.86 |
| 50.169 | COMPOSITE ROOM REMODEL | | $0.00 | Net Book Value | $0.00 |
| 50.170 | CONF ROOM FURNITURE | | $0.00 | Net Book Value | $0.00 |
| 50.171 | CREDENZA & FILE | | $0.00 | Net Book Value | $0.00 |
| 50.172 | DE ICER AKN | | $0.00 | Net Book Value | $0.00 |
| 50.173 | DEN BEL LOADER NORDCO 4096D ISUZU DIELSEL 1989 | BL-41 | $2,544.68 | Net Book Value | $2,544.68 |
| 50.174 | DEN BELT LOADER 1989 NORDCO 4009 | | $1,292.94 | Net Book Value | $1,292.94 |
| 50.175 | DEN GPU JETGO 800AL-RJ2016 | | $2,870.22 | Net Book Value | $2,870.22 |
| 50.176 | DEN VIDEO BOROSPOPE | | $2,026.46 | Net Book Value | $2,026.46 |
| 50.177 | DILLINGHAM IMPROVEMENTS | | $0.00 | Net Book Value | $0.00 |
| 50.178 | DLG BELT LOADER | | $0.00 | Net Book Value | $0.00 |
| 50.179 | DLG CARGO FREEZER | | $0.00 | Net Book Value | $0.00 |
| 50.180 | DLG FLOOR SCALE+INDICATOR | | $0.00 | Net Book Value | $0.00 |
| 50.181 | DLG FUEL METERS (2) | | $0.00 | Net Book Value | $0.00 |
| 50.182 | DLG RAMP ELECTRICAL MODS | | $0.00 | Net Book Value | $0.00 |
| 50.183 | DLG VHF RADIO | | $0.00 | Net Book Value | $0.00 |
| 50.184 | DUT 91 BELT LOADER | | $0.00 | Net Book Value | $0.00 |
| 50.185 | DUT BELTLOADER | | $0.00 | Net Book Value | $0.00 |
| 50.186 | DUT DEICER 300 GAL | | $0.00 | Net Book Value | $0.00 |

**SCHEDULE 50 ATTACHMENT**
Other Machinery, Fixtures, and Equipment

| | General Description | | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 50.187 | EAR BAGGAGE TUG MA-50 | TUG-60 | $1,807.42 | Net Book Value | $1,807.42 |
| 50.188 | EAR BELT LOADER WASP | BL-39 | $1,413.99 | Net Book Value | $1,413.99 |
| 50.189 | EAR GPU JET GO | GPU -47 | $2,890.39 | Net Book Value | $2,890.39 |
| 50.190 | ESX6 POWEREDGE R720 SERVER | | $0.00 | Net Book Value | $0.00 |
| 50.191 | FENCING ANC HANGAR | | $0.00 | Net Book Value | $0.00 |
| 50.192 | FH-44 DECK SCALE | | $0.00 | Net Book Value | $0.00 |
| 50.193 | FORTINET FORTIGATE 200D | | $0.00 | Net Book Value | $0.00 |
| 50.194 | FORTINET FORTIGATE 200D ROUTER | | $0.00 | Net Book Value | $0.00 |
| 50.195 | FREIGHT CART | | $0.00 | Net Book Value | $0.00 |
| 50.196 | FTG BARFIELD AIR DATA TEST SET | | $1,323.60 | Net Book Value | $1,323.60 |
| 50.197 | FTG PRESSURE WASHER | | $597.74 | Net Book Value | $597.74 |
| 50.198 | FULLY DEPRECIATED ITEMS | | $0.00 | Net Book Value | $0.00 |
| 50.199 | FURNITURE - DUT CARGO | | $0.00 | Net Book Value | $0.00 |
| 50.200 | FURNITURE-DANNY (ANC) | | $0.00 | Net Book Value | $0.00 |
| 50.201 | GENERAL EQUIPMENT & SPARE PARTS - INVENTORY | | $3,175,582.94 | Net Book Value | $3,175,582.94 |
| 50.202 | GPU JETGO 800AL-RJ   GPU-46 | | $2,870.22 | Net Book Value | $2,870.22 |
| 50.203 | GPU POWER KING 3-OHASE 28V | | $763.42 | Net Book Value | $763.42 |
| 50.204 | HERMAN NELSON HEATER | | $0.00 | Net Book Value | $0.00 |
| 50.205 | ICE FROST HEATER | | $0.00 | Net Book Value | $0.00 |
| 50.206 | INVENT/MAINT PROGRAM | | $0.00 | Net Book Value | $0.00 |
| 50.207 | KCG FUEL TANK | | $0.00 | Net Book Value | $0.00 |
| 50.208 | LATERAL FILES | | $0.00 | Net Book Value | $0.00 |
| 50.209 | LAV CART LC100E 2016 | | $551.57 | Net Book Value | $551.57 |
| 50.210 | LMT BAGGAGE TUG  TIG-50 | | $1,601.86 | Net Book Value | $1,601.86 |
| 50.211 | LMT BELT LOADER WASP A017715D 2000 | BL-40 | $1,469.48 | Net Book Value | $1,469.48 |
| 50.212 | LMT FUEL SERVICE CART 600 GALS | | $1,277.57 | Net Book Value | $1,277.57 |
| 50.213 | LMT LAV CART | LAV-10 | $551.51 | Net Book Value | $551.51 |
| 50.214 | LOAD BANK    LB-02 | | $426.89 | Net Book Value | $426.89 |
| 50.215 | LOAD BANK LB-03 | | $427.53 | Net Book Value | $427.53 |
| 50.216 | LOADING DOCK REPAIRS | | $0.00 | Net Book Value | $0.00 |
| 50.217 | LOBBY ARTWORK | | $0.00 | Net Book Value | $0.00 |
| 50.218 | LOCKABLE SOCKETS (ANC HANGER) | | $0.00 | Net Book Value | $0.00 |
| 50.219 | MA50 BAGGAGE TUG | | $0.00 | Net Book Value | $0.00 |
| 50.220 | MILLER THUNDERBOLT AC/DC | | $0.00 | Net Book Value | $0.00 |
| 50.221 | MISC OFC FURNITURE | | $0.00 | Net Book Value | $0.00 |
| 50.222 | MX ACES PROP BALANCER | | $0.00 | Net Book Value | $0.00 |
| 50.223 | N404XJ FUEL TANK SVC BLTN+INST | | $0.00 | Net Book Value | $0.00 |
| 50.224 | N675PA SAAB UPGRADES | | $0.00 | Net Book Value | $0.00 |
| 50.225 | NAV/COM TEST SET | | $0.00 | Net Book Value | $0.00 |
| 50.226 | OXYGEN 3-BOTTLE CART | | $1,112.73 | Net Book Value | $1,112.73 |
| 50.227 | OXYGEN BOTTLE CART | | $449.52 | Net Book Value | $449.52 |
| 50.228 | PALLET JACK | | $0.00 | Net Book Value | $0.00 |
| 50.229 | PBG  BELT LOADER 2003 DIESEL | | $0.00 | Net Book Value | $0.00 |
| 50.230 | PBG  MX AIRCRAFT BATTERY CHGR | | $0.00 | Net Book Value | $0.00 |
| 50.231 | PBG GPU-600 W/INPUT CABLE | | $0.00 | Net Book Value | $0.00 |
| 50.232 | PBG GSE AIRCRAFT TOW/PUSHBACK | | $0.00 | Net Book Value | $0.00 |
| 50.233 | PBG GSE BELTLOADER TUG 660-11 | | $0.00 | Net Book Value | $0.00 |
| 50.234 | PBG LAVATORY CART LC100 | | $0.00 | Net Book Value | $0.00 |
| 50.235 | PDX AERO LC100E LAV CART | | $0.00 | Net Book Value | $0.00 |
| 50.236 | PDX GPU JETGO 800AL-RJ DIESEL | | $2,845.84 | Net Book Value | $2,845.84 |
| 50.237 | PDX JETGO 800AL-RJ GPU DIESEL | | $0.00 | Net Book Value | $0.00 |
| 50.238 | PDX JETGO 80AL-RJ GPU DIESEL | | $0.00 | Net Book Value | $0.00 |
| 50.239 | PDX JETGO DIESEL GPU | | $2,935.72 | Net Book Value | $2,935.72 |
| 50.240 | PDX PASSENGER BOARDING RAMP | | $1,609.87 | Net Book Value | $1,609.87 |
| 50.241 | PHONE SYSTEM | | $499.15 | Net Book Value | $499.15 |
| 50.242 | POWERTOW | | $0.00 | Net Book Value | $0.00 |
| 50.243 | PQI GSE BELTLOADER 660-11 | | $0.00 | Net Book Value | $0.00 |
| 50.244 | PROP LIFTER | | $0.00 | Net Book Value | $0.00 |
| 50.245 | PROPELLER ASSEMBLY | | $0.00 | Net Book Value | $0.00 |
| 50.246 | RADIOS & INSTALL STG | | $0.00 | Net Book Value | $0.00 |
| 50.247 | RAIN GUTTERS & INSTALL | | $0.00 | Net Book Value | $0.00 |
| 50.248 | REPLACEMENT STEPS 6200 BOEING AVE | | $125.76 | Net Book Value | $125.76 |

**SCHEDULE 50 ATTACHMENT**
Other Machinery, Fixtures, and Equipment

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 50.249 | S SAAB COLD WEATHER KITS | $0.00 | Net Book Value | $0.00 |
| 50.250 | SAAB 19SEAT SVC BLLTIN | $0.00 | Net Book Value | $0.00 |
| 50.251 | SAAB 340 SPARE DOWTY PROPELLER 1303/85 | $0.00 | Net Book Value | $0.00 |
| 50.252 | SAAB N403XJ CARGO MOD+INSTALL | $0.00 | Net Book Value | $0.00 |
| 50.253 | SAAB N403XJ GPS KLN900 SYSTEM | $0.00 | Net Book Value | $0.00 |
| 50.254 | SAAB N403XJ SVCBLTN FUEL REWIR | $0.00 | Net Book Value | $0.00 |
| 50.255 | SAAB N404XJ CARGO MODIFICATION | $0.00 | Net Book Value | $0.00 |
| 50.256 | SAAB N404XJ GPS KLN900 | $0.00 | Net Book Value | $0.00 |
| 50.257 | SAAB N675PA COCKPIT VOICE REC | $0.00 | Net Book Value | $0.00 |
| 50.258 | SAAB N675PA FLIGHT DATA RCRDR | $0.00 | Net Book Value | $0.00 |
| 50.259 | SAAB N675PA PAINT | $0.00 | Net Book Value | $0.00 |
| 50.260 | SAAB N675PA TAWS | $0.00 | Net Book Value | $0.00 |
| 50.261 | SAAB SPARE DOWTY PROPELLER | $0.00 | Net Book Value | $0.00 |
| 50.262 | SAAB SPARE GEARBOX FOR PROP | $0.00 | Net Book Value | $0.00 |
| 50.263 | SAAB SPARE MLG DRAG BRACE AYLH | $0.00 | Net Book Value | $0.00 |
| 50.264 | SAAB SPARE MLG DRAG BRACE AYRH | $0.00 | Net Book Value | $0.00 |
| 50.265 | SAAB SPARE MLG SHOCK STRUT | $0.00 | Net Book Value | $0.00 |
| 50.266 | SAAB SPARE MLG SHOCK STRUT | $0.00 | Net Book Value | $0.00 |
| 50.267 | SAAB SPARE NLG DRAG BRACE | $0.00 | Net Book Value | $0.00 |
| 50.268 | SAAB SPARE NLG SHOCK STRUT | $0.00 | Net Book Value | $0.00 |
| 50.269 | SAAB SPARE PROP S/NDRG/2595/85 | $0.00 | Net Book Value | $0.00 |
| 50.270 | SANDBLASTER - AKN | $0.00 | Net Book Value | $0.00 |
| 50.271 | SCALE - AKN | $0.00 | Net Book Value | $0.00 |
| 50.272 | SCALE - SNP | $0.00 | Net Book Value | $0.00 |
| 50.273 | SCALE CDB | $0.00 | Net Book Value | $0.00 |
| 50.274 | SDP FUEL TANK | $0.00 | Net Book Value | $0.00 |
| 50.275 | SDP FUEL TANK FENCING | $0.00 | Net Book Value | $0.00 |
| 50.276 | SDP FUEL TANK IMPROVEMENTS | $0.00 | Net Book Value | $0.00 |
| 50.277 | SDP PAX TERMINAL FIXTURES | $0.00 | Net Book Value | $0.00 |
| 50.278 | SDP PAX TERMINAL FURNISHINGS | $0.00 | Net Book Value | $0.00 |
| 50.279 | SDP PAX TERMINAL LOT IMPRVMNT | $0.00 | Net Book Value | $0.00 |
| 50.280 | SDP PAX TERMINAL SEATING | $0.00 | Net Book Value | $0.00 |
| 50.281 | SHELVING (ANC) | $0.00 | Net Book Value | $0.00 |
| 50.282 | SHELVING (CDB) | $0.00 | Net Book Value | $0.00 |
| 50.283 | SNP BASE STATION | $0.00 | Net Book Value | $0.00 |
| 50.284 | SNP FUEL TANK | $0.00 | Net Book Value | $0.00 |
| 50.285 | SNP GPU HOBART 600 S/N-10717 | $0.00 | Net Book Value | $0.00 |
| 50.286 | STG AIR TO GROUND RADIO | $0.00 | Net Book Value | $0.00 |
| 50.287 | STG FUEL PUMP & MOTOR | $0.00 | Net Book Value | $0.00 |
| 50.288 | STORAGE CABINETS | $0.00 | Net Book Value | $0.00 |
| 50.289 | STROBE/BLADE CABLE ASSY | $0.00 | Net Book Value | $0.00 |
| 50.290 | TUG CHARLATTE T-135   TUG-55 | $2,395.88 | Net Book Value | $2,395.88 |
| 50.291 | UAO HOTTY PRESSURE WASHER | $521.18 | Net Book Value | $521.18 |
| 50.292 | VHF GRND STATION KCQ/PTH | $0.00 | Net Book Value | $0.00 |
| 50.293 | VHF GROUND STATION NIKOLSKI | $0.00 | Net Book Value | $0.00 |
| 50.294 | VHF RADIO-BASE STATION AKN | $0.00 | Net Book Value | $0.00 |
| 50.295 | WASP 2008 BELTLOADER - | $0.00 | Net Book Value | $0.00 |
| 50.296 | WEIGHING EQUIPMENT | $0.00 | Net Book Value | $0.00 |
| | TOTAL: | $3,365,187.56 | TOTAL: | $3,365,187.56 |

**SCHEDULE 55 ATTACHMENT**
Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and Location of Property | Location | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| 55.1 | AKN EXTERIOR FRONT DOOR UPGRADE - LOBBY | King Salmon, AK | Owned | $7,610.40 | Net Book Value | $7,610.40 |
| 55.2 | AKN TERMINAL BUILDING | King Salmon, AK | Owned | $443,459.86 | Net Book Value | $443,459.86 |
| 55.3 | AKN TERMINAL REMODEL | King Salmon, AK | Owned | $66,628.25 | Net Book Value | $66,628.25 |
| 55.4 | AKN WINDOW UPGRADE - TERMINAL | King Salmon, AK | Owned | $7,301.50 | Net Book Value | $7,301.50 |
| 55.5 | ARTC HSE ADAK | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.6 | CDB BOILER REPLACEMENT | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.7 | CDB DOUBLE DUPLEX | Cold Bay, AK | Owned | $305,344.25 | Net Book Value | $305,344.25 |
| 55.8 | CDB HANGER IMPROVEMENT | Cold Bay, AK | Owned | $242,305.72 | Net Book Value | $242,305.72 |
| 55.9 | CDB HOUSING | Cold Bay, AK | Owned | $63,840.85 | Net Book Value | $63,840.85 |
| 55.10 | CDB HOUSING SAFETY UPGRADES | Cold Bay, AK | Owned | $69,493.05 | Net Book Value | $69,493.05 |
| 55.11 | CDB OFFICE | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.12 | CDB ROOF & INSULATION | Cold Bay, AK | Owned | $83,149.27 | Net Book Value | $83,149.27 |
| 55.13 | CDB SINGLE DUPLEX IMPROVEMENTS | Cold Bay, AK | Owned | $51,229.93 | Net Book Value | $51,229.93 |
| 55.14 | CDB TERMINAL ELECTRICAL IMPR | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.15 | CDB WINDOW UPGRADE - HOUSING | Cold Bay, AK | Owned | $63,699.92 | Net Book Value | $63,699.92 |
| 55.16 | CDB WINDOW UPGRADE - TERMINAL | Cold Bay, AK | Owned | $53,011.95 | Net Book Value | $53,011.95 |
| 55.17 | DLG ARMSTRONG HANGER | Dillingham, AK | Owned | $252,179.44 | Net Book Value | $252,179.44 |
| 55.18 | DLG CARGO SECTION | Dillingham, AK | Owned | $19,396.55 | Net Book Value | $19,396.55 |
| 55.19 | DLG EXTERIOR LIGHT UPGRADE | Dillingham, AK | Owned | $9,436.10 | Net Book Value | $9,436.10 |
| 55.20 | DLG GIFT SHOP & REMODEL | Dillingham, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.21 | DLG ROOF REPAIR | Dillingham, AK | Owned | $56,296.09 | Net Book Value | $56,296.09 |
| 55.22 | DLG TERMINAL FLOORING REMODEL | Dillingham, AK | Owned | $45,105.11 | Net Book Value | $45,105.11 |
| 55.23 | DLG TERMINAL REMODEL | Dillingham, AK | Owned | $55,008.18 | Net Book Value | $55,008.18 |
| 55.24 | DLG WINDOW UPGRADE - TERMINAL | Dillingham, AK | Owned | $20,078.53 | Net Book Value | $20,078.53 |
| 55.25 | DUPLEX & IMPROVEMENTS | Cold Bay, AK | Owned | $115,139.72 | Net Book Value | $115,139.72 |
| 55.26 | FUEL REGISTER | King Salmon, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.27 | GARAGE CDB HSG | Cold Bay, AK | Owned | $10,285.33 | Net Book Value | $10,285.33 |
| 55.28 | HANGAR | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.29 | HANGAR | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.30 | HANGAR | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.31 | HANGAR INSULATION | Cold Bay, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.32 | NNK TRAILER FURNACE | King Salmon, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.33 | SDP EXTERIOR TERMINAL DOOR UPGRADE | St. Paul, AK | Owned | $2,923.18 | Net Book Value | $2,923.18 |
| 55.34 | SDP PAX TERMINAL BUILDING | St. Paul, AK | Owned | $278,326.82 | Net Book Value | $278,326.82 |
| 55.35 | TOYO STOVE HEATER | King Salmon, AK | Owned | $0.00 | Net Book Value | $0.00 |
| 55.36 | VACANT LAND NAKNEK | Anchorage, AK | Owned | $71,250.00 | Net Book Value | $71,250.00 |
| | | | TOTAL: | $2,392,500.00 | TOTAL: | $2,392,500.00 |

