**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 20, 2020 at 11:30 a.m. (ET)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC*
HEARING ON MAY 20, 2020 AT 11:30 A.M. (ET) IN COURTROOM #1[2]**

**MATTERS WITH CERTIFICATE OF NO OBJECTION OR
CERTIFICATION OF COUNSEL[3]**

1.      Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 134; 04/29/2020]

        Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "OUST"))

        Objections/Responses Received:   Informal Inquiry from the OUST.

        Related Documents:

        A.      Certificate of No Objection Regarding Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 206; 05/16/2020]

        Status:    The OUST's informal inquiry has been addressed by the Debtors and Stretto.  A certificate of no objection has been filed.  The proposed final order may be entered without further notice or hearing.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

2.    Application of the Debtors to Employ and Retain Conway MacKenzie, LLC as Financial Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 135; 04/29/2020]

Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (extended to May 15, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee)

Objections/Responses Received:    Informal Inquiries and Comments from the OUST.

Related Documents:

A.    Certification of Counsel Regarding Application of the Debtors to Employ and Retain Conway MacKenzie, LLC as Financial Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 214; 05/18/2020]

Status:    The OUST's informal inquiries and comments have been addressed by the Debtors and Conway Mackenzie LLP. A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

3.    Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 136; 04/29/2020]

Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

Objections/Responses Received:    Informal Comments from the OUST.

Related Documents:

A.    Supplemental Declaration of Tobias S. Keller in Support of Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, Effective as of the Petition Date [Dkt. No. 204; 05/15/2020]

B.    Declaration of John Mannion in Support of the Applications of Ravn Air Group, Inc., *et al*, for Orders Authorizing the Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel and Retain and Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 212; 05/18/2020]

C.    Certificate of No Objection Regarding Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 213; 05/18/2020]

Status:    The OUST's informal comments have been addressed by the Debtors and Keller Benvenutti Kim LLP.  A certificate of no objection has been filed. The proposed final order may be entered without further notice or hearing.

4.    Application of Ravn Air Group, *et al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 137; 04/29/2020]

Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

Objections/Responses Received:    Informal Inquiries from the OUST.

Related Documents:

A.    Supplemental Verified Statement of Michael B. Schaedle in Support of the Application of Ravn Air Group, Inc., *el al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 147; 04/30/2020]

B.    Declaration of John Mannion in Support of the Applications of Ravn Air Group, Inc., *et al*, for Orders Authorizing the Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel and Retain and Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 212; 05/18/2020] *(See 3.B)*

C.    Certificate of No Objection Regarding Application of Ravn Air Group, *et al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 215; 05/18/2020]

Status:    The OUST's informal inquiries have been addressed by the Debtors and Blank Rome LLP.  A certificate of no objection has been filed.  The proposed final order may be entered without further notice or hearing.

5.    Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 138; 04/29/2020]

Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

Objections/Responses Received:    Informal Comments from the OUST.

Related Documents:

      A.     Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 207; 05/16/2020]

      Status:     The OUST's informal comments have been addressed. A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

6.     Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [Dkt. No. 139; 04/29/2020]

     Objection/Response Deadline:   May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

     Objections/Responses Received:   Informal Comments from the Official Committee of Unsecured Creditors (the "Creditors' Committee").

     Related Documents:

      A.     Certification of Counsel Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [Dkt. No. 208; 05/16/2020]

      Status:     The Creditors' Committee's informal comments have been addressed. A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

7.     Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 140; 04/29/2020]

     Objection/Response Deadline:   May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

     Objections/Responses Received:   Informal Comments from the OUST.

     Related Documents:

      A.     Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 209; 05/17/2020]

      Status:     The OUST's informal comments have been addressed. A certification of counsel has been filed. The revised proposed final order may be entered without further notice or hearing.

8. Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 141; 04/29/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

   Objections/Responses Received:    Informal Comments from the OUST.

   Related Documents:

   A. Certification of Counsel Regarding Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 210; 05/17/2020]

   Status:    The OUST's informal comments have been addressed.  A certification of counsel has been filed.  The revised proposed final order may be entered without further notice or hearing.

9. Motion of Debtors for an Order Extending Time to File Schedules and Statements [Dkt. No. 158; 05/04/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:    None.

   Related Documents:

   A. Certificate of No Objection Regarding Motion of Debtors for an Order Extending Time to File Schedules and Statements [Dkt. No. 211; 05/17/2020]

   Status:    A certificate of no objection has been filed.  The proposed final order may be entered without further notice or hearing.

Wilmington, Delaware
Date:  May 18, 2020

**BLANK ROME LLP**

By:  */s/ Victoria Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
         tarr@blankrome.com
         jbibiloni@blankrome.com

         -and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California St., Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (415) 636-9251
Email: tkeller@kbkllp.com
         jkim@kbkllp.com
         trupp@kbkllp.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*