# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 20, 2020 at 11:30 a.m. (ET)** |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON MAY 20, 2020 AT 11:30 A.M. (ET) IN COURTROOM #1[3]

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT AS NO MATTERS ARE GOING FORWARD.**

## RESOLVED MATTERS[4]

1. Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 134; 04/29/2020]

    Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "OUST"))

    Objections/Responses Received:    Informal Inquiry from the OUST.

    Related Documents:

    A.    Certificate of No Objection Regarding Debtors' Application for Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 206; 05/16/2020]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] **Amended items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

[4] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

    **B.**    **Order Authorizing Retention and Appointment of Stretto as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 220; Entered 05/18/2020]**

    Status:    **An order has been entered by the Court. No hearing is necessary.**

2.    Application of the Debtors to Employ and Retain Conway MacKenzie, LLC as Financial Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 135; 04/29/2020]

    Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (extended to May 15, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee)

    Objections/Responses Received:    Informal Inquiries and Comments from the OUST.

    Related Documents:

    A.    Certification of Counsel Regarding Application of the Debtors to Employ and Retain Conway MacKenzie, LLC as Financial Advisor *Nunc Pro Tunc* to the Petition Date [Dkt. No. 214; 05/18/2020]

    **B.**    **Order Granting Application of the Debtors to Employ and Retain Conway MacKenzie, Inc. as Financial Advisor, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 227; Entered 05/18/2020]**

    Status:    **An order has been entered by the Court. No hearing is necessary.**

3.    Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 136; 04/29/2020]

    Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

    Objections/Responses Received:    Informal Comments from the OUST.

    Related Documents:

    A.    Supplemental Declaration of Tobias S. Keller in Support of Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, Effective as of the Petition Date [Dkt. No. 204; 05/15/2020]

    B.    Declaration of John Mannion in Support of the Applications of Ravn Air Group, Inc., *et al*, for Orders Authorizing the Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel and Retain and Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 212; 05/18/2020]

    C.    Certificate of No Objection Regarding Application for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, *Nunc Pro Tunc* to the Petition Date [Dkt. No. 213; 05/18/2020]

    **D.**    **Order Authorizing the Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel Effective as of the Petition Date [Dkt. No. 226; Entered 05/18/2020]**

    Status:    **An order has been entered by the Court. No hearing is necessary.**

4.    Application of Ravn Air Group, *et al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 137; 04/29/2020]

    Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

    Objections/Responses Received:    Informal Inquiries from the OUST.

    Related Documents:

    A.    Supplemental Verified Statement of Michael B. Schaedle in Support of the Application of Ravn Air Group, Inc., *el al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 147; 04/30/2020]

    B.    Declaration of John Mannion in Support of the Applications of Ravn Air Group, Inc., *et al*, for Orders Authorizing the Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel and Retain and Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 212; 05/18/2020] *(See 3.B)*

    C.    Certificate of No Objection Regarding Application of Ravn Air Group, *et al.*, for an Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 215; 05/18/2020]

    **D.**    **Order Authorizing the Debtors to Employ Blank Rome LLP as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 228; Entered 05/18/2020]**

    Status:    **An order has been entered by the Court. No hearing is necessary.**

5. Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 138; 04/29/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

   Objections/Responses Received:    Informal Comments from the OUST.

   Related Documents:

   A. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 207; 05/16/2020]

   B. **Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 221; Entered 05/18/2020]**

   Status:    **An order has been entered by the Court. No hearing is necessary.**

6. Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [Dkt. No. 139; 04/29/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

   Objections/Responses Received:    Informal Comments from the Official Committee of Unsecured Creditors (the "Creditors' Committee").

   Related Documents:

   A. Certification of Counsel Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Asset Sale Procedures [Dkt. No. 208; 05/16/2020]

   B. **Order Approving Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 2002 for Authority to Establish De Minimis Sale Procedures [Dkt. No. 222; Entered 05/18/2020]**

   Status:    **An order has been entered by the Court. No hearing is necessary.**

7. Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 140; 04/29/2020]

Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

Objections/Responses Received:    Informal Comments from the OUST.

Related Documents:

A. Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 209; 05/17/2020]

B. **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 223; Entered 05/18/2020]**

Status:    **An order has been entered by the Court. No hearing is necessary.**

8. Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 141; 04/29/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET) (extended to May 15, 2020 at 4:00 p.m. (ET) for the OUST)

   Objections/Responses Received:    Informal Comments from the OUST.

   Related Documents:

   A. Certification of Counsel Regarding Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 210; 05/17/2020]

   B. **Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 224; Entered 05/18/2020]**

   Status:    **An order has been entered by the Court. No hearing is necessary.**

9. Motion of Debtors for an Order Extending Time to File Schedules and Statements [Dkt. No. 158; 05/04/2020]

   Objection/Response Deadline:    May 13, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:    None.

   Related Documents:

A. Certificate of No Objection Regarding Motion of Debtors for an Order Extending Time to File Schedules and Statements [Dkt. No. 211; 05/17/2020]

B. **Order Extending Time to File Schedules and Statements [Dkt. No. 225; Entered 05/18/2020]**

Status: **An order has been entered by the Court. No hearing is necessary.**

| | |
|---|---|
| Wilmington, Delaware<br>Date:  May 18, 2020 | **BLANK ROME LLP**<br><br>By: */s/ Victoria Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>        tarr@blankrome.com<br>        jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>        jkim@kbkllp.com<br>        trupp@kbkllp.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |