**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC., *et al.*,<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 20-10755 (BLS)<br>(Jointly Administered)<br><br>**Hearing Date: May 27, 2020** |

### SECOND JOINT STIPULATION OF FACTS BY DEBTORS AND COMMITTEE

Debtors in the above-captioned chapter 11 cases ("Debtors") and the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee") hereby stipulate to the following facts.[2]

　　1.　　As of May 15, 2020, Alaska Governor Mike Dunleavy issued a revision to its tenth health mandate to prevent the spread of COVID-19. The revised mandate extends a 14-day quarantine for interstate and international travel to Alaska through June 2, 2020. The Governor advised that the mandate will be reviewed weekly. Attached hereto as **Exhibit A** is the State of Alaska revised mandate announcement.[3]

　　2.　　Accordingly, out-of-state potential purchasers cannot enter Alaska for onsite diligence without going through a two-week quarantine at the earliest until June 2, 2020. This

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms used in this Objection but not otherwise defined shall have the meaning ascribed to them in the Motion or the *[Proposed] Chapter 11 Plan of Liquidation of RAVN Air Group, Inc. and its Affiliated Debtors* [D.I. 112] (the "Plan"), as applicable.

[3] https://covid19.alaska.gov/health-mandates/

deadline could be extended further.

3. Debtors have received three written non-binding indications of interest from parties interested in pursuing a going concern transaction. One additional party that was only interested in acquiring PenAir assets recently informed the Debtors that it was interested in acquiring a broader group of assets and requested access to the dataroom with respect to those additional assets, which access the Debtors provided.

4. Currently, there are nine interested parties reviewing Debtors' diligence materials in the dataroom set up for parties interested in going concern transactions, including the three parties that provided written indications of interest. The Debtors' dataroom continues to be populated with additional information necessary for diligence.

5. Attached hereto as **Exhibit B** is e-mail correspondence from the United States Department of Treasury ("Treasury"), which stated that the Debtors could move forward with their Payroll Support Program grant applications under the CARES Act subject to certain conditions. Attached hereto as **Exhibit C** is the Debtors' press release regarding receipt of such correspondence from Treasury.[4]

6. John Young is not an investment banker, and Conway MacKenzie does not provide, and was not hired to provide, investment banking services.

7. The dataroom provided by the Debtors for potential bidders contains a total of 28 documents. In addition to certain confidential corporate information related to financials and relative market position as well as private asset valuation, these 28 documents include several

---

[4] https://www.flyravn.com/?utm_medium=email&utm_campaign=Ravn%20Air%20Group%20Sale%20Process%2020200520&utm_content=Ravn%20Air%20Group%20Sale%20Process%2020200520%20CID_0d86acdb1d51ee3e0ed25c7131699266&utm_source=Campaign%20Monitor&utm_term=Visit%20FlyRavncom

public filings from these Bankruptcy proceedings, multiple public press releases, public treasury guidelines and facts for airlines, and the public CARES Act provision for airlines.

8. In the Newman Declaration [Dkt, No. 251, Ex. A], Mr. Newman addressed the Debtors' April 2020 presentation and opined that it lacks at least 12 metrics typically found in confidential information material ("CIM") or similar marketing materials used to market assets in chapter 11.

9. In the Young Declaration [Dkt. No. 260], Mr. Young responded that documents touching on 9 of those 12 metrics can be found in the Debtors' dataroom.

10. The purposes of a CIM and dataroom are different.

11. While the documents found in the dataroom may relate to 9 of the 12 metrics discussed by Mr. Newman, they do not do so fully. For example, no documents in the dataroom provide detailed revenue/cost information, explanations of capital expenditures or information broken down by route. There are no recent appraisals or descriptions of real property, and although the Debtors provide a valuation report of owned aircraft, spare engines, spare parts, and ground service equipment that is based on a review of the service history and conditions of the aircraft and other assets, the dataroom does not currently contain records of the condition or service history of the aircraft or related assets. The Debtors intend to populate the dataroom with more of this information shortly.

12. Debtors have a forecast that extends through July 3, 2020 and currently shows approximately $291,000 cash as of that end date. During the first six weeks of bankruptcy ending May 15, 2020, the Debtors came in under budget by approximately $690,000. The $690,000 favorable variance for the first six weeks is mostly due to the timing of disbursements and is not permanent. Specifically, of that $690,000, approximately $240,000 is earmarked for unpaid rent

payments accrued during that time, approximately $100,000 is for accrued unpaid utilities, approximately $125,000 is for unpaid accrued professional fees, and $152,000 in payroll for the health insurance runout.

Dated: May 27, 2020

                                          **POLSINELLI PC**

                                          */s/ Christopher A. Ward*
                                          Christopher A. Ward (Del. Bar No. 3877)
                                          Shanti M. Katona (Del Bar No. 5352)
                                          222 Delaware Avenue, Suite 1101
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 252-0920
                                          Facsimile: (302) 252-0921
                                          cward@polsinelli.com
                                          skatona@polsnielli.com

                                          -and-

                                          **BROWN RUDNICK LLP**
                                          Robert J. Stark (pro hac vice)
                                          Oksana P. Lashko(pro hac vice)
                                          Max D. Schlan (pro hac vice)
                                          Seven Times Square
                                          New York, New York 10036
                                          Telephone: (212) 209-4800
                                          Facsimile: (212) 209-4801
                                          rstark@brownrudnick.com
                                          olashko@brownrudnick.com
                                          mschlan@brownrudnick.com

                                          *Proposed Counsel to the Official Committee of Unsecured Creditors*


                                        **BLANK ROME LLP**

                                          */s/ Victoria Guilfoyl*
                                          Victoria A. Guilfoyle (No. 5183)
                                          Stanley B. Tarr (No. 5535)
                                          Jose F. Bibiloni (No. 6261)
                                          1201 N. Market Street, Suite 800

Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
tarr@blankrome.com
jbibiloni@blankrome.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (pro hac vice)
Jane Kim (pro hac vice)
Thomas B. Rupp (pro hac vice)
650 California Street, Suite 1900
San Francisco, California 94108
Tel: (415) 496-6723
Fax: (650) 636-9251
Email: tkeller@kbkllp.com
jkim@kbkllp.com
trupp@kbkllp.com

*Attorneys for Debtors
and Debtors-in-Possession*