# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | Status Conference: June 3, 2020 at 1:30 p.m. (ET) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* AND *VIDEOCONFERENCE* STATUS CONFERENCE ON JUNE 3, 2020 AT 1:30 P.M. (ET) IN COURTROOM #1[2]

**This hearing will be held telephonically and by videoconference. Please note that you must appear through both CourtCall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**

**Topic: RAVN Air - Case No. 20-10755 (BLS)**
**Time: Jun 3, 2020 01:30 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1612609342**

**Meeting ID: 161 260 9342**
**Password: 624343**

**To appear telephonically via CourtCall, Parties must make prior arrangements with CourtCall by telephone (866) 582-6878.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

146484.01601/123352844v.1

**STATUS CONFERENCE:**

1. Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 114; 04/27/2020]

   Objection/Response Deadline:    May 20, 2020 at 4:00 p.m. (ET) (extended to May 22, 2020 at 12:00 p.m. (ET); *see* Dkt. No. 238)

   Objections/Responses Received:

   A. United States' Objection and Reservation of Rights to Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 236; 05/20/2020]

   B. Objection of the Official Committee of Unsecured Creditors to Debtors' Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 242; 5/22/2020]

   Related Documents:

   C. [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 112; 04/27/2020]

   D. [Proposed] Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 113; 04/27/2020]

   E. Motion to Shorten Notice Period with Respect to Debtors' Solicitation Procedures Motion [Dkt. No. 115; 04/27/2020]

   F. Order Granting Motion to Shorten Notice Period with Respect to Debtors' Solicitation Procedures Motion [Dkt. No. 144; Entered 04/30/2020]

   G. Notice of Hearing and Objection Date Regarding Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Liquidation [Dkt. No. 153; 05/01/2020]

   H. [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 253; 05/26/2020]

   I. Notice of Filing of Blackline of [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 254; 05/26/2020]

    J.    [Proposed] Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 256; 05/26/2020]

    K.    Notice of Filing of Blackline of [Proposed] Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 257; 05/26/2020]

    L.    Debtors' Reply in Support of the Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 258; 05/26/2020]

    Status:    The status conference on this matter will go forward.

2.    Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 197; 05/14/2020]

    Objection/Response Deadline:    May 20, 2020 at 4:00 p.m. (ET) (extended to May 25, 2020 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and May 22, 2020 at 12:00 p.m. (ET) for all other parties in interest; *see* Dkt. No. 238)

    Objections/Responses Received:

    A.    Informal Comments from GCI Communication Corp.

    B.    Informal Comments from the United States Department of Justice.

    C.    [Sealed] Objection to the Debtors' Motion For Orders (II)(A) Authorizing And Approving The Bidding Procedures, (B) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases, (C) Approving The Notice Procedures, (D) Authorizing Entry Into One Or More Stalking Horse Agreements, And (E) Setting A Date For The Sale Hearing; And (II) Authorizing And Approving (A) The Sale Of Certain Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests, (B) The Assumption And Assignment Of Certain Contracts, And (C) Payment Of Bid Protections, If Applicable [Dkt. No. 249; 5/25/2020]

Related Documents:

D. Motion of the Debtors to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 200; 05/14/2020]

E. Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 201; 05/15/2020]

F. Debtors' Reply in Support of Motion of the Debtors to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 203; 05/15/2020]

G. Order Granting the Debtors' Motion to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 238; Entered 05/21/2020]

H. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Information Contained in the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, if Applicable [Dkt. No. 250; 5/25/2020]

I. Notice of Filing of Redacted Version of Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, if Applicable [Dkt. No. 251; 5/26/2020]

J. Debtors' Reply in Support of the Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption Of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets

    Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, if Applicable [Dkt. No. 259; 05/26/2020]

K. Declaration of John T. Young, Jr. in Support of Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, if Applicable [Dkt. No. 260; 05/26/2020]

L. Second Joint Stipulation of Facts by Debtors and Committee [Dkt. No. 263; 05/27/2020]

Status: The status conference on this matter will go forward.

| | |
|---|---|
| Wilmington, Delaware<br>Date:  June 2, 2020 | **BLANK ROME LLP**<br><br>By:  */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>         tarr@blankrome.com<br>         jbibiloni@blankrome.com<br><br>         -and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>         jkim@kbkllp.com<br>         trupp@kbkllp.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |