**Exhibit A**

(Ward Declaration)

73469099.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO APRIL 28, 2020 AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of Polsinelli PC makes this Declaration under 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of Polsinelli PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among numerous other locations throughout the United States. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit.

2. Polsinelli is an AmLaw 100 national full-service law firm with approximately 900 lawyers and 22 offices that is a recognized leader in the areas of financial services (including all

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Services, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

73469099.1

aspects of debt from origination through enforcement and bankruptcy), health care, real estate, litigation, and business. Polsinelli has approximately 40 lawyers dedicated to its national bankruptcy and restructuring, as well as financial services litigation, practices and is consistently recognized by Chambers USA.

   3.  Polsinelli has extensive experience in numerous other chapter 11 bankruptcy cases including, *inter alia*, recent engagements as: co-counsel to the Official Committee of Unsecured Creditors of EP Energy Corporation; lead counsel to the Official Committee of Unsecured Creditors of L.K. Bennett U.S.A., Inc.; lead counsel to Official Committee of Unsecured Creditors of Cherry Bros., LLC d/b/a Cherrydale Farms, *et al.*; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Vestis Retail Group, LLC and eight of its subsidiaries and affiliated debtors; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Golfsmith International Holdings, Inc. and its debtor affiliates; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of TCEH Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Unsecured Creditors of VGR Liquidating, LLC and its affiliated Debtors; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Unsecured Creditors of Santa Fe Gold Corporation; Delaware bankruptcy counsel and conflicts counsel to the Official Committee of Allied Nevada Gold Corp.; Co-counsel to Official Committee of Student Creditors in Corinthian Colleges; lead Counsel to Official Committee of Unsecured Creditors of H. Krevit Company, Inc., et al.; lead Counsel to Official Committee of Unsecured Creditors of Osage Exploration and Development, Inc.; Delaware bankruptcy counsel to the Official Committee of Unsecured Creditors of The Standard

Register Company; Delaware Bankruptcy Counsel to Official Committee of Unsecured Creditors of Saab Cars North America; Delaware bankruptcy counsel to Official Committee of Unsecured Creditors of Simplexity, LLC; lead counsel to Official Committee of Unsecured Creditors of Open Range Communications, Inc.; lead counsel to Official Committee of Unsecured Creditors of Ultimate Escapes, LLC; and lead counsel to Official Committee of Unsecured Creditors of Crossroads Wireless, among many other engagements.

4. I submit this declaration (the "**Declaration**")[2] for the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") appointed on April 20, 2020, in the above-captioned chapter 11 cases of Ravn Air Group, Inc. and its affiliates, the debtors in possession (collectively, the "**Debtors**"), for an order approving the retention of Polsinelli as co-counsel to the Creditors' Committee *nunc pro tunc* to April 28, 2020, and to provide the disclosures required under section 1103 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

5. I incorporate by reference the Application as if it were set forth in full herein.

6. Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth. If any information disclosed requires amendment or modification upon Polsinelli's completion of further analysis or as additional creditor information becomes available to Polsinelli, a supplemental declaration will be submitted to this Court.

---

[2] All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3

73469099.1

7.      In connection with the proposed retention by the Creditors' Committee in the Cases, Polsinelli reviewed the bankruptcy petitions, the list of top unsecured creditors, the list of secured creditors, and other interested parties with the information available through Polsinelli's client database. A list of the entities searched is attached hereto as <u>Exhibit 1</u>. Polsinelli has, and is continuing to, examine its client database to determine whether it had or has any connections with the aforementioned parties-in-interest.

8.      Except as set forth on <u>Exhibit 2</u>, where I have been able to ascertain, neither I, nor Polsinelli, nor does any shareholder, counsel, of counsel, senior partner, or associate of Polsinelli, represent any other party-in-interest in these Cases, or their attorneys or accountants. Further, except as disclosed on <u>Exhibit 2</u>, Polsinelli has no connection (as such term is used in § 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party-in-interest, the Debtors' current respective attorneys or professionals, the United States Trustee, or any person employed in the Office of the United States Trustee, nor does Polsinelli hold any adverse interest or represent any entity having an adverse interest with the Cases.

9.      To the extent set forth on the Disclosures attached hereto, I, Polsinelli, and certain of its shareholders, counsel, of counsel, senior partners, and associates may represent, or may have previously represented, and may represent, persons, entities, and their affiliates that are claimants, interest holders, other parties-in-interest, or professionals of the Debtors (and other professionals to be retained in the Cases) in matters totally unrelated to the Debtors or the Cases. Attached hereto as <u>Exhibit 2</u> is a list of parties-in-interest that Polsinelli has represented in the past, represents, or may continue to represent in matters wholly unrelated to the Cases.

