## Exhibit A

**(Contract Rejection Schedule)**

| **Lessor and Address** | **Identifying Information** | **Subject** | **Effective Date of Rejection** |
|---|---|---|---|
| Airlines Reporting Corporation<br>Attn: General Counsel<br>3000 Wilson Boulevard, Suite 300<br>Arlington, VA 22201-3862<br><br>Chipman Brown Cicero & Cole, LLP<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br><br>Foley & Lardner, LLP<br>Erika L. Morabito<br>Britanny J. Nelson<br>3000 K St., N.W., Suite 600<br>Washington, DC 20007-5109<br><br>Foley & Lardner, LLP<br>Derek L. Wright<br>321 North Clark Street, Suite 3000<br>Chicago, Illinois 60654 | Carrier Services Agreement, dated as of June 29, 2015, and other related agreements. | Services related to the issuance of the Debtors' passenger tickets and related documents by accredited travel agents. | May 22, 2020 |
| TCR Americas, LLC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>TCR Notice Recipient:<br>Attention: Pieter Belien<br>12401 Universal Drive, Taylor, MI 48180<br>And: pieter.belien@tcr-group.com<br><br>Attention: Company Secretary & General Counsel<br>TCR International NV<br>Vliegveld 109<br>1820 Steenokkerzeel, Belgium | Full Service Rental Agreement dated 2-14-2020<br><br>[Agreement No. 20200214] | Services with regard to Ground Support Agreement | June 4, 2020 |