## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtors in the above-captioned cases.

On June 5, 2020, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**.

- **First Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Debtors and Debtors In Possession, for Compensation and Reimbursement of Expenses for the Period from April 5, 2020 Through April 30, 2020** (Docket No. 314)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

Furthermore, on June 5, 2020, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of First Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Debtors and Debtors In Possession, for Compensation and Reimbursement of Expenses for the Period from April 5, 2020 Through April 30, 2020** (Docket No. 314, Pages 13-14)

Dated: June 8, 2020

_____
James Nguyen-Phan

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of June, 2020, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# Exhibit A

 STRETTO

**Exhibit A**
Served First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BNP Paribas | Attn: David Neier | c/o Winston & Strawn, LLP | 200 Park Avenue | | New York | NY | 10166-4193 |
| BNP Paribas | Attn: William P. Bowden & Gregory A. Taylor | c/o Ashby & Geddes, P.A. | 500 Delaware Avenue, 8th Floor | PO Box 1150 | Wilmington | DE | 19899-1150 |
| Office of the US Trustee for the District of Delaware | Attn: Timothy Fox | 844 King Street | Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Matthew A.Sawyer and Tristan Axelrod | One Financial Center | | Boston | MA | 02111 |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert Stark, Oksana Lashko & Michael S. Winograd | Seven Times Square | | New York | NY | 10036 |
| Official Committee of Unsecured Creditors | c/o Polsinelli PC | Attn: Christopher A. Ward and Shanti M. Katona | 222 Delaware Ave, Suite 1101 | | Wilmington | DE | 19801 |
| Ravn Air Group, Inc., et al. | Attn: John Mannion | 4700 Old International Airport Road | | | Anchorage | AK | 99502 |

In re: Ravn Air Group, Inc., *et al*.
Case No. 20-10755 (BLS)

