# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 197, 295** |

### NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on May 14, 2020, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable* (the "Motion")[2] [Docket No. 197].

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2020, the Bankruptcy Court entered an order (the "Bidding Procedures Order") [Docket No. 295] approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale of all, substantially all, or some substantial portion of the assets (the "Assets") of the Debtors and (ii) procedures for the assumption and assignment of certain of the Debtors' executory contracts and unexpired leases in connection with the Debtors' sale of their Assets.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion also seeks Court approval of the sale (the "Sale") of the Assets to the Successful Bidder(s), free and clear of all liens, claims, interests and encumbrances pursuant to Section 363 of the Bankruptcy Code, including the assumption by the Debtors and assignment to the Successful Bidder(s) of certain executory contracts and unexpired leases pursuant to Section 365 of the Bankruptcy Code (the "Purchased Contracts"), with such liens, claims, interests and encumbrances to attach to the proceeds of the Sale with the same priority, validity and enforceability as they had prior to such Sale. Within twenty-four (24) hours of the conclusion of the Auction, the Debtors shall file a notice with the Bankruptcy Court identifying the Successful Bidder(s), which notice will be made available at the website of the Debtors' claims and noticing agent, at [https://cases.stretto.com/ravnair/]. Any counterparty to a Purchased Contract that wishes to receive such notice by email, must provide their email address to Keller Benvenutti Kim LLP, Attn: Hadley Roberts-Donnelly, by e-mailing hrobertsdonnelly@kbkllp.com by **4:00 p.m. (prevailing Eastern time) on June 26, 2020**.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Purchased Contracts will be held on **July 9, 2020** at **11:00 a.m. (prevailing Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), located in Wilmington, Delaware, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom 1. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors may seek to assume an executory contract or unexpired lease to which you may be a party. The Purchased Contract(s) are described on Exhibit A attached to this Notice. The amount shown on Exhibit A hereto as the "Cure Amount" is the amount, if any, which the Debtors assert is owed to cure any defaults existing under the Purchased Contract.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Purchased Contract(s) on Exhibit A to which you are a party, you must file in writing with the Bankruptcy Court, an objection on or before **June 29, 2020 at 4:00 p.m. (prevailing Eastern Time)** and serve your objection on the Objection Notice Parties listed below. Any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you. If a contract or lease is assumed and assigned pursuant to a Court order approving same, then unless you properly file and serve an objection to the Cure Amount contained in this Notice, you will receive at the time of the closing of the sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any. Any counterparty to a Purchased Contract that fails to timely file and serve an objection to the Cure Amounts shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtors' assumption and assignment of the Purchased Contract to which you may be a party, you also must file that objection in writing with the Bankruptcy Court no later than **June 29, 2020 at 4:00 p.m. (prevailing Eastern Time)**, provided, however, any counterparty to a Purchased Contract may raise an objection to the assumption and assignment of the Purchased Contract solely

with respect to such Successful Bidder's ability to provide adequate assurance of future performance under the Purchased Contract at the Sale Hearing.  Any counterparty to a Purchased Contract who receives a Cure Notice and wishes to receive evidence of the Qualified Bidders' ability to provide adequate assurance of future performance under section 365 of the Bankruptcy Code may make such a request in writing (an "Adequate Assurance Notice Request") to Keller Benvenutti Kim LLP, Attn: Hadley Roberts-Donnelly, 650 California Street, Suite 1900, San Francisco, CA 93108, or by e-mailing hrobertsdonnelly@kbkllp.com, by **4:00 p.m. (prevailing Eastern time) on June 26, 2020**.  Within 24 hours of the determination that Potential Bids are Qualified Bids, the Debtors shall send, by e-mail, the evidence submitted by the Qualified Bidders in their Qualified Bids of their ability to provide adequate assurance of future performance to any counterparty that has submitted a timely Adequate Assurance Notice Request.

