Robert H. Hume, Jr.
Landye Bennett Blumstein LLP
701 W. 8th Avenue, Suite 1200
Anchorage, Alaska 99501
(907) 276-5152
(907) 276-8433 fax
bobh@lbblawyers.com

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.* | Case No. 20-10755 (BLS) |
| Debtors | (Jointly Administered) |
| | Re: Docket Nos. 323, 325 & 328 |

**Objection to Confirmation of Plan**

Landye Bennett Blumstein LLP ("LLB") objects to confirmation of the plan, and provides the following information:

**State the name and address of the objecting party and the nature and amount of any claim or interest asserted by such party against the Debtors, their estates or property:**

Landye Bennett Blumstein LLP

701 West 8th Avenue, Suite 1100

Anchorage, Alaska 99501

General unsecured claim for legal services

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Scheduled amount $17,197.50

Proof of claim amount $19,058.50

**State with particularity the legal and factual bases and nature of any objection to the Plan, and, if practicable, a proposed modification to the Plan, and, with respect to objections to the proposed cure payments, the requested cure payments:**

1. The record date for determining who is a creditor entitled to vote on the plan (May 27) precedes the deadline for filing proofs of claim (June 15). That schedule is not fair or appropriate if creditors who timely file claims are not allowed to vote.

Incidentally, when I initially communicated with Stretto about this, they said that LBB's proof of claim was not filed until June 2 so LBB was not entitled to vote. I pointed out that LBB also is a scheduled creditor. After some research, they agreed and concluded LBB is entitled to vote. That does not inspire confidence in the voting process.

2. The disclosure statement and plan were supposed to be mailed June 10. The deadline for voting is June 19. Many of the debtors' creditors are in Alaska. I received the notice of the confirmation hearing June 15. As of the date of this objection, despite being a scheduled creditor LBB has not received the plan and disclosure statement. Likely many other creditors also have not seen the plan and disclosure

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

statement, and therefore have no idea what they are being asked to vote on. This expedited voting schedule is unrealistic for the creditors in Alaska.

3. The disclosure statement projects paying general unsecured creditors less than 1% of the allowed amounts. In that case, there is no reason for this bankruptcy. It is simply a very expensive process to generate and pay for work by the numerous bankruptcy professionals and do the work of the secured lenders. The case should be dismissed and the secured lenders should be told to pursue their state law remedies without putting the court and the general creditors to the effort of considering their efforts. This payout cannot justify the expense and effort imposed on the court or creditors. It is a travesty and a grossly inefficient use of resources of the court and general creditors.

4. According to the notice of the deadline to file objections (docket 328), objections must be filed with the court (not a problem since this can be done electronically) and with numerous "Notice Parties" so as to be received on or before June 22, 2020 at 12:00 p.m. (Prevailing Eastern Time).

It is ambiguous whether this refers to noon or midnight on June 22. If noon, this means 8:00 a.m. in Alaska, which effectively means objections have to be filed a day earlier.

Also, since most of the Notice Parties are located on the East coast, and since the addresses provided in the notice included only postal mail addresses without any e-mail addresses or fax numbers, it is unrealistic to expect anyone filing an objection

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

to get the objection to the Notice Parties by this deadline. Do they expect all objections to be FedExed to the Notice Parties? If the debtors wanted expedited receipt by the Notice Parties, e-mail addresses should have been provided in the notice. It is inconceivable that they do not have e-mail. In any event, can't the Notice Parties view all objections through the court's ECF system?

In summary, the process is seriously inadequate, and the plan is so inadequate it justifies dismissing the case. The secured lenders should not be permitted to impose their work on the court and the general creditors.

Dated at Anchorage, Alaska, this 18th day of June, 2020.

LANDYE BENNETT BLUMSTEIN LLP

By: /s/ Robert H. Hume, Jr.
Robert H. Hume, Jr.
Alaska Bar No. 7811105

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of June, 2020, a true and correct copy of the foregoing was served by first class mail, on the following:

Ravn Air Group, Inc. *et al.*, 4700 Old International Airport Road, Anchorage, AK 99502 (Attn: John Mannion)

Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias S. Keller, Jane Kim, and Thomas B. Rupp)

Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801 (Attn: Victoria A. Guilfoyle and Stanley B. Tarr)

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

U.S. Trustee, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox)

Brown Rudnick LLP, Seven Times Square, New York, New York 10036 (Attn: Robert Stark and Oksana Lashko)

Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, (Attn: Christopher Ward)

Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193 (Attn: David Neier and Carrie V. Hardman)

Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899 (Attn: William P. Bowden)

/s/ Sharon L. Hall
Sharon L. Hall