# Exhibit A

**(Detailed Voting Report of All Ballots Submitted)**



**Exhibit A**
Detailed Report of All Submitted Ballots

| Class 1 - Prepetition Secured Creditor Claims | | | | |
|---|---|---|---|---|
| Ballot No. | Name | Date Filed | Voting Amount | Vote on Plan |
| 1 | Metropolitan Commercial Bank | 06/11/2020 | $3,641,726.14 | Accept the Plan |
| 4 | CIT Finance LLC | 06/15/2020 | $7,963,584.54 | Accept the Plan |
| 9 | Corvid Peak Capital Management, LLC | 06/15/2020 | $1,798,228.77 | Accept the Plan |
| 11 | BC Partners Advisors LP | 06/15/2020 | $2,434,019.65 | Accept the Plan |
| 13 | Keybank National Association | 06/15/2020 | $3,779,622.27 | Accept the Plan |
| 31 | HPS Investment Partners, LLC | 06/16/2020 | $6,165,355.78 | Accept the Plan |
| 49 | BNP Paribas, as Administrative Agent | 06/17/2020 | $5,669,433.41 | Accept the Plan |
| 64 | Banca Monte Dei Paschi Di Siena S.P.A. | 06/18/2020 | $8,592,614.50 | Reject the Plan |
| 70 | First Eagle Private Credit, LLC | 06/18/2020 | $3,090,423.60 | Accept the Plan |
| 72 | Crescent Capital Group LP | 06/18/2020 | $5,697,694.40 | Accept the Plan |
| 85 | Siemens Financial Services, Inc. | 06/18/2020 | $5,137,796.50 | Accept the Plan |
| 88 | Telos Asset Management LLC | 06/19/2020 | $1,541,338.92 | Accept the Plan |
| 92 | GSO Capital Partners LP | 06/19/2020 | $3,944,687.09 | Accept the Plan |

| Class 4 - General Unsecured Claims | | | | |
|---|---|---|---|---|
| Ballot No. | Name | Date Filed | Voting Amount | Vote on Plan |
| 2 | Greer Tank, Inc | 06/15/2020 | $1,641.24 | Reject the Plan |
| 3 | Niacc-Avitech Technologies | 06/15/2020 | $65,441.25 | Reject the Plan |
| 5 | AMS - Anchorage Messenger Service | 06/15/2020 | $11,875.00 | Reject the Plan |
| 6 | InAir Aviation Services | 06/15/2020 | $68,923.56 | Reject the Plan |
| 7 | Heads Up Technologies | 06/15/2020 | $763.82 | Reject the Plan |
| 8 | On Time Sports | 06/15/2020 | $1,875.00 | Reject the Plan |
| 10 | Robert Ronald W | 06/15/2020 | $1.00 | Reject the Plan |
| 12 | Bearfoot Inn Alaska | 06/15/2020 | $1.00 | Reject the Plan |
| 14 | Altman Rogers & Co. | 06/15/2020 | $27,963.75 | Reject the Plan |
| 15 | ALSCO American Linen Division | 06/15/2020 | $16,189.67 | Reject the Plan |
| 16 | Fairbanks Printers & Office Equipment | 06/15/2020 | $206.02 | Reject the Plan |
| 17 | Baird, Justin | 06/16/2020 | $827.50 | Reject the Plan |
| 18 | L&M Equipment, Inc. | 06/16/2020 | $6,648.88 | Reject the Plan |
| 19 | Premier Janitorial Services, LLC | 06/16/2020 | $5,648.19 | Reject the Plan |
| 20 | Interwest Laser Marking Inc | 06/16/2020 | $481.00 | Reject the Plan |
| 21 | Tool Testing Lab, Inc. | 06/16/2020 | $6,778.31 | Reject the Plan |
| 22 | HRD Aero Systems, Inc. | 06/16/2020 | $5,576.00 | Reject the Plan |
| 23 | Northland Aviation Services | 06/16/2020 | $45,789.46 | Reject the Plan |
| 24 | Alaska Cab Valley LLC | 06/16/2020 | $1,963.00 | Reject the Plan |
| 25 | Sourdough Express, Inc. | 06/16/2020 | $2,182.41 | Reject the Plan |
| 26 | Fairbanks Natural Gas, LLC | 06/16/2020 | $19,538.05 | Reject the Plan |
| 27 | Suzanne V. Howard | 06/16/2020 | $281.99 | Reject the Plan |
| 28 | Twigs Gifts, Inc. DBA Twigs Alaskan Gifts | 06/16/2020 | $898.90 | Reject the Plan |
| 29 | Barry Kutzen | 06/16/2020 | $418.00 | Reject the Plan |
| 30 | Matanuska-Susitna Borough | 06/16/2020 | $12,938.42 | Reject the Plan |
| 32 | Arctic Office Products | 06/17/2020 | $1,082.31 | Reject the Plan |
| 33 | Thomas A. Knott, P.E. | 06/17/2020 | $200.00 | Reject the Plan |
| 34 | Williams Justin | 06/17/2020 | $1.00 | Reject the Plan |
| 35 | Mark Rasmussen | 06/17/2020 | $3,908.00 | Reject the Plan |
| 36 | Gere Tactical Inc | 06/17/2020 | $77,006.85 | Reject the Plan |
| 37 | EMPATHIA, INC | 06/17/2020 | $4,537.50 | Reject the Plan |
| 38 | Aircraft Propeller Service, LLC | 06/17/2020 | $137,982.82 | Reject the Plan |
| 39 | Brewstersoft Development | 06/17/2020 | $3,500.00 | Reject the Plan |
| 40 | Tandem GSE, LLC | 06/17/2020 | $1,810.89 | Accept the Plan |
| 41 | TELALASKA | 06/17/2020 | $11,222.96 | Reject the Plan |
| 42 | Quality Resources LLC | 06/17/2020 | $9,785.15 | Reject the Plan |
| 43 | Paul Wayne Mahan | 06/17/2020 | $682.22 | Reject the Plan |
| 44 | Dominion Propeller Corporation | 06/17/2020 | $42,571.85 | Reject the Plan |



