**Exhibit B**

**(Final Tabulation of Votes Cast by Timely and Properly Completed Ballots)**



**Exhibit B**
Tabulation Summary

## Class 1 Ballot Results
### Prepetition Secured Creditor Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 12 | 92% | $50,863,911.07 | 86% |
| **Reject:** | 1 | 8% | $8,592,614.50 | 14% |
| **Tabulated Ballot Totals:** | 13 |  | $59,456,525.57 |  |
| **Abstain:** | 0 |  | $0.00 |  |
| **Not Tabulated:** | 0 |  | $0.00 |  |

## Class 4 Ballot Results
### General Unsecured Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| **Accept:** | 21 | 19% | $355,440.16 | 4% |
| **Reject:** | 88 | 81% | $9,143,697.84 | 96% |
| **Tabulated Ballot Totals:** | 109 |  | $9,499,138.00 |  |
| **Abstain:** | 0 |  | $0.00 |  |
| **Not Tabulated:** | 7 |  | $923,333.89 |  |

In re: Ravn Air Group, Inc., et al.
Case No. 20-10755