**<u>Exhibit B</u>**

**Filipenko Report**

**Filed Under Seal**