**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 25, 2020 at 11:00 a.m. (ET)** |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* AND *VIDEOCONFERENCE* HEARING
ON JUNE 25, 2020 AT 11:00 A.M. (ET) IN COURTROOM #1[3]

This hearing will be held telephonically and by videoconference. Please note that you must appear through both CourtCall and Zoom. To appear via video conference via Zoom parties should use the following instructions:

Topic: RAVN Air - Case No.  20-10755 (BLS)
Time: June 25, 2020 11:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1600197186

Meeting ID: 160 019 7186
Password: 606283

To appear telephonically via CourtCall, Parties must make prior arrangements with CourtCall by telephone (866) 582-6878.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

**RESOLVED MATTERS:**

1.     Application of the Official Committee of Unsecured Creditors for an Order Under
       Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and
       2016(b) Approving the Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to
       April 28, 2020 as Co-Counsel to the Official Committee of Unsecured Creditors [Dkt.
       No. 284; 06/02/2020]

       Objection/Response Deadline:     June 17, 2020 at 4:00 p.m. (ET)

       Objections/Responses Received:  None.

       Related Documents:

       A.     Supplemental Declaration of Christopher A. Ward, Esq. in Support of
              Application of the Official Committee of Unsecured Creditors for an Order
              Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules
              2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli
              PC *Nunc Pro Tunc* to April 28, 2020 as Co-Counsel to the Official Committee
              of Unsecured Creditors [Dkt. No. 340; 06/16/2020]

       B.     Certificate of No Objection Regarding Application of the Official Committee
              of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(A)
              and 1103(A) and Bankruptcy Rules 2014(A) and 2016(B) Approving the
              Employment and Retention of Polsinelli PC *Nunc Pro Tunc* to April 28, 2020
              as Co-Counsel to the Official Committee of Unsecured Creditors [Dkt. No. 343;
              06/18/2020]

       C.     Order Authorizing Employment and Retention of Polsinelli PC *Nunc Pro Tunc*
              to April 28, 2020 as Co-Counsel to the Official Committee of Unsecured
              Creditors [Dkt. No. 349; entered 06/18/2020]

       Status:     An order has been entered by the Court. No hearing is necessary.

2.     Application of the Official Committee of Unsecured Creditors of the Debtor, Ravn Air
       Group, Inc., *et al.*, for Order Authorizing Employment and Retention of Alvarez &
       Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to May 5, 2020 [Dkt.
       No. 285; 06/02/2020]

       Objection/Response Deadline:     June 17, 2020 at 4:00 p.m. (ET)

       Objections/Responses Received:  None.

       Related Documents:

       A.     Certification of Counsel Regarding Order Authorizing Employment and
              Retention of Alvarez & Marsal North America, LLC as Financial Advisor to

the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 5, 2020 [Dkt. No. 345; 06/18/2020]

B.      Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 5, 2020 [Dkt. No. 347; entered 06/18/2020]

Status:      An order has been entered by the Court.  No hearing is necessary.

3.      Application for Order Authorizing Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Ravn Air Group, Inc., *et al.*, *Nunc Pro Tunc* to April 22, 2020 [Dkt. No. 286; 06/02/2020]

Objection/Response Deadline:      June 17, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:  None.

Related Documents:

A.      Certificate of No Objection Regarding Application for Order Authorizing Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Ravn Air Group, Inc., *et al.*, *Nunc Pro Tunc* to April 22, 2020 [Dkt. No. 344; 06/18/2020]

B.      Order Authorizing Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Ravn Air Group, Inc., *et al.*, *Nunc Pro Tunc* to April 22, 2020 [Dkt. No. 348; entered 06/18/2020]

Status:      An order has been entered by the Court. No hearing is necessary.

4.      Third Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to Certain Dates [Dkt. No. 304; 06/04/2020]

Objection/Response Deadline:      June 18, 2020 at 4:00 p.m. (ET) (extended to June 22, 2020 at 12:00 p.m. (ET) for Airlines Reporting Corporation)

Objections/Responses Received:

A.      Informal comments from Airlines Reporting Corporation.

Related Documents:

B.      Declaration of John Mannion in Support of Third Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to Certain Dates [Dkt. No. 305; 06/04/2020]

C.      Certification of Counsel Regarding Third Omnibus Motion of the Debtors for an Order Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Effective Nunc Pro Tunc to Certain Dates [Dkt. No. 371; 06/23/2020]

**D.      Order Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts Effective *Nunc Pro Tunc* to Certain dates [Dkt. No. 376; entered 06/23/2020]**

<u>Status</u>:      **An order has been entered by the Court. No hearing is necessary.**

