# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 197 and 295** |

## NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDERS AT AUCTION

**PLEASE TAKE NOTICE REGARDING THE FOLLOWING:**

1.  On April 5, 2020, Ravn Air Group, Inc. and its affiliates, as debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.  On May 14, 2020, in connection with a proposed sale of the Assets pursuant to section 363 of the Bankruptcy Code (the "Sale") to the successful bidder(s) (the "Successful Bidder") at an auction (the "Auction"), the Debtors filed a motion [Docket No. 197] (the "Sale Motion"),[2] seeking, among other things, entry of an order (i) authorizing and approving the bidding procedures (the "Bidding Procedures"); (ii) approving procedures for the assumption of executory contracts and unexpired leases; (iii) scheduling an Auction; (iv) scheduling a Sale Hearing; (v) approving the sale of the Debtors' assets to the Successful Bidder(s); and (vi) granting related relief.

3.  By order, dated June 3, 2020 [Docket No. 295] (the "Bidding Procedures Order"), the Bankruptcy Court approved the Bidding Procedures that govern the sale of, or other transaction to acquire, the Assets by the highest and best bidder(s). Pursuant to the Bidding Procedures Order, the Debtors conducted an Auction held by videoconference for certain lots of Assets, beginning on July 7, 2020, at 2:00 p.m. (Prevailing Eastern Time), which, after a series of adjournments, concluded on July 8, 2020, at approximately 7:30 p.m. (Prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

1

4. The Debtors, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, (a) reviewed each Qualified Bid and evaluated each Qualified Bid as set forth in the section titled "Evaluation of Competing Bids" in the Bid Procedures, (b) identified the highest or otherwise best offer or offers for the Assets received at the Auction, and (c) selected the Successful Bidder and its Successful Bid, and, if applicable, the Back-Up Bidder and its Back-Up Bid as indicated below for the below-described lots. The Debtors announced at the Auction the identity of the Successful Bidder and the Back-Up Bidder, if any, and the details of the Successful Bid and Back-Up Bid, if any, as described below:

**Lot 1**
**Aircraft:**
- 2 C208s (Tail numbers: N288PC, N233PC)
- 2 C208 EXs (Tail numbers: N761RV, N762RV)
**Facilities, including ground leases, buildings, and associated ground support equipment "GSE"):**
Barrow, Deadhorse, Galena, Fairbanks
**Contracts Assumed:** Land leases: ADA-71013; ADA-71915; ADA-71892; ADA-70401; ADA-71925; ADA-72045; ADA-72230; ADA-70708; ADA-01351
Barrow pilot house leases: 7714 Yugit St., Apt. A; 7714 Yugit St., Apt. B; House #275, Pisokak St.
**Successful Bidder:** Wright Air Service, Inc.
**Successful Bid:** $12,800,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 2:**
**Facilities, including ground leases, buildings, and associated GSE:**
Aniak, Kotzebue
**Contracts Assumed:** -ADA-09178;-ADA-70442
**Successful Bidder:** Bering Air, Inc.
**Successful Bid:** $1,725,000.00
**Back-Up Bidder:** Ryan Air, Inc.
**Back-Up Bid:** $1,625,000.00

**Lot 3:**
**Aircraft:**
Beech 1900Cs
**Contracts Assumed:** Land leases: ADA-03143; ADA-70811
**Successful Bidder:** Riverside Apartments LLC
**Successful Bid:** $1,550,000.00
**Back-Up Bidder:** Tatonduk Outfitters Limited, dba Everts Air Cargo and Everts Air Alaska
**Back-Up Bid:** $1,525,000.00

**Lot 4:**
**Facilities, including ground leases, buildings, and associated GSE:**
Nome
**Contracts Assumed:** Land leases: ADA-71438; ADA-03642
**Successful Bidder:** Bering Air, Inc.
**Successful Bid:** $875,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 5:**
**Facilities, including ground leases, buildings, and associated GSE:**
King Salmon
Dillingham
**Contracts Assumed:**
Land Leases: ADA-08841; ADA-50736
Others: GS-10B-06915; GS-10B-06857; Gift shop sublease; ARINC communications space sublease
**Successful Bidder:** Tatonduk Outfitters Limited, dba Everts Air Cargo and Everts Air Alaska
**Successful Bid:** $950,000.00 ($400,000.00 in cash and assumption of $550,000.00 promissory note with AKN Leasing LLC for purchase of AKN building)
**Back-Up Bidder:** Alaska Airlines
**Back-Up Bid:** $650,000.00

