**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 197 & 295** |

## NOTICE OF FILING OF PROPOSED SALE ORDER FOR "LOT 1" ASSETS

**PLEASE TAKE NOTICE** that, on May 14, 2020, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed the *Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear Of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable* [Docket No. 197] (the "Sale Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2020, the Court entered the *Order (A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to The Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing* [Docket No. 295] (the "Bid Procedures Order"), which, among other things, set a final hearing on the Sale Motion (the "Sale Hearing") for **July 9, 2020 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors conducted an Auction beginning on July 7, 2020 at 2:00 p.m. (Prevailing Eastern Time), which, after a series of adjournments, concluded on July 8, 2020 at approximately

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms used, but not otherwise defined herein shall have the meanings given to them in the Sale Motion.

7:30 p.m. (Prevailing Eastern Time).  At the Auction, the Debtors received Successful Bids for 11 lots of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed form of sale order with respect to the sale of certain assets of the Debtors known as "Lot 1" to Wright Air Service, Inc. (the "Lot 1 Sale Order").  The Debtors intend to seek entry of the Lot 1 Sale Order at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will submit one or more separate proposed sale orders seeking approval of the remaining asset lots, the entry of which the Debtors also intend to seek at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to modify the Lot 1 Sale Order at or prior to the Hearing but do not anticipate there will be further revisions.

| | |
|---|---|
| Wilmington, Delaware<br>Date: July 8, 2020 | **BLANK ROME LLP**<br><br>By:  */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>         tarr@blankrome.com<br>         jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>         jkim@kbkllp.com<br>         trupp@kbkllp.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |