# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 425** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 425

PLEASE TAKE NOTICE that the *Notice of Successful Bidders and Back-Up Bidders at Auction* filed at Docket No. 425 is hereby WITHDRAWN due to an error in the description of the Lot 3 assets. A corrected *Notice of Successful Bidders and Back-Up Bidders at Auction* will be filed contemporaneously herewith.

Dated: July 9, 2020
Wilmington, Delaware

**BLANK ROME LLP**

  */s/ Victoria Guilfoyle*
Victoria A. Guilfoyle (No. 5183)
Stanley B. Tarr (No. 5535)
Jose F. Bibiloni (No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
         tarr@blankrome.com
         jbibiloni@blankrome.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

1

146484.01601/123530544v.1

        -and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
      jkim@kbkllp.com
      trupp@kbkllp.com

*Attorneys for Debtors
and Debtors-in-Possession*

2