**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 9, 2020 at 1:00 p.m. (ET)** |

NOTICE OF *THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* AND *VIDEOCONFERENCE* HEARING
ON JULY 9, 2020 AT **1:00 P.M. (ET)** IN COURTROOM #1[3]

**THIS HEARING WILL NOW BEGIN AT 1:00 P.M. (ET). PLEASE USE THE SAME COURTCALL AND ZOOM INFORMATION AS BELOW**

This hearing will be held telephonically and by videoconference. Please note that you must appear through both CourtCall and Zoom. To appear via video conference via Zoom parties should use the following instructions:

**Topic: RAVN Air - Case No. 20-10755 (BLS)**
**Time: July 9, 2020 11:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1600020501

**Meeting ID: 160 002 0501**
**Password: 081973**

**To appear telephonically via CourtCall, Parties must make prior arrangements with CourtCall by telephone (866) 582-6878.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] **Amended items appear in bold. This Third Amended Agenda reflects the new hearing time of 1:00 p.m. (ET).**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

146484.01601/123531285v.1

**MATTER GOING FORWARD:**

1. Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 197; 05/14/2020]

   Objection/Response Deadline:    June 29, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Informal comments received from US GSA.

   B. Informal comments received from Frontier Hangar Group, LLC.

   C. Informal comments received from Cheetah Digital, LLC.

   D. Informal comments received from ProWest Leasing.

   E. Informal comments received from TDX.

   F. Informal comments received from Seabury.

   G. [SEALED] Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, if Applicable [Dkt. No. 249; 05/25/2020]

   H. Alaska Airlines, Inc. and Horizon Air Industries, Inc.'s Limited Objection to Debtors' Chapter 11 Plan of Liquidation and Proposed Assumption and Assignment of Certain Executory Contracts Applicable [Dkt. No. 358; 06/22/2020]

   I. Limited Objection and Reservation of Rights of Saab Defense and Security USA, LLC n/k/a Saab, Inc. to Debtors' Motion for Orders (I)(A) Authorizing and Approving Bidding Procedures, (B) Approving Procedures Related to the

        Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 411; 06/30/2020]

J.       United States' Objection and Reservation of Rights to Debtors' Motion for Orders (I) Authorizing and Approving the Bidding Procedures and Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) Authorizing and Approving Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests [Dkt. No. 414; 07/01/2020]

Related Documents:

K.      Motion of the Debtors to Shorten Notice Period With Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 200; 05/14/2020]

L.       Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 201; 05/15/2020]

M.     Reply in Support of Motion of the Debtors to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 203; 05/15/2020]

N.      Order Granting the Debtors' Motion to Shorten Notice Period with Respect to the Debtors' Bidding Procedures Motion [Dkt. No. 238; entered 05/21/2020]

O.      Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Certain Information Contained in the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 250; 05/25/2020]

P.       Notice of Filing of Redacted Version of Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the

|     |     |
| --- | --- |
|     | Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 251; 05/25/2020] |
| Q. | Debtors' Reply in Support of the Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 259; 05/26/2020] |
| R. | Declaration of John T. Young, Jr. in Support of Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (d) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 260; 05/26/2020] |
| S. | Notice of Filing of Revised Order Regarding Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 290; 06/03/2020] |
| T. | Order (A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing [Dkt. No. 295; entered 06/03/2020] |
| U. | Notice of Sale Procedures, Auction Date, and Sale Hearing [Dkt. No. 301; 06/04/2020] |

V.   Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May Be Assumed and Assigned [Dkt. No. 346; 06/18/2020]

**W.   Notice of Successful Bidders and Back-Up Bidders at Auction [Dkt. No. 430; 06/09/2020]**

**X.   Notice of Filing of Proposed Sale Order for "Lot 1" Assets [Dkt. No. 426; 06/08/2020]**

**Y.   Notice of Filing of Proposed Sale Order for "Lots 2-9 and 12" Assets [Dkt. No. 427; 06/08/2020]**

Status:   **The informal comments and filed objections have been resolved.** The sale hearing will go forward **on an uncontested basis.**

Wilmington, Delaware
Date: July 9, 2020

**BLANK ROME LLP**

By: */s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
         tarr@blankrome.com
         jbibiloni@blankrome.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California St., Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (415) 636-9251
Email: tkeller@kbkllp.com
         jkim@kbkllp.com
         trupp@kbkllp.com

*Counsel to the Debtors and Debtors in Possession*