**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. Nos. 197 and 295** |

**SUPPLEMENTAL NOTICE OF**
**SUCCESSFUL BIDDERS AND BACK-UP BIDDERS AT AUCTION**

**PLEASE TAKE NOTICE REGARDING THE FOLLOWING:**

1. On April 5, 2020, Ravn Air Group, Inc. and its affiliates, as debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On May 14, 2020, in connection with a proposed sale of the Assets pursuant to section 363 of the Bankruptcy Code (the "Sale") to the successful bidder (the "Successful Bidder") at an auction (the "Auction"), the Debtors filed a motion [Docket No. 197] (the "Sale Motion"),[2] seeking, among other things, entry of an order (i) authorizing and approving the bidding procedures (the "Bidding Procedures"); (ii) approving procedures for the assumption of executory contracts and unexpired leases; (iii) scheduling an Auction; (iv) scheduling a Sale Hearing; (v) approving sale(s) of the Debtors' assets; and (vi) granting related relief.

3. By order, dated June 3, 2020 [Docket No. 295] (the "Bidding Procedures Order"), the Bankruptcy Court approved the Bidding Procedures that govern the sale of, or other transaction to acquire, the Assets by the highest and best bidder. Pursuant to the Bidding Procedures Order, the Debtors conducted an Auction held by videoconference for certain lots of Assets, beginning on July 7, 2020, at 2:00 p.m. (Prevailing Eastern Time), which, after a series of adjournments, concluded on July 8, 2020, at approximately 7:30 p.m. (Prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

1

4.      The Debtors, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, (a) reviewed each Qualified Bid and evaluated each Qualified Bid as set forth in the section titled "Evaluation of Competing Bids" in the Bid Procedures, (b) identified the highest or otherwise best offer or offers for the Assets received at the Auction, and (c) selected the Successful Bidder and its Successful Bid, and, if applicable, the Back-Up Bidder and its Back-Up Bid as indicated below for the below-described lots.

5.      Following the Auction, the Debtors received bids for certain of the remaining assets that were not sold at the Auction.  In consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, the Debtors determined that those bids were Successful Bids for the respective lots of assets.  The identity of the Successful Bidder and the details of the Successful Bid for the first bid are set forth in the term sheet attached as **Exhibit A**.  The Successful Bidder and the Successful Bid for the second bid are as described below:

**Aircraft:**
Six Cessna 208s
**Successful Bidder:** Everts Air Cargo
**Successful Bid:** $3.5 million

6.      A hearing to consider approval of the Successful Bids (the "Sale Hearing") is to take place on **July 9, 2020, at 2:00 p.m. (Prevailing Eastern Time)**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bids to the Court for approval.

7.      This notice is subject to the fuller terms and conditions of the Sale Motion, the Bidding Procedures, and the Bidding Procedures Order.  In the event of any conflict between this notice and the Bidding Procedures Order, the Bidding Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety.  Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Sale Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq., Jane Kim, Esq., Thomas B. Rupp, Esq.), and (b) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Victoria A. Guilfoyle, Esq., Stanley B. Tarr, Esq., Jose F. Bibiloni, Esq.).  In addition, copies of the Sale Motion and the Bidding Procedures Order can be found (i) at https://cases.stretto.com/ravnair/ (free of charge); and (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Court, 824 N. Market Street, Wilmington, Delaware 19801.

|  |  |
|---|---|
| Dated: July 9, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> */s/ Victoria Guilfoyle*<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>Jose F. Bibiloni (No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>         tarr@blankrome.com<br>         jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email: tkeller@kbkllp.com<br>         jkim@kbkllp.com<br>         trupp@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |