# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC., et. al.,,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10755 (BLS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael R. Mills to represent Paklook Air, Inc., d/b/a Yute Commuter Service.

Dated: July 8, 2020

*/s/ Eric Lopez Schnabel*
DORSEY & WHITNEY (DELAWARE) LLP
Eric Lopez Schnabel (DE No. 3672)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone: (302) 425-7171

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Alaska and Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 8, 2020

*/s/ Michael R. Mills*
Michael R. Mills
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
Telephone: (907) 276-4557

## ORDER GRANTING MOTION

4816-0984-5441\1

IT IS HEREBY ORDERED that Michael R. Mills' motion for admission *pro hac vice* is granted.

| | |
|---|---|
| **Dated: July 9th, 2020 Wilmington, Delaware** | **BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE** |