**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| RAVN AIR GROUP, INC., *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | Case No. 20-10755-BLS |
| ) | (Jointly Administered) |

**STATEMENT OF STATE OF ALASKA
REGARDING PART 121 AUCTION RESULTS**

The State of Alaska, Department of Transportation and Public Facilities ("State" or "DOT") files this statement in limited support of Wexford Capital/Alaska Seaplane's submission regarding their bid position.

The State looks forward to working with the court-approved successful bidders that obtain regulatory approval from the FAA. In fact, DOT staff have begun working with numerous designated successful bidders. The State is also concerned with safe air transportation, with the Alaska market challenged by poor weather and remote locations. History demonstrates that experience operating in Alaska is extremely valuable.

It was the State's observation that, as generally described by Wexford in its pleading (particularly paragraphs 4 and 5) that the sale of the Part 121 "going concern assets" was, at a minimum, less transparent than the sale of the other Ravn assets. The State is concerned that all bidders were not given a full opportunity to participate in a transparent auction process.

The State encourages the Court to carefully scrutinize the auction process to ensure that the bankruptcy estate receives the highest overall bid, and that the court

examine the auction process to make sure all bidders were given a full opportunity to participate in a transparent auction. This careful examination of the auction results will increase the confidence of Alaska's traveling public, many of whom rely almost exclusively on rural air transportation that Ravn's successor(s) will provide.

DATED August 3, 2020.

          KEVIN G. CLARKSON
          ATTORNEY GENERAL

By:   /s/ Robert H. Schmidt
      Robert H. Schmidt
      *Pro Hac Vice* (Pending)
      Alaska Bar No. 9909048
      1031 West 4th Avenue, Suite 200
      Anchorage, AK  99501
      Telephone: (907) 269-5100
      Facsimile: (907) 276-3697
      Email: rob.schmidt@alaska.gov

Certificate of Service

    I certify that on August 3, 2020 the foregoing STATEMENT OF STATE OF ALASKA REGARDING PART 121 AUCTION RESULTS was served electronically on all parties listed on the Case Management/Electronic Filing System.


/s/ Robert H. Schmidt
Robert H. Schmidt