## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. Nos. 197, 295 & 472** |

## CORRECTED[2] NOTICE OF SUCCESSFUL BIDDERS AND
## BACK-UP BIDDERS AT SECOND AUCTION

**PLEASE TAKE NOTICE REGARDING THE FOLLOWING:**

1.      On April 5, 2020, Ravn Air Group, Inc. and its affiliates, as debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On May 14, 2020, in connection with a proposed sale of the Assets pursuant to section 363 of the Bankruptcy Code (the "Sale") to the successful bidder (the "Successful Bidder") at an auction (the "Auction"), the Debtors filed a motion (Docket No. 197) (the "Motion"),[3] seeking, among other things, entry of an order (i) authorizing and approving the bidding procedures (the "Bidding Procedures"); (ii) approving procedures for the assumption of executory contracts and unexpired leases; (iii) scheduling an Auction; (iv) scheduling a Sale Hearing; and (v) granting related relief.

3.      By order, dated June 3, 2020 [Docket No. 295] (the "Bidding Procedures Order"), the Bankruptcy Court approved the Bidding Procedures that govern the sale of, or other transaction to acquire, the Debtors' assets to the highest and best bidder.  Pursuant to the Bidding Procedures Order, an initial session of the Auction was held beginning on July 7, at 2:00 p.m. (Prevailing Eastern Time) (the "Initial Auction").  The sale of assets to the Successful Bidders determined at the Initial Auction were approved at a sale hearing held on July 9, 2020, at 11:00 a.m. (Prevailing

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2]      This notice corrects that certain *Notice of Successful Bidders and Back-Up Bidder at Second Auction* [Docket No. 472] (the "Original Notice") with respect to "Lot 16" only.  The Original Notice did not accurately reflect the assets that were included in Grant Aviation's Successful Bid for "Lot 16".

[3]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Eastern Time) (the "<u>First Sale Hearing</u>").  Several assets of the Debtors were not sold at the Initial Auction.  Therefore, the Debtors announced the continuation of the Auction for the sale of certain unsold assets, and held such continued session on July 29, 2020, at 2:00 p.m. (Prevailing Eastern Time) (the "<u>Second Auction</u>").

4.     Prior to the start of the Second Auction, the Debtors received certain "close-out" bids that were each submitted on the basis that the Debtors accept such bids without making such bids subject to higher or better offers.  The Debtors, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, determined they would accept the following bids as Successful Bids for the respective assets without soliciting higher or better bids.

**<u>Unnamed Lot</u>**
**Aircraft:** 2 Dash 8s (Tail numbers: N885EA, N892EA)
**Inventory:** Dash 8 spare parts
**Contracts Assumed:** N/A
**Successful Bidder:** Avmax
**Successful Bid:** $4,475,000
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**<u>Lots 15, 16 (GSE only), 17, 23, 24, 25, 27</u>**
**Facilities, including ground leases, buildings, and associated ground support equipment "<u>GSE</u>"):**
Anchorage Training Facility and GSE located in Anchorage
Sand Point
**GSE at the following locations:**
Cold Bay
Kenai
Homer
Valdez
Pt. Thompson
**Contracts Assumed:** Land leases: ADA-32008; ADA-00780
**Successful Bidder:** FLOAT Shuttle
**Successful Bid:** $1,012,000
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

5.     At the Second Auction, the Debtors, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, (a) reviewed each Qualified Bid and evaluated each Qualified Bid as set forth in the section titled "Evaluation of Competing Bids" in the Bid Procedures, (b) identified the highest or otherwise best offer or offers for the Assets received at the Second Auction, and (c) selected the Successful Bidder and its Successful Bid for the below-described lots.  No Back-Up Bids were selected.  The Debtors announced at the Second Auction the identity of the Successful Bidder and the details of the Successful Bid, as described below.

146484.01601/123673970v.1

6.    On July 30, 2020, the Debtors filed the Original Notice identifying the following Successful Bidders.  The Debtors are filing this Corrected Notice to correct the assets identified in Lot 16 that are the subject of the Grant Aviation Successful Bid, as set forth below.

