# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC., *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 4, 2020 at 11:00 a.m. (ET)** |

NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* AND *VIDEOCONFERENCE* HEARING
ON **AUGUST 4, 2020 AT 11:00 A.M. (ET)** IN COURTROOM #1[3]

> **This hearing will be held telephonically and by videoconference. Please note that you must appear through both CourtCall and Zoom. To appear via video conference via Zoom parties should use the following instructions:**
>
> **Topic: RAVN Air Group, Case No. 20-10755**
> **Time: August 4, 2020 11:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1619587520**
>
> **Meeting ID: 161 958 7520**
> **Password: 792832**
>
> **To appear telephonically via Courtcall , Parties must make prior arrangements Courtcall by telephone (866) 582-6878.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.cases.stretto.com/ravnair.

146484.01601/123673793v.1

**MATTER GOING FORWARD:**

1.  Debtors' Motion for Orders (I)(A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry Into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 197; 05/14/2020]

    <u>Objection/Response Deadline</u>:    June 29, 2020 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:

    <u>Related Documents</u>:

    A.  Order (A) Authorizing and Approving the Bidding Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (C) Approving the Notice Procedures, (D) Authorizing Entry into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing [Dkt. No. 295; entered 06/03/2020]

    B.  Notice of Sale Procedures, Auction Date, and Sale Hearing [Dkt. No. 301; 06/04/2020]

    C.  Notice of Filing of Proposed Sale Order for "Lots 2-9 and Lot 12" Assets [Docket No. 427; 07/08/2020]

    **D.  Supplemental Notice of Successful Bidders and Back-Up Bidders at Auction [Docket No. 434; 07/09/2020]**

    E.  Notice of Certain Asset Lots and Other Assets to be Offered at Continued Auction and Sale Hearing [Dkt. No. 464; 07/28/2020]

    F.  Notice of Successful Bidders and Back-Up Bidders at Second Auction [Dkt. No. 472; 07/30/2020]

    **G.  Corrected Notice of Successful Bidders and Back-Up Bidders at Second Auction [Dkt. No. 488; 08/03/2020]**

    **H.  Statement of the Wexford / Alaska Seaplanes Bidders Regarding Bid Position [Dkt. No. 485; 08/03/2020]**

    **I.  Statement of State of Alaska regarding Part 121 Auction Results [Dkt. No. 487; 08/03/2020]**

146484.01601/123673793v.1

**J.** **Certification of Counsel Regarding Proposed Order Approving the Debtors' Motion for the (A) Sale of Certain Acquired Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Protections, If Applicable [Dkt. No. 489; 08/03/2020]**

Status: The sale hearing will go forward. **In addition, a dispute has arisen regarding the Debtors' selection of FLOAT Shuttle as the Successful Bidder for the assets related to the Debtors' Part 121 certificates.**

| | |
|---|---|
| Wilmington, Delaware<br>Date: August 3, 2020 | **BLANK ROME LLP**<br><br>By: */s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>        tarr@blankrome.com<br>        jbibiloni@blankrome.com<br><br>    -and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California St., Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (415) 636-9251<br>Email: tkeller@kbkllp.com<br>        jkim@kbkllp.com<br>        trupp@kbkllp.com<br><br>*Counsel to the Debtors and Debtors in Possession* |