# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>(Jointly Administered)<br><br>**Requested Hearing: August 19, 2020 at 10:30 a.m. (ET)**<br>**Requested Obj. Deadline: August 17, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING PAYMENT OF BONUSES AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on August 11, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for an Order Authorizing Payment of Bonuses and Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the Debtors have also filed a motion to shorten notice (the "Motion to Shorten") requesting that objection or responses to the relief requested in the Motion must be filed on or before **August 17, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion to Shorten, the Debtors have requested that a hearing to consider the bidding procedures portion of the Motion (the "Hearing"), which may be conducted telephonically and/or by video conference, be held on **August 19, 2020 at 10:30 a.m. (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, upon entry of an order regarding the Motion to Shorten, the Debtors will serve the same on parties receiving this Notice to provide them with further notice of the Hearing and Objection Deadline for the Motion.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

**ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: August 11, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>Jose F. Bibiloni (No. 6261)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>         tarr@blankrome.com<br>         jbibiloni@blankrome.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice*)<br>Jane Kim (*pro hac vice*)<br>Thomas B. Rupp (*pro hac vice*)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email: tkeller@kbkllp.com<br>         jkim@kbkllp.com<br>         trupp@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |