**<u>Exhibit A</u>**

**(Proposed Order)**

146484.01601/123704302v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RAVN AIR GROUP, INC. *et al.*,[1] | Case No. 20-10755 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF THE DEBTORS FOR AN ORDER
AUTHORIZING PAYMENT OF BONUSES AND GRANTING RELATED RELIEF**

The Court has considered the Motion of the Debtors for an Order Authorizing Payment of

Bonuses and Granting Related Relief (the "Motion").[2]  The Court has reviewed the Motion and

the Young Declaration and considered the statements of counsel and the evidence adduced with

respect to the Motion at any hearing before the Court (the "Hearing").  The Court has found that

(i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334 and

the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with

Article III of the United States Constitution; (ii) venue is proper in this district pursuant to 28

U.S.C. sections 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. section

157(b); and (iv) notice of the Motion and the Hearing was sufficient under the circumstances.

After due deliberation, the Court has determined that the relief requested in the Motion is in the

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754).  The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

best interests of the Debtors, their estates, and their creditors; and good and sufficient cause

having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      If and upon collection of $50 million in gross asset sale proceeds prior to the

effective date of the Plan, the Debtors are authorized to pay the Bonuses on the terms set forth in

the Motion.

3.      The Debtors are further authorized to take such further actions and do such further

things as are necessary or appropriate to afford the relief requested in the Motion.

4.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation and/or interpretation of this Order.

146484.01601/123704302v.1