IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAVN AIR GROUP, INC., *et al.*,[1] | ) | Case No. 20-10755 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**VERIFIED STATEMENT OF HERRMANN LAW GROUP AND
SULLIVAN HAZELTINE ALLINSON LLC PURSUANT TO
RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Herrmann Law Group and Sullivan Hazeltine Allinson LLC hereby disclose the following:

1. ***Clients***:  Herrmann Law Group is plaintiffs' lead personal injury counsel and Sullivan Hazeltine Allinson LLC is local bankruptcy counsel to the following creditors who hold general unsecured claims against the above-captioned debtors (the "Debtors") for unliquidated personal injury claims in the above-referenced bankruptcy case who are acting in concert to advance their common interests and are not composed entirely of affiliates or insiders of one another (collectively, the "Herrmann Law Clients"):

   a. Cody Lee, 12 S. Sailer Pl., Kuna, ID 83634;

   b. Andrew Ringhouse, 12 S. Sailer Pl., Kuna, ID 83634;

   c. F.Q.R., a minor, Cody Lee and Andrew Ringhouse as guardians,
   12 S. Sailer Pl., Kuna, ID 83634;

   d. Lisa Lee, 11 Ptarmigan Road, Unalaska, AK 99685;

   e. Patrick Lee, 11 Ptarmigan Road, Unalaska, AK 99685;

   f. Tatsuro McWilliams, PO BOX 75, Unalaska, AK 99685;

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

    g. Robert Sibley, PO Box 920247, Dutch Harbor, AK 99692;

    h. Mary Swetzof, PO 47008, Atka, AK 99547;

    i. Master M.S. 1, a minor, Mary Swetzof as guardian, PO 47008, Atka, AK 99547;

    j. Mistress M.S., a minor, Mary Swetzof as guardian, PO 47008, Atka, AK 99547;

    k. Master M. S. 2, a minor, Mary Swetzof as guardian, PO 47008, Atka, AK 99547;

    l. R.S., a minor, Mary Swetzof as guardian, PO 47008, Atka, AK 99547;

    m. Jared Davis, PO BOX 812, Unalaska, AK 99685;

    n. C.C., a minor, Doug Carroll as guardian, PO BOX 1071, Cordova, AK 99574;

    o. Richard K. Sorenson, Box 1013, Cordova, AK 99574; and

    p. W.R.S., a minor, Richard K. Sorenson as guardian, Box 1013, Cordova, AK 99574.

2. ***Nature and Amount of Disclosable Economic Interests***: Further information about the disclosable economic interests held by the Herrmann Law Clients are set forth in their respective proofs of claims submitted pursuant to the *Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (Docket No. 221).

3. ***Pertinent Facts and Circumstances in Connection With the Employment of Herrmann Law Group and Sullivan Hazeltine Allinson LLC***: The Herrmann Law Group was retained by each of the Herrmann Law Clients between October 27, 2019 and June 11, 2020 for representation in connection with personal injuries sustained during the runway excursion of PenAir Flight 3296 on October 17, 2019. Sullivan Hazeltine Allinson LLC was contacted by Herrmann Law Group on or about June 10, 2020 and was retained to serve as Delaware bankruptcy counsel. Herrmann Law Group and Sullivan Hazeltine Allinson LLC have entered appearances

in the case on behalf of each of the Herrmann Law Clients.  Neither the Herrmann Law Group nor Sullivan Hazeltine Allinson LLC holds a disclosable economic interest beyond their usual and customary professional fees in any claims held by the Herrmann Law Clients.

4. ***Disclosable Economic Interest of the Herrmann Law Group and Sullivan Hazeltine Allinson LLC***:  Herrmann Law Group and Sullivan Hazeltine Allinson LLC did not have, as of the time of their employment by the Herrmann Law Clients, and do not now have, any disclosable economic interest in the Debtors.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.*

Executed on: August 17, 2020         /s/ Crystal R. Lloyd
                                    Crystal R. Lloyd
                                    Herrmann Law Group
                                    1535 Tacoma Ave S
                                    Tacoma, WA 98402
                                    Tel:  253.426.1616
                                    Fax: 253.426.1617
                                    Email: crystal@hlg.lawyer

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.*

Executed on: August 17, 2020         /s/ E.E. Allinson III
                                    Elihu E. Allinson III (No. 3476)
                                    Sullivan Hazeltine Allinson LLC
                                    919 North Market Street, Suite 420
                                    Wilmington, DE  19801
                                    Tel: (302) 428-8191
                                    Fax: (302) 428-8195
                                    Email: zallinson@sha-llc.com