IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RAVN AIR GROUP, INC. *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10755 (BLS) <br><br> (Jointly Administered) <br><br> Hearing Date: 9/23/2020 at 2:00 p.m. (ET) <br> Objection Deadline: 9/3/2020 at 4:00 p.m. (ET) <br><br> Re: Dkt. No. 544 |

# DECLARATION OF JOHN MANNION IN SUPPORT OF MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASE WITH ALASKA AIRLINES EFFECTIVE *NUNC PRO TUNC* TO AUGUST 20, 2020

I, John Mannion, do hereby declare as follows:

1. I am Chief Financial Officer of Ravn Air Group, Inc. ("Ravn Air Group"), a corporation organized under the laws of Delaware. I serve in a similar capacity for the other above-captioned debtors (collectively with Ravn Air Group, "Ravn," the "Company," or the "Debtors") in these cases (the "Chapter 11 Cases") filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). I am generally familiar with the day-to-day operations of the Debtors and their affairs, books, and records.

2. This declaration is filed in support of the *Motion of the Debtors for an Order Authorizing Rejection of Unexpired Lease with Alaska Airlines Effective Nunc Pro Tunc to August 20, 2020* (the "Motion")[2] [Docket No. 544].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Service, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is: 4700 Old International Airport Road, Anchorage, AK 99502.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

146484.01601/123741299v.1

3. Prior to the Petition Date, Alaska Airlines, Inc. and Debtor Frontier Flying Service, Inc. ("Frontier") entered into a sublease for approximately 5,690 square feet of exclusive space and 1,195 square feet of common use space at the Ted Stevens Anchorage International Airport (the "Premises") (the "Alaska Airlines Lease").  The Debtors had used the Premises as a cargo facility to receive, store, stage, ship, and distribute various types of cargo, and store related equipment.

4. The Alaska Airlines Lease was originally entered into between Alaska Airlines and Frontier for a term lasting from June 1, 2009 to May 31, 2014. An amendment, dated June 1, 2014, extended the term of the Alaska Airlines Lease through May 31, 2019. Upon expiration of this term, Frontier remained in the Premises as a holdover tenant on a month-to-month basis.

5. Monthly payments on the Alaska Airlines Lease are currently $11,565.00 and are due on the 20th day of each month.

6. During these Cases, the Debtors undertook a sale effort that resulted in the disposition of numerous aircraft, parts, inventory, and ground support equipment. Some of these sales included the assumption and assignment of various leases of property at airports around the state of Alaska. The Alaska Airlines Lease has not been assumed and assigned to any purchaser as a part of these sales. I understand that FLOAT Shuttle, which purchased the Debtors' Part 121 operations in Anchorage and elsewhere, is in discussions directly with Alaska Airlines with respect to a new lease of the cargo facility.

7. Because the Debtors are no longer conducting flight operations, the use of the Premises is no longer necessary, and the Debtors have determined that rejection of the Alaska Airlines Lease is warranted to avoid unnecessary administrative expenses.

8. The Debtors have vacated the Premises, and the Premises was surrendered to Alaska Airlines on August 20, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Anchorage, Alaska on August 20, 2020.

                                                        */s/ John Mannion*
                                                        John Mannion