IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| RAVN AIR GROUP, INC., *et al.*, | § | Case No. 20-10755 BLS |
| | § | (Jointly Administered) |
| Debtors[1] | § | |
| | § | |
| | § | |

**ORDER APPROVING STIPULATION GRANTING
RELIEF FROM AUTOMATIC STAY AND
RELIEF FROM INJUNCTION DISCHARGE
EFFECTIVE SEPTEMBER 15, 2020**

The Court having considered the *Stipulation Granting Relief from the Automatic Stay as to Marcus Duell, an individual* (the "Stipulation") presented to the Court and attached hereto as **Exhibit 1** and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Stipulation, and the terms of the Stipulation, are approved and ordered to have the force of an order of this Court.

2. The Debtors are authorized to take all actions and execute all documents necessary or appropriate to effectuate the foregoing.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order and the Stipulation.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Services, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

{18561/003/02296264-1}

4. The Stipulation and this Order shall be effective September 15, 2020 and Bankruptcy Rule 4001(a)(3) shall not apply.

**Dated: September 16th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**

## **Exhibit 1**

Stipulation

{18561/003/02296264-1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| RAVN AIR GROUP, INC., *et al.*, | § | Case No. 20-10755 BLS |
| | § | (Jointly Administered) |
| Debtors[2] | § | |
| | § | |
| | § | |

# STIPULATION GRANTING RELIEF FROM THE AUTOMATIC STAY AND FROM DISCHARGE INJUNCTION EFFECTIVE SEPTEMBER 15, 2020

WHEREAS, Ravn Air Group, Inc. on April 5, 2020 (the "Petition Date") and each of the above-captioned Debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing these cases (the "Chapter 11 Cases").

WHEREAS on October 17, 2019, Marcus Duell ("Duell") suffered personal injuries while a passenger on Alaskan Airlines Flight, number 3296, that was operated by one of the Debtors, Peninsula Aviation Services, Inc. (a/k/a Penair) ("PASI"). Duell is prepared to file a Complaint for Damages with the Superior Court for the State of Washington in King County to recover on his claims.

WHEREAS, on June 9, 2020 the Debtors filed a Chapter 11 Plan of Liquidation and Disclosure Statement [Docket Nos. 323 and 325], and thereafter filed an Amended Chapter 11 Plan of Liquidation on June 24, 2020 [Docket No. 381], and a Second Amended Chapter 11 Plan of Liquidation on June 26, 2020 [Docket No. 398].

---

[2] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Ravn Air Group, Inc. (3047), Ravn Air Group Holdings, LLC (5356), JJM, Inc. (4858), HoTH, Inc. (9957), Peninsula Aviation Services, Inc. (6859), Corvus Airlines, Inc. (7666), Frontier Flying Services, Inc. (8091), and Hageland Aviation Services, Inc. (2754). The notice address for all of the Debtors is 4700 Old International Airport Road, Anchorage, AK 99502.

{18561/003/02296264-1}

WHEREAS, the Court entered its Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and its Affiliated Debtors on June 26, 2020 [Docket No. 400] which provides that Duell is not stayed or enjoined by the Plan or Confirmation Order from asserting, prosecuting, litigating, liquidating, and collecting on his claims as against any of the Debtors' insurance policies.

NOW, THEREFORE, in consideration of the foregoing, and other good and valuable consideration, the parties hereto stipulate and agree, that:

1. The automatic stay, to the extent applicable, pursuant to 11 U.S.C. § 362(d) and the discharge injunction, to the extent applicable, pursuant to 11 U.S.C. §524(a)(2), are terminated <u>effective September 15, 2020</u> in order to allow Duell to assert, prosecute, litigate, liquidate, defend, and collect for himself any litigation claims he holds against the Debtors and establish and recover insurance coverage for such claims against any available insurance policy of the Debtors.

2. Duell shall seek to collect upon any judgment or settlement against PASI solely from applicable insurance proceeds and/or providers. No collection or enforcement action may be asserted or realized against PASI or the Debtors, property of PASI or the Debtors' estates, or any successor or assign of PASI or any of the Debtors, excepting only applicable insurance proceeds and/or providers.

3. The 14-day stay provided under Federal Rules of Bankruptcy Procedure 4001(a)(3) shall not apply.

4. This Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation and accompanying Order.

5. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

6. This Stipulation may be signed in counterparts, and that electronic signatures shall be deemed to have the force and effect of original signatures.

7. This Stipulation, and any order approving this Stipulation shall be binding on all of the Debtors and each of their respective affiliates, successors, and assigns.

Dated: September 14, 2020

**Blank Rome LLP**

 /s/ Victoria A. Guilfoyle
Jose F. Bibiloni (No. 6261)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
jbibiloni@blankrome.com
guilfoyle@blankrome.com

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Jane Kim (*pro hac vice*)
Thomas B. Rupp (*pro hac vice*)
650 California St., Suite 19000
San Francisco, CA 94108
415-364-6793
tkeller@kbkllp.com
jkim@kellerbenvenutti.com (*pro hac vice*)
trupp@kbkllp.com (*pro hac vice*)

*Counsel to the Debtors*

 /s/ Kristi J. Doughty
Richard A. Barkasy (No. 4683)
Kristi J. Doughty (No. 3826)
824 N. Market Street, Suite 800
Wilmington, DE 19801-4939
302-482-4038
rbarkasy@schnader.com
kdoughty@schnader.com

*Counsel to Marcus Duell, individually*