**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*,[1]<br><br>Remaining Debtor. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>**Re: Dkt. Nos. 683, 703, 705, 707, 711, 712, 713 & 714** |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF PROFESSIONALS**

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of the professionals (collectively, the "Professionals") employed by the debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") in the Ravn Air Group, Inc. et al. chapter 11 cases, a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; (d) notice of the Final Fee Applications was adequate under the circumstances; (e) the fees allowed hereby represent reasonable compensation for actual and necessary services rendered by the Professionals; (f) the expenses allowed hereby represent actual and necessary expenses incurred by the Professionals in the performance of their duties in the chapter 11 cases; and (g) all persons with standing have been afforded the opportunity to be heard on the Final Fee Applications, and

[1] The Remaining Debtor in these chapter 11 cases and the last four digits of its U.S. tax identification number is as follows: Ravn Air Group, Inc. (3047). The notice address for the Remaining Debtor is c/o John T. Young, Jr., Conway Mackenzie, LLC, 909 Fannin Street, Suite 4000, Houston, Texas 77010.

there being no objections to the Final Fee Applications or the amounts set forth on Exhibit A affixed hereto and made a part hereof; and after due deliberation and sufficient good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Applications are hereby APPROVED in the amounts set forth on Exhibit A.

2. The Professionals are granted final allowance of compensation in the amounts set forth on Exhibit A.

3. The Professionals are allowed final reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A.

4. Notwithstanding the foregoing, consistent with the terms of the Committee Settlement set forth in paragraph 43(b) of the *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Chapter 11 Plan of Liquidation of Ravn Air Group, Inc. and Its Affiliated Debtors* [D.I. 400], allowance of Committee fee claims hereby are limited to the aggregate amount of $1 million, to be paid as agreed among the Committee Professionals.

5. The Liquidation Trustee is authorized and directed to remit payment to the Professionals in accordance with the Plan in the amounts set forth on Exhibit A, as limited by paragraph 4 hereof, less all amounts previously paid on account of such fees and expenses.

6. This Order shall be deemed a separate order for each of the Professionals and the appeal of any order with respect to any of the Professionals shall have no effect on the authorized fees and expenses of any of the other Professionals.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: December 14th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**