**EXHIBIT A**

**Ravn Air Group, Inc., *et al.***
**Case No. 20-10755 (BLS)**

**FINAL FEE APPLICATIONS OF PROFESSIONALS**

| Professional and Professional's Role | Filing Date<br>Fee Period<br>Docket No. | Total Fees to be Paid | Total Expenses to be Paid | Total Amount to be Paid |
|---|---|---|---|---|
| **Keller Benvenutti Kim LLP**<br>*Lead Counsel to Debtors and Debtors in Possession* | 11/20/2020<br>4/5/2020 – 10/30/2020<br>Docket No. 714 | $1,597,137.50 | $558.91 | $1,597,696.41 |
| **Blank Rome LLP**<br>*Co-Counsel to Debtors and Debtors in Possession* | 11/20/2020<br>4/5/2020 – 10/30/2020<br>Docket No. 711 | $1,330,499.00 | $28,617.66 | $1,359,116.66 |
| **Conway MacKenzie, Inc.**<br>*Financial Advisor to Debtors and Debtors in Possession* | 11/17/2020<br>4/5/2020 – 10/30/2020<br>Docket No. 703 | $3,214,589.25 | $31,667.57 | $3,246,256.82 |
| **sage-popovich, inc.**<br>*Liquidation Advisor to Debtors and Debtors in Possession* | 11/20/2020<br>4/14/2020 – 10/30/2020<br>Docket No. 713 | $802,687.50 | $204,715.87 | $1,007,403.37 |
| **Stretto**<br>*Administrative Advisor to Debtors and Debtors in Possession* | 11/20/2020<br>4/5/2020 – 10/30/2020<br>Docket No. 712 | $11,724.30 | $0.00 | $11,724.30 |
| **Brown Rudnick LLP**<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | 11/11/2020<br>4/22/2020 – 10/30/2020<br>Docket No. 683 | $936,818.00 | $6,981.98 | $943,799.98 |
| **Polsinelli**<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | 11/18/2020<br>4/28/2020 – 10/30/2020<br>Docket No. 705 | $152,186.50 | $2,562.82 | $154,749.32 |

| Professional and Professional's Role | Filing Date<br>Fee Period<br>Docket No. | Total Fees to be Paid | Total Expenses to be Paid | Total Amount to be Paid |
|---|---|---|---|---|
| **Alvarez and Marsal**<br>*Financial Advisor to the Official Committee of Unsecured Creditors* | 11/19/2020<br>5/5/2020 – 10/30/2020<br>Docket No. 707 | $261,285.00 | $102.58 | $261,387.58 |
| **TOTALS:** | | **$8,306,927.05** | **$275,207.39** | **$8,582,134.44** |