**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RAVN AIR GROUP, INC. *et al.*, [1]<br><br>Remaining Debtor. | Chapter 11<br><br>Case No. 20-10755 (BLS)<br><br>**Hearing: July 27, 2022 at 11:00 a.m. (ET)**<br>**Obj. Deadline: July 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF THE LIQUIDATION TRUSTEE'S MOTION FOR ENTRY OF A FINAL DECREE PURSUANT TO BANKRUPTCY CODE § 350(a) AND BANKRUPTCY RULE 3022 CLOSING THE LAST CASE REMAINING OF THE DEBTORS' CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that, on June 24, 2022, John T. Young, Jr., in his capacity as liquidation trustee of the Ravn Air Group Liquidation Trust, filed the Liquidation Trustee's Motion for Entry of a Final Decree pursuant to Bankruptcy Code §350(a) and Bankruptcy Rule 3022 Closing the Last Case Remaining of the Debtors' Chapter 11 Cases (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, DE 19801, and served upon and received by the undersigned counsel for the Trust on or before July 11, 2022 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed, served, and received, a hearing on the Motion, which will be conducted telephonically and by videoconference, has been scheduled for July 27, 2022 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Remaining Debtor in these chapter 11 cases and the last four digits of its U.S. tax identification number is as follows: Ravn Air Group, Inc. (3047). The notice address for the Remaining Debtor is c/o John T. Young, Jr., Riveron FKA Conway Mackenzie, LLC, 909 Fannin Street, Suite 4000, Houston, Texas 77010.

Dated: June 24, 2022
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (*pro hac vice*)
Gabrielle Albert (*pro hac vice*)
Danisha Brar (*pro hac vice*)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Emails: tkeller@kbkllp.com
galbert@kbkllp.com
dbrar@kbkllp.com

*Attorneys for the Liquidation Trustee*