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
| --- | --- |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.**If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

2.1

**Creditor's name and mailing address**

BNP Paribas
155 North Wacker Drive, Ste 4450
Chicago, IL60606

**Date debt was incurred?**
7/31/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: $92,257,994.74

Column B: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$92,257,994.74

Debtor    Peninsula Aviation Services, Inc.
          Name

Case number *(if known)* 20-10762

---

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1    BNP Paribas<br>Attn: Guillaume Charrier<br>787 Seventh Ave<br>New York, NY10019 | Line 2.1 | |
| 3.2    Ashby & Geddes, P.A.<br>Attn: William P. Bowden & Gregory A. Taylor<br>500 Delaware Avenue, 8th Fl<br>PO Box 1150<br>Wilmington, DE19899-1150 | Line 2.1 | |
| 3.3    Winston & Strawn, LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY10166-4193 | Line 2.1 | |

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,335.80 | $5,335.80 |

2.1    **Priority creditor's name and mailing address**

Arash Ferozepurwalla, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim    $5,335.80

Priority amount    $5,335.80

2.2    **Priority creditor's name and mailing address**

John Lily, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim    $8,618.00

Priority amount    $8,618.00

| | | | | |
|---|---|---|---|---|
| 2.3 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,664.01 | $1,664.01 |

Kent Carter, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $291.00 | $291.00 |

Nino Manalo, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,788.78 | $4,788.78 |

Robert Dicus, Address on File

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | Unknown |

A Cut Above Uniforms, 2150 W. 6th Ave., Broomfield, CO 80020

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**   **Nonpriority creditor's name and mailing address**

A T & T Mobility, P.O. Box 6463, Carols Stream, IL 60197-6463

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**

AAR AIRCRAFT SERVICES, ATTN: ACCOUNTS RECEIVABLE, 6611 S. MERIDIAN AVE, OKLAHOMA CITY, OK 73159

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**

AAR CORP, 1100 North Wood Dale Road , Wood Dale, IL 60191

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**

AAR Supply Chain, Inc, 1100 NORTH WOOD DALE ROAD, WOOD DALE, IL 60191

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.6**    **Nonpriority creditor's name and mailing address**
ABM - AMERICAN BLDG MAINTENANCE INC., PO BOX 419860, Boston,
MA 02241-9860

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.7**    **Nonpriority creditor's name and mailing address**
ABM JANITORIAL - NORTHWEST, INC, DEPT 30874 PO BOX 60000, SAN
FRANCISCO, CA 94160

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.8**    **Nonpriority creditor's name and mailing address**
ABREU-SANCHEZ ENNY, 15 Crestview Lane, Fitchburg, MA 01420

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.9**    **Nonpriority creditor's name and mailing address**
ACE Air Cargo, 5901 Lockheed Ave, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.10**  **Nonpriority creditor's name and mailing address**
Ace Supply Inc., 2425 East Fifth Avenue, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.11**  **Nonpriority creditor's name and mailing address**
ACUNA JOAQUIN, 749 SARATOGA ST., BOSTON, MA 02128

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.12**  **Nonpriority creditor's name and mailing address**
ADERMAN NICK, PASI, DIRECTOR OF MAINTENANCE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.13**  **Nonpriority creditor's name and mailing address**
Advanced Building Cleaners LLC, P.O. Box 1450, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.14 | **Nonpriority creditor's name and mailing address**
Aero Instruments & Avionics inc, 7290 Nash road, North Tonawanda, NY 14120

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.15 | **Nonpriority creditor's name and mailing address**
Aero Law Group PC, 11120 NE 2nd Street, Suite 100, Bellevue, WA 98004-8332

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.16 | **Nonpriority creditor's name and mailing address**
Aero Parts Mart, 4205 Stadium Drive, Suite 310, Fort Worth, TX 76133

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.17 | **Nonpriority creditor's name and mailing address**
AeroControlex, 4223 Monticello Blvd., South Euclid, OH 44121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.18**

**Nonpriority creditor's name and mailing address**
AIM AIRCRAFT SPARES LLC, 449 HIGHWAY 74 SOUTH, 449 HIGHWAY 74 SOUTH, Peachtree City, GA 30269

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.19**

**Nonpriority creditor's name and mailing address**
Air Land Transport, Inc., 11100 Calaska Circle, Anchorage, AK 99515-2933

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.20**

**Nonpriority creditor's name and mailing address**
Aircraft Performance Group Inc., 4348 Woodlands Blvd., Suite 200, Castle Rock, CO 80104-2814

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.21**

**Nonpriority creditor's name and mailing address**
Airframe Innovations Inc., 3706 University Ave South, Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.22 **Nonpriority creditor's name and mailing address**
Airgas USA, LLC, PO BOX 102289, Pasadena, CA 91189-2289

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
AIRGROUP DYNAMICS, INC., 4906 PATCH RD STE B, ORLANDO, FLORIDA 32822

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Airline Service Providers Association, 16133 Ventura Blvd, Suite 880, Encino, CA 91436

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
Airline Services, 210 Airport Drive, McGrath, Alaska 99627

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.26    **Nonpriority creditor's name and mailing address**
AIRLINE SUPPORT INC, P.O. BOX 190735, ANCHORAGE, AK 99519

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27    **Nonpriority creditor's name and mailing address**
Airport Enterprises LLC, dba Contract Aircraft Technicians, PO BOX 7276, Kalispell, MT 59904

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28    **Nonpriority creditor's name and mailing address**
AIX LLC, 8881 Golovin Street, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29    **Nonpriority creditor's name and mailing address**
AKN Leasing, LLC, P.O. Box 777, King Salmon, Alaska 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**    **Nonpriority creditor's name and mailing address**
ALASKA AEROFUEL INC, P O BOX 60669, FAIRBANKS, AK 99706-0669

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.31**    **Nonpriority creditor's name and mailing address**
Alaska Air Carriers Association, 2301 Merrill Field Drive Unit A3,
ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.32**    **Nonpriority creditor's name and mailing address**
Alaska Airlines

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unsecured Loan

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000,000.00

**3.33**    **Nonpriority creditor's name and mailing address**
ALASKA CARGO PORT LLC, 3501 Manor Road, Austin, TX 78723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.34 **Nonpriority creditor's name and mailing address**
Alaska CargoPort, LLC, 3501 Manor Road, Austin, Texas 78723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Alaska Commercial Company, 3830 Old Int'l Airport Rd, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Alaska Communication System, 600 Telephone Ave, M-S8, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Alaska Industrial Hardware Inc, 2192 VIKING DRIVE, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**  **Nonpriority creditor's name and mailing address**
Alaska King Salmon Lodge, 165 West Housing Road, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.39**  **Nonpriority creditor's name and mailing address**
Alaska Metrology & Calibration Services Inc, 224 EAST 54TH AVENUE, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.40**  **Nonpriority creditor's name and mailing address**
ALASKA ON POINT SERVICE, 8211 E 6TH AVENUE, 8211 E 6TH AVENUE, Anchorage, AK 99504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.41**  **Nonpriority creditor's name and mailing address**
Alaska Rubber & Supply/ANC, 5811 Old Seward Highway, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.42   **Nonpriority creditor's name and mailing address**
ALASKA SERIGRAPHICS, INC, 1711 ABBOTT RD, ANCHORAGE, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43   **Nonpriority creditor's name and mailing address**
Alaska Sewer & Drain, P.O Box 221914, Anchorage, AK 99522

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44   **Nonpriority creditor's name and mailing address**
Alaska Waste, P O BOX 196097, Anchorage, AK 99519-6097

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45   **Nonpriority creditor's name and mailing address**
ALCAN ELECTRICAL AND ENGINEERING INC, P O BOX 91499, ANCHORAGE, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**  **Nonpriority creditor's name and mailing address**
Alert Expeditor's Inc., 8421 Flamingo Drive, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.47**  **Nonpriority creditor's name and mailing address**
ALEUTIAN SERVICES INC, 17 BUCKNER RD, PO BOX 117, COLD BAY, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**
Aleutians East Borough, P.O. Box 49, King Cove, AK 99612

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.49**  **Nonpriority creditor's name and mailing address**
Alex Hotel & Suites/AKHappytime LLC, 4615 Spenard Road, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Peninsula Aviation Services, Inc.
      Name

Case number *(if known)* 20-10762

**3.50**   **Nonpriority creditor's name and mailing address**
ALL-COMM TECHNOLOGIES, 5 WHITMORE ROAD, Revere, MA 2151

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51**   **Nonpriority creditor's name and mailing address**
ALSCO American Linen Division, P.O. Box 240048, Anchorage, AK 99524-0048

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52**   **Nonpriority creditor's name and mailing address**
Alsco Aviation Inc., 1036 East 7th Avenue, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.53**   **Nonpriority creditor's name and mailing address**
ALVAREZ JOEL, 62 LOWELL ST APT 4, LYNN, MA 01905

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54    **Nonpriority creditor's name and mailing address**
Amazon Business, P.O. Box 035184, Seattle, WA 98124-5184

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

3.55    **Nonpriority creditor's name and mailing address**
AMS - Anchorage Messenger Service, 5001 Arctic Blvd, Unit #2, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

3.56    **Nonpriority creditor's name and mailing address**
ANCHOR INN MOTEL, P.O. Box 189, SHUMAGIN CORP, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

3.57    **Nonpriority creditor's name and mailing address**
Anchorage Daily News, 300 W. 31st Avenue, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.58**   **Nonpriority creditor's name and mailing address**
Anchorage Hospitality LLC/Crowne Plaza, 109 W International Airport
Rd, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.59**   **Nonpriority creditor's name and mailing address**
Anchorage True Value Hardware, 9001 JEWEL LAKE ROAD BAY 5,
ANCHORAGE, AK 99502-5354

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.60**   **Nonpriority creditor's name and mailing address**
Anchorage Water & Wastewater Utility/ Muni, P O BOX 196626,
Anchorage, AK 99519-6626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.61**   **Nonpriority creditor's name and mailing address**
Andersen Heather, HOMER CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.62**  **Nonpriority creditor's name and mailing address**
ANDREWS HARALD, PASI INSPECTION/DQC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.63**  **Nonpriority creditor's name and mailing address**
ANSETT AIRCRAFT SPARES & SERVICES, P O BOX 9228, SYLMAR, CA 91342

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.64**  **Nonpriority creditor's name and mailing address**
ANTHONY DALLAS, DIRECTOR OF PENAIR AIRPORTS, PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.65**  **Nonpriority creditor's name and mailing address**
Antlers Inn, PO Box 471, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.66    **Nonpriority creditor's name and mailing address**
Aptel Studio Hotel, 624 Rodeo Place, Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67    **Nonpriority creditor's name and mailing address**
APUN LLC, 2130 E DIMOND BLVD, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.68    **Nonpriority creditor's name and mailing address**
Architectural Supply Co., 3699 Springer St, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69    **Nonpriority creditor's name and mailing address**
ARCTIC OFFICE PRODUCTS, P O BOX 100083, ANCHORAGE, AK 99510

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**  **Nonpriority creditor's name and mailing address**
Arctic Refrigeration/Air Conditioning, 500 W Potter Dr Suite 100,
Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.71**  **Nonpriority creditor's name and mailing address**
Arete Family Services, 3801 University Drive, Suite 301, Anchorage, AK
99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.72**  **Nonpriority creditor's name and mailing address**
Arinc, 2551 Riva Road, Annapolis, MD 21401-7465

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.73**  **Nonpriority creditor's name and mailing address**
Arthur J Gallagher, Inc., 9515 Hillwood drive, Las Vegas, NV 89134

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.74**

**Nonpriority creditor's name and mailing address**
Ashwell, Kendra, (Customer Service Agent H6 FAI),

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.75**

**Nonpriority creditor's name and mailing address**
Aspen Suites Hotel-Anchorage, 100 East Tudor Road, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.76**

**Nonpriority creditor's name and mailing address**
ASPERO JIMMY, PASI, Ground Ops/Ramp, Anchorage,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.77**

**Nonpriority creditor's name and mailing address**
ASR LLC, PO Box 243002, Anchorage, AK 99524

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.78 **Nonpriority creditor's name and mailing address**
AT&T BUSINESS SERVICE, CARD CARD,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
AT&T Mobility, PO BOX 6463, Carol Stream, IL 60197-6463

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
AV-DEC dba AVIATION DEVICES, 3215 W LOOP 820 S, 3215 W LOOP 820
S, Fort Worth, TX 76116-5941

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
Aviall Services Incorporated, 4451 Aircraft Drive Suite C, ANCHORAGE,
AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
|---|---|---|---|

Aviation Inventory Resources, P.O. Box 1999, Mansfield, TX 76063

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

Aviation Medical Services of Alaska,LLC, 5011 Spenard Rd., Suite 205, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

Avionics Specialists Inc, 3833 Premier Road, Memphis, TN 38118

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

AVTECH TYEE, 6500 MERRILL CREEK PKWY, Everett, WA 98203

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.86 | **Nonpriority creditor's name and mailing address**
BAC Transportation LLC, PO Box 243742, Anchorage, AK 99524

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.87 | **Nonpriority creditor's name and mailing address**
BADGETT CHRISTIAN, 39 BULLARD ST., BOSTON, MA 02121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.88 | **Nonpriority creditor's name and mailing address**
Baker, Karam

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.89 | **Nonpriority creditor's name and mailing address**
Barfield, P O BOX 931565, ATLANTA, GA 31193-1565

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Peninsula Aviation Services, Inc.
    Name                                                                                    Case number *(if known)* 20-10762

3.90    **Nonpriority creditor's name and mailing address**
        Barrett Jason, PASI PILOT,

        **Date or dates debt was incurred**
        Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91    **Nonpriority creditor's name and mailing address**
        BAY AREA FIRE EQUIPMENT, BOX 144, NAKNEK, AK 99633

        **Date or dates debt was incurred**
        Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.92    **Nonpriority creditor's name and mailing address**
        Beacon OHSS, Lock Box # 631101, PO Box 3852, Seattle, WA 98124-3852

        **Date or dates debt was incurred**
        Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93    **Nonpriority creditor's name and mailing address**
        BEAR TRAIL CABINS, INC., 2 BEAR TRAIL RD., KING SALMON, AK 99613

        **Date or dates debt was incurred**
        Undetermined

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94    **Nonpriority creditor's name and mailing address**
BEAR TRAIL LODGE, PO BOX 221, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.95    **Nonpriority creditor's name and mailing address**
BEARFOOT INN ALASKA, PO BOX 123, Cold Bay, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.96    **Nonpriority creditor's name and mailing address**
BEAVER CREEK BED AND BREAKFAST, PO BOX 563, PO BOX 563, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.97    **Nonpriority creditor's name and mailing address**
Beckett, Ethan

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.98**    **Nonpriority creditor's name and mailing address**
BESSIRE HANNI, 602 Morton Way, Tracy, CA 95377

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.99**    **Nonpriority creditor's name and mailing address**
BEST WESTERN KODIAK INN, 236 WEST REZANOF DRIVE, KODIAK, AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.100**    **Nonpriority creditor's name and mailing address**
BILLINGS MATTHEW, GAL, RSA, GALENA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.101**    **Nonpriority creditor's name and mailing address**
Blois Paula, 9133 Inwood Drive, Woburn, MA 01801

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.102**  **Nonpriority creditor's name and mailing address**
BLUE FLY B&B AND GUIDE SERVICE, PO BOX 81, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103**  **Nonpriority creditor's name and mailing address**
BOND BRETT, 180 FOREST ST, WEYMOUTH, MA 02190

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**  **Nonpriority creditor's name and mailing address**
BOOTS SARAH, PASI PILOT, ANC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105**  **Nonpriority creditor's name and mailing address**
BOSFUEL CORP, PO BOX 16487, Washington, DC 20041

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**
BOUHAMDI MOHAMMED, 24 RUE D'HOZIER, 13002 MARSEILLE,
FRANCE

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.107** **Nonpriority creditor's name and mailing address**
BOULTON VIRGINIA, 7H AUDIT ANC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.108** **Nonpriority creditor's name and mailing address**
BOWERS IRIS, PO BOX 54, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.109** **Nonpriority creditor's name and mailing address**
BOWMAN ZACHARY, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

Debtor   Peninsula Aviation Services, Inc.
Name
Case 20-10755-BLS    Doc 195    Filed 05/12/20    Page 62 of 238
Case number *(if known)* 20-10762

3.110   **Nonpriority creditor's name and mailing address**
Boyd, Christian

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.111   **Nonpriority creditor's name and mailing address**
BOYNTON PRINTING, P.O. BOX 1427, BARROW, AK 99723

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.112   **Nonpriority creditor's name and mailing address**
BRAMLANDS AVIATION LTD, UNIT 77, MACKLEY INDUSTRIAL ESTATE,
HENFIELD ROAD, SMALL DOLE, HENFIELD, W. SUSSEX, BN5 9XR

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.113   **Nonpriority creditor's name and mailing address**
Branchaud, Crystal, (PLD8 7H ANC),

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114  **Nonpriority creditor's name and mailing address**
BRASNELL QUINDELL, 150 STANDORD ST, BOSTON, MA 02114

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115  **Nonpriority creditor's name and mailing address**
BRISTOL ALLIANCE FUEL LLC, PO BOX 1529, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116  **Nonpriority creditor's name and mailing address**
BRISTOL BAY TELEPHONE COOPERATIVE, P.O. Box 259, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117  **Nonpriority creditor's name and mailing address**
Brown, Jarod, 7H - ENA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**
BRYANT CHRISTOPHER, GAL H6,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.119** **Nonpriority creditor's name and mailing address**
BUCKHOUT MIKHAIL, DUT MGR,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.120** **Nonpriority creditor's name and mailing address**
Buenrostro Gustavo, 303 North Shore Rd., Revere, MA 02151