10. Further, as set forth on <u>Exhibit 2</u>, Polsinelli represents Keybank National Association, a secured creditor of the Debtors, on matters unrelated to the Chapter 11 Cases. In the last year, more than 1% of Polsinelli's annual revenue came from the representation of Keybank National Association in wholly unrelated matters. None of the Polsinelli attorneys who are representing the Creditors' Committee in these Chapter 11 Cases will work on Keybank National Association matters relating to these Chapter 11 Cases or these Debtors.

11. Additionally, as set forth on <u>Exhibit 2</u>, Polsinelli represented the First National Bank of Alaska in connection with its role as one of the Debtors' depository banks. None of the Polsinelli attorneys who are representing the Creditors' Committee in these Chapter 11 Cases will work on First National Bank of Alaska matters relating to these Chapter 11 Cases or these Debtors.

12. Polsinelli is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code in that Polsinelli, its shareholders, counsel, and associates:

    a. are not creditors, equity security holders, or insiders;

    b. are not and were not, within two (2) years before the date of the filing of the petitions, directors, officers, or employees of the Debtor; and

    c. do not have interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

11 U.S.C. § 101(14).

13. By the foregoing, Polsinelli is eligible for employment and retention by the Creditors' Committee under the Bankruptcy Code and the Bankruptcy Rules.

14. In conjunction with lead counsel, Brown Rudnick LLP ("**Brown Rudnick**"), and in order to avoid duplication of services rendered, the professional services that Polsinelli has rendered and may have to render for the Creditors' Committee include, without limitation:

(a) in conjunction with Brown Rudnick, providing legal advice regarding the powers and duties available to the Creditors' Committee, an official committee appointed under section 1102 of the Bankruptcy Code;

(b) assisting Brown Rudnick in the investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' business, and any other matter relevant to the Cases or to the development of a plan or plans of reorganization or liquidation;

(c) assisting Brown Rudnick in preparing on behalf of the Creditors' Committee necessary applications, motions, complaints, answers, orders, agreements and other legal papers;

(d) reviewing, analyzing and assisting Brown Rudnick in responding to all pleadings filed by the Debtors or other parties-in-interest and appearing in Court to present necessary motions, applications and pleadings and to otherwise protect the interest of the Creditors' Committee;

(e) assisting and supporting lien review and analysis;

(f) consulting with the Debtors and their professionals, other parties-in-interest and their professionals, and the United States Trustee concerning the administration of the Debtors' estates;

(g) representing the Creditors' Committee in hearings and other judicial proceedings;

73469099.1

(h) advising the Creditors' Committee on practice and procedure in the Court and regarding the Local Rules and local practice; and

(i) performing all other legal services for the Creditors' Committee with the Cases.

15. Polsinelli has advised the Creditors' Committee that Polsinelli's hourly rates for professionals that will be primarily responsible for this matter range from $380-$1,050 per hour for shareholders, from $290-$560 per hour for non-shareholder attorneys (including associates and counsel), and from $165-$375 per hour for paraprofessionals. All rates are commensurate with the hourly rates charged by Polsinelli to other similarly situated clients and on similar matters. These hourly rates are subject to periodic adjustment to reflect economic and other conditions.

16. These rates are set at a level designed to compensate Polsinelli fairly for the work of its attorneys and paralegals, and to cover fixed and routine overhead expenses.

17. It is Polsinelli's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, printing and scanning charges, toll charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, and non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. Polsinelli will charge for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients and with the Local Rules.

18. No promises have been received by Polsinelli or by any shareholder, counsel, of counsel, or associate thereof on payment or compensation for the Cases other than under the

Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Polsinelli has no agreement with any other entity to share with such entity any compensation received by Polsinelli for the Cases, other than with the shareholders, counsel, and associates of Polsinelli.

19. While Polsinelli has taken reasonable steps to ascertain whether past and current clients are creditors of the Debtors, affiliated with the Debtors, or are otherwise parties-in-interest, Polsinelli's analysis is ongoing. Polsinelli will supplement this Declaration as necessary.

20. The Office of the United States Trustee has adopted Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "**UST Guidelines**"). The UST Guidelines apply to the U.S. Trustee's review of applications for compensation filed by attorneys in larger chapter 11 cases and are intended as an update to the original guidelines adopted in 1996.