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aircraft Propeller Services, LLC | Attn: Shelly Dunbar | 595 Telser Road | | | Lake Zurich | IL | 60047 | |
| Airlines Reporting Corporation | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman and Jr. Mark D. Olivere | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | |
| Airlines Reporting Corporation | c/o Foley & Lardner LLP | Attn: Brittany J. Nelson and Erika L. Morabito | 3000 K Street, N.W., Suite 600 | | Washington | DC | 20007-5109 | |
| Airport Enterprises LLC, dba Contract Aircraft Technicians | Attn: Peter Gross | PO Box 7276 | | | Kalispell | MT | 59904 | |
| Alaska Air Group, Inc. and Its Affiliates, Including Alaska Airlines, Inc. and Horizon Air Industries, Inc. | c/o Davis Wright Tremaine LLP | Attn: Ragan L. Powers and Lauren A. Dorsett | 920 Fifth Avenue | Suite 3300 | Seattle | WA | 98104 | |
| Alaska Air Group, Inc. and Its Affiliates, Including Alaska Airlines, Inc. and Horizon Air Industries, Inc. | c/o Morris James LLP | Attn: Carl N. Kunz and Sarah M. Ennis | 500 Delaware Avenue, Suite 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 | |
| AvMax Aviation Services | Attn: Benjamin Rootman, Lynda Phillips, Judy Dumais, & Evan Gao | 2055 Pegasus Road Ne | | | Calgary | AB | T2E 8C3 | Canada |
| BNP Paribas | Attn: Guillaume Charrier | 787 Seventh Avenue | | | New York | NY | 10019 | |
| BNP Paribas, as Collateral Agent | | 155 N. Wacker Drive | Suite 4450 | | Chicago | IL | 60606 | |
| Boeing Distribution, Inc. | Attn: Connie Moore | PO Box 842267 | | | Dallas | TX | 75284-2267 | |
| Brothers Aviation Maintenance Service Inc. | c/o Davis Graham & Stubbs | Attn: Albert J. Givray | 1550 17TH Street, Suite 500 | | Denver | CO | 80202 | |
| Brothers Aviation Maintenance Service Inc. | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi and Brett M. Haywood | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | |
| Brothers Aviation Maintenance Service, Inc. | | 406 S. Main Street | | | Clover | SC | 29710 | |
| Crowley Fuels, LLC | Attn: Courtney A. McCormick | 201 Arctic Slope Avenue | | | Anchorage | AK | 99518 | |
| Crowley Fuels, LLC | c/o K&L Gates LLP | Attn: Michael J. Gearin & Brian T. Peterson | 925 Fourth Ave | Suite 2900 | Seattle | WA | 98104 | |
| Crowley Fuels, LLC | c/o K&L Gates LLP | Attn: Steven L. Caponi | 600 N. King Street | Suite 901 | Wilmington | DE | 19801 | |
| Federal Aviation Administration (FAA) | Attn: A. Garg, P. McNall, M. Bury | Office of the Chief Counsel | 800 Independence Ave SW | | Washington | DC | 20591 | |
| FedEx | | PO Box 94515 | | | Palatine | IL | 60094-4515 | |
| Flight Safety International | | Marine Air Terminal | Laguardia Airport | | Flushing | NY | 11371-1061 | |
| FlightSafety International Inc. | c/o Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | |
| Fox Rothschild, LLP | Attn: Barbara Butler | 8300 Greensboro Drive | Suite 1000 | | Tysons | VA | 22102 | |
| Frosty Fuels, LLC | Attn: George Pollock | 4000 Old Seward Hwy | Suite 301 | | Anchorage | AK | 99503 | |
| GCI | Attn: Olivia Werdal | PO Box 99001 | | | Anchorage | AK | 99509-9001 | |
| GCI Communication Corp. | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler & Kelly M. Conclan | 1201 N. Market Street | 20th Floor | Wilmington | DE | 19801 | |
| GCI Communication Corp. | c/o Sherman & Howard LLC | Attn: Peter A. Cal & Stephen Robin | 633 Seventeenth Street | Suite 3000 | Denver | CO | 80202 | |
| Genuine Parts Company | Attn: Nathan Q. Rugg | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 West Madison Street | Suite 3900 | Chicago | IL | 60606 | |
| Global Aviation | | 920 Aldrin Dr | Suite 250 | | Eagan | MN | 55121-2567 | |
| InAir Aviation Services | | 8225 Country Club Place | | | Indianapolis | IN | 46214 | |
| International Aviation Service | Attn: Ashlee Anderson | 4200 W. 50th Avenue | | | Anchorage | AK | 99502 | |