**PLEASE TAKE FURTHER NOTICE** that any objection you may file with the Bankruptcy Court must be served so as to be received by the following parties by the applicable objection deadline date and time:  (i) Debtors' counsel, (a) Keller Benvenutti Kim LLP, Attn: Tobias S. Keller, Esq. and Jane Kim, Esq., 650 California Street, Suite 1900, San Francisco, CA 93108, tkeller@kbkllp.com, jkim@kbkllp.com; and (b) Blank Rome LLP, Attn: Victoria A. Guilfoyle, Esq., Stanley B. Tarr, Esq., Jose F. Bibiloni, Esq., 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801, guilfoyle@blankrome.com; tarr@blankrome.com; bibiloni@blankrome.com; (ii) counsel to the DIP Agent, (a) Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, Attn: David Neier, Esq. and Carrie V. Hardman, Esq., dneier@winston.com; chardman@winston.com; and (b) Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, Attn: William P. Bowden, Esq., wbowden@ashbygeddes.com; (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox, Esq.); and (iv) counsel to the Creditors Committee, (a) Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Attn: Robert Stark, Esq. and Oksana Lashko, Esq., rstark@brownrudnick.com; olashko@brownrudnick.com; and (b) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher Ward, Esq., cward@polsinelli.com (collectively, the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder(s) shall be responsible for paying the Cure Amount of any Purchased Contract that is assumed and assigned and for satisfying any requirements regarding adequate assurance of future performance that may be imposed under Sections 365(b) and (f) of the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, in connection with the proposed assignment of any Purchased Contract.  The Court shall make its determinations concerning adequate assurance of future performance under the Purchased Contracts pursuant to 11 U.S.C. §§ 365(b) and (f) at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors and the counterparty cannot resolve an Assumption Objection, and the Court does not otherwise make a determination at the Sale Hearing regarding an Assumption Objection, such Purchased Contract will not be assumed and assigned until after the Court has made its determination with respect to the Assumption Objection.

**PLEASE TAKE FURTHER NOTICE** that, except to the extent otherwise provided in the Purchase Agreement with the Successful Bidder(s), pursuant to Section 365(k) of the

Bankruptcy Code, the Debtors and their estates shall be relieved of all liability accruing or arising after the effective date of assumption and assignment of the Purchased Contracts.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtors or the Successful Bidder(s) to assume any Purchased Contracts or to pay any Cure Amount.[3]

**PLEASE TAKE FURTHER NOTICE** that any party that has not received a copy of the Motion or the Bidding Procedures Order that wishes to obtain a copy of the Motion or the Bidding Procedures Order, including all exhibits thereto, may obtain such documents at the Debtors' case website (https://cases.stretto.com/ravnair/) or by written request to Stretto, the Debtors' Claims and Noticing Agent, at teamravnair@stretto.com or by telephoning Stretto at (855) 749-4543.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN ASSUMPTION OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITH NO FURTHER NOTICE.

ANY COUNTERPARTY TO ANY PURCHASED CONTRACT WHO DOES NOT FILE A TIMELY ASSUMPTION OBJECTION TO THE CURE AMOUNT FOR SUCH PURCHASED CONTRACT AND/OR TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF SUCH PURCHASED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT AND/OR TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF THE PURCHASED CONTRACT TO THE SUCCESSFUL BIDDER.

---

[3] "Purchased Contracts" are those Contracts and Leases that the Debtors believe may be assumed and assigned as part of the orderly transfer of the Assets; however, the Successful Bidder may choose to exclude certain of the Debtors' Contracts or Leases from the list of Assumed Executory Contracts as part of their Qualifying Bid or until Closing, causing such Contracts and Leases not to be assumed or assigned by the Debtors.

146484.01601/123444274v.1

|  |  |
|---|---|
| Dated: June 18, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>Jose F. Bibiloni (No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>          tarr@blankrome.com<br>          jbibiloni@blankrome.com<br><br>     -and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone:  (415) 496-6723<br>Facsimile:  (650) 636-9251<br>Email: tkeller@kbkllp.com<br>          jkim@kbkllp.com<br>          trupp@kbkllp.com<br><br>*Attorneys for Debtors and Debtors-in-Possession* |