## Exhibit A
### Detailed Report of All Submitted Ballots

| Ballot No. | Name | Date Filed | Voting Amount | Vote on Plan |
|---|---|---|---|---|
| 45 | Lee's Sea Air | 06/17/2020 | $313.50 | Reject the Plan |
| 46 | Classic Alaska Trading/ Big Ray's Alaska, Inc. | 06/17/2020 | $33,117.47 | Reject the Plan |
| 47 | L. J. Walch Co., Inc. | 06/17/2020 | $26,626.91 | Reject the Plan |
| 48 | Shoreside Petroleum Inc. | 06/17/2020 | $31,933.51 | Reject the Plan |
| 50 | Barrow Utilities and Electric Cooperative, Inc. | 06/17/2020 | $38,728.52 | Reject the Plan |
| 51 | Nushagak Electric & Telephone Corp., Inc | 06/18/2020 | $4,721.91 | Reject the Plan |
| 52 | Landye Bennett Blumstein LLP | 06/18/2020 | $17,197.50 | Reject the Plan |
| 53 | Unalakleet Valley Electric Cooperative, Inc | 06/18/2020 | $3,594.91 | Reject the Plan |
| 54 | McFarland and Associates Inc DBA Antlers Inn | 06/18/2020 | $5,617.70 | Reject the Plan |
| 55 | Antlers Inn | 06/18/2020 | $207.00 | Reject the Plan |
| 56 | Mark Solano | 06/18/2020 | $418.00 | Reject the Plan |
| 57 | Yodice Associates | 06/18/2020 | $1.00 | Reject the Plan |
| 58 | Courtyard by Marriott | 06/18/2020 | $22,986.58 | Accept the Plan |
| 59 | Residence Inn by Marriott | 06/18/2020 | $2,105.00 | Accept the Plan |
| 60 | Airmark Components, Inc. | 06/18/2020 | $16,639.00 | Reject the Plan |
| 61 | Ryan Air, Inc. (Hageland) | 06/18/2020 | $68,009.50 | Reject the Plan |
| 62 | Ryan Air, Inc. (Ravn Alaska) | 06/18/2020 | $18,018.38 | Reject the Plan |
| 63 | Airframes Alaska, LLC | 06/18/2020 | $236.52 | Reject the Plan |
| 65 | Naknek Electric Association, Inc. | 06/18/2020 | $20,764.45 | Reject the Plan |
| 66 | Alaska Village Electric Cooperative, Inc. | 06/18/2020 | $63,232.52 | Reject the Plan |
| 67 | Fish the Nush LLC | 06/18/2020 | $7,719.60 | Reject the Plan |
| 68 | Andrews Harald | 06/18/2020 | $1.00 | Accept the Plan |
| 69 | Matanuska Electric Association, Inc. | 06/18/2020 | $2,846.21 | Reject the Plan |
| 71 | Victory Enterprises LLC | 06/18/2020 | $7,622.50 | Reject the Plan |
| 73 | Mountain Aerospace Inc. | 06/18/2020 | $77,077.11 | Reject the Plan |
| 74 | Oliver Wyman, Inc. | 06/18/2020 | $2,309,600.58 | Reject the Plan |
| 75 | Nome Joint Utility Systems | 06/18/2020 | $8,102.28 | Reject the Plan |
| 76 | Carol Redfox | 06/18/2020 | $303.00 | Accept the Plan |
| 77 | Christopher Redfox | 06/18/2020 | $303.00 | Accept the Plan |
| 78 | Coast International Inn | 06/18/2020 | $3,179.90 | Accept the Plan |
| 79 | TDX Corporation | 06/19/2020 | $398.00 | Accept the Plan |
| 80 | TDX North Slope Generating | 06/19/2020 | $286.08 | Accept the Plan |
| 81 | TDX Sand Point Generating, LLC | 06/19/2020 | $968.06 | Accept the Plan |
| 82 | D.H. Minor Child Parent Alberta M. Hoseth | 06/19/2020 | $630.19 | Reject the Plan |
| 83 | Universal Avionics Systems Corporation | 06/19/2020 | $21,901.41 | Reject the Plan |
| 84 | Tyler Eveslage | 06/19/2020 | $750.01 | Accept the Plan |
| 86 | Warning Lites of Alaska, Inc. | 06/19/2020 | $2,160.00 | Reject the Plan |
| 87 | Trident Computer Corporation | 06/19/2020 | $1.00 | Accept the Plan |
| 89 | Brothers Aviation Maintenance | 06/19/2020 | $135,128.54 | Reject the Plan |
| 90 | Genuine Parts Company | 06/19/2020 | $282,428.97 | Accept the Plan |
| 91 | The Lakefront Anchorage | 06/18/2020 | $49,626.19 | Reject the Plan |
| 93 | Hooten, John A | 06/19/2020 | $204.53 | Reject the Plan |
| 94 | G&K, Incorporated | 06/19/2020 | $30,773.39 | Reject the Plan |
| 95 | Aleutian Services, Inc. | 06/19/2020 | $5,432.00 | Reject the Plan |
| 96 | City of Sand Point | 06/19/2020 | $369.96 | Accept the Plan |
| 97 | Alcan Electrical & Engineering, Inc. | 06/19/2020 | $88,747.47 | Reject the Plan |
| 98 | ALCAN ELECTRICAL AND ENGINEERING INC | 06/19/2020 | $14,623.20 | Reject the Plan |
| 99 | Kala Bacher | 06/19/2020 | $918.03 | Reject the Plan |
| 100 | Bethel Car Rental - Sourdough Auto Leasing, Inc. | 06/19/2020 | $4,970.70 | Accept the Plan |
| 101 | SWANSON'S ALASKA LLC | 06/19/2020 | $803.78 | Accept the Plan |
| 102 | North Pole Coffee Roasting, Inc. | 06/19/2020 | $1,303.95 | Accept the Plan |
| 103 | Guardian Security Systems, Inc. | 06/19/2020 | $27,292.88 | Accept the Plan |
| 104 | Airline Services, Inc. | 06/19/2020 | $44,529.92 | Reject the Plan |
| 105 | Beacon OHSS | 06/19/2020 | $2,594.00 | Accept the Plan |
| 106 | West Coast Construction, Inc. | 06/19/2020 | $1,947.63 | Reject the Plan |
| 107 | Chinook Fire Protection | 06/19/2020 | $1,500.00 | Reject the Plan |
| 108 | West Coast Airline Services, Inc. | 06/19/2020 | $281,735.63 | Reject the Plan |
| 109 | Antoinette Barnas | 06/19/2020 | $2,582.40 | Accept the Plan |