5.      Debtors' Application for an Order Authorizing Debtors to Employ Bond Filipenko Commercial Properties, LLC as Real Estate Advisor Effective as of May 13, 2020 [Dkt. No. 306; 06/04/2020]

<u>Objection/Response Deadline</u>:      June 18, 2020 at 4:00 p.m. (ET)

<u>Objections/Responses Received</u>:

A.      Informal comments from the Office of the United States Trustee.

<u>Related Documents</u>:

B.      Certification of Counsel Regarding Debtors' Application for an Order Authorizing Debtors to Employ Bond Filipenko Commercial Properties, LLC as Real Estate Advisor Effective as of May 13, 2020 [Dkt. No. 370; 06/23/2020]

**C.      Order Authorizing the Debtors to Retain and Employ Bond Filipenko Commercial Properties, LLC as Real Estate Advisor Effective as of May 13, 2020 [Dkt. No. 375; entered 06/23/2020]**

<u>Status</u>:      **An order has been entered by the Court. No hearing is necessary.**

6.      Airlines Reporting Corporation's Motion for Relief from the Automatic Stay [Dkt. No. 329; 06/10/2020]

<u>Objection/Response Deadline</u>:      June 18, 2020 at 4:00 p.m. (ET) (extended to June 22, 2020 at 12:00 p.m. (ET) for the Debtors)

<u>Objections/Responses Received</u>:

A.      Informal comments received from the Debtors

<u>Related Documents</u>:

B.      Notice of Filing of Exhibit B to Airlines Reporting Corporation's Motion for Relief from the Automatic Stay [Dkt. No. 331; 06/10/2020]

C.      Certification of Counsel Regarding Order Granting Airlines Reporting Corporation's Motion for Relief from the Automatic Stay [Dkt. No. 369; 06/23/2020]

**D.      Order Granting Airlines Reporting Corporation's Motion for Relief from the Automatic Stay [Dkt. No. 374; entered 06/23/2020]**

Status:      **An order has been entered by the Court. No hearing is necessary.**

## MATTER GOING FORWARD:

7.      **First Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 381; 06/24/2020]**

Objection/Response Deadline:      June 22, 2020 at 12:00 p.m. (ET)

Objections/Responses Received:

A.      Informal comments received from US GSA.

B.      Informal comments received from Frontier Hangar Group, LLC.

C.      Informal comments received from Cheetah Digital, LLC.

D.      Informal comments received from ProWest Leasing.

E.      Informal comments received from TDX.

F.      Informal comments received from Seabury.

G.      United States' Objection to Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors and to the Assumption and Assignment of Executory Contracts and Unexpired Leases [Dkt. No. 353; 06/22/2020]

H.      United States Trustee's Objection to the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 355; 06/22/2020]

I.      Objection of the Official Committee of Unsecured Creditors to Confirmation of Chapter 11 Plan of Ravn Air Group, Inc. and Its Affiliated Debtors and Cross-Motion for Conversion to Chapter 7 [Dkt. No. 356; 06/22/2020]

J.      Alaska Airlines, Inc. and Horizon Air Industries, Inc.'s Limited Objection to Debtors' Chapter 11 Plan of Liquidation and Proposed Assumption and Assignment of Certain Executory Contracts [Dkt. No. 358; 06/22/2020]

K.      [SEALED] Objection of the Official Committee of Unsecured Creditors to Confirmation of Chapter 11 Plan of Ravn Air Group, Inc. and Its Affiliated Debtors and Cross-Motion for Conversion to Chapter 7 [Dkt. No. 359; 06/22/2020]

L.      Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibit 2 to the Declaration of Richard Newman in Support of Objection of the Official Committee of Unsecured Creditors to Confirmation of Chapter 11 Plan of Ravn Air Group, Inc. and Its Affiliated Debtors and Cross-Motion for Conversion to Chapter 7 [Dkt. No. 360; 06/22/2020]

M.      Objection [of Landye Bennett Blumstein LLP] to Confirmation of Plan [Dkt. No. 362; 06/22/2020]

**N.      Response of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, to the Objection of the Official Committee of Unsecured Creditors to Confirmation of Chapter 11 Plan of Ravn Air Group, Inc. and Its Affiliated Debtors and Cross-Motion for Conversion to Chapter 7 [Dkt. No. 380; 06/24/2020]**

Related Documents:

O.      [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 112; 04/27/2020]

P.      [Proposed] Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 113; 04/27/2020]

Q.      Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 114; 04/27/2020]

R.      Motion to Shorten Notice Period with Respect to Debtors' Solicitation Procedures Motion [Dkt. No. 115; 04/27/2020]