**Lot 6:**
**Facilities, including ground leases, buildings, and associated GSE:**
Palmer
**Contracts Assumed:** Lease Agreement No. 00-1 with Palmer Municipal Airport
**Successful Bidder:** Tatonduk Outfitters Limited, dba Everts Air Cargo and Everts Air Alaska
**Successful Bid:** $925,000.00
**Back-Up Bidder:** Riverside Apartments, LLC
**Back-Up Bid:** $900,000.00

**Lot 7:**
**Facilities, including ground leases and buildings:**
St. Mary's – Lot 3A, Block 100
**Contracts Assumed:** Land lease: ADA-71157
**Successful Bidder:** Tatonduk Outfitters Limited, dba Everts Air Cargo and Everts Air Alaska
**Successful Bid:** $200,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 8:**
**Facilities, including ground leases, buildings, and associated GSE:**
Unalakleet
**Contracts Assumed:** Land lease: ADA-71262
**Successful Bidder:** Bering Air, Inc.
**Successful Bid:** $275,00.00
**Back-Up Bidder:** Ryan Air, Inc.
**Back-Up Bid:** $250,000.00

**Lot 9**
**Aircraft:**
-5 C207s (Tail numbers: N7384U, N73067, N9399M, N17GN, N9948M)
-10 C208s (Tail numbers: N407GV, N411GV, N28AN, N717PA, N92JJ, N1296Y, N3252Y, N409GV, N1232Y, N410GV)
**Inventory (full list available upon request):**
-All C208 inventory
-C207 inventory located in Bethel
**Facilities, including ground leases, buildings, and associated GSE:**
Bethel
**Contracts Assumed:** Land leases: ADA-08634; ADA-08566
**Successful Bidder:** Grant Aviation, Inc.
**Successful Bid:** $10,300,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 10**
**Aircraft:**
Beech 1900Cs
**Contracts Assumed:** N/A
**Successful Bidder:** Alaska Central Express, Inc.
**Successful Bid:** $5,070,000.00
**Back-Up Bidder:** Tatonduk Outfitters Limited, dba Everts Air Cargo and Everts Air Alaska
**Back-Up Bid:** $5,025,000.00

**Lot 12**
**Aircraft:**
-14 C207s (Tail numbers: 5277J, 6207H, 327CT, 7320U, 7340U, 7373U, 7389U, 916AC, 9996M, 23CF, 747SQ, 91002, 9794M, 9869M)
**Contracts Assumed:** N/A
**Successful Bidder:** YR-Leasing LLC
**Successful Bid:** $1,490,000.00

4

**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

5. A hearing to consider approval of the Successful Bids (the "Sale Hearing") is to take place on **July 9, 2020, at 11:00 a.m. (Prevailing Eastern Time)**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bids to the Court for approval.

6. At the Auction, the Debtors also offered for sale, in whole or in part, the below-described lot of assets, which the Debtors called "Lot 11". The Debtors did not receive an acceptable bid with respect to some or all of the Lot 11 assets during the Auction, and, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, concluded the Auction without determining a Successful Bidder for the Lot 11 assets. The Debtors reserve the right to seek to sell the Lot 11 assets or any of their remaining assets in accordance with the Bidding Procedures and to seek a continuance of the Sale Hearing with respect to the sale of any such assets.

**Lot 11**
**Aircraft:**
9-Dash 8-100s w PW120A engines
3 spare engines
1-Saab 340 with one GE CT7 engine in Anchorage (*with right to pay overhaul shop in England to retrieve two other engines*)
**Inventory (full list available upon request):**
Parts and inventory for Dash-8s, including tooling to support fleet of nine aircraft
Parts, tooling and inventory for three Saab 340s
Parts, tooling and inventory for two Saab 2000s
**Other:**
Two Part 121 Certificates, subject to FAA/DOT approval of transfer/reissuance

7. This notice is subject to the fuller terms and conditions of the Sale Motion, the Bidding Procedures, and the Bidding Procedures Order. In the event of any conflict between this notice and the Bidding Procedures Order, the Bidding Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Sale Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq., Jane Kim, Esq., Thomas B. Rupp, Esq.), and (b) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Victoria A. Guilfoyle, Esq., Stanley B. Tarr, Esq., Jose F. Bibiloni, Esq.). In addition, copies of the Sale Motion and the Bidding Procedures Order can be found (i) at https://cases.stretto.com/ravnair/ (free of charge); and (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Court, 824 N. Market Street, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated:  July 8, 2020<br>         Wilmington, Delaware | **BLANK ROME LLP**<br><br> /s/ Victoria Guilfoyle<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>Jose F. Bibiloni (No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>       tarr@blankrome.com<br>       jbibiloni@blankrome.com<br><br>     -and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone:  (415) 496-6723<br>Facsimile:  (650) 636-9251<br>Email: tkeller@kbkllp.com<br>       jkim@kbkllp.com<br>       trupp@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |

146484.01601/123530475v.1