**Lot 14**
**Certificate:**
Frontier Flying Services Part 135 Certificate or Hageland Aviation Services Part 135 Certificate
**Aircraft:**
8 PA31-350s (Tail numbers: N3516A, N3536B, N200AK, N35497, N44AC, N4501B, N4112K, N4301C)
**Spare Parts:**
PA31-350 spare parts
**Contracts Assumed:** N/A
**Successful Bidder:** Monocoque Diversified Interests
**Successful Bid:** $1,800,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 16:**
**Facilities, including ground leases and buildings:**
Cold Bay, excluding hangar and passenger terminal
**Contracts Assumed:** N/A
**Successful Bidder:** Grant Aviation
**Successful Bid:** $200,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 18:**
**Facilities, including ground leases and buildings:**
St. Mary's (Terminal building Lot 2, Block 100, Terminal Lot 3, Block 300, Pilot House, Pilot Cabin)
**Contracts Assumed:** Land leases: ADA-71424; ADA-72032
**Successful Bidder:** Riverside Apartments LLC
**Successful Bid:** $140,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 31**
**Aircraft:**
C208 (Tail number: N1242Y). No engine attached, but buyer purchases right to pay overhaul shop to retrieve associated engine.
**Contracts Assumed:** N/A

3

**Successful Bidder:** GMR Leasing
**Successful Bid:** $365,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

**Lot 33**
**Aircraft:**
2 SD3-30 Shorts aircraft (Tail numbers: N168LM and N261AG).
**Contracts Assumed:** N/A
**Successful Bidder:** Turbo North Aviation
**Successful Bid:** $90,000.00
**Back-Up Bidder:** N/A
**Back-Up Bid:** N/A

7.      Prior to the Second Auction, the Debtors also solicited Back-Up Bids for the below-described lot of assets, the sale of which had been approved at the First Sale Hearing to a Successful Bidder, FLOAT Shuttle, but for which no Back-Up Bid had been identified.  At the Second Auction, the Debtors, in consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, selected a Back-Up Bidder and Back-Up Bid as indicated below and announced at the Second Auction the identity of the Back-Up Bidder.

**Lot 11**
**Aircraft:**
- 6 Dash 8s (Tail numbers: N883EA, N889EA, N891EA, N887EA, N893EA, N880EA.
N880EA)
-1 Saab 340 (Tail number: N364PX)
**Certificates:**
Peninsula Aviation Services Inc. and Corvus Airlines Inc. Part 121 Certificates
**GSE:**
14 pieces of GSE
**Back-Up Bidder:** Wexford Capital
**Back-Up Bid:** $8,000,000

8.      A hearing to consider approval of the Successful Bids and Back-Up Bid described above (the "Sale Hearing") is to take place on **August 3, 2020, at 1:00 p.m. (Prevailing Eastern Time)**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will present such Successful Bid(s) to the Court for approval.

9.      One day prior to the First Sale Hearing, on July 8, 2020, the Debtors filed a proposed form of sale order as an attachment to the *Notice of Filing of Proposed Sale Order for "Lots 2 -9 and Lot 12" Assets* (Docket No. 427) (the "Proposed Sale Order").  At the Sale Hearing, the Debtors will request that, as the final documentation regarding each Successful Bid selected at the Second Auction is completed and upon the filing of a certification of counsel, the Court enter an order approving the subject sale that will be substantially similar to the Proposed Sale Order.

10.     At the Second Auction, the Debtors also offered for sale certain additional assets, for which the Debtors did not receive acceptable bids during the Second Auction.  In consultation with their advisors and the advisors for the DIP Lenders and the Creditors Committee, the Debtors concluded the Second Auction without determining a Successful Bidder for such additional assets. The Debtors reserve the right to seek to sell their remaining assets in accordance with the Bidding Procedures and to seek a continuance of the Sale Hearing with respect to the sale of any such assets.

11.     This notice is subject to the fuller terms and conditions of the Motion, the Bidding Procedures, and the Bidding Procedures Order.  In the event of any conflict between this notice and the Bidding Procedures Order, the Bidding Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety.  Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (a) Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq., Jane Kim, Esq., Thomas B. Rupp, Esq.), and (b) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Victoria A. Guilfoyle, Esq., Stanley B. Tarr, Esq., Jose F. Bibiloni, Esq.).  In addition, copies of the Motion and the Bidding Procedures Order can be found (i) at https://cases.stretto.com/ravnair/ (free of charge); and (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Court, 824 N. Market Street, Wilmington, Delaware 19801.

Dated:  August 3, 2020
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Victoria A. Guilfoyle (No. 5183)
Stanley B. Tarr (No. 5535)
Jose F. Bibiloni (No. 6261)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
     tarr@blankrome.com
     jbibiloni@blankrome.com

   -and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email: tkeller@kbkllp.com
     jkim@kbkllp.com
     trupp@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*

146484.01601/123673970v.1