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.121** **Nonpriority creditor's name and mailing address**
BURAND ALLISON, PO BOX 93108, ANCHORAGE, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Unknown |
| | BYRON JUSTIN, 162 CALLENDER STREET, BOSTON, MA 02124 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Unknown |
| | C & C HEATING, PO BOX 234, NAKNEK, AK 99633 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Unknown |
| | C & L Aerospace LLC, 40 Wyoming Avenue, BANGOR, ME 04401 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | Unknown |
| | Cal Labs Inc, 2525 Santa Anna Avenue, Dallas, TX 75228 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126** | **Nonpriority creditor's name and mailing address**
Callahan Aircraft Services, LLC, 1228 Lee Road 70, Camp Hill, AL 36830

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**
CALM SYSTEMS INC, 1935 SHERMER RD STE 250, 1935 SHERMER RD STE 250, Northbrook, IL 60062-5355

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**
Candlewood Suites I-44, 1736 E Sunshine, Suite 1011, Springfield, MO 65804

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**
Carl & Elma's Marine View B & B, P.O. Box 247, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130** | **Nonpriority creditor's name and mailing address**
CARPATAIR S.A, STR. ION IONESCU DE LA BRAD, NR.15, TIMISOARA,
TIMIS ROMANIA, SUWANEE, 300246

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.131** | **Nonpriority creditor's name and mailing address**
Carrillo, Kaleb

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.132** | **Nonpriority creditor's name and mailing address**
Carroll, Charles

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.133** | **Nonpriority creditor's name and mailing address**
Cavallo Orlando, 160 Granite St, Quincy, MA 02169

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.134** **Nonpriority creditor's name and mailing address**
cbm AK Corporation, PO Box 240132, Anchorage, AK 99524-0132

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**
CENTRAL PLUMBING AND HEATING INC, 212 EAST INTERNATIONAL
AIRPORT RD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**
CERALDE RONALD, DUT RAMP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.137** **Nonpriority creditor's name and mailing address**
CERRATO DAVID, 501 CHESTNUT ST, LYNN, MA 01902

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.138**  **Nonpriority creditor's name and mailing address**
Chinook Fire Protection, 1221 E 70th Ave, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.139**  **Nonpriority creditor's name and mailing address**
CHOUKI SADDALLAH, 236 MERIDIAN STREET #2, EAST BOSTON, MA 02128

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.140**  **Nonpriority creditor's name and mailing address**
Chris Iszler, 484 BIORKA DR, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.141**  **Nonpriority creditor's name and mailing address**
CHRISTOPHER NICHOLAS, PO Box 1497, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.142  **Nonpriority creditor's name and mailing address**
Chugach Electric Association Inc, P O BOX 196760, Anchorage, AK 99519-6760

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.143  **Nonpriority creditor's name and mailing address**
CISCO SYSTEMS CAPITAL CORPORATION, 1111 OLD EAGLE SCHOOL RD, 1111 OLD EAGLE SCHOOL RD, Wayne, PA 19087

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.144  **Nonpriority creditor's name and mailing address**
CITY OF BOSTON, OFFICE OF THE COLLECTOR-TREASURER, ONE CITY HALL SQUARE, BOSTON, MA 02201

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.145  **Nonpriority creditor's name and mailing address**
CITY OF COLD BAY, PO BOX 10, Cold Bay, AK 99571-0010

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

Debtor    Peninsula Aviation Services, Inc.
Name
Case number *(if known)* 20-10762

Case 20-10755-BLS    Doc 195    Filed 05/12/20    Page 71 of 238

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | |

City of Dillingham, P.O. Box 889, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.147   **Nonpriority creditor's name and mailing address**

City of Galena, P.O. Box 149, Galena, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.148   **Nonpriority creditor's name and mailing address**

CITY OF SAND POINT, PO BOX 249, PO BOX 249, Sand Point, `AK 99661-0249

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.149   **Nonpriority creditor's name and mailing address**

City of St.Paul, Box 901, St. Paul, AK 99660

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
City of Unalaska, P.O Box 610, Unalaska, Alaska 99685

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.151 **Nonpriority creditor's name and mailing address**
CLEARWAY PROPERTY MAINTENANCE, 1650 OXFORD DR, 1650 OXFORD DR, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.152 **Nonpriority creditor's name and mailing address**
CLINE JONATHAN, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.153 **Nonpriority creditor's name and mailing address**
Coast Gateway Hotel/North Coast Washington, LLC, 18415 International Boulevard, SEA TAC, WA 98188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.154  **Nonpriority creditor's name and mailing address**
Coast International Inn, 3450 Aviation Avenue Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.155  **Nonpriority creditor's name and mailing address**
Coastal Power Contractors Inc., 217 C Street, Box 1650, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.156  **Nonpriority creditor's name and mailing address**
Cobham Aerospace Communications, 6400 Wilkinson Dr., Prescott, AZ 86301-6164

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.157  **Nonpriority creditor's name and mailing address**
COBHAM AVIONICS, 4105 COUSENS, SAINT-LAURENT, QUEBEC CANADA H4S 1V6

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.158**   **Nonpriority creditor's name and mailing address**
Collins, Noah

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**
COLON MIGUEL, 130 HEATH ST, APT 98, BOSTON, MA 02130

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**
COMCAST HOLDINGS CORPORATION, PO BOX 70219, PHILADELPHIA, PA 19176-0219

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161**   **Nonpriority creditor's name and mailing address**
COMMONWEALTH OF MASS- EZDRIVEMA, PO BOX 847840, PO BOX 847840, Boston, MA 02284-7840

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
CONSOLIDATED AIRCRAFT SUPPLY CO. INC., 55 RAYNOR AVE.,
RONKONKOMA, NY 11779

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.163 **Nonpriority creditor's name and mailing address**
Continental Motors

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.164 **Nonpriority creditor's name and mailing address**
Continental Services, 8600 County Rd 32, Fairhope, AL 36532

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.165 **Nonpriority creditor's name and mailing address**
CONYNGHAM DAVID, 132 BRISTOL AVE., PAWTUCKET, RI 02861

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.166    **Nonpriority creditor's name and mailing address**
Cordova Community Med Center, 602 Chase Ave., Cordova, AK 99574

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167    **Nonpriority creditor's name and mailing address**
Corp, Douglas, H6 - BET,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168    **Nonpriority creditor's name and mailing address**
Corporate Travel Management, Box 92310, Anchorage, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169    **Nonpriority creditor's name and mailing address**
CORRIVEAU ROBERT, PASI MX CONTROL,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170 | **Nonpriority creditor's name and mailing address**
COURTYARD BY MARRIOTT, 4901 Spenard Rd, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.171 | **Nonpriority creditor's name and mailing address**
Craig, Leopold

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.172 | **Nonpriority creditor's name and mailing address**
CREATIVE COATINGS COMPANY INC, 24650 MOUND ROAD, WARREN, MI 48091-2036

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.173 | **Nonpriority creditor's name and mailing address**
Crescent Electric Supply Company, P.O. Box 500, 7750 Dunleith Drive, East Dubuque, IL 61025-4420

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.174  **Nonpriority creditor's name and mailing address**
Crowley Fuels LLC, 201 Arctic Slope Avenue, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.175  **Nonpriority creditor's name and mailing address**
CUMBERBATCH BENJAMIN, 710 North Montello St, #3, Brockton, MA 02301

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.176  **Nonpriority creditor's name and mailing address**
CYBERLINK ASP TECHNOLOGY INC, PO BOX 415000-0739, NASHVILLE, TN 37241-0739

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.177  **Nonpriority creditor's name and mailing address**
D & S Services/Daves Services Inc., 7601 Upper O'Malley Road, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178   **Nonpriority creditor's name and mailing address**
DANIEL VALDIVIA, PO BOX 920284, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179   **Nonpriority creditor's name and mailing address**
DANIELLE TOMMY, PO BOX 283, TOGIAK, AK 99678

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180   **Nonpriority creditor's name and mailing address**
Daves Services Inc./D & S Services, 7601 Upper O'Malley Road,
Anchorage, AK 99501 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181   **Nonpriority creditor's name and mailing address**
DAVIS LISA, AKN, MGR,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182   **Nonpriority creditor's name and mailing address**
DAVIS SIERRA, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Unknown

---

3.183   **Nonpriority creditor's name and mailing address**
Davis, Jared

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Unknown

---

3.184   **Nonpriority creditor's name and mailing address**
Day, Heath

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Unknown

---

3.185   **Nonpriority creditor's name and mailing address**
De Jesus Jorge, 10 Richardson Circle, Framingham, MA 01702

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Unknown

**3.186**  **Nonpriority creditor's name and mailing address**
De Lage Landen Financial Services, Inc., 1111 Old Eagle Road, Wayne, PA 19087

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**  **Nonpriority creditor's name and mailing address**
Deaton, Autumn

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**  **Nonpriority creditor's name and mailing address**
DECKER AMARA, BOX 7, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**  **Nonpriority creditor's name and mailing address**
Delta Western Inc., 450 Alaskan Way So., Ste 707, Seattle, WA 98104

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            Unknown
        DENALI PRETZELS, LLC, 7741 CANAL STREET, ANCHORAGE, AK 99502           *Check all that apply.*

        **Date or dates debt was incurred**                                    ☑ Contingent
        Undetermined
                                                                               ☑ Unliquidated

                                                                               ☑ Disputed

                                                                               **Basis for the claim:**
                                                                               Trade Claim

                                                                               **Is the claim subject to offset?**
                                                                               ☑ No
                                                                               ☐ Yes

3.191   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            Unknown
        DENNY BRENDA, PASI FA,                                                 *Check all that apply.*

        **Date or dates debt was incurred**                                    ☑ Contingent
        Undetermined
                                                                               ☑ Unliquidated

                                                                               ☑ Disputed

                                                                               **Basis for the claim:**
                                                                               Trade Claim

                                                                               **Is the claim subject to offset?**
                                                                               ☑ No
                                                                               ☐ Yes

3.192   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            Unknown
        DeRemer Heather, PASI PILOT,                                           *Check all that apply.*

        **Date or dates debt was incurred**                                    ☑ Contingent
        Undetermined
                                                                               ☑ Unliquidated

                                                                               ☑ Disputed

                                                                               **Basis for the claim:**
                                                                               Trade Claim

                                                                               **Is the claim subject to offset?**
                                                                               ☑ No
                                                                               ☐ Yes

3.193   **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:            Unknown
        Desser Tire & Rubber Company Inc., 6900 ACCO STREET, Montebello, CA     *Check all that apply.*
        90640
                                                                               ☑ Contingent
        **Date or dates debt was incurred**
        Undetermined                                                           ☑ Unliquidated

                                                                               ☑ Disputed

                                                                               **Basis for the claim:**
                                                                               Trade Claim

                                                                               **Is the claim subject to offset?**
                                                                               ☑ No
                                                                               ☐ Yes

**3.194**   **Nonpriority creditor's name and mailing address**
DHL EXPRESS USA, INC., 16592 COLLECTIONS CENTER DRIVE,
CHICAGO, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.195**   **Nonpriority creditor's name and mailing address**
DICUS ROBERT, PASI MX,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.196**   **Nonpriority creditor's name and mailing address**
DILLINGHAM DOOR FIX, P.O. BOX 882, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197**   **Nonpriority creditor's name and mailing address**
DILLINGHAM WASTE MANAGEMENT LLC, 200 WEST 34TH AVE # 174,
Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.198  **Nonpriority creditor's name and mailing address**
DOMINGUEZ JUAN, 12 LYNN STREET #1, CHELSEA, MA 02150

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.199  **Nonpriority creditor's name and mailing address**
Door Tech, LLC, 5768 E Gershmel Loop, Palmer, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.200  **Nonpriority creditor's name and mailing address**
DORRELL MATTHEW, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.201  **Nonpriority creditor's name and mailing address**
DOUCET JOSHUA, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
|---|---|---|---|

3.202 **Nonpriority creditor's name and mailing address**
DOWNS DANIEL, PASI AC QC INSPECTOR,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.203 **Nonpriority creditor's name and mailing address**
DOWTY PROPELLERS ENGLAND, ANSON BUSINESS PARK,
CHELTENHAM ROAD EAST, GLOUCESTER, ENGLAND GL2 9QN

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.204 **Nonpriority creditor's name and mailing address**
DOWTY PROPELLERS, PO BOX 645162, Pittsburgh, PA 15264-5158

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.205 **Nonpriority creditor's name and mailing address**
Duell, Johanna

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.206    **Nonpriority creditor's name and mailing address**
Duell, Marcus

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.207    **Nonpriority creditor's name and mailing address**
Duell, Samuel

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.208    **Nonpriority creditor's name and mailing address**
DUPIER NANCY, 810 W 70TH AVE., ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.209    **Nonpriority creditor's name and mailing address**
DYLAN FORNEY, 5101 MALLORY RD, MURCHISON, TX 75778

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.210  **Nonpriority creditor's name and mailing address**
Eagle Enterprises, Inc., 5849 OLD SEWARD HIGHWAY, Anchorage, AK
99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.211  **Nonpriority creditor's name and mailing address**
EAN SERVICES, LLC, P.O. Box 402383, ATLANTA, GA 30384-2383

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.212  **Nonpriority creditor's name and mailing address**
Easter,Eric, PAQ,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.213  **Nonpriority creditor's name and mailing address**
Edwards Jet Center, 1691 Aviation Place, Billings, MT 59105

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.214** | **Nonpriority creditor's name and mailing address**
Egli Air Haul, P.O. Box 169, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.215** | **Nonpriority creditor's name and mailing address**
ELIZABETH SENEAR, BOX 762, CORDOVA, AK 99574

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.216** | **Nonpriority creditor's name and mailing address**
EMPATHIA, INC, N17W24100 RIVERWOOD DR., SUITE 300, WAUKESHA, WI 53188

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.217** | **Nonpriority creditor's name and mailing address**
Enstar Natural Gas Company, P O BOX 190288, Anchorage, AK 99519-0288

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.218**  **Nonpriority creditor's name and mailing address**
Enterprise Holding Inc, P.O. Box 402383, ATLANTA, GA 30384

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219**  **Nonpriority creditor's name and mailing address**
ENVIRONMENTAL COMPLIANCE CONSULTANTS, 1500 POST ROAD,
ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220**  **Nonpriority creditor's name and mailing address**
Era Alaska Health Care Trust, ATTN: Mike Hageland, P.O. Box 220610,
Anchorage, AK 99522

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221**  **Nonpriority creditor's name and mailing address**
eREV, RENE PEREZ & ASSOCIATES, INC, 11200 SW 71ST AVE, Miami, FL
33156-4606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.222  **Nonpriority creditor's name and mailing address**
Esguerra, Alana Marie

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.223  **Nonpriority creditor's name and mailing address**
ESTERLINE, DEPT 9486, LOS ANGELES, CA 90084-9486

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.224  **Nonpriority creditor's name and mailing address**
eTT Aviation, 1013 E Winding Creek Dr., Ste. 102, Eagle, ID 83616

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.225  **Nonpriority creditor's name and mailing address**
EVANS BESS, GAL CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.226    **Nonpriority creditor's name and mailing address**
Everts Air Cargo, P.O. BOX 61680, FAIRBANKS, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.227    **Nonpriority creditor's name and mailing address**
F & E GROUND SVCS LLC, PO BOX 660707, Miami Springs, FL 33266

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228    **Nonpriority creditor's name and mailing address**
F.Atlee Dodge Aircraft Services, LLC, P.O. BOX 190409, ANCHORAGE, AK 99519-0409

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229    **Nonpriority creditor's name and mailing address**
FAIRBANKS PRINTERS & OFFICE EQUIPMENT, 1595 COLLEGE ROAD, FAIRBANKS, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
Fairfield Inn, 5060 A. Street, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
FEDERICO ROBERT, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
FEDEX Freight, DEPT CH, PO BOX 10306, PALATINE, IL 60055-0306

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
FEDEX, P.O. Box 94515, Palatine, IL 50094-4515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234   **Nonpriority creditor's name and mailing address**
FELICIA TUNGUL, 356 BAYVIEW AVE, APT 4, UNALASKA, AK 99685

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235   **Nonpriority creditor's name and mailing address**
FERNANDEZ MERCY, PASI OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236   **Nonpriority creditor's name and mailing address**
FEROZEPURWALLA ARASH, PASI MAINTENANCE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237   **Nonpriority creditor's name and mailing address**
FIACCO DAVID, PASI SAFETY, ANCHORAGE, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.238   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:                Unknown
        FIERO.AERO LLC, 7865 S BRILL ROAD, F, Superior, WI 54880   *Check all that apply.*

        **Date or dates debt was incurred**                       ☑ Contingent
        Undetermined
                                                                  ☑ Unliquidated

                                                                  ☑ Disputed

                                                                  **Basis for the claim:**
                                                                  Trade Claim

                                                                  **Is the claim subject to offset?**
                                                                  ☑ No
                                                                  ☐ Yes

3.239   **Nonpriority creditor's name and mailing address**
FISHER DENNIS, 7H PILOT, ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.240   **Nonpriority creditor's name and mailing address**
FIU TONY, PASI RAMP AGENT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.241   **Nonpriority creditor's name and mailing address**
Flight Data Systems, 31 McGregors Srive Keilor Park, Victoria, 3042

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.242   **Nonpriority creditor's name and mailing address**
Flyht Aerospace Solutions LTD, 300E, 1144-29 AVENUE NE, CALGARY, Alberta Canada T2E 7P1

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.243    **Nonpriority creditor's name and mailing address**
FLYTEK LABS LLC, 4901 Chester Creek Road, Brookhaven, PA 19015

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.244    **Nonpriority creditor's name and mailing address**
Food Service of America, P.O. Box 196073, Anchorage, AK 99519-6073

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.245    **Nonpriority creditor's name and mailing address**
ForeFlight, LLC, 2323 S SHEPHERD DR SUITE 912, HOUSTON, TEXAS 77019