21. Polsinelli responds to the following questions in the UST Guidelines in compliance with paragraph D, section 1 as follows:

    a. **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? **Response**: Polsinelli has not agreed to any variation from its customary billing arrangements.

    b. **Question**: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? **Response**: Polsinelli's professionals included in this engagement have not varied their rate based on the geographic location of the Cases.

    c. **Question**: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates

8

and material financial terms have changed postpetition, explain the difference and the reasons for the difference. **Response**: Polsinelli did not represent the Creditors' Committee prior to the Petition Date.

d. **Question**: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? **Response**: Polsinelli is developing a full prospective budget and staffing plan for the Cases and intends to share them with the Creditors' Committee for approval shortly.

22. By the foregoing, I believe Polsinelli is eligible for employment and retention by the Creditors' Committee as co-counsel under sections 328 and 1103 of the Bankruptcy Code and the Bankruptcy Rules.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  June 2, 2020

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)

**EXHIBIT 1**

List of Searched Parties

Ravn Air Group – Conflicts Checklist

**Debtors**
Ravn Air Group, Inc. (3047) (DE)
Ravn Air Group Holdings, LLC (5356) (DE)
JJM, Inc. (4858) (AK)
HoTH, Inc. (9957) (AK)
Peninsula Aviation Services, Inc. (6859) (DE)
Corvus Airlines, Inc. (7666) (WA)
Frontier Flying Service, Inc. (8091) (AK)
Hageland Aviation Services, Inc. (2754) (AK)

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
Era Aviation, Inc.
PenAir
Ravn Air Alaska
Ravn Air Connect

**Debtors' Professionals (law firms, accountants and other professionals)**
Blank Rome LLP
Conway Mackenzie Inc.
Keller & Benvenutti LLP
Keller Benvenutti Kim LLP
Stretto

**Affiliates and Subsidiaries**
Frontier Alaska Aviation Trust
JFL - Rag Holdings, LLC
JFL - Rag Partners, LLC
JFL AIV Investors III – (NUS), LP
JFL AIV Investors III – (US), LP
W Capital Partners III, LP
W Capital RAG Holdings, LLC

**Banks**
First National Bank of Alaska
US Bank
Wells Fargo Bank

**Bankruptcy Judges and Applicable Staff of District of Delaware**
Chief Judge Christopher S. Sontchi
Judge Ashely M. Chan
Judge Brendan L. Shannon
    Jill Walker (Judicial Assistant)
    Rachel Bello (Courtroom Deputy/Scheduling)
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Una O'Boyle (Clerk of the Court)

**Office of the United States Trustee for Region 3, Wilmington, Delaware office**
Andrew R. Vara (UST)
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Schepacarter
Robert Agarwal
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker (AUST)
Timothy J. Fox, Jr.

**Current and Former Officers and Directors**
Bill Hoermle
Bob Hajdukovich
C. Alexander Harman
Caroline R. Bibb
David L. Rattner
George Nichols
James D. Decker
John Mannion
Richard Nevins
Stephen L. Brooks
Stephen Wertheimer
T. Michael Dyer
William J. Hanenberg


**Lenders and Administrative Agents**
1199seiu Health Care Employees Pension Fund
Argonaut Insurance Company
Banca Monte Dei Paschi Di Siena S.P.A.
Banca Monte Dei Paschi Di Siena S.P.A. (H.O.)
BC Partners Advisors LP
BNP Bank
BNP Paribas
BNP Paribas Grand Cayman
BNP Paribas Grand Cayman - Loan Trading
Churchill Asset Management LLC
CIT Finance LLC
CIT Finance LLC
Corvid Peak Capital Management, LLC
Crescent Capital Group LP
Crescent Capital High Income Fund B L.P.
Crescent Capital High Income Fund L.P.
First Eagle Private Credit, LLC (FKA Newstar Financial, Inc.)
Gim, L.P. (F.K.A. HPS - GIM, L.P.)
Great Lakes KCAP F3C Senior, LLC
Great Lakes Portman Ridge Funding LLC
GSO Capital Partners LP
GSO Diamond Portfolio Borrower LLC
HPS Investment Partners, LLC (F.K.A Highbridge Principal Strategies, LLC)
Keybank National Association

Keybank National Association (Ohio)
Lincoln Investment Solutions, Inc
Los Angeles County Employees Retirement Association
Metropolitan Commercial Bank
Metropolitan Commercial Bank
Mt Whitney Securities, L.L.C.
National Electrical Benefit Fund
Nationwide Children's Hospital
Newstar Commercial Loan Funding 2016-1 LLC
Siemens Financial Services, Inc
Siemens Financial Services, Inc
State--Boston Retirement System
TCOF I, LLC
Teachers Insurance and Annuity Association of America
Telos Asset Management LLC
Telos CLO 2014-5, Ltd
Telos CLO 2014-6, Ltd.
TIAA-CREF FSB
TIAA-CREF Trust Company, FSB