| International Business Machines Corporation | | 3039 E Cornwallis | | | Resrch Tri Pk | NC | 27709 | |
| Jetstream Aviation Capital LLC | c/o Bush Kornfeld LLP | Attn: Armand J. Kornfeld and Christine M. Tobin-Presser | 601 Union Street, Suite 5000 | | Seattle | WA | 98101 | |
| Jetstream Aviation Capital LLC | c/o Pepper Hamilton LLP | Attn: Donald J. Detweiler | Hercules Plaza, 1313 Market Street, Suite 5100 | PO Box 1709 | Wilmington | DE | 19899-1709 | |
| Mountain Aerospace, Inc. | Attn: Angela Brandenstein | 6970 W 116th Avenue | Unit D | | Broomfield | CO | 80020 | |
| Napa Auto Parts/Genuine Parts Company, Inc | Attn: Chris Meisler | File 56893/File56898 | | | Los Angeles | CA | 90074-6893 | |
| North Slope Borough | c/o Duane Morris LLP | Attn: Jarret P. Hitchings | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801-1659 | |
| North Slope Borough | c/o Reeves Amodio LLC | Attn: Thomas Amodio & Brian Stibitz | 500 L Street | Suite 300 | Anchorage | AK | 99501 | |
| Northern Air Cargo | Attn: Colin Dolan | 3900 Old International Airport Road | | | Anchorage | AK | 99502 | |
| Oliver Wyman, Inc./ Cavok | Attn: Steven Harp (Director) | PO Box 3800-28 | | | Boston | MA | 02241 | |
| Pegasus Aviation Services, LLC | Attn: Arsim Lena | 3901 Old International Airport Road | | | Anchorage | AK | 99502 | |
| PenAir Realty Holdings, LLC | c/o Dawson Law Group, LLC | Attn: Wayne G. Dawson | PO Box 244965 | | Anchorage | AK | 99524 | |
| PenAir Realty Holdings, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Sean M. Beach and Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |
| Petro Star, Inc. | Attn: Ryan Muspratt & Angela Speight | 3900 C Street | Suite 802 | | Anchorage | AK | 99503 | |
| Pratt & Whitney Canada Leasing | Attn: Baljeet Gill | 1000 Boul. Marie-Victorin | | | Longueuil | QC | J4G 1A1 | Canada |
| Saab Defense and Security USA, LLC | Attn: Jacqueline Newcomb | 20700 Loudoun County Parkway | | | Ashburn | VA | 20147 | |
| Saab Defense and Security USA, LLC | c/o Barnes & Thornburg LLP | Attn: Kevin G. Collins | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | |
| Saab Defense and Security USA, LLC | c/o Barnes & Thornburg LLP | Attn: Mark R. Owens | 11 South Meridian Street | | Indianapolis | IN | 46204-3535 | |
| Sky Service F.B.O., Inc. | c/o Skyservice Business Aviation | Attn: Emlyn J. David | PO Box 160 | | Toronto AMF | ON | L5P 1B1 | Canada |
| SoftwareOne, Inc. | Attn: Rachel Layman | 20875 Crossroads Circle | Suite 1 | | Wakesha | WI | 53186 | |
| Standard Aero | Attn: Mark O'Keefe | 33 Allen Dyne Road | | | Winnipeg | MB | R3H 1A1 | Canada |
| State of Alaska Department of Transportation | Attn: John MacKinnon | PO Box 112500 | | | Juneau | AK | 99511-2500 | |
| State of Alaska Office of the Attorney General | c/o Department of Law | Attn: Robert H. Schmidt | 1031 W 4Th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| STS Repair and Modification, LLC | Attn: Michael C. Sommers | 2000 NE Jensen Beach Blvd | | | Jensen Beach | FL | 34957 | |
| United States of America | c/o United States Department of Justice, Civil Division | Attn: Andrea Horowitz Handel | PO Box 875 | Ben Franklin Station | Washington | DC | 20044 | |
| United States of America | c/o US Department of Justice, Tax Division | Attn: Christopher J. Williamson | PO Box 227 | | Washington | DC | 20044 | |
| Vector Aerospace Engine Services – Atlantic Inc., d/b/a StandardAero | c/o Bryan Cave Leighton Paisner LLP | Attn: Andrew J. Schoulder, Mark I. Duedall, and Chelsey Rosenbloom | 1290 Avenue of the Americas | Floor 37 | New York | NY | 10104 | |
| Walker Enterprises | Attn: Maccoy Walker | PO Box 58239 | | | Fairbanks | AK | 99701 | |
| Wexford Capital LP | c/o Porter Hedges LLP | Attn: Joshua W. Wolfshohl | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | |

# **Exhibit C**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aircraft Propeller Services, LLC | Attn: Shelly Dunbar | | MicheleDunbar@aircraftpropeller.com |
| Airlines Reporting Corporation | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman and Jr. Mark D. Olivere | chipman@chipmanbrown.com<br>olivere@chipmanbrown.com |
| Airlines Reporting Corporation | c/o Foley & Lardner LLP | Attn: Brittany J. Nelson and Erika L. Morabito | bnelson@foley.com<br>emorabito@foley.com |
| Technicians | Attn: Peter Gross | | airportenterprises@gmail.com |
| Alaska Air Group, Inc. and Its Affiliates, Including Alaska Airlines, Inc. and Horizon Air Industries, Inc. | c/o Davis Wright Tremaine LLP | Attn: Ragan L. Powers and Lauren A. Dorsett | raganpowers@dwt.com<br>laurendorsett@dwt.com |
| Alaska Air Group, Inc. and Its Affiliates, Including Alaska Airlines, Inc. and Horizon Air Industries, Inc. | c/o Morris James LLP | Attn: Carl N. Kunz and Sarah M. Ennis | ckunz@morrisjames.com<br>sennis@morrisjames.com |
| AvMax Aviation Services | Attn: Benjamin Rootman, Lynda Phillips, Judy Dumais, & Evan Gao | | benjamin.rootman@avmax.com<br>lynda.phillips@avmax.com<br>judy.dumais@avmax.com<br>evan.gao@avmax.com |
| BNP Paribas | Attn: David Neier | c/o Winston & Strawn, LLP | dneier@winston.com |
| BNP Paribas | Attn: Guillaume Charrier | | guillaume.a.charrier@us.bnpparibas.com |
| BNP Paribas | Attn: William P. Bowden & Gregory A. Taylor | c/o Ashby & Geddes, P.A. | wbowden@ashbygeddes.com<br>gtaylor@ashbygeddes.com |
| Brothers Aviation Maintenance Service Inc. | c/o Davis Graham & Stubbs | Attn: Albert J. Givray | al.givray@dgslaw.com |
| Brothers Aviation Maintenance Service Inc. | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi and Brett M. Haywood | defranceschi@rlf.com<br>haywood@rlf.com |
| Brothers Aviation Maintenance Service, Inc. | | | sales@brothersaviation.com |
| Crowley Fuels, LLC | Attn: Courtney A. McCormick | | courtney.mccormick@crowley.com |
| Crowley Fuels, LLC | c/o K&L Gates LLP | Attn: Michael J. Gearin & Brian T. Peterson | mike.gearin@klgates.com<br>brian.peterson@klgates.com |
| Crowley Fuels, LLC | c/o K&L Gates LLP | Attn: Steven L. Caponi | steven.caponi@klgates.com |
| Federal Aviation Administration (FAA) | Attn: A. Garg, P. McNall, M. Bury | | arjun.garg@faa.gov |
| FedEx | | | bankruptcy@fedex.com |
| FlightSafety International Inc. | c/o Barnes & Thornburg LLP | Attn: David M. Powlen & Kevin G. Collins | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Fox Rothschild, LLP | Attn: Barbara Butler | | bbutler@foxrothschild.com |
| Frosty Fuels, LLC | Attn: George Pollock | | gpollock@aleutenterprise.com |
| GCI | Attn: Olivia Werdal | | owerdal@gci.com |
| GCI Communication Corp. | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler & Kelly M. Conclan | jwisler@connollygallagher.com |
| GCI Communication Corp. | c/o Sherman & Howard LLC | Attn: Peter A. Cal & Stephen Robin | pcal@shermanhoward.com<br>srobin@shermanhoward.com |
| Genuine Parts Company | Attn: Nathan Q. Rugg | Nagelberg LLP | nathan.rugg@bfkn.com |
| International Aviation Service | Attn: Ashlee Anderson | | fuelaccounting@iasak.com |
| Jetstream Aviation Capital LLC | c/o Bush Kornfeld LLP | Attn: Armand J. Kornfeld and Christine M. Tobin-Presser | jkornfeld@bskd.com<br>ctobin@bskd.com |
| Jetstream Aviation Capital LLC | c/o Pepper Hamilton LLP | Attn: Donald J. Detweiler | detweild@pepperlaw.com |
| Mountain Aerospace, Inc. | Attn: Angela Brandenstein | | angela@mountainaerospace.com |
| Napa Auto Parts/Genuine Parts Company, Inc | Attn: Chris Meisler | | Chris_Meisler@genpt.com |