In re: Ravn Air Group, Inc., et al.
Case No. 20-10755



# Exhibit A
Detailed Report of All Submitted Ballots

| Ballot No. | Name | Date Filed | Voting Amount | Vote on Plan |
|---|---|---|---:|---|
| 110 | SOA DOT KODIAK | 06/19/2020 | $1.00 | Accept the Plan |
| 111 | Alaska Airlines | 06/19/2020 | $5,000,000.00 | Reject the Plan |
| 112 | Davtron Inc. | 06/19/2020 | $102.02 | Reject the Plan |
| 113 | JANCO COMMERCIAL CLEANING, LLC. | 06/19/2020 | $11,772.77 | Reject the Plan |
| 114 | PIP Printing | 06/19/2020 | $25,225.64 | Reject the Plan |
| 115 | Aircom Avionics | 06/19/2020 | $28,180.58 | Reject the Plan |
| 116 | Air Capitol Dial Inc | 06/19/2020 | $1,741.50 | Reject the Plan |
| 117 | Anchorage Economic Development Corporation | 06/19/2020 | $2,500.00 | Reject the Plan |
| 118 | Tanis Aircraft Products | 06/19/2020 | $2,120.00 | Reject the Plan |
| 119 | Allan Ingraham | 06/19/2020 | $418.00 | Reject the Plan |
| 120 | Janco Commerical Cleaning, LLC | 06/19/2020 | $28,299.54 | Reject the Plan |
| 121 | Jessica R Dietmeyer | 06/19/2020 | $2,236.00 | Reject the Plan |
| 122 | Larry's Fire Equipment | 06/19/2020 | $1,565.00 | Reject the Plan |
| 129 | SOCKEYE BUSINESS SOLUTIONS, INC. | 06/22/2020 | $41,338.90 | Reject the Plan |
| 128 | STS Engineering | 06/22/2020 | $588,923.39 | Reject the Plan |
| 127 | Peter de Bie | 06/22/2020 | $1,767.20 | Reject the Plan |
| 126 | Michael D Cornwell | 06/21/2020 | $768.40 | Reject the Plan |
| 125 | Cargo Data Management | 06/20/2020 | $289,200.00 | Reject the Plan |
| 124 | Donna Joe | 06/20/2020 | $1,335.00 | Reject the Plan |
| 123 | Denali Pretzels, LLC | 06/20/2020 | $1.00 | Accept the Plan |

In re: Ravn Air Group, Inc., et al.
Case No. 20-10755