S.      Order Granting Motion to Shorten Notice Period with Respect to Debtors' Solicitation Procedures Motion [Dkt. No. 144; entered 04/30/2020]

T.      Notice of Hearing and Objection Date Regarding Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Liquidation [Dkt. No. 153; 05/01/2020]

U.      United States' Objections and Reservation of Rights to Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement (II) Establishing

Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 236; 05/20/2020]

V.      Objection of the Official Committee of Unsecured Creditors to Debtors' Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 242; 05/22/2020]

W.      [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 253; 05/26/2020]

X.      Notice of Filing of Blackline of [Proposed] Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 254; 05/26/2020]

Y.      Proposed Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 256; 05/26/2020]

Z.      Notice of Filing of Blackline of [Proposed] Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 257; 05/26/2020]

AA.     Debtors' Reply in Support of the Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 258; 05/26/2020]

BB.     Notice of Filing of Revised Order Regarding Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 289; 06/03/2020]

CC.     Emergency Motion of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, for Reconsideration of the Proposed Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 297; 06/03/2020]

DD.     Statement of the Debtors with Respect to the Emergency Motion of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, for Reconsideration of the Proposed Order (I) Approving Proposed Disclosure

Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 298; 06/03/2020]

EE. Objection of the Official Committee of Unsecured Creditors to Emergency Motion of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, for Reconsideration of the Proposed Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 307; 06/05/2020]

FF. Notice of Filing of Revised Order Regarding Debtors' Motion for an Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 313; 06/05/2020]

GG. Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Chapter 11 Plan of Liquidation [Dkt. No. 318; entered 06/07/2020]

HH. Certification of Counsel Regarding Order Granting Emergency Motion of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, for Reconsideration of the Proposed Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 319; 06/08/2020]

II. Order Granting Emergency Motion of BNP Paribas, as Agent for the DIP Lenders and Prepetition Lenders, for Reconsideration of the Proposed Order (I) Approving Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Plan of Liquidation [Dkt. No. 320; entered 06/08/2020]

JJ.     Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 323; 06/09/2020]

KK.     Notice of Filing of Blackline of Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 324; 06/09/2020]

LL.     Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 325; 06/09/2020]

MM.    Notice of Filing of Blackline of Disclosure Statement for the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 326; 06/09/2020]

NN.     Notice of (A) Confirmation Hearing with Respect to Debtors' Chapter 11 Plan of Liquidation, (B) Objection and Voting Deadlines, (C) Solicitation and Voting Procedures, (D) Procedures Relating to the Assumption and Rejection of Executory Contracts and Unexpired Leases, and (E) Certain Other Information [Dkt. No. 328; 06/09/2020]

OO.     Notice of Filing of Plan Supplement Including Initial Schedule of Assumed Executory Contracts and Unexpired Leases [Dkt. No. 337; 06/12/2020]

PP.     Certification of Alexa Westmoreland of Stretto Regarding Voting and Tabulation of Ballots Cast on the Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and its Affiliated Debtors [Dkt. No. 372; 06/23/2020]

**QQ.    Notice of Filing of Blackline of Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 382; 06/24/2020]**

**RR.    Proposed Proffer and Declaration of John T. Young, Jr. in Support of Confirmation of First Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors and in Response to Plan Confirmation Objections [Dkt. No. 384; 06/24/2020]**

**SS.    [SEALED] Proposed Proffer and Declaration of John T. Young, Jr. in Support of Confirmation of First Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors and in Response to Plan Confirmation Objections [Dkt. No. 385; 06/24/2020]**

**TT.    Motion of the Debtors for an Order Authorizing the Debtors to File Under Seal Exhibit B to the Declaration of John T. Young, Jr. in Support of Confirmation of the First Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors [Dkt. No. 386; 06/24/2020]**

**UU.    Memorandum of Law in Support of Confirmation of First Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated**

**Debtors and in Response to Plan Confirmation Objections [Dkt. No. 387; 06/24/2020]**

**VV.    Notice of Filing of Proposed Confirmation Order [Dkt. No. 389; 06/24/2020]**

<u>Status</u>:      The plan confirmation hearing will go forward.

Wilmington, Delaware
Date:  June 24, 2020

**BLANK ROME LLP**

By: */s/ Victoria A. Guilfoyle*

Victoria A. Guilfoyle (DE No. 5183)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
        tarr@blankrome.com
        jbibiloni@blankrome.com

    -and-

**KELLER BENVENUTTI KIM LLP**

Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California St., Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (415) 636-9251
Email: tkeller@kbkllp.com
        jkim@kbkllp.com
        trupp@kbkllp.com

*Counsel to the Debtors and
Debtors in Possession*