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.246    **Nonpriority creditor's name and mailing address**
FOX LEVI, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.247** | **Nonpriority creditor's name and mailing address**
FRANKSON SERVICES, PO BOX 91, GALENA, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.248** | **Nonpriority creditor's name and mailing address**
FRANULOVICH SHAWN, 1890 SW Golf Creek Apt C, PORTLAND, OR 97225

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.249** | **Nonpriority creditor's name and mailing address**
FRIGID NORTH COMPANY, REF #004827, 3309 SPENARD ROAD, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.250** | **Nonpriority creditor's name and mailing address**
Fritsch, Trent

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.251**  **Nonpriority creditor's name and mailing address**
FROST CRYSTAL, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**  **Nonpriority creditor's name and mailing address**
Frosty Fuels, LLC-Aleut Enterprise ,LLC, 4000 OLD Seward Highway, Suite 301, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**  **Nonpriority creditor's name and mailing address**
G&K Inc, P.O. Box 117, Cold Bay, AK 99571

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.254**  **Nonpriority creditor's name and mailing address**
G2 SECURE STAFF, P.O. Box 674159, Dallas, TX 75267-4159

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255   **Nonpriority creditor's name and mailing address**
GAGE-IT INC, 94 N BRANCH ST, SELLERSVILLE, PA 18960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256   **Nonpriority creditor's name and mailing address**
GALENA VENTURES, BOX 335, GALENA, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.257   **Nonpriority creditor's name and mailing address**
GE AVIATION SYSTEMS LLC, P O BOX 8500 (S-3550), PHILADELPHIA, PA
19178-3550

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258   **Nonpriority creditor's name and mailing address**
GE AVIATION, ONE NEUMANN WAY, CINCINNATI, OH 45215

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
GILLETTE HEATHER, PASI F/A,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
GKN AEROSPACE, FERRY ROAD, EAST COWES, ENGLAND, PO32 6RA

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
GLOBAL GLOBAL AVIATION SERVICES, LLC, 920 ALDRIN DRIVE SUITE 250, St. Paul, MN 55121-2567

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
Glover Clara, 65 Coachman Cir, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.263    **Nonpriority creditor's name and mailing address**
GMW Fire Protection, 6108 Mackay Street, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.264    **Nonpriority creditor's name and mailing address**
Gold, Robert, Corvus GSE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.265    **Nonpriority creditor's name and mailing address**
Golodoff, Rose

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.266    **Nonpriority creditor's name and mailing address**
Golodoff, Sarah

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.267  **Nonpriority creditor's name and mailing address**
GOODRICH CORPORATION, PO BOX 840576, Dallas, TX 75284-0576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.268  **Nonpriority creditor's name and mailing address**
GORHAM FIRE APPLIANCE COMPANY, 288 WILLARD STREET, QUINCY, MA 02169

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.269  **Nonpriority creditor's name and mailing address**
Gottschling Harrison, 2795 Midway Placer Rd., Anchorage, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.270  **Nonpriority creditor's name and mailing address**
Grainger Inc., DEP 007 - 848796116, PALATINE, IL 60038-0001

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.271**   **Nonpriority creditor's name and mailing address**
GreatAmerica Financial Services Corp, P.O. Box 660831, Dallas, TX 75266-0831

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272**   **Nonpriority creditor's name and mailing address**
Greer Tank Inc, P O BOX 190708, Anchorage, ALASKA 99519-0708

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273**   **Nonpriority creditor's name and mailing address**
GREG WOODMAN, 5457 TAYLORS VIEW RD., MANHATTAN, KS 66502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274**   **Nonpriority creditor's name and mailing address**
Grizzly's Pizza and Wings, 6225 Staedem Drive, Anchorage, AK 99504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.275**  **Nonpriority creditor's name and mailing address**
GUARDIAN SECURITY SYSTEMS, INC, 2600 SEWARD HIGHWAY, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.276**  **Nonpriority creditor's name and mailing address**
GUERRERO KIMBERLLIE, 208 McCarrey St., Apt. B, Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.277**  **Nonpriority creditor's name and mailing address**
Guidarelli Andrew, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.278**  **Nonpriority creditor's name and mailing address**
Gundersen Andria, Box 386, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.279  **Nonpriority creditor's name and mailing address**
GUNDERSEN, DENNIS, SDP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.280  **Nonpriority creditor's name and mailing address**
Gwennies Restaurant, 4333 Spenard Road, Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.281  **Nonpriority creditor's name and mailing address**
Hageland Aviation Services, Inc., 4700 Old International Airport Road,
Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    $1,843,622.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.282  **Nonpriority creditor's name and mailing address**
HAKALA STEVE, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.283  **Nonpriority creditor's name and mailing address**
Hamilton Sundstrand, P.O. Box 360951, Pittsburg, PA 15251-6951

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.284  **Nonpriority creditor's name and mailing address**
HAMON GWENYTH, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.285  **Nonpriority creditor's name and mailing address**
Hanson, Cole

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.286  **Nonpriority creditor's name and mailing address**
Hanson, Laura

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
HARDING ELIZABETH, PASI MX,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.288 **Nonpriority creditor's name and mailing address**
HARDING RICHARD, PASI DIRECTOR OF OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.289 **Nonpriority creditor's name and mailing address**
HARRIS CHET, PASI PILOT, ANCHORAGE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.290 **Nonpriority creditor's name and mailing address**
HART GLENN, PASI, PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.291 **Nonpriority creditor's name and mailing address**
Hasco Incorporated, 136 EAST Sixth Ave, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.292 **Nonpriority creditor's name and mailing address**
Hayden Electric Motors Inc, 4191 OLD Seward Highway, Anchorage, AK
99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.293 **Nonpriority creditor's name and mailing address**
HEHL ADAM, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.294 **Nonpriority creditor's name and mailing address**
HERNER MICHAEL, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295  **Nonpriority creditor's name and mailing address**
Heroux Devtek, 8 Pembroke Court, Runcorn, WA7 1TG

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296  **Nonpriority creditor's name and mailing address**
HERRERA JOSE, AKN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.297  **Nonpriority creditor's name and mailing address**
Hickerson, Luke, ANC OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.298  **Nonpriority creditor's name and mailing address**
Hicks, David, PASI, LOGISTICS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.299  **Nonpriority creditor's name and mailing address**
HIGGINS VIRGIL, QC INSPECTOR, PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.300  **Nonpriority creditor's name and mailing address**
Hill, Brittany, HOM Station,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.301  **Nonpriority creditor's name and mailing address**
HMS Host, 7217 Collection Center Drive, Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.302  **Nonpriority creditor's name and mailing address**
HOLLINGSWORTH JENNA, 11012 NW 29th Ave, Vancouver, WA 98685

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*                                     Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
HOLMES ANDREA, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.304 **Nonpriority creditor's name and mailing address**
HONRADA LARA, ANC PASI F/A,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.305 **Nonpriority creditor's name and mailing address**
HoTH, Inc., 4700 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                $5,779,252.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

---

3.306 **Nonpriority creditor's name and mailing address**
HOUSTON COREY, P.O. Box 90097, ANCHORAGE, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.307 **Nonpriority creditor's name and mailing address**
HRD AERO SYSTEMS, INC., CREDIT CARD,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
Hughes, Mark

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
HUME PATRICK, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
Hurlburt, Ward, PASI PILOT, ANC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
HUSCHLE, REN, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.312 **Nonpriority creditor's name and mailing address**
Hviid Michael, IT-PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.313 **Nonpriority creditor's name and mailing address**
Hyatt House Anchorage, 5141 Business Park Blvd, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.314 **Nonpriority creditor's name and mailing address**
IBM Corporation, P.O. Box 676673, Dallas, TX 75267-6673

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.315    **Nonpriority creditor's name and mailing address**
iCONTRACTS INC, 1011 Route 22 West, Bridgewater, NJ 08807

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.316    **Nonpriority creditor's name and mailing address**
ID 90 Technologies, Inc., 925 South Kimball Ave, Southlake, TX 76092

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.317    **Nonpriority creditor's name and mailing address**
IFE Products, 850 Commerce Parkway, Carpentersville, IL 60110

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318    **Nonpriority creditor's name and mailing address**
IMAGE CONNECTION LLC, 7117 CROSSROADS BLVD, BRENTWOOD, TN 37027

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319**   **Nonpriority creditor's name and mailing address**
Independent Lift Truck of Alaska, Inc., 1200 E. 70TH, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320**   **Nonpriority creditor's name and mailing address**
INFORMATION DESIGN INC, 880 N STREET SUITE 304, 880 N STREET SUITE 304, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.321**   **Nonpriority creditor's name and mailing address**
INGRID S. RAMOS-ANSAKNOK, BOX 502, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.322**   **Nonpriority creditor's name and mailing address**
INLET TOWER HOTEL AND SUITES, 205 E DIMOND BLVD, BOX 515, ANCHORAGE, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.323   **Nonpriority creditor's name and mailing address**
        Interface Devices, Inc., 230 Depot Road, Milford, CT 06460

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.324   **Nonpriority creditor's name and mailing address**
        INTERNATIONAL AVIATION SERVICE, INC., 2550 POSTMARK DRIVE,
        ANCHORAGE, AK 99502

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.325   **Nonpriority creditor's name and mailing address**
        JACKSON AIRCRAFT WEIGHING SYSTEMS LLC, 2600 N AUSTRALIAN
        AVE, WEST PALM BEACH, FL 33407

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.326   **Nonpriority creditor's name and mailing address**
        JENSEN STEVEN, PASI PILOT,

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.327**  **Nonpriority creditor's name and mailing address**
JET INTERNATIONAL CO LLC, 1811 ELMDALE AVENUE, GLENVIEW, IL
60026

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328**  **Nonpriority creditor's name and mailing address**
Jetpubs, Inc., 900 Crest View Dr., Ste. 130, Hudson, Wisconsin 54016

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329**  **Nonpriority creditor's name and mailing address**
JETSTREAM AVIATION - RESERVES, 2601 S BAYSHORE DR, Suite 1130,
Miami, FL 33133

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330**  **Nonpriority creditor's name and mailing address**
JETSTREAM AVIATION HOLDINGS, 2601 S BAYSHORE DR, Suite 1130,
Miami, FL 33133

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
JH Aviation, 6 Alee des Mariaichers, 22 100 D IN AN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
JJM, INC., 4700 Old International Airport Rd, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
JJM, Inc., 4700 Old International Airport Road, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $618,160.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

3.334 **Nonpriority creditor's name and mailing address**
JOEL BUYSSE, 9892 40TH AVE. S, SEATTLE, WA 98118

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.335 **Nonpriority creditor's name and mailing address**
JOEL ZARATE, 24988 WOODLAND AVE, VENETA, OR 97487

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
John C. Jackson, 38 Shell Port Sq, The Woodlands, Texas 77380

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
JOHN RYAN, BOX 936, CRAIG, AK 99921

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.338 **Nonpriority creditor's name and mailing address**
JOHNSON BELINDA, DLG CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.339**  **Nonpriority creditor's name and mailing address**
Johnson Robert AKN, 315 school Rd, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.340**  **Nonpriority creditor's name and mailing address**
JOHNSON RONNA, PO Box 1174, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.341**  **Nonpriority creditor's name and mailing address**
JOHNSTON PHILIP, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.342**  **Nonpriority creditor's name and mailing address**
JOSE MATUZ, 2335 MARLENE AVE, IMPERIAL, CA 92251

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.343** | **Nonpriority creditor's name and mailing address**
JOSEPH RASHAAD, 53 CURTIS STREET, QUINCY, MA 02169

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.344** | **Nonpriority creditor's name and mailing address**
K & L Distributors, Inc., 6307 Arctic Spur Road, Anchorage, AK 99518-0000

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.345** | **Nonpriority creditor's name and mailing address**
KALALO ZAYLEEN, 10217 HALFHITCH CIR, ANCHORAGE, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.346** | **Nonpriority creditor's name and mailing address**
KAMINANGA KR, SDP CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

3.347 **Nonpriority creditor's name and mailing address**
KAPOTAK KENDRA, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.348 **Nonpriority creditor's name and mailing address**
KARLA MONTALVO, 1409 DOVER PL., DELANO, CA 93215

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.349 **Nonpriority creditor's name and mailing address**
Keller & Benvenutti LLP, 650 California Street 19th Floor, San Francisco, CA 94108

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

3.350 **Nonpriority creditor's name and mailing address**
KIEHLE INGRID, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.351   **Nonpriority creditor's name and mailing address**
        KING SALMON SUITES, P.O. BOX 9, KING SALMON, AK 99613

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.352   **Nonpriority creditor's name and mailing address**
        Kingfisher House, Box 546, Dillingham, AK 99576

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.353   **Nonpriority creditor's name and mailing address**
        KLEBS SARAH, ANC PASI FA,

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.354   **Nonpriority creditor's name and mailing address**
        KLX / BOEING DISTRIBUTION SERVICES, INC., 100 N. RIVERSIDE PLAZA,
        MC 5003-4549, Chicago, IL 60606-1596

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.355**  **Nonpriority creditor's name and mailing address**
KOTZEBUE ELECTRIC ASSOCIATION, P.O. BOX 44, KOTZEBUE, AK 99752

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.356**  **Nonpriority creditor's name and mailing address**
KRISTIAN TACATA, PO BOX 921089, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.357**  **Nonpriority creditor's name and mailing address**
KRN AVIATION SERVICES, 450 N. McClintock Dr; Suite 101, CHANDLER, AZ 85226

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.358**  **Nonpriority creditor's name and mailing address**
KRUPP MITCHELL, 51 WILLIAMSBURG ROAD, MARLBOROUGH, CT 064477

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.359  **Nonpriority creditor's name and mailing address**
KRYSKIEWICZ ALAN, PASI MECHANIC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.360  **Nonpriority creditor's name and mailing address**
L & M EQUIPMENT INC, PO BOX 241, NAKNEK, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.361  **Nonpriority creditor's name and mailing address**
L. J. WALCH CO., INC., 6600 Preston Ave., Livermore, CA 94551

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.362  **Nonpriority creditor's name and mailing address**
LA QUINTA INNS & SUITES ANCHORAGE AIRPORT, 3501 MINNESOTA
DRIVE, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.363   **Nonpriority creditor's name and mailing address**
LACKEY DANIEL, PASI PILOT, ANCHORAGE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.364   **Nonpriority creditor's name and mailing address**
LAKE ROAD LODGE, BOX 338, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.365   **Nonpriority creditor's name and mailing address**
Larcom, Caitlyn, (STA 7H VDZ),

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.366   **Nonpriority creditor's name and mailing address**
LaRocca, Margaret, H6 - ANC Admin,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                               Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367   **Nonpriority creditor's name and mailing address**
LARRY'S FIRE EQUIPMENT, BOX 116, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.368   **Nonpriority creditor's name and mailing address**
Larson's Locksmith & Security Inc., 1249 Noble Street, Fairbanks, AK 99701

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.369   **Nonpriority creditor's name and mailing address**
Launch Technical Workforce Solutions, 700 Commerce Dr., Suite #140, Oak Brook, IL 60523

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.370   **Nonpriority creditor's name and mailing address**
LAURENDEAU BRYCE, AKN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371** **Nonpriority creditor's name and mailing address**
LAWSON MICHAEL, PASI PILOT, ANCHORAGE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

**3.372** **Nonpriority creditor's name and mailing address**
Leanne Semprimoznik, 5245 W. Pruser Crosscut Road, Deer Park, WA 99006

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

**3.373** **Nonpriority creditor's name and mailing address**
LEE TRAVIS, 11 Woodlawn St., Middleboro, MA 02346

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

**3.374** **Nonpriority creditor's name and mailing address**
Lee, Cody

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

3.375    **Nonpriority creditor's name and mailing address**
Lee, Lisa

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.376    **Nonpriority creditor's name and mailing address**
Lee, Patrick

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.377    **Nonpriority creditor's name and mailing address**
LIGHT'N UP, INC., 1209 GAMBELL ST., ANCHORAGE, AK 99501-4627

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.378    **Nonpriority creditor's name and mailing address**
LILLY JOHN, 2471 KATES DR., WASILLA, AK 99654

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.379 **Nonpriority creditor's name and mailing address**
LOH JINHUI, 14 WILLIAMS ST, QUINCY, MA 02171

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
Long House Hotel - Bethel, PO Box 489, Bethel, AK 99559

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
LONSEAL, INC., 928 E 238TH ST, CARSON, CA 90745

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
LOPEZ MARK, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.383**

**Nonpriority creditor's name and mailing address**
LOPEZ RIVERAS WILMARIE, 112 MARION ST., APT 1, EAST BOSTON, MA
02128

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.384**

**Nonpriority creditor's name and mailing address**
LOTT CAMERON, 7 JULIETT ST, DORCHESTER, MA 02122

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.385**

**Nonpriority creditor's name and mailing address**
LOWERS BRAD, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

---

**3.386**

**Nonpriority creditor's name and mailing address**
Lucille Silas

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

3.387 **Nonpriority creditor's name and mailing address**
LUNN JUSTIN, 4221 VISCOUNT CIRCLE, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
MADELINE SAVAGE, 23714 NE 120TH COURT, BATTLE GROUND, WA 98604

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.389 **Nonpriority creditor's name and mailing address**
Magellan Behavioral Health, P.O. Box 785341, Philadelphia, PA 19178-5341

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.390 **Nonpriority creditor's name and mailing address**
MANALO NINO, PASI MAINTENANCE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.391** | **Nonpriority creditor's name and mailing address**
MANKER JR FRANK, AKN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.392** | **Nonpriority creditor's name and mailing address**
MANN MICHAEL, PASI MECHANIC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.393** | **Nonpriority creditor's name and mailing address**
MANNION JOHN, Chief Financial Officer,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.394** | **Nonpriority creditor's name and mailing address**
MARCELLA RODRIGUEZ, BOX 921580, DUTCH HARBOR, AK 99682

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.395   **Nonpriority creditor's name and mailing address**
        Marchadesch John Paul, PO BOX 921326, Dutch Harbor, AK 99692

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.396   **Nonpriority creditor's name and mailing address**
        Marcharl, Angy, 106 Central Street Unit 2, PASI, Waltham, MA 02453

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.397   **Nonpriority creditor's name and mailing address**
        MARIO VERGARA, 3510 SOUTH CHICAGO STREET, SEATTLE, WA 98118