**Counsel to Lenders**
Winston & Strawn LLP
Paul Hastings LLP


**Contract Counterparties and Lessors**
AvMax Aircraft Leasing
Blackbird, LLC
Connor & Winters, LLP
JAH2-CAE510132, LLC
JAH2 US Aircraft Holdings, LLC
JAH2015AN680PA, LLC
JAH2015AN681PA, LLC
JAH2015AN682PA, LLC
JAH32000-009, LLC
MG Alaska Leasing Limited
Montrose Global, LLP
N755RV, LLC
Paragon Properties, Inc.
PenAir Realty Holdings, LLC
Pratt & Whitney Canada Corp
Rolls-Royce Corporation

2

UMB Banks, N.A.
Wells Fargo Trust Company, N.A.


**Insurance**
Arthur J. Gallagher Risk Management Services, Inc.
International Catastrophe Insurance Managers, LLC
Lifewise Assurance Company
Lloyd's Syndicate 609 Atrium Underwriters Limited
New Hampshire Insurance Company
Premera Blue Cross
QBE Specialty Insurance Company
Starr Indemnity & Liability Company
Starr Specialty Insurance Company
Starr Surplus Lines Insurance Company


**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**
(To be Added)


**Regulatory and Government (Federal, State and Local)**
Alaska Department of Transportation
Federal Aviation Administration


**Significant Competitors**
Alaska Airlines

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Alaska Department of Labor
Bristol Bay Borough
Business Licensing and Sales Tax Division (Bethel, AK)
California Employment Development Department
California Unemployment Development Department

City of Dillingham
City of Galena
City of Nome
City of Sand Point
City of St. Mary's
City of Unalaska
Colorado Department of Labor and Employment
Department of Labor Relations
Fairbanks North Star Borough
IRS
Kenai Peninsula Borough
Kodiak Borough
Maine Department of Labor
Matanuska-Susitna Borough
Municipality of Anchorage
North Slope Borough
Oregon Employment Department
Pennsylvania Department of Labor and Industry


**Top 30 Largest Unsecured Creditors**
Aircraft Propeller Services, LLC
Airport Enterprises LLC, dba Contract Aircraft Technicians
AvMax Aviation Services
Boeing Distribution, Inc.
Brothers Aviation Maintenance Service, Inc.
Cavok
Crowley Fuels Alaska
Eskimos, Inc.
FedEx
Flight Safety International
Fox Rothschild, LLP
Frosty Fuels, LLC
GCI
Global Aviation
InAir Aviation Services
International Aviation Services
International Business Machines Corporation
Mountain Aerospace, Inc.
Napa Auto Parts/ Genuine Parts Company, Inc.
Northern Air Cargo

3

Oliver Wyman, Inc.
Pegasus Aviation Services, LLC
Petro Star, Inc.
Pratt & Whitney Canada Leasing
Saab Defense and Security USA, LLC
Sky Service F.B.O., Inc.
SoftwareOne, Inc.
Standard Aero
State of Alaska Department of Transportation
STS Mod Center
Walker Enterprises

**Other Creditors**
FlightSafety International Inc.
Genuine Parts Company
Jetstream Aviation Capital LLC
Vector Aerospace Engine Services – Atlantic, Inc., dba StandardAero
Vector Aerospace USA Inc.

**Utility Providers**
Alaska Communication System
Arctic Slope Telephone Assoc Coop Inc
AT&T
AT&T Business Service
AVEC
Bonanza Fuel, Inc.
Bush Tell, Inc.
Chugach Electric Association Inc
City of Aniak
City of Galena
City of Galena
City of Kotzebue
City of Saint Mary's
City of Unalakleet
College Utilities Corporation
Copper Valley Telephone
Dillingham Waste Management LLC
Enstar Natural Gas Company
G&K Inc.
GCI
Homer Electric Association Inc
Johnson Controls Security Solutions

Kotzebue Electric Association
Nome Joint Utility Systems
TDX North Slope Generating

# **EXHIBIT 2**

(Polsinelli Disclosures)