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| North Slope Borough | c/o Duane Morris LLP | Attn: Jarret P. Hitchings | jphitchings@duanemorris.com |
| North Slope Borough | c/o Reeves Amodio LLC | Attn: Thomas Amodio & Brian Stibitz | tom@reevesamodio.com<br>brian@reevesamodio.com |
| Northern Air Cargo | Attn: Colin Dolan | | cdolan@nac.aero |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Matthew A.Sawyer and Tristan Axelrod | msawyer@brownrudnick.com<br>taxelrod@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Brown Rudnick LLP | Attn: Robert Stark, Oksana Lashko & Michael S. Winograd | rstark@brownrudnick.com<br>olashko@brownrudnick.com<br>mwinograd@brownrudnick.com |
| Official Committee of Unsecured Creditors | c/o Polsinelli PC | Attn: Christopher A. Ward and Shanti M. Katona | cward@polsinelli.com<br>skatona@polsinelli.com |
| Pegasus Aviation Services, LLC | Attn: Arsim Lena | | Arsim.Lena@pegasusanc.com |
| PenAir Realty Holdings, LLC | c/o Dawson Law Group, LLC | Attn: Wayne G. Dawson | wdawson@dawsonlaw-ak.com |
| PenAir Realty Holdings, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Sean M. Beach and Rodney Square | sbeach@ycst.com<br>bankfilings@ycst.com |
| Petro Star, Inc. | Attn: Ryan Muspratt & Angela Speight | | rmuspratt@petrostar.com |
| Pratt & Whitney Canada Leasing | Attn: Baljeet Gill | | Baljeet.Gill@pwc.ca |
| Saab Defense and Security USA, LLC | Attn: Jacqueline Newcomb | | Jacqueline.Newcomb@saabusa.com |
| Saab Defense and Security USA, LLC | c/o Barnes & Thornburg LLP | Attn: Kevin G. Collins | kevin.collins@btlaw.com |
| Saab Defense and Security USA, LLC | c/o Barnes & Thornburg LLP | Attn: Mark R. Owens | mark.owens@btlaw.com |
| Sky Service F.B.O., Inc. | c/o Skyservice Business Aviation | Attn: Emlyn J. David | ejdavid@skyservice.com<br>terry_miller@skyservice.com |
| SoftwareOne, Inc. | Attn: Rachel Layman | | Rachel.Layman@softwareone.com |
| State of Alaska Department of Transportation | Attn: John MacKinnon | | dot.commissioner@alaska.gov |
| State of Alaska Office of the Attorney General | c/o Department of Law | Attn: Robert H. Schmidt | rob.schmidt@alaska.gov<br>attorney.general@alaska.gov |
| STS Repair and Modification, LLC | Attn: Michael C. Sommers | | mike.sommers@stsaviationgroup.com |
| United States of America | c/o United States Department of Justice, Civil Division | Attn: Andrea Horowitz Handel | andrea.handel@usdoj.gov |
| United States of America | c/o US Department of Justice, Tax Division | Attn: Christopher J. Williamson | christopher.j.williamson@usdoj.gov |
| Vector Aerospace Engine Services – Atlantic Inc., d/b/a StandardAero | c/o Bryan Cave Leighton Paisner LLP | Attn: Andrew J. Schoulder, Mark I. Duedall, and Chelsey Rosenbloom | Andrew.Schoulder@bclplaw.com<br>Mark.Duedall@bclplaw.com<br>Chelsey.Rosenbloom@bclplaw.com |
| Walker Enterprises | Attn: Maccoy Walker | | walkerenterprisesak@gmail.com |
| Wexford Capital LP | c/o Porter Hedges LLP | Attn: Joshua W. Wolfshohl | jwolfshohl@porterhedges.com |