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.398   **Nonpriority creditor's name and mailing address**
        MARLIN BUSINESS BANK, PO BOX 13604, Philadelphia, PA 19101-3604

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.399   **Nonpriority creditor's name and mailing address**
Massachusetts Department of Revenue, Massachusetts Department of
Revenue, P.O. Box 7062, Boston, MA 02204

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.400   **Nonpriority creditor's name and mailing address**
MASSACHUSETTS PORT AUTHORITY, PO BOX 3471, Boston, MA 02241-
3471

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.401   **Nonpriority creditor's name and mailing address**
Matheson Tri-Gas, Inc., Dept LA 23793, Pasadena, CA 91185-3793

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.402   **Nonpriority creditor's name and mailing address**
McClain Evelyn, Box 345, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.403**    **Nonpriority creditor's name and mailing address**
McCormick James, 8 Isabella St., Apt 5A, Boston, MA 02116

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.404**    **Nonpriority creditor's name and mailing address**
McFarland & Assoc., DBA Antlers Inn, PO Box 471, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.405**    **Nonpriority creditor's name and mailing address**
McWilliams, Tatsuro

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.406**    **Nonpriority creditor's name and mailing address**
MEDALLION FOUNDATION, INC, 1520 North Post Road, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.407 **Nonpriority creditor's name and mailing address**
Medical Park Family Care, Inc., 2211 E. Northern Lights Blvd., Anchorage,
AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.408 **Nonpriority creditor's name and mailing address**
MEIERHOFF DEARMAN AMARA, 2141 W 80TH, APT A, ANCHORAGE, AK
99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.409 **Nonpriority creditor's name and mailing address**
MELLERSTIG JASON, 3516 N POINT DR., ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.410 **Nonpriority creditor's name and mailing address**
MERCADO DAVID, 606 NORTH ST, RANDOLPH, MA 02368

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.411 **Nonpriority creditor's name and mailing address**
MERRILL AMBER, STATS PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

---

3.412 **Nonpriority creditor's name and mailing address**
Merrill Field Instruments, Inc., 900C NERUKK FIELD DRIVE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

---

3.413 **Nonpriority creditor's name and mailing address**
MESSER CHRISSIE, DLG MGR,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

---

3.414 **Nonpriority creditor's name and mailing address**
Metal Innovations, Inc., 22215 Yellow Gate Ln. NE, Aurora, OR 97002

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

---

**3.415** | **Nonpriority creditor's name and mailing address**
MG Alaska Leasing Limited, 6th Floor, South Bank House, Dublin 4, Ireland

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address**
MICHAEL JOSEPHINE, 360 Revere Beach Blvd #119, Revere, MA 02151

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address**
MIDNIGHT MOON COMPANY INC, DBA KALADI BROTHERS COFFEE, 6921 BRAYTON DRIVE #201, ANCHORAGE, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**
MILLER AUSTIN, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.419  **Nonpriority creditor's name and mailing address**
MILLER, MELISSA, ENA STATION,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.420  **Nonpriority creditor's name and mailing address**
MITCHELL COURTLAND, AKN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.421  **Nonpriority creditor's name and mailing address**
Moore Kylie, 14040 Venus Way, Anchorage, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.422  **Nonpriority creditor's name and mailing address**
MOREAUX MATTHEW, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.423    **Nonpriority creditor's name and mailing address**
MORGAN ROBERT, PASI FLIGHT OPS, DISPATCH,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.424    **Nonpriority creditor's name and mailing address**
MOSESSO NICHOLAS, 26 HOLBROOK AVE, BROCKTON, MA 02301

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.425    **Nonpriority creditor's name and mailing address**
MUNICIPALITY OF ANCHORAGE, FINANCE DEPARTMENT/ TREASURY
DIVISION, 3000 Arctic Blvd., ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.426    **Nonpriority creditor's name and mailing address**
Murdock, Michelle

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
MUSTEIKIS MONIKA, PASI F/A,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.428 **Nonpriority creditor's name and mailing address**
MYERS ROSS, ANC PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.429 **Nonpriority creditor's name and mailing address**
N A Holdings LLC dba Northern Petroleum, 820 E. Aircraft Road Ste 200,
PALMER, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.430 **Nonpriority creditor's name and mailing address**
N0096 Napa Auto Parts 500002109, File 56893, Los Angeles, CA 90074-
6893

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
|---|---|---|---|

3.431
**Nonpriority creditor's name and mailing address**
NAKNEK ELECTRIC ASSOCIATION, P.O. Box 118, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.432
**Nonpriority creditor's name and mailing address**
NANALOOK BRYON, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.433
**Nonpriority creditor's name and mailing address**
Naniq Global Logistics, LLC, 2657 Windmill Pkwy #668, Henderson, NV 89074

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.434
**Nonpriority creditor's name and mailing address**
Napa Auto Parts/IBS Management, Napa Auto Parts, RAVN IBS Management Account, Los Angeles, CA 90074-6893

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.435  **Nonpriority creditor's name and mailing address**
NAVBLUE INC, 295 HAGEY BLVD STE 200, 295 HAGEY BLVD STE 200,
Waterloo, ON N2L 6T5

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.436  **Nonpriority creditor's name and mailing address**
NC MACHINERY, P.O. BOX 11626, TACOMA, WA 98411-6626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.437  **Nonpriority creditor's name and mailing address**
Neurological Consults of Alaska, 2741 DeBarr Road, Suite 413,
Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.438  **Nonpriority creditor's name and mailing address**
New England Specialty Components, 1 Center Street, Windsor Locks, CT
06096

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.439** | **Nonpriority creditor's name and mailing address**
Niacc-Avitech Technologies, 245 W. Dakota Avenue, Clovis, CA 93612-5608

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.440** | **Nonpriority creditor's name and mailing address**
NICHOLAS MERCER, PO BOX 9020633, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.441** | **Nonpriority creditor's name and mailing address**
NICKSON PRESTOSA, PO BOX 921247, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.442** | **Nonpriority creditor's name and mailing address**
NIELSEN ELIZABETH, 11 Baranov, Cold Bay, AK 99571

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.443**  **Nonpriority creditor's name and mailing address**
Norcal Services, P.O. Box 221582, Anchorage, AK 99522

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**
Northern Air Cargo Inc., 3900 W. INTERNATIONAL, AIRPORT BLVD.,
ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.445**  **Nonpriority creditor's name and mailing address**
NORTHERN LIGHTS B&B, 10 E EAST STREET, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.446**  **Nonpriority creditor's name and mailing address**
Northern Oilfield Solutions, LLC, 420 L Street, Suite 101, Anchorage, AK
99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.447   **Nonpriority creditor's name and mailing address**
Northern Waste, LLC, 1237 E. 66th Ave., Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.448   **Nonpriority creditor's name and mailing address**
Northland Aviation Services, 3708 University Ave. S., Fairbanks, AK
99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.449   **Nonpriority creditor's name and mailing address**
NRC Alaska, LLC, PO Box 740027, Los Angeles, CA 90074-0027

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.450   **Nonpriority creditor's name and mailing address**
NUNN BARBARA, DLG CSA, PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.451  **Nonpriority creditor's name and mailing address**
Nushagak Electric & Telephone Corp., Inc., PO Box 350, Dillingham, AK
99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.452  **Nonpriority creditor's name and mailing address**
NYGREN BEN, PASI CHIEF PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.453  **Nonpriority creditor's name and mailing address**
OCCUPATIONAL HEALTH SERVICES, 52 CREST AVE STE 7A, WINTHROP,
MA 02152

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454  **Nonpriority creditor's name and mailing address**
OFFICE DEPOT INC, P O BOX 29248, Phoenix, AZ 85038-9248

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455  **Nonpriority creditor's name and mailing address**
OLSON ALLAN, PASI PILOT, ANCHORAGE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.456  **Nonpriority creditor's name and mailing address**
Oltman, Erin, 604 Lowe Street, Wenatchee, WA 98891

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.457  **Nonpriority creditor's name and mailing address**
OROT AL, ANC CARGO,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.458  **Nonpriority creditor's name and mailing address**
ORTEGA CARLOS, 105 BRANDYWYNE DR, BOSTON, MA 02128

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.459
**Nonpriority creditor's name and mailing address**
ORTOLANO ERIC, 155 CHELSEA ST APT 2, EAST BOSTON, MA 02128

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.460
**Nonpriority creditor's name and mailing address**
Oscar, Dudley, 68 Robbins Street, Apt 1, Avon, MA 02322

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.461
**Nonpriority creditor's name and mailing address**
Pacific Oil Cooler Service, Inc., 1677 Curtiss Court, La Verne, CA 91750-5848

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.462
**Nonpriority creditor's name and mailing address**
PACIFIC SCIENTIFIC COMPANY, 11700 Northwest 102nd Road, Suite 6, MIAMI, FL 33178

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.463 | **Nonpriority creditor's name and mailing address**
PACIFIC SOUTHWEST INSTRUMENTS, 1721 RAILROAD STREET, CORONA, CA 92880

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.464 | **Nonpriority creditor's name and mailing address**
PAN AM INTL FLIGHT ACADEMY, PO BOX 660920, PO BOX 660920, Miama, FL 3266-0920

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.465 | **Nonpriority creditor's name and mailing address**
PATRICIA BUHOLM, P.O. BOX 95, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.466 | **Nonpriority creditor's name and mailing address**
Peet, Bradley, HOM GSE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.467**    **Nonpriority creditor's name and mailing address**
PENAIR REALTY HOLDINGS, 6100 BOEING AVENUE, Anchorage, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.468**    **Nonpriority creditor's name and mailing address**
Peninsula Airways, Inc. d/b/a Penair, 6100 BOEING AVENUE, ANCHORAGE, AK 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.469**    **Nonpriority creditor's name and mailing address**
Peppercini's Deli House, 239 E 26TH Ave, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.470**    **Nonpriority creditor's name and mailing address**
Pereira Omar, 411 Avenue Curry, Hemmingford, QC J0l 1H0

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.471**   **Nonpriority creditor's name and mailing address**
PERRY ADAM, 12151 LUCILLE LANE, ANCHORAGE, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.472**   **Nonpriority creditor's name and mailing address**
PETER J. CARUSO IV, PO BOX 110364, PO BOX 110364, Anchorage, AK 99511

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.473**   **Nonpriority creditor's name and mailing address**
PETRO STAR, INC-wires, 3900 'C' STREET, SUITE 401, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.474**   **Nonpriority creditor's name and mailing address**
PETTY CASH-FAIRBANKS, Fairbanks, AK

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.475**   **Nonpriority creditor's name and mailing address**
PETTY CASH-GALENA, Petty Cash - Galena,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.476**   **Nonpriority creditor's name and mailing address**
PFEIFER GREGORY, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.477**   **Nonpriority creditor's name and mailing address**
Phillips Scales, LLC, 1119 East 70th Ave, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.478**   **Nonpriority creditor's name and mailing address**
Piedmont Propulsion Systems, LLC, 4400 Lansing Drive, Winston-Salem, NC 27105

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.479**

**Nonpriority creditor's name and mailing address**

Pike's Waterfront Lodge, 1850 HOSELTON RD, FAIRBANKS, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.480**

**Nonpriority creditor's name and mailing address**

Pioneer Door Inc, 6514 GREENWOOD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.481**

**Nonpriority creditor's name and mailing address**

PIP Printing, 833 E. 4TH AVENUE, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.482**

**Nonpriority creditor's name and mailing address**

POMEROY AARON, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.483    **Nonpriority creditor's name and mailing address**
POSDATA Group, Inc, Dept CH 17886, Palatine, IL 60055-7886

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484    **Nonpriority creditor's name and mailing address**
Powertec Electric, LLC, P.O. Box 670543, Chugiak, AK 99567

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.485    **Nonpriority creditor's name and mailing address**
Prehn, Bruce

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.486    **Nonpriority creditor's name and mailing address**
Procomm Alaska LLC, 2100 E 63RD AVE, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Peninsula Aviation Services, Inc.
         Name

Case number *(if known)* 20-10762

**3.487** | **Nonpriority creditor's name and mailing address**
PROFESSIONAL BENEFIT SRV INC, 1193 ROYVONNE AVE SE #22, Salem, OR 97302

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.488** | **Nonpriority creditor's name and mailing address**
Prokepeuff, Lawrence

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Undetermined

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.489    **Nonpriority creditor's name and mailing address**
Prokopeuff, Millie

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.490    **Nonpriority creditor's name and mailing address**
Propane Guys, 205 E DIMOND BLVD, ANCHORAGE, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.491    **Nonpriority creditor's name and mailing address**
Puffin Inn of Anchorage, 4400 SPENARD RD, ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.492    **Nonpriority creditor's name and mailing address**
QUALITY RESOURCES LLC, 355 RICHMOND ROAD, Richmond Heights, OH 44143

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.493 **Nonpriority creditor's name and mailing address**
RABE, TERI-ANN, PILOT/OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.494 **Nonpriority creditor's name and mailing address**
RAE ROMBERG, 130 SEWARD ST, SUITE 214, JUNEAU, AK 99801

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.495 **Nonpriority creditor's name and mailing address**
RAFER MERCHAN, DUT RAMP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.496 **Nonpriority creditor's name and mailing address**
Ranney, Jacob

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.497**

**Nonpriority creditor's name and mailing address**
Ranney, Steve

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.498**

**Nonpriority creditor's name and mailing address**
READY REFRESH BY NESTLE, PO BOX 856192, Louisville, KY 40285-6192

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.499**

**Nonpriority creditor's name and mailing address**
Recycling Solutions of Alaska, PO Box 110015, Anchorage, AK 99516

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.500**

**Nonpriority creditor's name and mailing address**
REDLINE TAXI, PO BOX 31, PO BOX 31, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

**3.501**
**Nonpriority creditor's name and mailing address**
REGIONAL AVIONICS REPAIR LLC, 72230 WOBURN CT, THOUSAND
PALMS, CA 92276

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.502**
**Nonpriority creditor's name and mailing address**
Regional One, Inc., CL 600085, PO BOX 24620, WEST PALM BEACH, FL
33416

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.503**
**Nonpriority creditor's name and mailing address**
REITAN COLIN, GAL, CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.504**
**Nonpriority creditor's name and mailing address**
Rene Perez & Associates, Inc., 11200 SW 71st Avenue, Miami, FL 33456-
4606

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.505** | **Nonpriority creditor's name and mailing address**
Residence Inn by Marriott, 1025 E 35th Avenue, Anchorage, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address**
RESIDENCE INN ORLANDO AIRPORT, 7024 Augusta Bational Dr.,
Orlando, FL 32822

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address**
RESOLVE MARINE GROUP, 1510 SE 17TH ST., SUITE 400, FORT
LAUDERDALE, FL 33316

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address**
REVENUE MANAGEMENT SYSTEMS INC, 2003 WESTERN AVE, STE 700,
2003 WESTERN AVE, STE 700, Seattle, WA 98121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.509**  **Nonpriority creditor's name and mailing address**
Revima Repair & Overhaul, 1 Avenue du Latham 47, BP1 Caudebec-en-Caux, Rives-en-Seine 76490

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.510**  **Nonpriority creditor's name and mailing address**
Richmond & Quinn, 360 "K" STREET, SUITE 200, ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.511**  **Nonpriority creditor's name and mailing address**
RILEY AMANDA, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.512**  **Nonpriority creditor's name and mailing address**
RIM d.b.a. ALASKA ARCHIVES INC, 1300 WEST 56TH AVE #14, 1300 WEST 56TH AVE #14, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.513** | **Nonpriority creditor's name and mailing address**
Ringhouse, Frankie

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.514** | **Nonpriority creditor's name and mailing address**
RIPPEL COLE, 31 Blissful Lane, East Wareham, MA 02538

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.515** | **Nonpriority creditor's name and mailing address**
ROBERT RONALD W, GSE,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.516** | **Nonpriority creditor's name and mailing address**
ROBLE JUDE, DLG,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.517  **Nonpriority creditor's name and mailing address**
Rockwell Collins Inc, Rockwell International, PO Box 84604, Dallas, TX 75284

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.518  **Nonpriority creditor's name and mailing address**
Rodriguez, Darlene, 173 Webster Avenue, PASI, Chelsea, MA 02150

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.519  **Nonpriority creditor's name and mailing address**
ROLLS-ROYCE CORPORATION, 25306 NETWORK PLACE, CHICAGO, IL 60673-1253

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.520  **Nonpriority creditor's name and mailing address**
ROWENA CALAMBA, BOX 920502, MILE 4 CAPITANS BAY RD, DUTCH HARBOR, AK 99692

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.521  **Nonpriority creditor's name and mailing address**
Ruiz Juanito, 100 Cannery Lane, King Cove, AK 99612

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.522  **Nonpriority creditor's name and mailing address**
RUSSELL, MEGAN, SDP CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.523  **Nonpriority creditor's name and mailing address**
Saab AB International, SE-732 81 ARBOGA, LINKOPING,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.524  **Nonpriority creditor's name and mailing address**
SAAB DEFENSE & SECURITY USA, 20700 LOUDOUN COUNTY PRKWY,
Ashburn, VA 20147

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.525    **Nonpriority creditor's name and mailing address**
Saab Skandanavia, SE-732 81 ARBOGA , Linkoping, Sweeden

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.526    **Nonpriority creditor's name and mailing address**
SAGE MECHANICAL, LLC, PO BOX 231906, ANCHORAGE, AK 99523

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.527    **Nonpriority creditor's name and mailing address**
Sage Parts Plus Inc, 30 Hub Drive, Melville, NY 11747-3525

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.528    **Nonpriority creditor's name and mailing address**
SAM JARADINE, DUT CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**       Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.529**  **Nonpriority creditor's name and mailing address**
Sanchezmunoz, Ignacio

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.530**  **Nonpriority creditor's name and mailing address**
SANTIAGO TONY, SAFETY DEPT AT PASI,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.531**  **Nonpriority creditor's name and mailing address**
Saywell International Inc, 3700 North 29th Avenue Unit 101, Hollywood, FL 33020-1006