73469099.1

| NAME SEARCHED | CATEGORY OF PARTY IN INTEREST | COMMENTS AND STATUS |
|---|---|---|
| ALASKA AIRLINES | COMPETITOR | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC. | INSURANCE | POLSINELLI CURRENTLY REPRESENTS AND HAS IN THE PAST REPRESENTED THIS ENTITY AND ITS AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| AT&T BUSINESS SERVICE/AT&T | UTILITY | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY AND AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| CIT FINANCE LLC | LENDER | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| ESKIMOS, INC. | TOP 30 | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES, BUT HAS IN THE PAST REPRESENTED THIS ENTITY IN THESE CHAPTER 11 CASES. POLSINELLI HAS WITHDRAWN AS COUNSEL TO ESKIMOS, INC. IN THESE CASES. |
| FAIRBANKS NORTH STAR BOROUGH | TAXING AUTHORITY | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| FIRST EAGLE PRIVATE CREDIT, LLC | LENDER | POLSINELLI HAS IN THE PAST REPRESENTED POSSIBLE AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| FIRST NATIONAL BANK OF ALASKA | BANK | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN THESE CHAPTER 11 CASES |
| FLIGHT SAFETY INTERNATIONAL | TOP 30 | POLSINELLI HAS IN THE PAST REPRESENTED THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| GCI (GENERAL COMMUNICATIONS INC.) | UTILITY/TOP 30 | POLSINELLI CURRENTLY AND HAS IN THE PAST REPRESENTED AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |

73469099.1

| NAME SEARCHED | CATEGORY OF PARTY IN INTEREST | COMMENTS AND STATUS |
|---|---|---|
| GSO CAPITAL PARTNERS LP/ GSO DIAMOND PORTFOLIO BORROWER LLC | LENDER | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY AND/OR AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| HPS INVESTMENT PARTNERS, LLC | LENDER | POLSINELLI CURRENTLY REPRESENTS AND HAS IN THE PAST THIS ENTITY AND AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| INAIR, INC. | TOP 30 | POLSINELLI HAS IN THE PAST REPRESENTED THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | TOP 30 | POLSINELLI CURRENTLY AND HAS IN THE PAST REPRESENTED AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| INTERNATIONAL CATASTROPHE INSURANCE MANAGERS, LLC | INSURANCE | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| JOHNSON CONTROLS SECURITY SOLUTIONS | UTILITY | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| KEYBANK NATIONAL ASSOCIATION | LENDER | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY AND AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| LLOYD'S SYNDICATE | INSURANCE | POLSINELLI CURRENTLY REPRESENTS AND HAS IN THE PAST AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION | LENDER | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |

73469099.1

| NAME SEARCHED | CATEGORY OF PARTY IN INTEREST | COMMENTS AND STATUS |
|---|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND | LENDER | POLSINELLI HAS IN THE PAST REPRESENTED THIS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| NATIONWIDE CHILDREN'S HOSPITAL | LENDER | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| PETRO STAR INC. | TOP 30 | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES, BUT HAS IN THE PAST REPRESENTED THIS ENTITY IN THESE CHAPTER 11 CASES. POLSINELLI HAS WITHDRAWN AS COUNSEL TO PETRO STAR INC. IN THESE CASES. |
| PRATT & WHITNEY CANADA LEASING, LIMITED PARTNERSHIP | CONTRACT COUNTERPARY/LESSOR | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| SKY SERVICE F.B.O. INC. | TOP 30 | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT | TAXING AUTHORITY | POLSINELLI CURRENTLY AND HAS IN THE PAST REPRESENTED THE STATE OF CA IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| TELOS CLO 2014-6, LTD. | LENDER | POLSINELLI HAS IN THE PAST REPRESENTED POSSIBLE AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| TIAA-CREF TRUST COMPANY, FSB/ TIAA-CREF FSB/ TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA | LENDER | POLSINELLI CURRENTLY REPRESENTS AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| UMB BANKS, N.A. | CONTRACT COUNTERPARTY/LESSOR | POLSINELLI CURRENTLY REPRESENTS THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |

73469099.1

| NAME SEARCHED | CATEGORY OF PARTY IN INTEREST | COMMENTS AND STATUS |
|---|---|---|
| US BANK | BANK | POLSINELLI HAS IN THE PAST AND CURRENTLY REPRESENTS THIS ENTITY AND ITS AFFILIATES IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |
| WELLS FARGO TRUST COMPANY, N.A. | CONTRACT COUNTERPARTY/LESSOR | POLSINELLI CURRENTLY AND HAS IN THE PAST REPRESENTED AFFILIATES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THESE CHAPTER 11 CASES AND THE DEBTORS |

4

73469099.1