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

---

**3.532**  **Nonpriority creditor's name and mailing address**
SCHROEDER RANDI, DLG MGR,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
| | SCHROEDER SHALISE, DLG CSA, | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
| | Scott Oltman, 2501 Moe Rd., Ellensburg, WA 98926 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
| | SDP AIRLINE FUEL & FRGT, PO BOX 165, Sand Point, AK 99661 | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
| | Seabury MRO Solutions, Weesperstraat 105-A, Amsterdam, Netherlands 1018 VN | *Check all that apply.* | |

**Date or dates debt was incurred**
Undetermined

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.537    **Nonpriority creditor's name and mailing address**
        Seal Dynamics Inc, P.O. BOX 116041, Atlanta, GA 30368-6041

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.538    **Nonpriority creditor's name and mailing address**
        SERMAT INTERNATIONAL, 3200 NW 27TH AVENUE, 3200 NW 27TH
        AVENUE, Pompano Beach, FL 33069

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.539    **Nonpriority creditor's name and mailing address**
        SHANGRI LA CABINS, BOX 374, GALENA, AK 99741

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.540    **Nonpriority creditor's name and mailing address**
        SHANNON JOHN, PASI PILOT,

        **Date or dates debt was incurred**
        Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.541 **Nonpriority creditor's name and mailing address**
Shannon, Thomas, 9633 Victor Rd, Anchorage, AK 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                 Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.542 **Nonpriority creditor's name and mailing address**
SHARON PICKETT, P.O. BOX 249, C/O HOOPER BAY SCHOOL, HOOPER BAY, AK 99604

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                 Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.543 **Nonpriority creditor's name and mailing address**
SHAWBACK DEANA, PASI CSM,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                 Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.544 **Nonpriority creditor's name and mailing address**
SHI International Corp., PO Box 952121, Dallas, TX 75395-2121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                 Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.545  **Nonpriority creditor's name and mailing address**
Sibley, Robert

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.546  **Nonpriority creditor's name and mailing address**
SIMCOM TRAINING CENTER, INC, 9550 PARKSOUTH CT STE 100,
Orlando, FL 32837

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.547  **Nonpriority creditor's name and mailing address**
SLM MANAGEMENT LLC, PO BOX 855, PO BOX 855, Bristol, IN 46507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.548  **Nonpriority creditor's name and mailing address**
Snag Point Trucking & Snow Removal, PO Box 35, Dillingham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Peninsula Aviation Services, Inc.
Name
Case 20-10755-BLS    Doc 195    Filed 05/12/20    Page 173 of 238
Case number *(if known)* 20-10762

**3.549**    **Nonpriority creditor's name and mailing address**
SOA - DOT&PF AIAS/SWA, Accounts Receivable, PO Box 196960, Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550**    **Nonpriority creditor's name and mailing address**
SOA D/O LABOR DIVISION OF MECHANICAL INSPECTION, P.O. BOX 107020, ANCHORAGE, AK 99510-7020

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551**    **Nonpriority creditor's name and mailing address**
SOA D/O Environmental Conservation, P.O. Box 111800, Juneau, AK 99811-1800

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.552**    **Nonpriority creditor's name and mailing address**
SOA D/O Measurement Standards, & COMMERICAL VEHICLE ENFORCEME, 12050 INDUSTRIAL WAY, ANCHORAGE, AK 99515-3567

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.553**   **Nonpriority creditor's name and mailing address**
SOA D/O Trans & PF Central Region-ADQ, 4111 Aviation Drive ,
Anchorage, AK 99519

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554**   **Nonpriority creditor's name and mailing address**
SOA D/O Trans - Fair Landings/Rent, Fairbanks International Airport,
Accounting Sect, 6450 Airport Way, Suite 1, Fairbanks, AK 99709

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555**   **Nonpriority creditor's name and mailing address**
SOA DOT Anc Airport, Accounting Section, Anchorage International
Airport, Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556**   **Nonpriority creditor's name and mailing address**
SOA DOT & PF CENTRAL REGION, 4111 Aviation Drive, P.O. Box 196900,
Anchorage, AK 99519-6900

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.557 **Nonpriority creditor's name and mailing address**
SOA DOT KODIAK, 1500 Anton Larsen Road , Kodiak, AK AK 99615

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558 **Nonpriority creditor's name and mailing address**
SOA DOT SOUTHEAST REGION, P.O. Box 196960, Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.559 **Nonpriority creditor's name and mailing address**
SOA DOT SOUTHWEST REGION, Department of Transportation, Administrative Services, Juneau, AK 99811-2500

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
SOA DOT&PF - FAI, FINANCE OFFICE, 2301 PEGER RD, FAIRBANKS, AK 99709-5316

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.561**  **Nonpriority creditor's name and mailing address**
SOA DOT&PF- Interior, 2301 Peger Road, Fairbanks, AK 99709-5316

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.562**  **Nonpriority creditor's name and mailing address**
Somerset Capital Group, LTD., 1361 Boston Post Road, Milford, CT 06460

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.563**  **Nonpriority creditor's name and mailing address**
Sorenson, Richard

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.564**  **Nonpriority creditor's name and mailing address**
Sorenson, Wyatt

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.565** | **Nonpriority creditor's name and mailing address**
SOUTHWEST AK VOC & ED CENTER, PO BOX 615, PO BOX 615, King Salmon, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.566** | **Nonpriority creditor's name and mailing address**
SOUTHWEST ALASKA MUNICIPAL CONFERENCE, 3300 ARCTIC BLVD., SUITE 203, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.567** | **Nonpriority creditor's name and mailing address**
SPARROW AVIATION, 4668 NW 99th Avenue, Sunrise, FL 33351

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.568** | **Nonpriority creditor's name and mailing address**
Spenard Builders Supply, 4412 Lois Dr., Anchorage, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.569 **Nonpriority creditor's name and mailing address**
SPINDLER JOSEPH, DLG CARGO,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.570 **Nonpriority creditor's name and mailing address**
SpringHill Suites Anchorage Midtown, 4050 UNIVERSITY LAKE DR.,
ANCHORAGE, AK 99508

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.571 **Nonpriority creditor's name and mailing address**
SPRINT, PO BOX 4181, PO BOX 4181, Carols Stream, IL 60197-4181

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.572 **Nonpriority creditor's name and mailing address**
ST PAUL CITY OF, PO BOX 901, PO BOX 901, St. Paul Island, AK 99660

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.573 **Nonpriority creditor's name and mailing address**
STAFFORD, CONNIE, 9633 VICTOR ROAD, ANCHORAGE, ALASKA 99515

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.574 **Nonpriority creditor's name and mailing address**
STAHL JAN BO, AKN,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.575 **Nonpriority creditor's name and mailing address**
STAHL RACHEL, AKN CSA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

3.576 **Nonpriority creditor's name and mailing address**
Stark, Terrie, 7045 Big Mountain Dr., Anchorage, AK 99516

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.577**  **Nonpriority creditor's name and mailing address**
State of Alaska - DOT&PF AIAS/SWA, P.O. Box 196960, Anchorage, AK 99519-6960

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.578**  **Nonpriority creditor's name and mailing address**
STERLING COURIER INCORPORATED, P O BOX 35418, NEWARK, NJ 07193-5418

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.579**  **Nonpriority creditor's name and mailing address**
STERLING TALENT SOLUTIONS, PO BOX 35626, NEWARK, NJ 07193-5626

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.580**  **Nonpriority creditor's name and mailing address**
STRAWBERRY HILL LLC, 431 WEST 7TH AVE, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.581**    **Nonpriority creditor's name and mailing address**

Stroede David, 4 Wolverine Dr., King Salmon, AK 99613

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.582**    **Nonpriority creditor's name and mailing address**

STS Engineering, 2000 NE Jensen Beach Blvd, Jensen Beach, FL 34957

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.583**    **Nonpriority creditor's name and mailing address**

Sunshine Avionics, LLC, 9974 Premier Parkway, Miramar, FL 33025

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.584**    **Nonpriority creditor's name and mailing address**

Sweetsir Construction, P.O. Box 8, Galena, AK 99741

**Date or dates debt was incurred**

Undetermined

**As of the petition filing date, the claim is:**

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown

**3.585**

**Nonpriority creditor's name and mailing address**
Sweetsir's, P.O. Box 30, Galena, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.586**

**Nonpriority creditor's name and mailing address**
Swetzof, Maiana

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.587**

**Nonpriority creditor's name and mailing address**
Swetzof, Makarius

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.588**

**Nonpriority creditor's name and mailing address**
Swetzof, Mary

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.589    **Nonpriority creditor's name and mailing address**
Swetzof, Mykael

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.590    **Nonpriority creditor's name and mailing address**
Swetzof, Romano

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.591    **Nonpriority creditor's name and mailing address**
SWISSPORT FUELING INC, 45025 Aviation Drive, Suite 350, Dulles, VA
20166-7557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.592    **Nonpriority creditor's name and mailing address**
SWISSPORT USA INC, 45025 Aviation Drive, Suite 350, Dulles, VA 20166-
7557

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Unknown

3.593  **Nonpriority creditor's name and mailing address**
Symetra Life Insurance Company, 777 108th Avenue NE, Suite 1200,
Belleveue, WA 98004-5135

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.594  **Nonpriority creditor's name and mailing address**
SYMMETRIC SOLUTIONS INC, PO BOX 113437, PO BOX 113437,
Anchorage, AK 99511

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.595  **Nonpriority creditor's name and mailing address**
Taby Air Maintenance AB, OREBRO FLYGPLATS, Orebro 705 94

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.596  **Nonpriority creditor's name and mailing address**
Tactair Fluid Controls Incorporated, PO BOX 933066, Cleveland, OH
44193

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.597   **Nonpriority creditor's name and mailing address**
TAMARRA CLIEFORD, 909 Chugach Way, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.598   **Nonpriority creditor's name and mailing address**
Tandem GSE, LLC, 2924 E. Ana St., E. Rancho Dominguez, CA 90221

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.599   **Nonpriority creditor's name and mailing address**
Tarabicos Grosso, LLP, 100 West Commons Boulevard, New Castle, DE 19720

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.600   **Nonpriority creditor's name and mailing address**
TASELE KASTEEL, PASI GROUND OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                        Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.601**    **Nonpriority creditor's name and mailing address**
Taylor Communications, Inc, P.O. Box 91047, Chicago, IL 60693

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.602**    **Nonpriority creditor's name and mailing address**
TDX CORPORATION, 3601 C Street, Suite 1000-10, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.603**    **Nonpriority creditor's name and mailing address**
TDX North Slope Generating, 3601 C Street, Suite 1000-56, Anchorage, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.604**    **Nonpriority creditor's name and mailing address**
TDX SAND POINT GENERATING, LLC, 3601 C STREET, STE 1000-52, ANCHORAGE, AK 99503

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.605**  **Nonpriority creditor's name and mailing address**
Team Aero, LLC, 1320 S. Enterprise St., Olathe, KS 66061

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.606**  **Nonpriority creditor's name and mailing address**
Technology For Energy Corporation, 10737 Lexinton Drive, Knoxville, TN 37932

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.607**  **Nonpriority creditor's name and mailing address**
Teilborg Ann, 3500 Landau Cir, Anchorage, AK

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.608**  **Nonpriority creditor's name and mailing address**
TELALASKA, 201 E. 56th Ave., Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.609    **Nonpriority creditor's name and mailing address**
The Bristol Inn, P.O. Box 330, Dillinham, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.610    **Nonpriority creditor's name and mailing address**
The Cordova Center, 601 1st street, Cordova, AK 99574

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.611    **Nonpriority creditor's name and mailing address**
The Grand Aleutian Hotel, P.O. Box 921169, Dutch Harbor, Alaska 99692

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.612    **Nonpriority creditor's name and mailing address**
The Lakefront Anchorage, 4800 SPENARD ROAD, ANCHORAGE, AK 99517

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.613 **Nonpriority creditor's name and mailing address**
Thiele, Zachary, 6244 Ophir Dr., Anchorage, AK 99504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.614 **Nonpriority creditor's name and mailing address**
Thol, Tut

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.615 **Nonpriority creditor's name and mailing address**
Thomas A. Knott, P.O. Box 75, Neenah, WI 54957-0075

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.616 **Nonpriority creditor's name and mailing address**
THOMSON IAN, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.617 **Nonpriority creditor's name and mailing address**
THRIVELY DIGITAL, PO BOX 91199, Anchorage, AK 99509

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.618 **Nonpriority creditor's name and mailing address**
TILDEN CHERYL, DLG CSA, DILLINGHAM,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.619 **Nonpriority creditor's name and mailing address**
TIMMERMAN RAIONDA, DLG RAMP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.620 **Nonpriority creditor's name and mailing address**
TIMOTHY SHAWN SMITH, PO BOX 873751, WASILLA, AK 99687

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.621** **Nonpriority creditor's name and mailing address**
TOFT JONATHAN, DUT RAMP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.622** **Nonpriority creditor's name and mailing address**
TOMASZ OSLAWSKI, BOX 410, PETER PAN SEAFOODS, DILLINGHAM, AK 99576

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.623** **Nonpriority creditor's name and mailing address**
TOTAL RECLAIM, INC, P O BOX 24996, SEATTLE, WA 98124

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.624** **Nonpriority creditor's name and mailing address**
Totem Equipment & Supply, Inc., 2536 Commercial Drive, Anchorage, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.625** **Nonpriority creditor's name and mailing address**
Totem Equipment and Supply Inc, 2536 COMMERCIAL DRIVE,
ANCHORAGE, AK 99501

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.626** **Nonpriority creditor's name and mailing address**
TRIDENT COMPUTER CORPORATION, 277 PARK STREET, TROY,
MICHIGAN 48083

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.627** **Nonpriority creditor's name and mailing address**
Trident Seafoods, P.O. Box 229, Sand Point, AK 99661

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.628** **Nonpriority creditor's name and mailing address**
Tronsdal Howard, KS Pilot, Pilot Records Department, Anchorage,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.629   **Nonpriority creditor's name and mailing address**
Unical Aviation, Inc., 680 South Lemon Ave., City of Industry, CA 91789

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.630   **Nonpriority creditor's name and mailing address**
United Utilities, Inc., P.O. BOX 92730, ANCHORAGE, AK 99509-2730

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.631   **Nonpriority creditor's name and mailing address**
UPHOLSTERY GALLERY THE, PO BOX 3078, PO BOX 3078, Palmer, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.632   **Nonpriority creditor's name and mailing address**
USCG Civil Fines and Penalties, P.O. Box 979123, St. Louis, MO 63197

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.633**   **Nonpriority creditor's name and mailing address**
USI Insurance Service LLC, P.O Box 62949, Virginia Beach, VA 23466

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.634**   **Nonpriority creditor's name and mailing address**
VanDeRostyne Valerie, 2000 S Togiak Ave., Wasilla, AK 99654

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.635**   **Nonpriority creditor's name and mailing address**
Vanderwilt Darren J, PASI QC Inspector, Palmer, AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.636**   **Nonpriority creditor's name and mailing address**
Various (See Footnote)

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claims

**Is the claim subject to offset?**
☑ No
☐ Yes

---

On October 17, 2019, a Peninsula Airways Services, Inc. aircraft was involved in an accident in Dutch Harbor with 39 passengers on board, as well as three crew members. To date, there have been no lawsuits filed by any of the passengers or crew members. The Debtor is reviewing any potential claims that may be asserted by, or against, the Debtor. The Debtor reserves its rights, but believes it is not required to, amend its Schedules, at a later date, to reflect any potential claims in connection with this incident.

3.637 **Nonpriority creditor's name and mailing address**
Veal, Jessica, OME OPS,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.638 **Nonpriority creditor's name and mailing address**
Velocity Aerospace Ft Lauderdale, 5352 NW 21ST TERRACE, FORT
LAUDERDALE, FL 33309

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.639 **Nonpriority creditor's name and mailing address**
VERIZON ALBANY, PO BOX 15124, ALBANY, NY 12212-5124

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.640 **Nonpriority creditor's name and mailing address**
VERIZON DALLAS, PO BOX 660108, DALLAS, TEXAS 75266-0108

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Unknown |
|---|---|---|---|

VILLAGE INN, 4403 Spenard Rd., ANCHORAGE, AK 99517

*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Undetermined

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.642 **Nonpriority creditor's name and mailing address**

Vision Aeronautics, 18291 Pines Blvd., Pembroke Pines, Florida 33029

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Undetermined

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.643 **Nonpriority creditor's name and mailing address**
VITAL RECORDS CONTROL, 801 E 82dn Avenue, Suite B1, Anchorage, AK 99518

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Undetermined

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.644 **Nonpriority creditor's name and mailing address**
VITO EMILY, PASI F/A,

**As of the petition filing date, the claim is:**   Unknown
*Check all that apply.*

☑ Contingent

**Date or dates debt was incurred**
Undetermined

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Peninsula Aviation Services, Inc.
Name

Case number *(if known)* 20-10762

---

3.645    **Nonpriority creditor's name and mailing address**                                    Unknown
VRC OF ALASKA, 801 E. 82nd Ave, Suite B1, Anchorage, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.646    **Nonpriority creditor's name and mailing address**                                    Unknown
WALL CHARLOTTE, 2040 Colony Loop, Anchorage, AK 99507

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.647    **Nonpriority creditor's name and mailing address**                                    Unknown
Walsh, Michael, 1310 Lee St, Lake Oswego, OR 97034

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.648    **Nonpriority creditor's name and mailing address**                                    Unknown
WARNER KEVIN, ENA,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.649   **Nonpriority creditor's name and mailing address**
WASHBURN DAVID, PASI F/A,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.650   **Nonpriority creditor's name and mailing address**
WASSILLIE LORENZO, DLG RAMP,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.651   **Nonpriority creditor's name and mailing address**
WATSON KIRK, PASI, MGR of Flight Standards,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.652   **Nonpriority creditor's name and mailing address**
WEDEMEYER SANDRA, PASI GROUND OPS, DS, ANC,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.653  **Nonpriority creditor's name and mailing address**
Wells, Paul, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

3.654  **Nonpriority creditor's name and mailing address**
Wencor LLC., 1625 N 1100 W, Springville, UT 84663-0514

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

3.655  **Nonpriority creditor's name and mailing address**
WENELL CONSTANCE, PASI PILOT,

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

3.656  **Nonpriority creditor's name and mailing address**
Western American Specialties, Inc., 4731 W Jefferson Blvd, Los Angeles, CA 90016

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Unknown

3.657 **Nonpriority creditor's name and mailing address**
Whilden, Brian, 9416 Noblewood Street, Anchorage, Alaska 99502

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.658 **Nonpriority creditor's name and mailing address**
Wick Air Inc., 4 Corners Airport, 8091 E. Palmer/Wasilla Hwy.., Palmer,
AK 99645

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.659 **Nonpriority creditor's name and mailing address**
WILLIAM REGAN, BOX 208, KING SALMON, AK 99613

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.660 **Nonpriority creditor's name and mailing address**
WILLIAMS JUSTIN, 2045 COLUMBUS AVE, ROXBURY, MA 02119

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.661  **Nonpriority creditor's name and mailing address**
WILSON BRANDON, PASI PILOT, PEN AIR,

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.662  **Nonpriority creditor's name and mailing address**
WOOD KYLE, 41 BEVERLY DR, GEORGETOWN, MA 01833

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.663  **Nonpriority creditor's name and mailing address**
World-Wide Movers Inc., 7120 Hart Street, PO Box 91495, Anchorage, AK 99509-1495

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.664  **Nonpriority creditor's name and mailing address**
WORLDWIDE AIRCRAFT SERVICES INC, 2755 N GENERAL AVIATION AVE, 2755 N GENERAL AVIATION AVE, Springfield, MO 65803

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.665**  **Nonpriority creditor's name and mailing address**
Worldwide Fuel, PO Box 299, Naknek, AK 99633

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.666**  **Nonpriority creditor's name and mailing address**
WORTHINGTON AVIATION, 2995 LONE OAK CIRCLE, SUITE 10, EAGAN, MN 55121

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.667**  **Nonpriority creditor's name and mailing address**
Wright Air Service, Inc., P.O. Box 60142, Fairbanks, AK 99706

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668**  **Nonpriority creditor's name and mailing address**
WSI CORPORATION, P O BOX 101332, ATLANTA, GA 30392-1332

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                              Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.669 **Nonpriority creditor's name and mailing address**
Yodice Associates, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.670 **Nonpriority creditor's name and mailing address**
YOUNG CURLIAH, PASI CSA, ANCHORAGE, AK 99504

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.671 **Nonpriority creditor's name and mailing address**
Yukon Alaska Enterprise, P.O. Box 113, Galena, AK 99741

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.672 **Nonpriority creditor's name and mailing address**
Yukon Fire Protection Services, 330 E. INT'L AIRPORT RD, ANCHORAGE, AK 99518

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.673    **Nonpriority creditor's name and mailing address**
         Zee Medical Service Company, 3710 Woodland Dr Suite 1500,
         Anchorage, AK 99517

         **Date or dates debt was incurred**
         Undetermined

As of the petition filing date, the claim is:                                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $20,697.59 |
| 5b. **Total claims from Part 2** | 5b. | $13,241,035.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $13,261,733.15 |

---

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ **Check if this is an amended filing**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MSDS Management & Hotline Addendum (Addendum No. 01 to Master Agreement Dated 9/1/15) | 3E Company Environmental, Ecological and Engineering, dba Verisk 3E, 3207 Grey Hawk Ct, Carlsbad, CA 92010 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | 3E Company Environmental, Ecological and Engineering, dba Verisk 3E, Attn: Legal Department, 3207 Grey Hawk Ct, Carlsbad, CA 92010 |
| | State the term remaining | -1347 Days | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Between Penair and Airdat LLC | AirDat LLC, 2400 Perimeter Park Drive, Suite 100, Morrisville, NC 27560 |
| | State the term remaining | -3175 Days | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | ACH Stettlement Agreement - Associate Member/airline -Related Participant Confirmation | Airlines Clearing House, Inc, Attn: Lori J. Tullu, Secretary-Treasurer, 1301 Pennsylvania Avenue NW, Suite 1100, Washington, DC 20004-1707 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Relating to the Settlement of Interline Accounts Through Airlines Clearing House, Inc | Airlines Clearing House, Inc, Attn: Lori J. Tullu, Secretary-Treasurer, 1301 Pennsylvania Avenue NW, Suite 1100, Washington, DC 20004-1707 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Agreement to the Carrier Services Agreement | Airlines Reporting Corportation, Attn: Bill Hoermle, VP and Controller, 4700 Old International Airport Road, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | AKN Purchase Agreement and Assignment of Lease | AKN Leasing LLC, P.O Box 125, Cold Bay, AK 99571 |
| | State the term remaining | 1876 Days | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Codesharing Agreement | Alaska Airline, Inc, 19300 International Blvd, Seattle, WA 98188 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Intellectual property license agreements (such as copyright, patent, trademark, and industrial rights) | Alaska Airline, Inc, Director of Alliances, 19300 International Blvd, Seattle, WA 98188 |
| | State the term remaining | 34 Days | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Codesharing Agreement | Alaska Airlines, Inc., 1300 International Boulevard, Seattle, WA 98188 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #3 to Passenger Services Agreement (BOS) | Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #2 to Passenger Services Agreement (BOS) | Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Passenger Services Agreement (BOS) | Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to KS 2019 | Alaska Airlines, Inc., 19300 International Blvd, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility License Agreement | Alaska Airlines, Inc., Corporate Real Estate Dept. (SEAPZ), PO Box 68900, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Codesharing Agreement Between Alaska Airlines, Inc. and Peninsula Aviation Services, Inc. | Alaska Airlines, Inc., Director, Alliances, 19300 International Boulevard, Seattle, WA 98188 |
| | **State the term remaining** | 1320 Days | |
| | **List the contract number of any government contract** | | |

Debtor    Peninsula Aviation Services, Inc.                          Case number *(if known)* 20-10762
          Name

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Passenger Services Agreement for (BOS) | Alaska Airlines, Inc., Director, Vendor Oversight, 20833 International Blvd, Seattle, WA 98198 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Capacity Purchase Agreement | Alaska Airlines, Inc., Executive VP & Chief Commercial Officer, 19300 International Boulevard, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Alaska Airlines Mileage Plan Program Participation Agreement | Alaska Airlines, Inc., Managing Director, Loyalty Marketing & Customer Advocacy, 19300 International Boulevard, Seattle, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Bilateral Interline Agreement for Special Prorates - Cargo | Alaska Airlines, Inc., P.O. Box 68900, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Prorate Agreement | Alaska Airlines, Inc., Rob Lamka, Senior Analyst, Revenue Management, P.O. Box 68900 SEAVZ, Seattle, WA 98168-0900 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Alaska CargoPort LLC Commercial Sublease | Alaska CargoPort LLC, Attn. Raymond J. Brimble, 3501 Manor Rd, Austin, TX 78723 |
| | **State the term remaining** | 933 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Alaska CargoPort Commercial Sublease | Alaska CargoPort LLC, Attn. Raymond J. Brimble, 3501 Manor Rd, Austin, TX 78723 |
| | **State the term remaining** | 933 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Alaska CargoPort Commercial Sublease | Alaska CargoPort LLC, Attn. Raymond J. Brimble, 3501 Manor Rd, Austin, TX 78723 |
| | **State the term remaining** | 933 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Alaska CargoPort Commercial Sublease | Alaska CargoPort LLC, Attn. Raymond J. Brimble, 3501 Manor Rd, Austin, TX 78723 |
| | **State the term remaining** | 933 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Site Lease Agreement | Alaska DigiTel, LLC, 3127 Commercial Drive, Anchorage, AK 99501 |
| | **State the term remaining** | -2574 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Ground Handling Agreement | APUN LLC, Donnell Bond, 2130 E. Diamond Blvd, Anchorage, AK 99507 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Annex C - Location(s), Agreed Services, and Charges | Apun LLC, Donnell Bond, 2130 E. Diamond Blvd, Anchorage, AK 99507 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AKN ARINC Terminal Sublease | ARINC Incorporated, 2551 Riva Road, MS 5-1B35, Annapolis, MD 21401-7435 |
| | State the term remaining | 173 Days | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | ARINC VHF Domestice Voice Service Supplement | Arinc, Ron Hawkin, 2551 Riva Road, Annapolis, MD 21401 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement covering Aircraft Parts / Tooling | Aviation Inventory Resources, Inc., Denise Fernandez, 7356 FM Road 1187, PO Box 1999, Mansfield, TX 76063 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Consignment and Support Agreement | Aviation Inventory Resources, Inc., Morgan Whitehead, PO Box 1999, Mansfield, TX 76063 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Software Licence and Services Agreement | Beacon Occupational Health and Safety Services, Inc. dba Beacon Insight, 800 Cordova St, Anchorage, AK 99501 |
| | State the term remaining | -2162 Days | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Training Services Agreement between CAE Aviation Training B.V. and Peninsula Airways Inc. for SAAB 2000 Training | CAE Aviation Training B.V, Attn: James Cahill, Diamantlaan 3, Hoofddorp, WV 2132, The Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.35**

State what the contract or lease is for and the nature of the debtor's interest

AKN Chinook Gifts LLC Terminal Sublease

Chinook Gifts LLC, P.O Box 315, King Salmon, AK 99613

State the term remaining

-1441 Days

List the contract number of any government contract

---

**2.36**

State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement Ref# TFV 114839

Cisco Systems Capital Corporation, Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087

State the term remaining

621 Days

List the contract number of any government contract

---

**2.37**

State what the contract or lease is for and the nature of the debtor's interest

Peninsula Airways Inc. Standard Ground Handling Agreement 2011

City of St. George, Attn: Patrick Pletnikoff, City Manager, PO Box 929, Saint George, AK 99591

State the term remaining

Unknown

List the contract number of any government contract

---

**2.38**

State what the contract or lease is for and the nature of the debtor's interest

Tom Madsen Airport Terminal Sublease Agreement

City of Unalaska, Department of Ports and Harbors, P.O Box 610, Unalaska, AK 99685

State the term remaining

234 Days

List the contract number of any government contract

---

**2.39**

State what the contract or lease is for and the nature of the debtor's interest

Services Agreement

Connect HR, LLC , Attn: Lon G. Wilson, 300 A St, #400, Anchorage, AK 99053

State the term remaining

Unknown

List the contract number of any government contract

---

**2.40**

State what the contract or lease is for and the nature of the debtor's interest

Standard Handling Agreement - Simplified Procedure

DAL Global Services, LLC., Attn: Phillip J. Skinner, 980 Virginia Avenue, 4th Floor, Atlanta, GA 30354

State the term remaining

Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Secured Super-Priority Debtor-in-Possession Credit Agreement | Debello Investors LLC, c/o Wexford Capital LP, Attn: Legal, 411 West Putnam Avenue, Greenwich, CT 06830 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Heavy Maintenance General Terms Agreement Between Discovery Air Technical Services Inc. and Peninsula Airways Inc. | Discovery Air Technical Services Inc., 800 8e Rue de l'aeroport, Quebec G2G 2S6, Canada |
| | **State the term remaining** | -2292 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Transportation Disaster Management Services | Empathia Inc., Vice President, Finance, N17 W24100 Riverwood Drive, Ste 300, Waukesha, WI 53188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Aircraft Maintenance Agreement | Empire Airlines, Inc. DBA Empire Aerospace, 11559 N. Atlas Road, Hayden, ID 83835 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Ground Handling Services | Era Aviation |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | eTT Aviation Subscription Agreement | eTripTrader, Inc., 7265 Potomac Dr., Boise, ID 83704 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor   Peninsula Aviation Services, Inc.
Name
Case number *(if known)* 20-10762

Case 20-10755-BLS    Doc 195    Filed 05/12/20    Page 214 of 238

| | | |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Ground Handling Agreement |
| | | F&E Ground Services, 657 South Drive, Suite 306, Miami Springs, FL 33166 |
| | **State the term remaining** | 4 Days |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Ground Support Equipment Maintenance Agreement |
| | | FEAM Ground Services and Deicing, LLC, 6300 Boeing Ave, Suite 900, Anchorage , AK 99502 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Ground Handling Agreement |
| | | FEAM Ground Services, LLC, 657 South Drive, Suite 306, Miami Springs, FL 33166 |
| | **State the term remaining** | 4 Days |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | FileMaker, Inc. |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | FileMaker, Inc. |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | ONEpay Online Authorization |
| | | First National Bank Alaska, Electronic Banking Service Department, 1753 Gambell Street, Anchorage , AK 99501 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.53 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order

ForeFlight, LLC, 2323 S, Shepherd Dr, Suite 912, Houston, TX 77019

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.54 **State what the contract or lease is for and the nature of the debtor's interest**
Deed of Trust

Frosty Fuels, LLC, 4000 Old Seward Highway, Ste 301, Anchorage, AK 99503

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.55 **State what the contract or lease is for and the nature of the debtor's interest**
Engine Care Maintenance Plan - Engine Services Agreement

GE Engine Services, LLC, Attn:ECMP Program Manager, One Neumann Way, Room 242, Cincinnati, OH 45215

**State the term remaining**
-466 Days

**List the contract number of any government contract**

2.56 **State what the contract or lease is for and the nature of the debtor's interest**
Amendment A to the General Terms Agreement

GE Engine Services, LLC, Attn:ECMP Program Manager, One Neumann Way, Room 242, Cincinnati, OH 45215

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.57 **State what the contract or lease is for and the nature of the debtor's interest**
Ground Support Equipment Services Agreement

Global Aviation Services, LLC, 920 Aldrin Dr., Suite 250, Eagan, MN 55121

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.58 **State what the contract or lease is for and the nature of the debtor's interest**
AKN Grant Terminal Sublease

Grant Aviation, 6520 Klis Drive, Anchorage, AK 99502

**State the term remaining**
Unknown

**List the contract number of any government contract**

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Promissory Note | Grant Aviation, Inc, Attn: Bruce McGlasson, President, PO Box 9220, Anchorage, AK 99509 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Ground Handling Agreement Between Peninsula Airways Inc. and Grant Aviation Inc. | Grant Aviation, Inc., Attn: Bruce McGlasson, President, PO Box 9220, Anchorage, AK 99509 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Transfer and Assumption Agreement | Great America Financial Serivces Corporation, 4700 Old International Airport Rd, Anchorage, AK 99502 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Agreement (Pre-Fund) | Great America Financial Serivces Corporation, 6100 Boeing AVE, Anchorage, AK 99502-1026 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Ammendment to May 15, 2013 Agreement | Grey Aviation Services, LLC, 4532 E White Aster St, Phoenix, AZ 85044 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | AKN TSA Terminal Sublease | GSA, Public Building Service, US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | GS-10B-06857 | |

| | | | |
|---|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to AKN TSA Terminal Sublease | GSA, Public Building Service, US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | GS-10B-06857 | |
| | | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to AKN TSA Terminal Sublease | GSA, Public Building Service, US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | GS-10B-06857 | |
| | | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to AKN TSA Terminal Sublease | GSA, Public Building Service, US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | GS-10B-06857 | |
| | | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 4 to AKN TSA Terminal Sublease | GSA, Public Building Service, US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | GS-10B-06857 | |
| | | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Bilateral Interline Traffic Agreement-Passenger | Hahn Air Lines GmbH, An der Trift 65, Dreieich, 63303, Germany |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| | | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Prorate Agreement | Horizon Air Industries, Inc., 19521 International Blvd, Seatac, WA 98188 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Client Agreement | ID90T, Inc., Mike Stacy, 520 S Main St., Suite 300, Grapevine, TX 76051 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Independent Lift Truck of Alas, 1200 E 70th Ave, Anchorage, AK 99518 |
| | **State the term remaining** | -754 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Human Capital Management Agreement | Infinisource, PO Box 889, Coldwater, MI 49036 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Level Agreement | International Air Transport Association, 800 Place Victoria, PO Box 113, Montreal, QB H4Z 1M1, Canada |
| | **State the term remaining** | -2678 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Regarding Assignment of IATA Airline Code and Prefix KS/339/339 | International Air Transport Association, 800 Place Victoria, PO Box 113, Montreal, QB H4Z 1M1, Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Regarding Assignment of IATA Airline Code and Prefix KS/339/339 | International Air Transport Association, 800 Place Victoria, PO Box 113, Montreal, QB H4Z 1M1, Canada |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendmnet Fueling Services Agreement | International Aviation Services, Inc., 4200 West 50th Avenue, Anchrorage, AK 99502 |
| | **State the term remaining** | 1603 Days | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Human Capital Management Agreement | iSolved , 11215 N Community House Rd, #800, Charlotte, NC 28277 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Assignment and Consent | JAH2015AN680PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Consent | JAH2015AN680PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Assignment and Consent | JAH2015AN681PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Consent | JAH2015AN681PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Assignment and Consent | JAH2015AN682PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Consent | JAH2015AN682PA, LLC, 2601 S. Bayshore Drive Ste 1130, Miami, FL 33133 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Security Deposit Agreement | JAHN361AG, LLC, 2601 S Bayshore Dr, Suite 1130, Miami, FL 33133 |
| | State the term remaining | -1725 Days | |
| | List the contract number of any government contract | | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | JSSI Premium On-Condition Engine Maintenance Program Contract | Jet Support Services Inc, 180 North Stetson Ave, FL 29, Chicago, IL 60601 |
| | State the term remaining | 99 Days | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | JSSI Premium On-Condition Engine Maintenance Program Contract | Jet Support Services Inc, 180 North Stetson Ave, FL 29, Chicago, IL 60601 |
| | State the term remaining | 476 Days | |
| | List the contract number of any government contract | | |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | AE2100A Fleet Program Contract | Jet Support Services Inc, 180 North Stetson Ave, FL 29, Chicago, IL 60601 |
| | State the term remaining | 749 Days | |
| | List the contract number of any government contract | | |

Debtor ___Peninsula Aviation Services, Inc.___                                    Case number *(if known)* 20-10762___
   Name

| | | |
|---|---|---|
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Assignment and Consent |
| | | Jet Support Services Inc, 180 North Stetson Ave, FL 29, Chicago, IL 60601 |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Assignment and Consent |
| | | Jet Support Services Inc, 180 North Stetson Ave, FL 29, Chicago, IL 60601 |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Consent |
| | | Jetstream Aviation Capital, Inc. , 2601 S Bayshore Dr, Miami, FL 33133 |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Special Fare Agreement |
| | | Kodiak Island Borough School District, 722 Mill Bay Road , Kodiak, AK 99615 |
| | State the term remaining | 50 Days |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for "myIDTravel" |
| | | Lufthansa Systems AG, Am Weiher 24, Kelsterbach, D-65451, Germany |
| | State the term remaining | Unknown |
| | List the contract number of any government contract | 1-BLBKX |

| | | |
|---|---|---|
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Contract |
| | | Marlin Leasing Corporation, 300 Fellowship Rd, Mount Laurel, NJ 08054 |
| | State the term remaining | -40 Days |
| | List the contract number of any government contract | 401-1358789-001 |

| | | | |
|---|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Aviation Service Company Operating Agreement | Massachusetts Port Authority, Airport Business Office, One Harborside Drive, Suite 2005, East Boston, MA 02128 |
| | **State the term remaining** | 1816 Days | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | PenAir ASC Operating Agreement | Massachusetts Port Authority, Ryan O'Donnell, One Harborside Drive, Suite 2005, East Boston, MA 02128 |
| | **State the term remaining** | 1816 Days | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Terminal Space Agreement | McGrath Turn Around Services, P.O. Box 173, Hotel McGrath, McGrath, AK 99627 |
| | **State the term remaining** | 265 Days | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Ground Handling Agreement | McGrath Turn Around Services, P.O. Box 173, McGrath, AK 99627 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | NAVBLUE Inc., 200-295 Hagey Blvd, Waterloo, ON N2L 6R5, Canada |
| | **State the term remaining** | 129 Days | |
| | **List the contract number of any government contract** | A200141 | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | NAVBLUE Inc., 200-295 Hagey Blvd, Waterloo, ON N2L 6R5, Canada |
| | **State the term remaining** | 129 Days | |
| | **List the contract number of any government contract** | A200141 | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | NAVTECH Systems Support Inc, 295 Hagey Boulevard, Suite 2005, Waterloo, ON N2L 6R5, Canada |
| | State the term remaining | -989 Days | |
| | List the contract number of any government contract | A100545 | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | AT&T Rooftop Communications Site Lease Agreement | New Cingular Wireless PCS LLC, 208 S Akard St, Dallas, TX 75202-4206 |
| | State the term remaining | 2484 Days | |
| | List the contract number of any government contract | AN2441 | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Training Services Agreement | Pan Am International Flight Academy, Inc, 5000 N.W. 36th Street, Miami, FL 33122 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement | Panasonic Avionics Corporation , 26200 Enterprise Way, Vice President, Contracts; General Counsel, Lake Forest, CA 92630 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | IATA Standard Ground Handling Agreement | Pegasus Aircraft Maintenance, LLC, General Manager, 3901 Old Intl. Airport Road, Anchorage, AK 99502 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Boeing Ave Main Hangar Sublease | PenAir Realty Holdings LLC, P.O Box 221483, Anchorage, AK 99502 |
| | State the term remaining | 235 Days | |
| | List the contract number of any government contract | | |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Boeing Ave New Hangar Sublease | PenAir Realty Holdings LLC, P.O Box 221483, Anchorage, AK 99502 |
| | **State the term remaining** | 235 Days | |
| | **List the contract number of any government contract** | | |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Bond Renewal | Perman Stoler CHB Inc., P.O. Box 190066, Anchorage, AK 99519-0066 |
| | **State the term remaining** | -237 Days | |
| | **List the contract number of any government contract** | | |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for the Bulk Sale and Purchase of Fuel | Petro Star Inc, 3900 C Street, Suite 802, Anchorage, AK 99503 |
| | **State the term remaining** | 1298 Days | |
| | **List the contract number of any government contract** | | |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for the Sale of Aircraft Ground Handling Services | Piedmont Airlines, Inc, Terry J. Petrun, 1000 Rosedale Avenue, Middletown, PA 17057 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Pitney Bowes |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Professional Benefit Services, Inc. |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor   Peninsula Aviation Services, Inc.
         Name                                          Case number *(if known)* 20-10762

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Adoption Agreement | Professional Benefit Services, Inc. |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Administrative Services Agreement | Professional Benefit Services, Inc., 1193 Royvonne Ave SE, Suite 22, Salem, OR 97302 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Airport Terminal Lease Sand Point Alaska | QAGAN TAYAGUNGIN TRIBAL GOVERNMENT, PO Box 447, Sand Point, AK 99566 |
| | **State the term remaining** | -3299 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Support Agreement: Object Code Application Software | Rene Perez & Associates, Miami, FL |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | License, Support and Hosting Agreement | Revenue Management Systems, Inc. , 2003 Western Avenue, Suite 700, Seattle, WA 98121-2128 |
| | **State the term remaining** | -387 Days | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | License, Support and Hosting Agreement | Revenue Management Systems, Inc. , 2003 Western Avenue, Suite 700, Seattle, WA 98121-2128 |
| | **State the term remaining** | 1542 Days | |
| | **List the contract number of any government contract** | | |

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Recognition of Rights Agreement | Rolls-Royce Corporation, Commercial Office - Kavita Patel, 450 South Meridian Street, Indianapolis, IN 46225-1103 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | ESN 510116 | |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Rolls-Royce Corporation, Commercial Office - Kavita Patel, 450 South Meridian Street, Indianapolis, IN 46225-1103 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | ESN 510116 | |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Agreement | Rolls-Royce Corporation, Rolls-Royce Meridian Center, 450 South Meridian Street, Mail Code: MC-NB-03, Indianapolis, IN 46225-1103 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | A16-0191 | |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Agreement | Rolls-Royce Corporation, Rolls-Royce Meridian Center, 450 South Meridian Street, Mail Code: MC-NB-03, Indianapolis, IN 46225-1103 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | A16-0191 | |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Royal Business Systems |
|---|---|---|---|
| | **State the term remaining** | -862 Days | |
| | **List the contract number of any government contract** | 1982-02 | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Royal Business Systems |
|---|---|---|---|
| | **State the term remaining** | -862 Days | |
| | **List the contract number of any government contract** | 1958-03 | |

Debtor  Peninsula Aviation Services, Inc.                     Case number *(if known)* 20-10762
        Name

**2.125**  **State what the contract**   Service Agreement               Royal Business Systems
           **or lease is for and the**
           **nature of the debtor's**
           **interest**
           **State the term**            -497 Days
           **remaining**
           **List the contract number**  1982-30
           **of any government**
           **contract**

**2.126**  **State what the contract**   Service Agreement               Royal Business Systems
           **or lease is for and the**
           **nature of the debtor's**
           **interest**
           **State the term**            -497 Days
           **remaining**
           **List the contract number**  1958-04
           **of any government**
           **contract**

**2.127**  **State what the contract**   Aircraft Parts/Tooling Rental Agreement   Saab Aircraft of America LLC
           **or lease is for and the**
           **nature of the debtor's**
           **interest**
           **State the term**            Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.128**  **State what the contract**   Services Agreement              Saab Defense and Security USA LLC Support and Services, 20700 Loudon County
           **or lease is for and the**                                   Parkway, Suite 100, Ashburn, VA 20147
           **nature of the debtor's**
           **interest**
           **State the term**            -497 Days
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.129**  **State what the contract**   Services Agreement              Saab Defense and Security USA LLC Support and Services, 20700 Loudon County
           **or lease is for and the**                                   Parkway, Suite 100, Ashburn, VA 20147
           **nature of the debtor's**
           **interest**
           **State the term**            -497 Days
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.130**  **State what the contract**   Brake Agreement                 Saab Defense and Security USA LLC Support and Services, 20700 Loudon County
           **or lease is for and the**                                   Parkway, Suite 100, Ashburn, VA 20147
           **nature of the debtor's**
           **interest**
           **State the term**            -123 Days
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

| | | |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Saab Defense and Security USA LLC Support and Services, Erik Harrweg, 20700 Loudon County Parkway, Suite 100, Ashburn, VA 20147 |
| | **State the term remaining** | -497 Days | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Agreement | Saab Defense and Security USA LLC Support and Services, Erik Harrweg, 20700 Loudon County Parkway, Suite 100, Ashburn, VA 20147 |
| | **State the term remaining** | -132 Days | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Agreement Exhibit A | Saab Defense and Security USA LLC Support and Services, Erik Harrweg, 20700 Loudon County Parkway, Suite 100, Ashburn, VA 20147 |
| | **State the term remaining** | -132 Days | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Consignment Agreement | Saab Defense and Security USA LLC Support and Services, VP and General Manager Head of Division Support and Services, 20700 Loudon County Parkway, Suite 100, Ashburn, VA 20147 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Saab Support and Services LLC Aircraft Parts/Tooling Rental Agreement | Saab Support and Services LLC, Georgina Torres, 21300 Ridgetop Cir, Ste 1, Sterling, VA 20166-6520 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Agreement | Sabre Inc. , President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092 |
| | **State the term remaining** | 1237 Days | |
| | **List the contract number of any government contract** | | |

2.137  **State what the contract or lease is for and the nature of the debtor's interest**  Master Agreement  Sabre Inc. , President, Airline Solutions, 3150 Sabre Drive, Southlake, TX 76092

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.138  **State what the contract or lease is for and the nature of the debtor's interest**  Quote Confirmation  Sage Software Inc.

**State the term remaining**  -473 Days

**List the contract number of any government contract**

2.139  **State what the contract or lease is for and the nature of the debtor's interest**  Pay Enrollment Form  Sage Software Inc.

**State the term remaining**  -473 Days

**List the contract number of any government contract**

2.140  **State what the contract or lease is for and the nature of the debtor's interest**  Training Services Agreement  Simcom Aviation Training, 6989 Lee Vista Blvd, Orlando, FL 32822

**State the term remaining**  -497 Days

**List the contract number of any government contract**

2.141  **State what the contract or lease is for and the nature of the debtor's interest**  Master Lease Agreement  Somerset Capital Group, Ltd. , 612 Wheelers Farms Road, Merritt Corporate Woods, Milford, CT 06461

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.142  **State what the contract or lease is for and the nature of the debtor's interest**  Agreement to Purchase Leased Property  Somerset Capital Group, Ltd. , Drew Carrano ,

**State the term remaining**  -466 Days

**List the contract number of any government contract**

2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Schedule No. 1 to the MLA | Somerset Capital Group, Ltd. , Linda Neisser, 612 Wheelers Farms Road, Merritt Corporate Woods, Milford, CT 06461
| **State the term remaining** | -444 Days |
| **List the contract number of any government contract** | |

2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Schedule No. 2 to the MLA | Somerset Capital Group, Ltd. , Linda Neisser, 612 Wheelers Farms Road, Merritt Corporate Woods, Milford, CT 06461
| **State the term remaining** | -379 Days |
| **List the contract number of any government contract** | |

2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Schedule No. 3 to the MLA | Somerset Capital Group, Ltd. , Linda Neisser, 612 Wheelers Farms Road, Merritt Corporate Woods, Milford, CT 06461
| **State the term remaining** | -375 Days |
| **List the contract number of any government contract** | |

2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Southwest Alaska Vocational & Education Center King Salmon, Alaska Student Lodging Agreement with PenAir | Southwest Alaska Vocational & Education Center (SAVEC), Building 647 King Salmon Airforce Base, PO Box 615, King Salmon, AK
| **State the term remaining** | -625 Days |
| **List the contract number of any government contract** | |

2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Fuel Dispensing Permit ADA-09283 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196900, Anchorage, AK 99519
| **State the term remaining** | 1542 Days |
| **List the contract number of any government contract** | ADA-09283 |

2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Land Lease ADA-30562 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196960, Anchorage, AK 99519-6960
| **State the term remaining** | 5019 Days |
| **List the contract number of any government contract** | ADA-30562 |

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 1 to ADA-30562 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 5019 Days | |
| | **List the contract number of any government contract** | ADA-30562 | |

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 2 to ADA-30562 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 5019 Days | |
| | **List the contract number of any government contract** | ADA-30562 | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 3 to ADA-30562 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 5019 Days | |
| | **List the contract number of any government contract** | ADA-30562 | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 4 to ADA-30562 | State of Alaska Department of Transportation and Public Facilities, Anchorage International Airport, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 5019 Days | |
| | **List the contract number of any government contract** | ADA-30562 | |

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Land Lease ADA-08841 | State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 750 Days | |
| | **List the contract number of any government contract** | ADA-08841 | |

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplement No. 1 to Land Lease ADA-08841 | State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960 |
| | **State the term remaining** | 750 Days | |
| | **List the contract number of any government contract** | ADA-08841 | |

2.155 **State what the contract or lease is for and the nature of the debtor's interest**   Land Lease ADA-08136   State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**   4798 Days

**List the contract number of any government contract**   ADA-08136

2.156 **State what the contract or lease is for and the nature of the debtor's interest**   Supplement No. 1 to Land Lease ADA-08136   State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**   4798 Days

**List the contract number of any government contract**   ADA-08136

2.157 **State what the contract or lease is for and the nature of the debtor's interest**   Land Lease ADA-07780   State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**   11811 Days

**List the contract number of any government contract**   ADA-07780

2.158 **State what the contract or lease is for and the nature of the debtor's interest**   Supplement No. 1 to Land Lease ADA-07780   State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**   11811 Days

**List the contract number of any government contract**   ADA-07780

2.159 **State what the contract or lease is for and the nature of the debtor's interest**   Supplement No. 2 to Land Lease ADA-07780   State of Alaska Department of Transportation and Public Facilities, Attn. Leasing & Property Management, P.O Box 196960, Anchorage, AK 99519-6960

**State the term remaining**   11811 Days

**List the contract number of any government contract**   ADA-07780

2.160 **State what the contract or lease is for and the nature of the debtor's interest**   Land Lease ADA-50736   State of Alaska Department of Transportation and Public Facilities, Statewide Aviation Leasing, SE Region, Attn. Leasing & Property Management, P.O Box 112505, Juneau, AK 99502

**State the term remaining**   18272 Days

**List the contract number of any government contract**   ADA-50736

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Supplement No. 1 to Land Lease ADA-50736 | State of Alaska Department of Transportation and Public Facilities, Statewide Aviation Leasing, SE Region, Attn. Leasing & Property Management, P.O Box 112505, Juneau, AK 99502 |
| | State the term remaining | 18272 Days | |
| | List the contract number of any government contract | ADA-50736 | |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Fuel Dispensing Permit ADA-08675 | State of Alaska, Department of Transportation and Public Facilities, 4111 Aviation Avenue, Anchorage, AK 99519-6900 |
| | State the term remaining | -285 Days | |
| | List the contract number of any government contract | ADA-08675 | |

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Supplement No. 1 to Fuel Dispensing Permit ADA-08675 | State of Alaska, Department of Transportation and Public Facilities, 4111 Aviation Avenue, Anchorage, AK 99519-6900 |
| | State the term remaining | -285 Days | |
| | List the contract number of any government contract | ADA-08675 | |

| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement | Tanana Air Service, Brian Martin, PO Box 29, McGrath, AK 99627 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | IATA Standard Ground Handling Agreement (Simplified Procedure) | TIMCO Line Care, LLC, General Manager, 815 Radar Road, Greensboro, NC 27410 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement (Simplified Procedure) | Triangle Aviation Services, Inc, Mr. Lonnie Fine, 10 Fifth Street, Suite 200, Valley Stream, NY 11581 |
| | State the term remaining | -2179 Days | |
| | List the contract number of any government contract | | |

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice of Debtor Assuming Modified Aircraft Lease | U.S. Bank National Association, c/o Montrose Global, LLC, 425 Walnut Street, Cincinnati, OH 45202 |
| | **State the term remaining** | 119 Days | |
| | **List the contract number of any government contract** | | |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Lease Agreement No. 406 | U.S. Bank National Association, Corporate Trust Services, Global Structured Finance, Attn: Annette Morgan, 300 Delaware Avenue, 9th Floor, EX-DE-WDAW, Wilmington, DE 19801 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Custom Master Services Agreement - Customer Signators | US Bank |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | DLG Airport Sublease | US General Services Administration, 400-15th St SW, Auburn, WA 98001-6599 |
| | **State the term remaining** | -1988 Days | |
| | **List the contract number of any government contract** | GS-10B-06915 | |

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Assignment and Consent | Wells Fargo Bank Northwest, NA, Attn: Corporate Trust, 299 S. Main St., 12th Floor, Salt Lake City, UT 84111 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Bankruptcy Claim - GE Capital Lease Agreement | Wells Fargo Vendor Financial Services, Inc., Attn: Lisa Boddicker, 1010 Thomas Edison Blvd., SW, Cedar Rapids, IA 52404 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | Case 17-00282 | |

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement - Annex B | WestJet Encore LTD., Jeff Martin, 22 Aerial Place NE, Calgary, Alberta T2E3J1, Canada |
| | State the term remaining | -407 Days | |
| | List the contract number of any government contract | | |

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement Amendment - Passenger & Ramp Handling Services | WestJet Encore LTD., Jeff Martin, 22 Aerial Place NE, Calgary, Alberta T2E3J1, Canada |
| | State the term remaining | 234 Days | |
| | List the contract number of any government contract | | |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Services and Repair Estimate | Worldwide Aircraft Services, Inc. , Tony Zick, 2755 N. General Aviation Ave., Springfield, MO 65803 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Annual Exchange Agreement | Worthington Aviation Parts, Inc., 2995 Lone Oak Circle, Suite 10, Eagan, MN 55121 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Service Quote - TAF Service | WSI Corporation, Mark Gildersleeve, 400 Minuteman Road, Andover, MA 01810 |
| | State the term remaining | -192 Days | |
| | List the contract number of any government contract | SF-00016314 | |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Service Quote - TAF Service | WSI Corporation, Mark Gildersleeve, 400 Minuteman Road, Andover, MA 01810 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | SF-00015752 | |

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Corvus Airlines, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Frontier Flying Services, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Hageland Aviation Services, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | HoTH, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | JJM, Inc.<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Ravn Air Group Holdings, LLC<br>4700 Old International Airport Road<br>Anchorage, AK 99502 | BNP Paribas | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Peninsula Aviation Services, Inc.
          _____
          Name

Case number *(if known)* 20-10762

2.7 _____

Ravn Air Group, Inc.
4700 Old International Airport Road
Anchorage, AK 99502

BNP Paribas

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Peninsula Aviation Services, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10762

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 05/11/2020 | /s/ John Mannion |
| Executed on | Signature of individual signing on behalf of debtor |
| | John Mannion |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |